UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use _only_ in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | David G. Lowthorp, individually and on behalf of all others similarly situated | Defendant(s): | Mesa Air Group, Inc. ; Jonathan G. Ornstein ; Michael J. Lotz ; Daniel J. Altobello ; Ellen N. Artist ; Mitchell Gordon ; Dana J. Lockhart ; G. Grant Lyon ; Giacomo Picco ; Harvey Schiller ; Don Skiados ; Raymond James & Associates, Inc. ; Merrill Lynch, Pierce, Fenner & Smith Incorporated ; Cowen and Company, LLC ; Stifel, Nicolaus & Company, Incorporated ; Imperial Capital, LLC |

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Richard G. Himelrick
Tiffany & Bosco, PA
2525 E. Camelback Rd., 7th Floor
Phoenix, Arizona  85016
602-255-6000


Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Fl.
New York, New York  10016
212-686-1060


Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Fl.

Defendant's Atty(s):

New York, New York  10016
212-686-1060

---

<u>II. Basis of Jurisdiction</u>:            3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**
      Plaintiff:- **N/A**
      Defendant:- **N/A**

<u>IV. Origin</u> :            1. Original Proceeding

<u>V. Nature of Suit</u>:            850 Securities/Commodities/Exchange

<u>VI. Cause of Action</u>:       Violations of Securities Act of 1933 §§ 11, 12(a)(2), and 15

<u>VII. Requested in Complaint</u>
    Class Action: **Yes**
   Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:**   <u>/s/ Richard G. Himelrick</u>

  Date:   <u>4/1/2020</u>

*If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the* Back *button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.*

Revised: 01/2014