Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

Nadeem Faruqi (*Pro hac vice to be made*)
Lubna Faruqi (*Pro hac vice to be made*)
Robert W. Killorin (*Pro hac vice to be made*)
James M. Wilson, Jr. (*Pro hac vice to be made*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: nfaruqi@faruqilaw.com
        lfaruqi@faruqilaw.com
        rkillorin@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for [Proposed] DeKalb County
Pension Fund and [Proposed] Lead Counsel
for the Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC, <br><br> Defendants. | Case No. 2:20-cv-00648-DLR <br><br> **DECLARATION OF GARY F. URMAN IN OPPOSITION TO COMPETING MOVANTS' MOTIONS FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |

I, Gary F. Urman, declare as follows:

1.    I am a member in good standing of the bar of the State of Arizona and am admitted in this Court.  I am a Shareholder in the law firm of DeConcini McDonald Yetwin & Lacy, P.C.  I submit this declaration in opposition to the competing movants' motions to be appointed lead plaintiff and appointment of their counsel as lead counsel and in further support of the motion filed by DeKalb County Pension Fund for (1) appointment as Lead Plaintiff and (2) approval of DeKalb County Pension Fund's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and DeConcini McDonald Yetwin & Lacy, P.C. to serve as Liaison Counsel for the putative Class.

2.    Attached as Exhibits A and B are true and correct copies of the following documents:

Exhibit A:    Chart of Mesa Air Group Inc.'s historical stock trading prices; and

Exhibit B:    Chart of DeKalb County Pension Fund's Losses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of June, 2020 at Tucson, Arizona.

*/s/ Gary F. Urman*
Gary F. Urman

1