# EXHIBIT A

| Mesa Air Group, Inc. Historical Stock Prices | |
|---|---|
| **Date** | **Adj Close** |
| 8/10/2018 | 11.75 |
| 8/13/2018 | 11.5 |
| 8/14/2018 | 11.65 |
| 8/15/2018 | 11.64 |
| 8/16/2018 | 11.7 |
| 8/17/2018 | 11.74 |
| 8/20/2018 | 12.17 |
| 8/21/2018 | 12.33 |
| 8/22/2018 | 12.44 |
| 8/23/2018 | 12.5 |
| 8/24/2018 | 12.56 |
| 8/27/2018 | 12.56 |
| 8/28/2018 | 12.97 |
| 8/29/2018 | 12.84 |
| 8/30/2018 | 13.69 |
| 8/31/2018 | 13.79 |
| 9/4/2018 | 15.82 |
| 9/5/2018 | 15.85 |
| 9/6/2018 | 15.65 |
| 9/7/2018 | 15.85 |
| 9/10/2018 | 15.65 |
| 9/11/2018 | 15.29 |
| 9/12/2018 | 14.65 |
| 9/13/2018 | 15.31 |
| 9/14/2018 | 15.6 |
| 9/17/2018 | 14.84 |
| 9/18/2018 | 14.89 |
| 9/19/2018 | 14.45 |
| 9/20/2018 | 13.56 |
| 9/21/2018 | 13.81 |
| 9/24/2018 | 13.4 |
| 9/25/2018 | 12.57 |
| 9/26/2018 | 13.61 |
| 9/27/2018 | 13.36 |
| 9/28/2018 | 13.86 |
| 10/1/2018 | 13.21 |
| 10/2/2018 | 13.66 |
| 10/3/2018 | 13.9 |
| 10/4/2018 | 13.33 |

| | |
|---|---|
| 10/5/2018 | 12.99 |
| 10/8/2018 | 13.21 |
| 10/9/2018 | 13.07 |
| 10/10/2018 | 13.25 |
| 10/11/2018 | 12.62 |
| 10/12/2018 | 13.39 |
| 10/15/2018 | 13.65 |
| 10/16/2018 | 14.08 |
| 10/17/2018 | 14.19 |
| 10/18/2018 | 13.6 |
| 10/19/2018 | 13.86 |
| 10/22/2018 | 14.06 |
| 10/23/2018 | 13.65 |
| 10/24/2018 | 13.63 |
| 10/25/2018 | 13.79 |
| 10/26/2018 | 13.47 |
| 10/29/2018 | 12.99 |
| 10/30/2018 | 13.59 |
| 10/31/2018 | 14.45 |
| 11/1/2018 | 14.12 |
| 11/2/2018 | 13.63 |
| 11/5/2018 | 13.9 |
| 11/6/2018 | 13.73 |
| 11/7/2018 | 14.11 |
| 11/8/2018 | 15.12 |
| 11/9/2018 | 14.46 |
| 11/12/2018 | 14.33 |
| 11/13/2018 | 14.55 |
| 11/14/2018 | 14.78 |
| 11/15/2018 | 15.14 |
| 11/16/2018 | 14.56 |
| 11/19/2018 | 13.01 |
| 11/20/2018 | 13.17 |
| 11/21/2018 | 13.65 |
| 11/23/2018 | 13.94 |
| 11/26/2018 | 13.41 |
| 11/27/2018 | 12.83 |
| 11/28/2018 | 12.46 |
| 11/29/2018 | 11.83 |
| 11/30/2018 | 12.08 |
| 12/3/2018 | 12 |

| | |
|---|---|
| 12/4/2018 | 10.63 |
| 12/6/2018 | 11.69 |
| 12/7/2018 | 11.89 |
| 12/10/2018 | 11.7 |
| 12/11/2018 | 11.51 |
| 12/12/2018 | 11.88 |
| 12/13/2018 | 10.23 |
| 12/14/2018 | 10.1 |
| 12/17/2018 | 9.95 |
| 12/18/2018 | 9.14 |
| 12/19/2018 | 7.9 |
| 12/20/2018 | 7.32 |
| 12/21/2018 | 6.86 |
| 12/24/2018 | 6.8 |
| 12/26/2018 | 6.75 |
| 12/27/2018 | 6.56 |
| 12/28/2018 | 7.03 |
| 12/31/2018 | 7.71 |
| 1/2/2019 | 7.7 |
| 1/3/2019 | 7.22 |
| 1/4/2019 | 7.33 |
| 1/7/2019 | 7.77 |
| 1/8/2019 | 7.89 |
| 1/9/2019 | 7.93 |
| 1/10/2019 | 7.66 |
| 1/11/2019 | 7.75 |
| 1/14/2019 | 8.05 |
| 1/15/2019 | 8.19 |
| 1/16/2019 | 8.27 |
| 1/17/2019 | 8.55 |
| 1/18/2019 | 8.65 |
| 1/22/2019 | 8.72 |
| 1/23/2019 | 8.42 |
| 1/24/2019 | 8.48 |
| 1/25/2019 | 8.74 |
| 1/28/2019 | 9.04 |
| 1/29/2019 | 8.82 |
| 1/30/2019 | 9.25 |
| 1/31/2019 | 8.75 |
| 2/1/2019 | 8.73 |
| 2/4/2019 | 9.01 |

| | |
|---|---|
| 2/5/2019 | 8.58 |
| 2/6/2019 | 8.65 |
| 2/7/2019 | 8.73 |
| 2/8/2019 | 8.8 |
| 2/11/2019 | 8.8 |
| 2/12/2019 | 9.11 |
| 2/13/2019 | 8.96 |
| 2/14/2019 | 9.52 |
| 2/15/2019 | 9.39 |
| 2/19/2019 | 9.68 |
| 2/20/2019 | 9.33 |
| 2/21/2019 | 9.8 |
| 2/22/2019 | 10.03 |
| 2/25/2019 | 9.71 |
| 2/26/2019 | 10.21 |
| 2/27/2019 | 10.05 |
| 2/28/2019 | 10.07 |
| 3/1/2019 | 9.85 |
| 3/4/2019 | 9.72 |
| 3/5/2019 | 9.53 |
| 3/6/2019 | 9.41 |
| 3/7/2019 | 9.59 |
| 3/8/2019 | 9.62 |
| 3/11/2019 | 9.41 |
| 3/12/2019 | 9.34 |
| 3/13/2019 | 9.46 |
| 3/14/2019 | 9.52 |
| 3/15/2019 | 9.41 |
| 3/18/2019 | 9.34 |
| 3/19/2019 | 9.36 |
| 3/20/2019 | 9.16 |
| 3/21/2019 | 8.74 |
| 3/22/2019 | 8.5 |
| 3/25/2019 | 8.28 |
| 3/26/2019 | 8.13 |
| 3/27/2019 | 8.39 |
| 3/28/2019 | 8.4 |
| 3/29/2019 | 8.34 |
| 4/1/2019 | 8.64 |
| 4/2/2019 | 8.59 |
| 4/3/2019 | 8.71 |

| | |
|---|---|
| 4/4/2019 | 8.57 |
| 4/5/2019 | 8.4 |
| 4/8/2019 | 8.27 |
| 4/9/2019 | 8.16 |
| 4/10/2019 | 8.34 |
| 4/11/2019 | 8.46 |
| 4/12/2019 | 8.48 |
| 4/15/2019 | 8.1 |
| 4/16/2019 | 8.05 |
| 4/17/2019 | 8.28 |
| 4/18/2019 | 8.47 |
| 4/22/2019 | 8.62 |
| 4/23/2019 | 8.67 |
| 4/24/2019 | 8.79 |
| 4/25/2019 | 8.73 |
| 4/26/2019 | 8.75 |
| 4/29/2019 | 9.1 |
| 4/30/2019 | 9.14 |
| 5/1/2019 | 9.03 |
| 5/2/2019 | 9.14 |
| 5/3/2019 | 9.29 |
| 5/6/2019 | 9.3 |
| 5/7/2019 | 9.16 |
| 5/8/2019 | 9.17 |
| 5/9/2019 | 9.34 |
| 5/10/2019 | 9.2 |
| 5/13/2019 | 8.81 |
| 5/14/2019 | 8.97 |
| 5/15/2019 | 9.02 |
| 5/16/2019 | 8.9 |
| 5/17/2019 | 8.85 |
| 5/20/2019 | 8.82 |
| 5/21/2019 | 9 |
| 5/22/2019 | 8.88 |
| 5/23/2019 | 8.96 |
| 5/24/2019 | 9.08 |
| 5/28/2019 | 9.1 |
| 5/29/2019 | 9.11 |
| 5/30/2019 | 9.26 |
| 5/31/2019 | 9.12 |
| 6/3/2019 | 9 |

| | |
|---|---|
| 6/4/2019 | 8.87 |
| 6/5/2019 | 9.3 |
| 6/6/2019 | 9.54 |
| 6/7/2019 | 10.15 |
| 6/10/2019 | 10.45 |
| 6/11/2019 | 10.32 |
| 6/12/2019 | 10.36 |
| 6/13/2019 | 10.62 |
| 6/14/2019 | 10.85 |
| 6/17/2019 | 10.6 |
| 6/18/2019 | 10.59 |
| 6/19/2019 | 10.67 |
| 6/20/2019 | 10.87 |
| 6/21/2019 | 10.66 |
| 6/24/2019 | 10.14 |
| 6/25/2019 | 9.6 |
| 6/26/2019 | 9.33 |
| 6/27/2019 | 9.19 |
| 6/28/2019 | 9.14 |
| 7/1/2019 | 9.52 |
| 7/2/2019 | 9.38 |
| 7/3/2019 | 9.47 |
| 7/5/2019 | 9.64 |
| 7/8/2019 | 9.53 |
| 7/9/2019 | 9.47 |
| 7/10/2019 | 9.53 |
| 7/11/2019 | 9.41 |
| 7/12/2019 | 9.88 |
| 7/15/2019 | 9.89 |
| 7/16/2019 | 10.16 |
| 7/17/2019 | 10.14 |
| 7/18/2019 | 10.23 |
| 7/19/2019 | 10.09 |
| 7/22/2019 | 10.14 |
| 7/23/2019 | 10.45 |
| 7/24/2019 | 10.77 |
| 7/25/2019 | 10.36 |
| 7/26/2019 | 10.14 |
| 7/29/2019 | 10.12 |
| 7/30/2019 | 10.32 |
| 7/31/2019 | 10.24 |

| | |
|---|---|
| 8/1/2019 | 9.81 |
| 8/2/2019 | 9.46 |
| 8/5/2019 | 9.13 |
| 8/6/2019 | 9.35 |
| 8/7/2019 | 9.6 |
| 8/8/2019 | 9.77 |
| 8/9/2019 | 6.62 |
| 8/12/2019 | 5.84 |
| 8/13/2019 | 6.14 |
| 8/14/2019 | 6.19 |
| 8/15/2019 | 5.83 |
| 8/16/2019 | 6.14 |
| 8/19/2019 | 6.48 |
| 8/20/2019 | 6.26 |
| 8/21/2019 | 6.25 |
| 8/22/2019 | 6.06 |
| 8/23/2019 | 6.01 |
| 8/26/2019 | 6.46 |
| 8/27/2019 | 6.33 |
| 8/28/2019 | 6.39 |
| 8/29/2019 | 6.72 |
| 8/30/2019 | 6.46 |
| 9/3/2019 | 6.46 |
| 9/4/2019 | 6.56 |
| 9/5/2019 | 6.65 |
| 9/6/2019 | 6.49 |
| 9/9/2019 | 7.01 |
| 9/10/2019 | 7.27 |
| 9/11/2019 | 7.52 |
| 9/12/2019 | 7.53 |
| 9/13/2019 | 7.79 |
| 9/16/2019 | 7.55 |
| 9/17/2019 | 7.41 |
| 9/18/2019 | 7.29 |
| 9/19/2019 | 7.24 |
| 9/20/2019 | 7.47 |
| 9/23/2019 | 7.41 |
| 9/24/2019 | 7.17 |
| 9/25/2019 | 7.26 |
| 9/26/2019 | 6.88 |
| 9/27/2019 | 6.81 |

| 9/30/2019 | 6.75 |
|---|---|
| 10/1/2019 | 6.49 |
| 10/2/2019 | 6.31 |
| 10/3/2019 | 6.25 |
| 10/4/2019 | 6.35 |
| 10/7/2019 | 6.5 |
| 10/8/2019 | 6.5 |
| 10/9/2019 | 6.38 |
| 10/10/2019 | 6.34 |
| 10/11/2019 | 6.43 |
| 10/14/2019 | 7.03 |
| 10/15/2019 | 7.41 |
| 10/16/2019 | 7.23 |
| 10/17/2019 | 7.27 |
| 10/18/2019 | 7.05 |
| 10/21/2019 | 7.33 |
| 10/22/2019 | 7.71 |
| 10/23/2019 | 7.46 |
| 10/24/2019 | 7.46 |
| 10/25/2019 | 7.68 |
| 10/28/2019 | 7.74 |
| 10/29/2019 | 7.75 |
| 10/30/2019 | 7.77 |
| 10/31/2019 | 7.62 |
| 11/1/2019 | 7.64 |
| 11/4/2019 | 7.55 |
| 11/5/2019 | 7.33 |
| 11/6/2019 | 7.35 |
| 11/7/2019 | 7.6 |
| 11/8/2019 | 7.43 |
| 11/11/2019 | 7.3 |
| 11/12/2019 | 7.11 |
| 11/13/2019 | 7.02 |
| 11/14/2019 | 7.06 |
| 11/15/2019 | 7.19 |
| 11/18/2019 | 7.1 |
| 11/19/2019 | 7.09 |
| 11/20/2019 | 7.09 |
| 11/21/2019 | 6.97 |
| 11/22/2019 | 7.06 |
| 11/25/2019 | 7.11 |

| | |
|---|---|
| 11/26/2019 | 7.16 |
| 11/27/2019 | 7.15 |
| 11/29/2019 | 7.27 |
| 12/2/2019 | 7 |
| 12/3/2019 | 8.09 |
| 12/4/2019 | 8.43 |
| 12/5/2019 | 8.73 |
| 12/6/2019 | 8.89 |
| 12/9/2019 | 9.11 |
| 12/10/2019 | 9.07 |
| 12/11/2019 | 9.26 |
| 12/12/2019 | 8.83 |
| 12/13/2019 | 8.86 |
| 12/16/2019 | 8.75 |
| 12/17/2019 | 8.81 |
| 12/18/2019 | 8.76 |
| 12/19/2019 | 8.98 |
| 12/20/2019 | 8.98 |
| 12/23/2019 | 9.4 |
| 12/24/2019 | 9.52 |
| 12/26/2019 | 9.41 |
| 12/27/2019 | 9.14 |
| 12/30/2019 | 8.95 |
| 12/31/2019 | 8.94 |
| 1/2/2020 | 8.84 |
| 1/3/2020 | 8.69 |
| 1/6/2020 | 8.56 |
| 1/7/2020 | 8.58 |
| 1/8/2020 | 8.69 |
| 1/9/2020 | 8.79 |
| 1/10/2020 | 8.64 |
| 1/13/2020 | 8.7 |
| 1/14/2020 | 8.87 |
| 1/15/2020 | 8.96 |
| 1/16/2020 | 9.36 |
| 1/17/2020 | 9.27 |
| 1/21/2020 | 9.07 |
| 1/22/2020 | 9 |
| 1/23/2020 | 9.37 |
| 1/24/2020 | 9.21 |
| 1/27/2020 | 8.71 |

| | |
|---|---|
| 1/28/2020 | 8.64 |
| 1/29/2020 | 8.6 |
| 1/30/2020 | 8.66 |
| 1/31/2020 | 8.54 |
| 2/3/2020 | 8.29 |
| 2/4/2020 | 8.24 |
| 2/5/2020 | 8.35 |
| 2/6/2020 | 8.25 |
| 2/7/2020 | 7.81 |
| 2/10/2020 | 7.91 |
| 2/11/2020 | 8.46 |
| 2/12/2020 | 8.35 |
| 2/13/2020 | 8.09 |
| 2/14/2020 | 7.94 |
| 2/18/2020 | 7.69 |
| 2/19/2020 | 7.61 |
| 2/20/2020 | 7.77 |
| 2/21/2020 | 7.68 |
| 2/24/2020 | 7.24 |
| 2/25/2020 | 6.7 |
| 2/26/2020 | 6.3 |
| 2/27/2020 | 5.9 |
| 2/28/2020 | 5.77 |
| 3/2/2020 | 5.95 |
| 3/3/2020 | 5.81 |
| 3/4/2020 | 6.06 |
| 3/5/2020 | 5.34 |
| 3/6/2020 | 5.76 |
| 3/9/2020 | 5.19 |
| 3/10/2020 | 5.43 |
| 3/11/2020 | 4.53 |
| 3/12/2020 | 3.73 |
| 3/13/2020 | 4.72 |
| 3/16/2020 | 3.72 |
| 3/17/2020 | 3.4 |
| 3/18/2020 | 2.89 |
| 3/19/2020 | 2.7 |
| 3/20/2020 | 3.13 |
| 3/23/2020 | 3.02 |
| 3/24/2020 | 3.43 |
| 3/25/2020 | 3.24 |

| | |
|---|---|
| 3/26/2020 | 4.09 |
| 3/27/2020 | 3.94 |
| 3/30/2020 | 3.11 |
| 3/31/2020 | 3.29 |
| 4/1/2020 | 3.03 |
| 4/2/2020 | 2.52 |
| 4/3/2020 | 2.13 |
| 4/6/2020 | 2.52 |
| 4/7/2020 | 2.74 |
| 4/8/2020 | 3.25 |
| 4/9/2020 | 3.98 |
| 4/13/2020 | 3.86 |
| 4/14/2020 | 4.16 |
| 4/15/2020 | 4.08 |
| 4/16/2020 | 3.43 |
| 4/17/2020 | 3.29 |
| 4/20/2020 | 3.04 |
| 4/21/2020 | 3.21 |
| 4/22/2020 | 2.93 |
| 4/23/2020 | 3 |
| 4/24/2020 | 2.86 |
| 4/27/2020 | 3.07 |
| 4/28/2020 | 3.63 |
| 4/29/2020 | 4.1 |
| 4/30/2020 | 4.55 |
| 5/1/2020 | 4.15 |
| 5/4/2020 | 3.99 |
| 5/5/2020 | 3.87 |
| 5/6/2020 | 3.55 |
| 5/7/2020 | 3.69 |
| 5/8/2020 | 4.01 |
| 5/11/2020 | 4.06 |
| 5/12/2020 | 3.74 |
| 5/13/2020 | 3.63 |
| 5/14/2020 | 3.33 |
| 5/15/2020 | 3.13 |
| 5/18/2020 | 3.2 |
| 5/19/2020 | 3.15 |
| 5/20/2020 | 3.57 |
| 5/21/2020 | 3.57 |
| 5/22/2020 | 3.5 |

| 5/26/2020 | 3.74 |
|-----------|------|
| 5/27/2020 | 3.7  |
| 5/28/2020 | 3.41 |
| 5/29/2020 | 3.25 |
| 6/1/2020  | 3.35 |
| 6/2/2020  | 3.38 |
| 6/3/2020  | 3.62 |
| 6/4/2020  | 3.89 |
| 6/5/2020  | 4.31 |
| 6/8/2020  | 4.79 |
| 6/9/2020  | 4.43 |