# EXHIBIT B

| Losses in: | Mesa Air Group Inc. |
| IPO Shares: | 8/10/2018 - 8/17/2018 |
| Investor: | Kalb County Pension Fund |

**F&F FARUQI & FARUQI** LLP

| | OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | Remainder | Transaction | Security | Date | Quantity | Price | Total | | Matched Loss |
| Purchase | Common Stock | 8/10/2018 | 419 | $11.50 | $4,818.500 | | | | | | | | | |
| Purchase | Common Stock | 8/10/2018 | 2,593 | $11.88 | $30,812.3597 | | | | | | | | | |
| Purchase | Common Stock | 8/10/2018 | 30,047 | $12.00 | $360,564.00 | | | | | | | | | |
| Purchase | Common Stock | 8/13/2018 | 1,376 | $11.50 | $15,822.0736 | | | | | | | | | |
| Purchase | Common Stock | 8/14/2018 | 642 | $11.48 | $7,368.4266 | 418 | | | | | | | | |
| Purchase | Common Stock | 8/15/2018 | 199 | $11.50 | $2,288.500 | | | | | | | | | |
| Purchase | Common Stock | 8/17/2018 | 82 | $11.49 | $941.7946 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 3/30/2020 | (505) | $3.20 | ($1,616.40) | | $4,184.8058 |
| | | | | | | | Sale | Common Stock | 4/15/2020 | (2,458) | $4.18 | ($10,265.84) | | |
| | | | | | | | Sale | Common Stock | 4/16/2020 | (280) | $3.48 | ($973.48) | | |
| | | | | | | | Sale | Common Stock | 4/16/2020 | (2,458) | $3.65 | ($8,961.13) | | |
| | | | | | | | Sale | Common Stock | 4/16/2020 | (2,778) | $3.44 | ($9,568.54) | | |
| | | | | | | | Sale | Common Stock | 4/17/2020 | (758) | $3.29 | ($2,492.99) | | |
| | | | | | | | Sale | Common Stock | 4/17/2020 | (2,799) | $3.47 | ($9,702.45) | | |
| | | | | | | | Sale | Common Stock | 4/20/2020 | (173) | $3.26 | ($563.72) | | |
| | | | | | | | Sale | Common Stock | 4/20/2020 | (5,250) | $3.06 | ($16,086.53) | | |
| | | | | | | | Sale | Common Stock | 4/22/2020 | (474) | $3.03 | ($1,436.22) | | |
| | | | | | | | Sale | Common Stock | 4/22/2020 | (8,214) | $3.03 | ($24,888.42) | | |
| | | | | | | | Sale | Common Stock | 4/24/2020 | (9,211) | $3.03 | ($27,909.33) | | $303,965.80 |
| | | Total Purchases | 35,358 | Total Costs | $419,385.359900 | | | | Total Sales | (35,358) | Total Proceeds | ($114,465.0461) | Matched Loss* | $308,150.6084 |
| | | | | | | | | | Remaining Shares | 0 | | | Unmatched Loss** | $0.00 |
| | | | | | | | | | | | | | Total Loss | $308,150.6084 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 35,358 |
| Net Shares Purchased | 0 |
| Net Funds Expended | $308,150.6084 |
| Approximate LIFO Loss | $308,150.6084 |