# EXHIBIT A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Edmund J. Wall, as representative for DeKalb County Pension Fund ("Movant"), declare as to the claims asserted under the federal securities laws against Mesa Air Group, Inc., *et al.*, that:

1. Movant has reviewed the complaint against Mesa Air Group, Inc., *et al.* in the action filed and adopts the allegations therein.

2. Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movant did not purchase any security that is the subject of these actions at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. Movant's transactions in Mesa Air Group, Inc. securities that are the subject of the complaints during the class periods specified in the complaints are set forth in the chart attached hereto.

6. In the past three years, Movant has sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws in the following cases:

   *In re Mattel Securities Litigation*, CV 19-10860-AB (PLAx (C.D.Cal. Dec., 24, 2019) – selected to be Lead Plaintiff.

   *Harper v. 2U, Inc., et al.*, Case No. 1:19-cv-07390-RA (S.D.N.Y. Aug. 7, 2019) – not selected to be Lead Plaintiff.

   *In re Allergan PLC Securities Litigation*, 1:18-cv-12089-CM (S.D.N.Y. Feb. 19, 2019) – not selected to be Lead Plaintiff.

   *In re General Electric Securities Litigation*, 1:19-cv-01013-DLC (S.D.N.Y. Apr. 2, 2019) – not selected to be Lead Plaintiff.

7. Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 13th day of May, 2020.

Edmund J. Wall
Chairman of the Pension Board
DeKalb County Pension Fund

| Trade Date | Security Name | Ticker | Transaction Type | Shares | Price |
|---|---|---|---|---|---|
| 8/10/2018 | MESA AIR GROUP INC | MESA | BUY | 419 | $11.50 |
| 8/10/2018 | MESA AIR GROUP INC | MESA | BUY | 2,593 | $11.88 |
| 8/10/2018 | MESA AIR GROUP INC | MESA | BUY | 30,047 | $12.00 |
| 8/13/2018 | MESA AIR GROUP INC | MESA | BUY | 1,376 | $11.50 |
| 8/14/2018 | MESA AIR GROUP INC | MESA | BUY | 642 | $11.48 |
| 8/15/2018 | MESA AIR GROUP INC | MESA | BUY | 199 | $11.50 |
| 8/17/2018 | MESA AIR GROUP INC | MESA | BUY | 95 | $11.49 |
| 3/12/2019 | MESA AIR GROUP INC | MESA | BUY | 344 | $9.10 |
| 3/13/2019 | MESA AIR GROUP INC | MESA | BUY | 477 | $9.17 |
| 3/14/2019 | MESA AIR GROUP INC | MESA | BUY | 344 | $9.49 |
| 3/15/2019 | MESA AIR GROUP INC | MESA | BUY | 287 | $9.43 |
| 6/13/2019 | MESA AIR GROUP INC | MESA | SELL | (1,465) | $10.67 |
| 8/23/2019 | MESA AIR GROUP INC | MESA | BUY | 138 | $6.01 |
| 8/23/2019 | MESA AIR GROUP INC | MESA | BUY | 1,593 | $6.00 |
| 8/26/2019 | MESA AIR GROUP INC | MESA | BUY | 423 | $6.47 |
| 8/26/2019 | MESA AIR GROUP INC | MESA | BUY | 1,179 | $6.58 |
| 8/27/2019 | MESA AIR GROUP INC | MESA | BUY | 276 | $6.44 |
| 8/27/2019 | MESA AIR GROUP INC | MESA | BUY | 1,380 | $6.46 |
| 8/27/2019 | MESA AIR GROUP INC | MESA | BUY | 2,760 | $6.37 |
| 9/3/2019 | MESA AIR GROUP INC | MESA | BUY | 156 | $6.24 |
| 3/30/2020 | MESA AIR GROUP INC | MESA | SELL | (2,564) | $3.40 |
| 3/30/2020 | MESA AIR GROUP INC | MESA | SELL | (5,846) | $3.20 |
| 4/15/2020 | MESA AIR GROUP INC | MESA | SELL | (2,458) | $4.18 |
| 4/16/2020 | MESA AIR GROUP INC | MESA | SELL | (280) | $3.48 |
| 4/16/2020 | MESA AIR GROUP INC | MESA | SELL | (2,458) | $3.65 |
| 4/16/2020 | MESA AIR GROUP INC | MESA | SELL | (2,778) | $3.44 |
| 4/17/2020 | MESA AIR GROUP INC | MESA | SELL | (758) | $3.29 |
| 4/17/2020 | MESA AIR GROUP INC | MESA | SELL | (2,799) | $3.47 |
| 4/20/2020 | MESA AIR GROUP INC | MESA | SELL | (173) | $3.26 |
| 4/20/2020 | MESA AIR GROUP INC | MESA | SELL | (5,250) | $3.06 |
| 4/22/2020 | MESA AIR GROUP INC | MESA | SELL | (474) | $2.92 |
| 4/22/2020 | MESA AIR GROUP INC | MESA | SELL | (8,214) | $2.91 |
| 4/24/2020 | MESA AIR GROUP INC | MESA | SELL | (9,211) | $2.84 |