# EXHIBIT B

**Historical Stock Prices for Mesa Air Group, Inc.**

**NASDAQ ticker symbol: MESA**

| Date | Adj Close |
|---|---|
| 8/9/2018 | $12.00 |
| 8/10/2018 | $11.75 |
| 8/13/2018 | $11.50 |
| 8/14/2018 | $11.65 |
| 8/15/2018 | $11.64 |
| 8/16/2018 | $11.70 |
| 8/17/2018 | $11.74 |
| 8/20/2018 | $12.17 |
| 8/21/2018 | $12.33 |
| 8/22/2018 | $12.44 |
| 8/23/2018 | $12.50 |
| 8/24/2018 | $12.56 |
| 8/27/2018 | $12.56 |
| 8/28/2018 | $12.97 |
| 8/29/2018 | $12.84 |
| 8/30/2018 | $13.69 |
| 8/31/2018 | $13.79 |
| 9/4/2018 | $15.82 |
| 9/5/2018 | $15.85 |
| 9/6/2018 | $15.65 |
| 9/7/2018 | $15.85 |
| 9/10/2018 | $15.65 |
| 9/11/2018 | $15.29 |
| 9/12/2018 | $14.65 |
| 9/13/2018 | $15.31 |
| 9/14/2018 | $15.60 |
| 9/17/2018 | $14.84 |
| 9/18/2018 | $14.89 |
| 9/19/2018 | $14.45 |
| 9/20/2018 | $13.56 |
| 9/21/2018 | $13.81 |
| 9/24/2018 | $13.40 |
| 9/25/2018 | $12.57 |
| 9/26/2018 | $13.61 |
| 9/27/2018 | $13.36 |
| 9/28/2018 | $13.86 |
| 10/1/2018 | $13.21 |
| 10/2/2018 | $13.66 |

| Date | Price |
|---|---|
| 10/3/2018 | $13.90 |
| 10/4/2018 | $13.33 |
| 10/5/2018 | $12.99 |
| 10/8/2018 | $13.21 |
| 10/9/2018 | $13.07 |
| 10/10/2018 | $13.25 |
| 10/11/2018 | $12.62 |
| 10/12/2018 | $13.39 |
| 10/15/2018 | $13.65 |
| 10/16/2018 | $14.08 |
| 10/17/2018 | $14.19 |
| 10/18/2018 | $13.60 |
| 10/19/2018 | $13.86 |
| 10/22/2018 | $14.06 |
| 10/23/2018 | $13.65 |
| 10/24/2018 | $13.63 |
| 10/25/2018 | $13.79 |
| 10/26/2018 | $13.47 |
| 10/29/2018 | $12.99 |
| 10/30/2018 | $13.59 |
| 10/31/2018 | $14.45 |
| 11/1/2018 | $14.12 |
| 11/2/2018 | $13.63 |
| 11/5/2018 | $13.90 |
| 11/6/2018 | $13.73 |
| 11/7/2018 | $14.11 |
| 11/8/2018 | $15.12 |
| 11/9/2018 | $14.46 |
| 11/12/2018 | $14.33 |
| 11/13/2018 | $14.55 |
| 11/14/2018 | $14.78 |
| 11/15/2018 | $15.14 |
| 11/16/2018 | $14.56 |
| 11/19/2018 | $13.01 |
| 11/20/2018 | $13.17 |
| 11/21/2018 | $13.65 |
| 11/23/2018 | $13.94 |
| 11/26/2018 | $13.41 |
| 11/27/2018 | $12.83 |
| 11/28/2018 | $12.46 |
| 11/29/2018 | $11.83 |
| 11/30/2018 | $12.08 |
| 12/3/2018 | $12.00 |

| Date | Price |
|---|---|
| 12/4/2018 | $10.63 |
| 12/6/2018 | $11.69 |
| 12/7/2018 | $11.89 |
| 12/10/2018 | $11.70 |
| 12/11/2018 | $11.51 |
| 12/12/2018 | $11.88 |
| 12/13/2018 | $10.23 |
| 12/14/2018 | $10.10 |
| 12/17/2018 | $9.95 |
| 12/18/2018 | $9.14 |
| 12/19/2018 | $7.90 |
| 12/20/2018 | $7.32 |
| 12/21/2018 | $6.86 |
| 12/24/2018 | $6.80 |
| 12/26/2018 | $6.75 |
| 12/27/2018 | $6.56 |
| 12/28/2018 | $7.03 |
| 12/31/2018 | $7.71 |
| 1/2/2019 | $7.70 |
| 1/3/2019 | $7.22 |
| 1/4/2019 | $7.33 |
| 1/7/2019 | $7.77 |
| 1/8/2019 | $7.89 |
| 1/9/2019 | $7.93 |
| 1/10/2019 | $7.66 |
| 1/11/2019 | $7.75 |
| 1/14/2019 | $8.05 |
| 1/15/2019 | $8.19 |
| 1/16/2019 | $8.27 |
| 1/17/2019 | $8.55 |
| 1/18/2019 | $8.65 |
| 1/22/2019 | $8.72 |
| 1/23/2019 | $8.42 |
| 1/24/2019 | $8.48 |
| 1/25/2019 | $8.74 |
| 1/28/2019 | $9.04 |
| 1/29/2019 | $8.82 |
| 1/30/2019 | $9.25 |
| 1/31/2019 | $8.75 |
| 2/1/2019 | $8.73 |
| 2/4/2019 | $9.01 |
| 2/5/2019 | $8.58 |
| 2/6/2019 | $8.65 |

| Date | Price |
|---|---|
| 2/7/2019 | $8.73 |
| 2/8/2019 | $8.80 |
| 2/11/2019 | $8.80 |
| 2/12/2019 | $9.11 |
| 2/13/2019 | $8.96 |
| 2/14/2019 | $9.52 |
| 2/15/2019 | $9.39 |
| 2/19/2019 | $9.68 |
| 2/20/2019 | $9.33 |
| 2/21/2019 | $9.80 |
| 2/22/2019 | $10.03 |
| 2/25/2019 | $9.71 |
| 2/26/2019 | $10.21 |
| 2/27/2019 | $10.05 |
| 2/28/2019 | $10.07 |
| 3/1/2019 | $9.85 |
| 3/4/2019 | $9.72 |
| 3/5/2019 | $9.53 |
| 3/6/2019 | $9.41 |
| 3/7/2019 | $9.59 |
| 3/8/2019 | $9.62 |
| 3/11/2019 | $9.41 |
| 3/12/2019 | $9.34 |
| 3/13/2019 | $9.46 |
| 3/14/2019 | $9.52 |
| 3/15/2019 | $9.41 |
| 3/18/2019 | $9.34 |
| 3/19/2019 | $9.36 |
| 3/20/2019 | $9.16 |
| 3/21/2019 | $8.74 |
| 3/22/2019 | $8.50 |
| 3/25/2019 | $8.28 |
| 3/26/2019 | $8.13 |
| 3/27/2019 | $8.39 |
| 3/28/2019 | $8.40 |
| 3/29/2019 | $8.34 |
| 4/1/2019 | $8.64 |
| 4/2/2019 | $8.59 |
| 4/3/2019 | $8.71 |
| 4/4/2019 | $8.57 |
| 4/5/2019 | $8.40 |
| 4/8/2019 | $8.27 |
| 4/9/2019 | $8.16 |

| Date | Price |
|---|---|
| 4/10/2019 | $8.34 |
| 4/11/2019 | $8.46 |
| 4/12/2019 | $8.48 |
| 4/15/2019 | $8.10 |
| 4/16/2019 | $8.05 |
| 4/17/2019 | $8.28 |
| 4/18/2019 | $8.47 |
| 4/22/2019 | $8.62 |
| 4/23/2019 | $8.67 |
| 4/24/2019 | $8.79 |
| 4/25/2019 | $8.73 |
| 4/26/2019 | $8.75 |
| 4/29/2019 | $9.10 |
| 4/30/2019 | $9.14 |
| 5/1/2019 | $9.03 |
| 5/2/2019 | $9.14 |
| 5/3/2019 | $9.29 |
| 5/6/2019 | $9.30 |
| 5/7/2019 | $9.16 |
| 5/8/2019 | $9.17 |
| 5/9/2019 | $9.34 |
| 5/10/2019 | $9.20 |
| 5/13/2019 | $8.81 |
| 5/14/2019 | $8.97 |
| 5/15/2019 | $9.02 |
| 5/16/2019 | $8.90 |
| 5/17/2019 | $8.85 |
| 5/20/2019 | $8.82 |
| 5/21/2019 | $9.00 |
| 5/22/2019 | $8.88 |
| 5/23/2019 | $8.96 |
| 5/24/2019 | $9.08 |
| 5/28/2019 | $9.10 |
| 5/29/2019 | $9.11 |
| 5/30/2019 | $9.26 |
| 5/31/2019 | $9.12 |
| 6/3/2019 | $9.00 |
| 6/4/2019 | $8.87 |
| 6/5/2019 | $9.30 |
| 6/6/2019 | $9.54 |
| 6/7/2019 | $10.15 |
| 6/10/2019 | $10.45 |
| 6/11/2019 | $10.32 |

| Date | Price |
|---|---|
| 6/12/2019 | $10.36 |
| 6/13/2019 | $10.62 |
| 6/14/2019 | $10.85 |
| 6/17/2019 | $10.60 |
| 6/18/2019 | $10.59 |
| 6/19/2019 | $10.67 |
| 6/20/2019 | $10.87 |
| 6/21/2019 | $10.66 |
| 6/24/2019 | $10.14 |
| 6/25/2019 | $9.60 |
| 6/26/2019 | $9.33 |
| 6/27/2019 | $9.19 |
| 6/28/2019 | $9.14 |
| 7/1/2019 | $9.52 |
| 7/2/2019 | $9.38 |
| 7/3/2019 | $9.47 |
| 7/5/2019 | $9.64 |
| 7/8/2019 | $9.53 |
| 7/9/2019 | $9.47 |
| 7/10/2019 | $9.53 |
| 7/11/2019 | $9.41 |
| 7/12/2019 | $9.88 |
| 7/15/2019 | $9.89 |
| 7/16/2019 | $10.16 |
| 7/17/2019 | $10.14 |
| 7/18/2019 | $10.23 |
| 7/19/2019 | $10.09 |
| 7/22/2019 | $10.14 |
| 7/23/2019 | $10.45 |
| 7/24/2019 | $10.77 |
| 7/25/2019 | $10.36 |
| 7/26/2019 | $10.14 |
| 7/29/2019 | $10.12 |
| 7/30/2019 | $10.32 |
| 7/31/2019 | $10.24 |
| 8/1/2019 | $9.81 |
| 8/2/2019 | $9.46 |
| 8/5/2019 | $9.13 |
| 8/6/2019 | $9.35 |
| 8/7/2019 | $9.60 |
| 8/8/2019 | $9.77 |
| 8/9/2019 | $6.62 |
| 8/12/2019 | $5.84 |

| Date | Price |
| --- | --- |
| 8/13/2019 | $6.14 |
| 8/14/2019 | $6.19 |
| 8/15/2019 | $5.83 |
| 8/16/2019 | $6.14 |
| 8/19/2019 | $6.48 |
| 8/20/2019 | $6.26 |
| 8/21/2019 | $6.25 |
| 8/22/2019 | $6.06 |
| 8/23/2019 | $6.01 |
| 8/26/2019 | $6.46 |
| 8/27/2019 | $6.33 |
| 8/28/2019 | $6.39 |
| 8/29/2019 | $6.72 |
| 8/30/2019 | $6.46 |
| 9/3/2019 | $6.46 |
| 9/4/2019 | $6.56 |
| 9/5/2019 | $6.65 |
| 9/6/2019 | $6.49 |
| 9/9/2019 | $7.01 |
| 9/10/2019 | $7.27 |
| 9/11/2019 | $7.52 |
| 9/12/2019 | $7.53 |
| 9/13/2019 | $7.79 |
| 9/16/2019 | $7.55 |
| 9/17/2019 | $7.41 |
| 9/18/2019 | $7.29 |
| 9/19/2019 | $7.24 |
| 9/20/2019 | $7.47 |
| 9/23/2019 | $7.41 |
| 9/24/2019 | $7.17 |
| 9/25/2019 | $7.26 |
| 9/26/2019 | $6.88 |
| 9/27/2019 | $6.81 |
| 9/30/2019 | $6.75 |
| 10/1/2019 | $6.49 |
| 10/2/2019 | $6.31 |
| 10/3/2019 | $6.25 |
| 10/4/2019 | $6.35 |
| 10/7/2019 | $6.50 |
| 10/8/2019 | $6.50 |
| 10/9/2019 | $6.38 |
| 10/10/2019 | $6.34 |
| 10/11/2019 | $6.43 |

| Date | Price |
|---|---|
| 10/14/2019 | $7.03 |
| 10/15/2019 | $7.41 |
| 10/16/2019 | $7.23 |
| 10/17/2019 | $7.27 |
| 10/18/2019 | $7.05 |
| 10/21/2019 | $7.33 |
| 10/22/2019 | $7.71 |
| 10/23/2019 | $7.46 |
| 10/24/2019 | $7.46 |
| 10/25/2019 | $7.68 |
| 10/28/2019 | $7.74 |
| 10/29/2019 | $7.75 |
| 10/30/2019 | $7.77 |
| 10/31/2019 | $7.62 |
| 11/1/2019 | $7.64 |
| 11/4/2019 | $7.55 |
| 11/5/2019 | $7.33 |
| 11/6/2019 | $7.35 |
| 11/7/2019 | $7.60 |
| 11/8/2019 | $7.43 |
| 11/11/2019 | $7.30 |
| 11/12/2019 | $7.11 |
| 11/13/2019 | $7.02 |
| 11/14/2019 | $7.06 |
| 11/15/2019 | $7.19 |
| 11/18/2019 | $7.10 |
| 11/19/2019 | $7.09 |
| 11/20/2019 | $7.09 |
| 11/21/2019 | $6.97 |
| 11/22/2019 | $7.06 |
| 11/25/2019 | $7.11 |
| 11/26/2019 | $7.16 |
| 11/27/2019 | $7.15 |
| 11/29/2019 | $7.27 |
| 12/2/2019 | $7.00 |
| 12/3/2019 | $8.09 |
| 12/4/2019 | $8.43 |
| 12/5/2019 | $8.73 |
| 12/6/2019 | $8.89 |
| 12/9/2019 | $9.11 |
| 12/10/2019 | $9.07 |
| 12/11/2019 | $9.26 |
| 12/12/2019 | $8.83 |

| Date | Price |
|---|---|
| 12/13/2019 | $8.86 |
| 12/16/2019 | $8.75 |
| 12/17/2019 | $8.81 |
| 12/18/2019 | $8.76 |
| 12/19/2019 | $8.98 |
| 12/20/2019 | $8.98 |
| 12/23/2019 | $9.40 |
| 12/24/2019 | $9.52 |
| 12/26/2019 | $9.41 |
| 12/27/2019 | $9.14 |
| 12/30/2019 | $8.95 |
| 12/31/2019 | $8.94 |
| 1/2/2020 | $8.84 |
| 1/3/2020 | $8.69 |
| 1/6/2020 | $8.56 |
| 1/7/2020 | $8.58 |
| 1/8/2020 | $8.69 |
| 1/9/2020 | $8.79 |
| 1/10/2020 | $8.64 |
| 1/13/2020 | $8.70 |
| 1/14/2020 | $8.87 |
| 1/15/2020 | $8.96 |
| 1/16/2020 | $9.36 |
| 1/17/2020 | $9.27 |
| 1/21/2020 | $9.07 |
| 1/22/2020 | $9.00 |
| 1/23/2020 | $9.37 |
| 1/24/2020 | $9.21 |
| 1/27/2020 | $8.71 |
| 1/28/2020 | $8.64 |
| 1/29/2020 | $8.60 |
| 1/30/2020 | $8.66 |
| 1/31/2020 | $8.54 |
| 2/3/2020 | $8.29 |
| 2/4/2020 | $8.24 |
| 2/5/2020 | $8.35 |
| 2/6/2020 | $8.25 |
| 2/7/2020 | $7.81 |
| 2/10/2020 | $7.91 |
| 2/11/2020 | $8.46 |
| 2/12/2020 | $8.35 |
| 2/13/2020 | $8.09 |
| 2/14/2020 | $7.94 |

| Date | Price |
|---|---|
| 2/18/2020 | $7.69 |
| 2/19/2020 | $7.61 |
| 2/20/2020 | $7.77 |
| 2/21/2020 | $7.68 |
| 2/24/2020 | $7.24 |
| 2/25/2020 | $6.70 |
| 2/26/2020 | $6.30 |
| 2/27/2020 | $5.90 |
| 2/28/2020 | $5.77 |
| 3/2/2020 | $5.95 |
| 3/3/2020 | $5.81 |
| 3/4/2020 | $6.06 |
| 3/5/2020 | $5.34 |
| 3/6/2020 | $5.76 |
| 3/9/2020 | $5.19 |
| 3/10/2020 | $5.43 |
| 3/11/2020 | $4.53 |
| 3/12/2020 | $3.73 |
| 3/13/2020 | $4.72 |
| 3/16/2020 | $3.72 |
| 3/17/2020 | $3.40 |
| 3/18/2020 | $2.89 |
| 3/19/2020 | $2.70 |
| 3/20/2020 | $3.13 |
| 3/23/2020 | $3.02 |
| 3/24/2020 | $3.43 |
| 3/25/2020 | $3.24 |
| 3/26/2020 | $4.09 |
| 3/27/2020 | $3.94 |
| 3/30/2020 | $3.11 |
| 3/31/2020 | $3.29 |
| 4/1/2020 | $3.03 |