**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Nina F. Locker (*pro hac vice*)
nlocker@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Laurie B. Smilan (*pro hac vice*)
lsmilan@wsgr.com
1700 K St. NW, 5th Fl.
Washington, DC 20006
Telephone: (202)-973-8800
Facsimile: (202)-973-8899

**SACKS, RICKETTS & CASE LLP**
Cynthia A. Ricketts, SBN 012668
cricketts@srclaw.com
Andrew C. Stanley, SBN 029789
astanley@srclaw.com
2800 North Central Avenue, Suite 1910
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

*Attorneys for Defendants Mesa Air Group, Inc.,*
*Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello,*
*Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart,*
*G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Mesa Air Group, Inc., et al.,<br><br>Defendants. | CASE NO.:  CV-20-648-PHX-MTL<br><br><br>**DECLARATION OF ANDREW C. STANLEY IN SUPPORT OF MESA DEFENDANTS' MOTION TO DISMISS** |

I, Andrew C. Stanley, declare:

1.      I am an active member of the Bar of the State of Arizona, admitted to practice before this Court.  I am a Senior Associate with the law firm of Sacks, Ricketts & Case LLP, co-counsel for defendants Mesa Air Group, Inc. ("Mesa"), Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados (collectively "Mesa Defendants").  I have personal knowledge of the facts set forth in this declaration and can testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Mesa's Form 424B4 (Prospectus), filed with the Securities and Exchange Commission ("SEC") on August 10, 2018.

3.       Attached hereto as Exhibit 2 is a true and correct copy of the index of exhibits identified in Mesa's Form S-1/A, filed with the SEC on July 30, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Mesa's Code Share and Revenue Sharing Agreement between America West Airlines and Mesa Airlines, Inc., dated March 20, 2001, filed with the SEC as Exhibit 10.11.1 to Mesa's Form S-1/A, filed with the SEC on July 30, 2018.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Mesa's Form 8-K, filed with the SEC on January 31, 2019.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Mesa's Nineteenth Amendment to Code Share and Revenue Sharing Agreement between American Airlines, Inc. and Mesa Airlines, Inc., dated January 22, 2019, filed with the SEC as Exhibit 10.11.20 to Mesa's Form 10-K, filed with the SEC on December 17, 2019.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a transcript prepared by S&P Global Inc. of Mesa's February 5, 2019 Q1 2019 Earnings Conference Call.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a transcript prepared by S&P Global Inc. of Mesa's August 9, 2019 Q3 2019 Earnings Conference Call.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Mesa's press release dated February 10, 2020, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on February 10, 2020.

10.      Attached hereto as Exhibit 9 is a true and correct copy of a transcript prepared by S&P Global Inc. of Mesa's December 11, 2019 Q4 2019 Earnings Conference Call.

11.      Attached hereto as Exhibit 10 is a true and correct copy of a transcript prepared by S&P Global Inc. of Mesa's February 10, 2020 Q1 2020 Earnings Conference Call.

12.      Attached hereto as Exhibit 11 is a true and correct copy of the Department of Transportation bulletin entitled "Preliminary Air Traffic Data, April 2020: 96% Reduction in U.S. Airline Passengers from 2019," Release No. BTS 36-20 (June 10, 2020) https://www.bts.gov/newsroom/preliminary-air-traffic-data-april-2020-96-reduction-us-airline-passengers-2019.

13.      Attached hereto as Exhibit 12 is a true and correct copy of a transcript prepared by S&P Global Inc. of Mesa's May 10, 2019 Q2 2019 Earnings Conference Call.

14.      Attached hereto as Exhibit 13 is a true and correct copy of the CNBC article entitled "Regional airlines ground flights due to navigation system problem," dated June 9, 2019, https://www.cnbc.com/2019/06/09/regional-airlines-ground-flights-due-to-navigation-system-problem.html.

15.      On September 23, 2020, I participated in a meet and confer with Plaintiff's counsel as required by the Court's April 2, 2020 Order (ECF No. 6) and LRCiv 12.1(c). The parties conferred in good faith but were unable to agree that the Amended Complaint is curable by a permissible amendment.  In particular, in connection with the issues

2

regarding whether the Plaintiff has standing and whether any Defendant is a statutory seller under Section 12(a)(2), Defendants requested that Plaintiff provide information demonstrating that, in connection with the Offering, it purchased shares directly from a defendant. Plaintiff took the matter under advisement but later declined to provide the requested information, requiring Mesa Defendants to address those issues in their motion to dismiss.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 1st day of October 2020, in Phoenix, Arizona.

/s/ Andrew C. Stanley
Andrew C. Stanley