# EXHIBIT 2



| Company: | MESA AIR GROUP INC |
|---|---|
| Document: | S-1/A · 07/30/2018 |
| Section: | Entire Document |
| File Number: | 333-226173 |
| Pages: | 234 |

8/18/2020 4:03:39 PM

**Table of Contents**

**As filed with the Securities and Exchange Commission on July 30, 2018**

Registration No. 333-226173

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Amendment No. 1
## FORM S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# MESA AIR GROUP, INC.
**(Exact name of registrant as specified in its charter)**

| Nevada | 4512 | 85-0302351 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**410 North 44th Street, Suite 700**
**Phoenix, Arizona 85008**
**(602) 685-4000**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Jonathan G. Ornstein**
**Chairman and Chief Executive Officer**
**Mesa Air Group, Inc.**
**410 North 44th Street, Suite 700**
**Phoenix, Arizona 85008**
**(602) 685-4000**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| Gregory R. Hall | Brian S. Gillman | Anna T. Pinedo |
|---|---|---|
| DLA Piper LLP (US) | Executive Vice President, General Counsel and Secretary | Mayer Brown LLP |
| 2525 East Camelback Road, Suite 1000 Phoenix, Arizona 85016 | Mesa Air Group, Inc. | 1221 Avenue of the Americas New York, New York 10020-1001 |
| (480) 606-5100 | 410 North 44th Street, Suite 700 | (212) 506-2275 |
| | Phoenix, Arizona 85008 | |
| | (602) 685-4000 | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided to Section 7(a)(2)(B) of the Securities Act. ☒

### CALCULATION OF REGISTRATION FEE

| Title Of Each Class Of Securities To Be Registered | Amount to be Registered(1) | Proposed Maximum Offering Price Per Share | Proposed Maximum Aggregate Offering Price(2) | Amount Of Registration Fee(3) |
|---|---|---|---|---|
| Common stock, no par value per share | | | $184,575,000 | $22,980 |

(1) Includes shares of common stock that may be issuable upon exercise of an option to purchase additional shares granted to the underwriters.
(2) Estimated solely for the purpose of calculating the amount of the registration fee in accordance with Rule 457(o) under the Securities Act of 1933, as amended. Includes the aggregate offering price of additional shares that the underwriters have the option to purchase.
(3) A registration fee of $18,675 was previously paid in connection with the Registration Statement, and the additional amount of $4,305 is being paid herewith.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

issuer not involving any public offering or pursuant to benefit plans and contracts relating to compensation as provided under Rule 701. The recipients of the securities in each of these transactions represented their intentions to acquire the securities for investment only and not with a view to or for sale in connection with any distribution thereof, and appropriate legends were placed upon the stock certificates issued in these transactions. All recipients had adequate access, through their relationships with us, to information about us.

There were no underwriters employed in connection with any of the transactions set forth in Item 15.

**Item 16.    Exhibits and Financial Statement Schedules**

(a) *Exhibits*

## EXHIBIT INDEX

Some of the agreements included as exhibits to the registration statement of which this prospectus forms a part contain representations and warranties by the parties to the applicable agreement. These representations and warranties were made solely for the benefit of the other parties to the applicable agreement and (i) were not intended to be treated as categorical statements of fact, but rather as a way of allocating the risk to one of the parties if those statements prove to be inaccurate; (ii) may have been qualified in such agreement by disclosures that were made to the other party in connection with the negotiation of the applicable agreement; (iii) may apply contract standards of "materiality" that are different from "materiality" under the applicable securities laws; and (iv) were made only as of the date of the applicable agreement or such other date or dates as may be specified in the agreement.

The undersigned registrant acknowledges that, notwithstanding the inclusion of the foregoing cautionary statements, it is responsible for considering whether additional specific disclosures of material information regarding contractual provisions are required to make the statements in the registration statement of which this prospectus forms a part not misleading.

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
| --- | --- | --- | --- | --- | --- |
| | | Form | Date | Number | |
| 1.1* | Form of Underwriting Agreement | | | | |
| 2.1** | Third Amended Joint Plan of Reorganization of the Registrant and Affiliated Debtors Under Chapter 11 of the Bankruptcy Code, effective February 27, 2011 | DRS | May 7, 2018 | 2.1 | |
| 3.1 | Amended and Restated Articles of Incorporation of the Registrant, currently in effect | DRS | May 7, 2018 | 3.1 | |
| 3.2 | Amended and Restated Bylaws of the Registrant, currently in effect | DRS | May 7, 2018 | 3.2 | |
| 3.3 | Form of Second Amended and Restated Articles of Incorporation of the Registrant, to be in effect immediately prior to the completion of this offering | | | | X |
| 3.4 | Form of Amended and Restated Bylaws of the Registrant, to be in effect upon the closing of the offering | | | | X |
| 4.1* | Form of Common Stock Certificate | | | | |
| 4.2 | Investor Rights Agreement between the Registrant and US Airways, Inc., dated March 1, 2011 | DRS | May 7, 2018 | 4.2 | |

II-2

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
| | | Form | Date | Number | |
| --- | --- | --- | --- | --- | --- |
| 4.3.1 | Shareholders' Agreement between the Registrant and US Airways, Inc., dated March 1, 2011 | DRS | May 7, 2018 | 4.3.1 | |
| 4.3.2 | Letter Agreement between the Registrant and US Airways, Inc., dated February 27, 2014 | DRS | May 7, 2018 | 4.3.2 | |
| 4.3.3 | Letter Agreement between the Registrant and US Airways, Inc., dated March 22, 2017 | DRS | May 7, 2018 | 4.3.3 | |
| 4.3.4 | Amended and Restated Shareholders' Agreement among the Registrant, Penguin Lax, Inc. and P Marblegate Ltd., dated December 2017 | DRS | May 7, 2018 | 4.3.4 | |
| 4.3.5 | Amended and Restated Shareholders' Agreement between the Registrant and Citigroup Global Markets Inc., dated June 1, 2016 | DRS | May 7, 2018 | 4.3.5 | |
| 4.3.6 | Shareholders' Agreement among the Registrant, Owl Creek Credit Opportunity Fund, L.P. and Owl Creek Credit Opportunity Intermediate Fund, L.P., dated February 6, 2018 | | | | X |
| 4.3.7 | Shareholder's Agreement among the Registrant, Marneu Holdings Co. and Momar Corp., dated December 13, 2017 | | | | X |
| 5.1* | Opinion of Brownstein Hyatt Farber Schreck, LLP | | | | |
| 5.2* | Opinion of DLA Piper LLP (US) | | | | |
| 10.1# | Mesa Air Group, Inc. 2011 Stock Incentive Plan and related forms of agreement | DRS | May 7, 2018 | 10.1 | |
| 10.2# | Mesa Air Group, Inc. 2017 Stock Plan and related forms of agreement | DRS | May 7, 2018 | 10.2 | |
| 10.3# | Mesa Air Group, Inc. Restricted Phantom Stock Units Plan and related forms of agreement | DRS | May 7, 2018 | 10.3 | |
| 10.4.1# | Mesa Air Group, Inc. Amended and Restated Stock Appreciation Rights Plan and related forms of agreement | DRS | May 7, 2018 | 10.4.1 | |
| 10.4.2# | Amendment. No. 1 to the Mesa Air Group, Inc. Amended and Restated Stock Appreciation Rights Plan, dated April 21, 2015 | DRS | May 7, 2018 | 10.4.2 | |
| 10.5 | Mesa Air Group, Inc. 2018 Equity Incentive Plan and related forms of agreement | | | | X |
| 10.6 | Form of Indemnification Agreement between the Registrant and each of its directors and executive officers | S-1 | July 13, 2018 | 10.5 | |
| 10.7 | Amended and Restated Employment Agreement between the Registrant and Jonathan G. Ornstein, dated July 26, 2018 | | | | X |
| 10.8 | Amended and Restated Employment Agreement between the Registrant and Michael J. Lotz, dated July 26, 2018 | | | | X |

II-3

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
| --- | --- | --- | --- | --- | --- |
| | | Form | Date | Number | |
| 10.9 | Amended and Restated Employment Agreement between the Registrant and Brian S. Gillman, dated July 26, 2018 | | | | X |
| 10.10.1† | Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013 | | | | X |
| 10.10.2† | First Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of September 12, 2014 | | | | X |
| 10.10.3† | Second Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of October 2, 2015 | | | | X |
| 10.10.4 | Third Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated January 1, 2015 | S-1 | July 13, 2018 | 10.9.4 | |
| 10.10.5† | Fourth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of November 13, 2015 | | | | X |
| 10.10.6† | Fifth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of December 14, 2015 | | | | X |
| 10.10.7† | Sixth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of December 1, 2015 | | | | X |
| 10.10.8 | Seventh Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of August 1, 2016 | S-1 | July 13, 2018 | 10.9.8 | |
| 10.10.9† | Eighth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated August 29, 2013, effective as of June 6, 2016 | | | | X |
| 10.10.10† | Ninth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated January 2017, effective as of 2017 | | | | X |
| 10.10.11† | Tenth Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated May 3, 2017, effective as of January 1, 2017 | | | | X |

II-4

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
|---|---|---|---|---|---|
| | | Form | Date | Number | |
| 10.10.12† | Eleventh Amendment to the Capacity Purchase Agreement among the Registrant, Mesa Airlines, Inc. and United Airlines, Inc., dated 2018, effective as of 2018 | | | | X |
| 10.11.1† | Code Share and Revenue Sharing Agreement between America West Airlines, Inc. and Mesa Airlines, Inc., dated March 20, 2001, effective as of February 1, 2001 | | | | X |
| 10.11.2 | First Amendment to Code Share and Revenue Sharing Agreement between America West Airlines, Inc. and Mesa Airlines, Inc., dated April 27, 2001 | S-1 | July 13, 2018 | 10.10.2 | |
| 10.11.3 | Second Amendment to Code Share and Revenue Sharing Agreement among America West Airlines, Inc., Mesa Airlines, Inc., Freedom Airlines, Inc. and Air Midwest, Inc., dated October 24, 2002 | S-1 | July 13, 2018 | 10.10.3 | |
| 10.11.4 | Third Amendment to Code Share and Revenue Sharing Agreement among America West Airlines, Inc., Mesa Airlines, Inc. and Freedom Airlines, Inc., dated January 29, 2003 | S-1 | July 13, 2018 | 10.10.4 | |
| 10.11.5† | Fourth Amendment to Code Share and Revenue Sharing Agreement and Release among America West Airlines, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated September 5, 2003 | | | | X |
| 10.11.6 | Fifth Amendment to Code Share and Revenue Sharing Agreement among America West Airlines, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated January 28, 2005 | S-1 | July 13, 2018 | 10.10.6 | |
| 10.11.7† | Sixth Amendment to Code Share and Revenue Sharing Agreement and Settlement Agreement among America West Airlines, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated July 27, 2005 | | | | X |
| 10.11.8† | Seventh Amendment to Code Share and Revenue Sharing Agreement and Settlement, Assignment and Assumption Agreement among America West Airlines, Inc., US Airways, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated September 10, 2007 | | | | X |
| 10.11.9† | Eighth Amendment to Code Share and Revenue Sharing Agreement and Settlement Agreement among US Airways, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated May 12, 2008 | | | | X |

II-5

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
| --- | --- | --- | --- | --- | --- |
| | | Form | Date | Number | |
| 10.11.10† | Ninth Amendment to Code Share and Revenue Sharing Agreement among US Airways, Inc., Mesa Airlines, Inc., Air Midwest, Inc. and Freedom Airlines, Inc., dated March 30, 2009 | | | | X |
| 10.11.11† | Tenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated November 18, 2010 | | | | X |
| 10.11.12† | Eleventh Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated July 1, 2012 | | | | X |
| 10.11.13† | Twelfth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated February 14, 2013 | | | | X |
| 10.11.14† | Thirteenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated December 24, 2013 | | | | X |
| 10.11.15† | Fourteenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated April 10, 2014 | | | | X |
| 10.11.16† | Fifteenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated November 26, 2014 | | | | X |
| 10.11.17† | Sixteenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated January 26, 2015 | | | | X |
| 10.11.18† | Seventeenth Amendment to Code Share and Revenue Sharing Agreement between US Airways, Inc. and Mesa Airlines, Inc., dated December 28, 2015 | | | | X |
| 10.11.19† | Eighteenth Amendment to Code Share and Revenue Sharing Agreement between American Airlines, Inc. and Mesa Airlines, Inc., dated March 1, 2017 | | | | X |
| 10.12.1 | Credit and Guaranty Agreement among the Registrant, Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C., the other guarantors party thereto from time to time, CIT Bank, N.A. and the other lenders party thereto, dated August 12, 2016 | | | | X |
| 10.12.2 | Amendment No. 1 to Credit Agreement among the Registrant, Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C. and CIT Bank, N.A., dated June 5, 2017 | | | | X |

II-6

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
|---|---|---|---|---|---|
| | | Form | Date | Number | |
| 10.12.3 | Amendment No. 2 to Credit Agreement among the Registrant, Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C. and CIT Bank, N.A., dated June 27, 2017 | | | | X |
| 10.12.4 | Amendment No. 3 to Credit Agreement among the Registrant, Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C. and CIT Bank, N.A., dated September 19, 2017 | | | | X |
| 10.12.5 | Amendment No. 4 to Credit Agreement among the Registrant, Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C. and CIT Bank, N.A., dated April 27, 2018. | | | | X |
| 10.13.1 | Mortgage and Security Agreement among Mesa Airlines, Inc., Mesa Air Group Airline Inventory Management, L.L.C., the other grantors referred to therein and CIT Bank, N.A., dated August 12, 2016 | | | | X |
| 10.13.2 | Mortgage and Security Agreement Supplement No. 1 between Mesa Airlines, Inc. and CIT Bank, N.A., dated August 12, 2016 | | | | X |
| 10.13.3 | Mortgage and Security Agreement Supplement No. 2 between Mesa Air Group Airline Inventory Management, L.L.C. and CIT Bank, N.A., dated August 12, 2016 | | | | X |
| 10.13.4 | Mortgage and Security Agreement Supplement No. 3 between Mesa Airlines, Inc. and CIT Bank, N.A., dated November 23, 2016 | | | | X |
| 10.14.1 | Credit Agreement among Mesa Airlines, Inc., the lenders named therein, Obsidian Agency Services, Inc. and Cortland Capital Markets Services LLC, dated December 14, 2016 | DRS | May 7, 2018 | 10.14.1 | |
| 10.14.2 | Amendment No. 1 to Credit Agreement among Mesa Airlines, Inc., the lenders named therein, Obsidian Agency Services, Inc. and Cortland Capital Markets Services LLC, dated February 26, 2018 | DRS | May 7, 2018 | 10.14.2 | |
| 10.15.1 | Mortgage and Security Agreement between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated December 14, 2016 | DRS | May 7, 2018 | 10.15.1 | |
| 10.15.2 | Mortgage Supplement No. 1 between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated December 14, 2016 | DRS | May 7, 2018 | 10.15.2 | |
| 10.15.3 | Mortgage Supplement No. 2 between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated February 2, 2017 | DRS | May 7, 2018 | 10.15.3 | |

II-7

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
|---|---|---|---|---|---|
| | | Form | Date | Number | |
| 10.15.4 | Mortgage Supplement No. 3 between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated July 5, 2017 | DRS | May 7, 2018 | 10.15.4 | |
| 10.15.5 | Mortgage Supplement No. 4 between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated September 29, 2017 | DRS | May 7, 2018 | 10.15.5 | |
| 10.15.6 | Mortgage Supplement No. 5 between Mesa Airlines, Inc. and Obsidian Agency Services, Inc., dated March 1, 2018 | DRS | May 7, 2018 | 10.15.6 | |
| 10.16 | Credit Agreement between Mesa Airlines, Inc. and Export Development Canada, dated August 12, 2015 | | | | X |
| 10.17.1 | Credit Agreement between Mesa Airlines, Inc. and Export Development Canada, dated January 18, 2016 | | | | X |
| 10.17.2 | Amendment No. 1 to Credit Agreement between Mesa Airlines, Inc. and Export Development Canada, dated March 30, 2017 | | | | X |
| 10.17.3 | Omnibus Amendment Agreement among the Registrant, Mesa Airlines, Inc. and Export Development Canada, dated April 30, 2018 | | | | X |
| 10.18 | Credit Agreement between Mesa Airlines, Inc. and Export Development Canada, dated June 27, 2016 | | | | X |
| 10.19.1 | Business Loan Agreement between Mesa Airlines, Inc. and MidFirst Bank, dated May 21, 2015 | DRS | May 7, 2018 | 10.19.1 | |
| 10.19.2 | Promissory Note between Mesa Airlines, Inc. and MidFirst Bank, dated May 21, 2015 | DRS | May 7, 2018 | 10.19.2 | |
| 10.20.1 | Office Lease Agreement between the Registrant and DMB Property Ventures Limited Partnership, dated October 16, 1998 | DRS | May 7, 2018 | 10.20.1 | |
| 10.20.2 | First Amendment to Lease between the Registrant and DMB Property Ventures Limited Partnership, dated March 9, 1999 | DRS | May 7, 2018 | 10.20.2 | |
| 10.20.3 | Second Amendment to Lease between the Registrant and DMB Property Ventures Limited Partnership, dated November 8, 1999 | DRS | May 7, 2018 | 10.20.3 | |
| 10.20.4 | Lease Amendment Three between the Registrant and CMD Realty Investment Fund IV, L.P., dated November 7, 2000 | DRS | May 7, 2018 | 10.20.4 | |
| 10.20.5 | Lease Amendment Four between the Registrant and CMD Realty Investment Fund IV, L.P., dated May 15, 2001 | DRS | May 7, 2018 | 10.20.5 | |
| 10.20.6 | Lease Amendment Five between the Registrant and CMD Realty Investment Fund IV, L.P., dated October 11, 2002 | DRS | May 7, 2018 | 10.20.6 | |

Table of Contents

| Exhibit Number | Description | Incorporated by Reference | | | Filed Herewith |
| | | Form | Date | Number | |
|---|---|---|---|---|---|
| 10.20.7 | Lease Amendment Six between the Registrant and CMD Realty Investment Fund IV, L.P., dated April 1, 2003 | DRS | May 7, 2018 | 10.20.7 | |
| 10.20.8 | Amended and Restated Lease Amendment Seven between the Registrant and CMD Realty Investment Fund IV, L.P., dated April 15, 2005 | DRS | May 7, 2018 | 10.20.8 | |
| 10.20.9 | Lease Amendment Eight between the Registrant and CMD Realty Investment Fund IV, L.P., dated October 12, 2005 | DRS | May 7, 2018 | 10.20.9 | |
| 10.20.10 | Lease Amendment Nine between the Registrant and Transwestern Phoenix Gateway, L.L.C., dated November 4, 2010 | DRS | May 7, 2018 | 10.20.10 | |
| 10.20.11 | Lease Amendment Eleven between the Registrant and Phoenix Office Grand Avenue Partners, LLC, dated July 31, 2014 | DRS | May 7, 2018 | 10.20.11 | |
| 10.20.12 | Lease Amendment Twelve between the Registrant and Phoenix Office Grand Avenue Partners, LLC, dated November 20, 2014 | DRS | May 7, 2018 | 10.20.12 | |
| 21.1 | List of subsidiaries of the Registrant | S-1 | July 13, 2018 | 21.1 | |
| 23.1* | Consent of Brownstein Hyatt Farber Schreck, LLP (included in Exhibit 5.1) | | | | |
| 23.2* | Consent of DLA Piper LLP (US) (included in Exhibit 5.2) | | | | |
| 23.3 | Consent of Deloitte & Touche LLP | | | | X |
| 24.1 | Power of Attorney | S-1 | July 13, 2018 | 24.1 | |

\*     To be filed by amendment.

\*\*    The exhibits and schedules to this Exhibit have been omitted in accordance with Regulation S-K Item 601(b)(2). The Registrant agrees to furnish supplementally a copy of any omitted exhibit or schedule to the SEC upon its request.

\#     Management contract or compensatory plan.

†     Portions of this exhibit have been omitted pursuant to a request for confidential treatment and this exhibit has been filed separately with the SEC.

II-9