# EXHIBIT 13

AIRLINES

# Regional airlines ground flights due to navigation system problem

PUBLISHED SUN, JUN 9 2019·3:22 PM EDT



**Leslie Josephs**
@LESLIEJOSEPHS

SHARE

## KEY POINTS

Regional airlines in the U.S. and Europe reported error messages on navigation systems, the FAA says.

Airlines that fly for Delta, American and others have reported the problem.

The system is on some Bombardier CRJ regional planes.


MARKETS


WATCHLIST


CNBC TV




MENU



*Robert Alexander | Archive Photos | Getty Images*

Regional airlines in the U.S. canceled flights after receiving error messages from navigation systems aboard some of their planes, the Federal Aviation Administration said Sunday.

Mesa Airlines, which flies for American Airlines and United Airlines, as well as Delta Air Lines' subsidiary Endeavor Air, United contractor GoJet, American Airlines-owned PSA Airlines and SkyWest are affected by the issue.

These regional carriers have canceled about 400 flights scheduled for Sunday, according to flight-tracking site FlightAware. A Delta spokeswoman said about 80 of its regional flights were canceled.

The systems in question are on certain CRJ regional jets made by Canada's Bombardier. The manufacturer did not immediately return a request for comment. The FAA said the system was made by Rockwell Collins, which



MARKETS          WATCHLIST          CNBC TV          MENU

[United Technologies](#) acquired last year. The company wasn't immediately available for comment.

"We are working to determine the cause of the problem, which may have resulted from a software update to the aircraft navigation systems," the FAA said in a statement, which encouraged travelers to check their flight statuses with airlines.

**CNBC**

Subscribe to CNBC PRO

Licensing & Reprints

CNBC Councils

Supply Chain Values

CNBC on Peacock

Advertise With Us

Join the CNBC Panel

Digital Products

News Releases

Closed Captioning

Corrections

About CNBC

Internships

Site Map

Podcasts

Ad Choices

Careers

Help

Contact



## News Tips

Got a confidential news tip? We want to hear from you.




MARKETS

GET IN TOUCH


WATCHLIST


CNBC TV


MENU