Edwin A. Barkel (Bar No. 021666)
John C. Gray (Bar No. 028454)
Michael C. Brown (Bar No. 030524)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:    (602) 262-5311
Facsimile:    (602) 262-5747
Email:        ebarkel@lrrc.com
              jgray@lrrc.com
              mbrown@lrrc.com

Adam S. Hakki (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
SHEARMAN AND STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone:    (212) 848-4000
Email:        adam.hakki@shearman.com
              agnes.dunogue@shearman.com

*Counsel for Defendants*
*Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>Mesa Air Group, Inc., *et al.*,<br><br>                    Defendants. | Case No. 2:20-cv-00648-MTL<br><br>(Assigned to the Hon. Michael T. Liburdi)<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN THE MESA DEFENDANTS' MOTION TO DISMISS** |

Defendants Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC (together, the "Underwriter Defendants") join in the Mesa Defendants'[1] Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof (Dkt. No. 56) and supporting documents (Dkt. Nos. 57-58) (collectively, the "Motion"), with respect to the claims asserted against the Underwriter Defendants (those under Section 11 and Section 12(a)(2) of the Securities Act of 1933), including all arguments set forth in the Motion in connection with such claims, and respectfully request that the Court dismiss the claims against the Underwriter Defendants with prejudice.

Respectfully submitted this ___1st___ day of ___October 2020_____.

Lewis Roca Rothgerber Christie LLP

By: _____
John C. Gray
Counsel for the Underwriter Defendants

---

[1] Defendants Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; and Don Skiados are collectively referred to as the "Mesa Defendants."

-1-
JOINDER IN MOTION TO DISMISS