Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Lead Plaintiff DeKalb County*
*Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
        rkillorin@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for Lead Plaintiff DeKalb County*
*Pension Fund and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC, <br><br> Defendants. | Case No. 2:20-cv-00648-MTL <br><br> **DECLARATION OF JAMES M. WILSON JR. IN OPPOSITION TO MOTION TO DISMISS** <br><br> <u>CLASS ACTION</u> |

I, James M. Wilson, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Lead Plaintiff DeKalb County Pension Fund in Opposition to the Motion to Dismiss. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2. Attached as Exhibit 1 is a true and correct copy of Mesa Air Group, Inc.'s Form 424B4 Registration Statement (Aug. 9, 2018).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of November 2020 at New York, NY.

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

1