**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Nina F. Locker (*pro hac vice*)
nlocker@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Laurie B. Smilan (*pro hac vice*)
lsmilan@wsgr.com
1700 K St. NW, 5th Fl.
Washington, DC 20006
Telephone: (202)-973-8800
Facsimile: (202)-973-8899

**SACKS, RICKETTS & CASE LLP**
Cynthia A. Ricketts, SBN 012668
cricketts@srclaw.com
Andrew C. Stanley, SBN 029789
astanley@srclaw.com
2800 North Central Avenue, Suite 1910
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

*Attorneys for Defendants Mesa Air Group, Inc.,
Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello,
Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart,
G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Mesa Air Group, Inc., et al.,<br><br>Defendants. | CASE NO.: CV-20-648-PHX-MTL<br><br>**NOTICE OF RECENT DECISION RELATED TO PENDING MOTION TO DISMISS** |

Defendants Mesa Air Group, Inc., Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados (collectively, "Mesa Defendants"), respectfully submit this Notice of Recent Decision Related to Pending Motion to Dismiss to apprise the Court of a recent decision that relates to arguments made in Mesa Defendants' Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof (ECF No. 56) and Reply in support of the same (ECF No. 63):

The decision is *In re HEXO Corp. Secs. Litig.*, No. 1:19-cv-10965-NRB, 2021 WL 878589 at *16, 2021 U.S. Dist. LEXIS 43851 at *44-45 (S.D.N.Y. Mar. 8, 2021), granting dismissal of the plaintiffs' complaint with prejudice.

Dated: March 18, 2021

**WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION**
/s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Laurie B. Smilan (*pro hac vice*)

**SACKS, RICKETTS & CASE LLP**
/s/ *Andrew C. Stanley*
Cynthia A. Ricketts (Arizona Bar No. 012668)
Andrew C. Stanley (Arizona Bar No. 029789)

*Attorneys for Defendants Mesa Air Group, Inc., Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller, Don Skiados*