NINA F. LOCKER (*pro hac vice*)
LAURIE B. SMILAN (*pro hac vice*)
CHARLES A. TALPAS (*pro hac vice*)
DOUGLAS W. MCMANAWAY (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  nlocker@wsgr.com

CYNTHIA A. RICKETTS, SBN 012668
cricketts@srclaw.com
SACKS, RICKETTS & CASE LLP
2800 North Central Avenue, Suite 1910
Phoenix, AZ 85004
Telephone: (602) 385-3370
Facsimile: (602) 385-3371

Attorneys for Defendants
*Mesa Air Group, Inc., Jonathan G. Ornstein,*
*Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist,*
*Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon,*
*Giacomo Picco, Harvey Schiller, and Don Skiados*

Additional Counsel Listed on Signature Page

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually and On Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Mesa Air Group, Inc., *et al.*, <br><br> Defendants | CASE NO.:  2:20-cv-00648 <br><br> **STIPULATION AND JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Lead Plaintiff DeKalb County Pension Fund, Mesa Defendants, and Underwriter Defendants jointly stipulate and move this Court to enter the Stipulated Protective Order submitted herewith to facilitate the disclosure and exchange of confidential information in this action.  As good cause for entry of the Stipulated Protective Order, the parties, through their counsel, state the following:

1.      Rule 26(c) authorizes a court to protect pretrial discovery where "good cause" is shown. *San Jose Mercury News, Inc. v. U.S. Dist. Ct.,* 187 F.3d 1096, 1103 (9th Cir. 1999). Good cause exists for the entry of the attached Stipulated Protective Order. If the order is not granted, then the parties could be required to produce documents and information that contain trade secret or other commercially sensitive information, or other proprietary or confidential information belonging to the parties. Such documents and information warrant protection from public disclosure under Rule 26(c). Fed. R. Civ. P 26(c) ("requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed in a specified way").

2.      Harm will result to the parties if this protective order is not granted. Specifically, if this protective order is not granted, a party would be permitted to disclose another party's highly sensitive confidential and/or financial information which is not publicly known, but which, if disclosed, could cause commercial or other injury.

3.      The Stipulated Protective Order requires that the parties seek leave from the Court to file documents under seal in accordance with the standard in the Ninth Circuit. *Kamakana v. Honolulu,* 447 F.3d 1172, 1178-90 (9th Cir. 2006); *see also* LRCiv. 5.6. Further, the parties acknowledge that the requested Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the documents or information that are entitled to confidential treatment under the Order or applicable legal principles.

The parties therefore respectfully request that the Court enter the attached Stipulated Protective Order.

STIPULATION AND JOINT MOTION
CASE NO. 2:20-CV-00648                    -2-

Dated:  November 15, 2021

**WILSON SONSINI GOODRICH & ROSATI**

**Professional Corporation**

*/s/ Laurie B. Smilan*
Laurie B. Smilan

Nina F. Locker (*pro hac vice*)
Laurie B. Smilan (*pro hac vice*)
Charles Talpas (*pro hac vice*)
Douglas W. McManaway (*pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304

**SACKS, RICKETTS & CASE LLP**
Cynthia A. Ricketts (Arizona Bar No. 012668)
2800 N. Central Avenue, Suite 1910
Phoenix, AZ 85004

*Attorneys for Mesa Defendants*

**SHEARMAN AND STERLING LLP**

*/s/ Agnès Dunogué*
Agnès Dunogué

Agnès Dunogué (*pro hac vice*)
Adam S. Hakki (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Edwin A. Barkel (Arizona Bar No. 021666)
John C. Gray (Arizona Bar No. 028454)
Michael C. Brown (Arizona Bar No. 030524)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Underwriter Defendants*

**FARUQI & FARUQI, LLP**

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

Lubna Faruqi (*pro hac vice*)
Robert W. Killorin (*pro hac vice*)
James M. Wilson, Jr. (*pro hac vice*)

STIPULATION AND JOINT MOTION
CASE NO. 2:20-CV-00648                                    -3-

685 Third Avenue, 26th Floor
New York, NY 10017

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

**DECONCINI MCDONALD YETWIN & LACY, P.C.**

*/s/ Gary F. Urman*
Gary F. Urman

Gary Frank Urman (Arizona Bar No. 11748)
2525 East Broadway, Suite 500
Tucson, Arizona, 85716

*Attorneys for Lead Plaintiff and Liaison Counsel for the Class*