# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

David G. Lowthorp, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Mesa Air Group, Incorporated, *et al.*,

Defendants.

Case No. 2:20-cv-00648-MTL

**[PROPOSED] ORDER**

Pursuant to the Mesa Defendants' Motion for Leave to File an Early Motion for Summary Judgment and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion is granted. The Mesa Defendants and the Underwriter Defendants may file an early motion for summary judgment on the issue of negative loss causation, not to exceed twenty-five (25) pages, without prejudice to filing a subsequent dispositive motion on any ground following the close of discovery. The parties are ordered to meet and confer regarding a proposed briefing schedule that allows for the completion of any expert discovery that is required in order to support and/or oppose the motion; and, within ten (10) days after the entry of this order, the parties shall file a proposed briefing schedule with the Court.