Edwin A. Barkel (Bar No. 021666)
John C. Gray (Bar No. 028454)
Michael C. Brown (Bar No. 030524)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:　　(602) 262-5311
Facsimile:　　(602) 262-5747
Email:　　　　ebarkel@lrrc.com
　　　　　　　jgray@lrrc.com
　　　　　　　mbrown@lrrc.com

Adam S. Hakki (*pro hac vice*)
Agnès Dunogué (*pro hac vice*)
SHEARMAN AND STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone:　　(212) 848-4000
Email:　　　　adam.hakki@shearman.com
　　　　　　　agnes.dunogue@shearman.com

*Counsel for Defendants*
*Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Mesa Air Group, Inc., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00648-MTL<br><br>(Assigned to the Hon. Michael T. Liburdi)<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN THE MESA DEFENDANTS' MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT** |

Defendants Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC (together, the "Underwriter Defendants") join in the Mesa Defendants'[1] Motion for Leave to File an Early Motion for Summary Judgment (Dkt. No. 109), with respect to the claims asserted against the Underwriter Defendants, including all arguments set forth in the Motion for Leave to File an Early Motion for Summary Judgment in connection with such claims, and respectfully request that the Court permit the filing of Mesa Defendants' early motion for summary judgment in which the Underwriter Defendants plan to join.

Respectfully submitted this ___5th___ day of ___January 2022_____.

Lewis Roca Rothgerber Christie LLP

By: _____
John C. Gray
Counsel for the Underwriter Defendants

---

[1] Defendants Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; and Don Skiados are collectively referred to as the "Mesa Defendants."

-1-
JOINDER IN MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT