Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Lead Plaintiff DeKalb County*
*Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
        rkillorin@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for Lead Plaintiff DeKalb County*
*Pension Fund and Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br>                Defendants. | No. 20-00648-PHX-MTL<br><br>**DECLARATION OF JAMES M. WILSON, JR. IN OPPOSITION TO MESA DEFENDANTS' MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT**<br><br>CLASS ACTION |

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Lead Plaintiff DeKalb County Pension Fund in Opposition to the Mesa Defendants' Motion For Leave to File An Early Motion For Summary Judgment.  I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibit A is a true and correct copy of the Declaration of Professor Steven P. Feinstein, Ph.D., CFA dated January 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January 2022 at New York, NY.

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

2