# EXHIBIT F



NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**VIA EMAIL**

Charles A. Talpas
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
ctalpas@wsgr.com

Re: *Lowthorp v. Mesa Air Group, Inc., et al.*, No. 2:20-cv-00648-MTL

Dear Charles:

I write in response to your December 14, 2021 letter regarding Lead Plaintiff's Responses and Objections to Mesa Air Group, Inc.'s First Set of Interrogatories. As discussed on December 16, 2021 ("December 16 Meet and Confer"), Plaintiff responds as follows:

**Interrogatory No.1**

Defendants seek the identity of confidential witnesses related to Plaintiff's allegations in the Amended Complaint in Interrogatory Number 1. As discussed during the December 16 Meet and Confer, we will supplement our response to Interrogatory Number 1 and provide you with the names of these confidential witnesses under separate cover.

**Interrogatories Nos. 3 and 4**

Defendants ask Plaintiff to identify the challenged statements in the Registration Statement for which it intends to seek damages on behalf of the class (Interrogatory Number 3) and to identify when corrective information was revealed regarding those challenged statements (Interrogatory Number 4). Plaintiff responded by referring to specific allegations in the Amended Complaint but objected to responding further to these interrogatories as premature in view of the fact that discovery is in the early stages and is ongoing. Defendants argued in your December 14 letter that Plaintiff's responses were inadequate because they did not direct them to the responsive allegations in the Amended Complaint and that contention interrogatories are appropriate.

Plaintiff contends that it is under no obligation at this stage of litigation to respond with any information regarding damages calculations. Lead Plaintiff has not yet engaged an expert to do so, and it is atypical to do so at the onset of discovery.

While we consider our responses and objections to be reasonable and appropriate at this stage of the case, we will supplement our responses to Interrogatories Numbers 3 and 4, under separate cover.



Charles A. Talpas
December 22, 2021
Page 2

We remain open to discuss these issues further, if necessary.

Regards

*/s/ James M. Wilson, Jr.*

James M. Wilson, Jr.

cc:     Robert W. Killorin
        Cindy Rickets
        Agnes Dunoque

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.9330   FAX: 212.983.9331   FARUQILAW.COM