# EXHIBIT H

| | |
|---|---|
| **From:** | Robert W. Killorin <rkillorin@faruqilaw.com> |
| **Sent:** | Monday, January 24, 2022 9:26 AM |
| **To:** | Talpas, Charles; James Wilson |
| **Cc:** | Cristina M. Paneque; Derek Behnke; Katherine Lenahan; Robert W. Killorin; Locker, Nicki; Smilan, Laurie; McManaway, Doug; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com |
| **Subject:** | RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL |

**[External]**

Charles,

I apologize for the delay.  I am presently out of the country, but we will get the updates to you including the identities and  contact information for the CWs on Wednesday.

Best regards,

Bob

**From:** Talpas, Charles <ctalpas@wsgr.com>
**Sent:** Friday, January 21, 2022 1:17 PM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Counsel,

Please see the attached correspondence.

WILSON
SONSINI    CHARLES A. TALPAS | ASSOCIATE | 650.849.3131
650 PAGE MILL ROAD | PALO ALTO, CA 94304

**From:** James Wilson <jwilson@faruqilaw.com>
**Sent:** Wednesday, December 22, 2021 12:31 PM
**To:** Talpas, Charles <ctalpas@wsgr.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; Robert W.

1

Killorin <rkillorin@faruqilaw.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com;
Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**[External]**

Counsel,
Please see the attached letter.
Thanks
Josh



James (Josh) M. Wilson ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 3rd Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331
■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

**From:** Talpas, Charles <ctalpas@wsgr.com>
**Sent:** Tuesday, December 14, 2021 11:32 PM
**To:** Robert W. Killorin <rkillorin@faruqilaw.com>; James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan
<klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway,
Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com;
cricketts@srclaw.com; arubino@srclaw.com
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Counsel:

Please see the attached correspondence.

WILSON
SONSINI       CHARLES A. TALPAS | ASSOCIATE | 650.849.3131
              650 PAGE MILL ROAD | PALO ALTO, CA 94304

**From:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Sent:** Tuesday, December 14, 2021 11:43 AM
**To:** Talpas, Charles <ctalpas@wsgr.com>; James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan
<klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway,
Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com;
cricketts@srclaw.com; arubino@srclaw.com; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

[External]

Charles, 1 PM Pacific Time is fine with us.  Please circulate calendar invite.

Thanks,

Bob

**From:** Talpas, Charles <ctalpas@wsgr.com>
**Sent:** Monday, December 13, 2021 2:45 PM
**To:** Robert W. Killorin <rkillorin@faruqilaw.com>; James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Hi Bob,

If the windows below are PT, then 1PM on Thursday would work well for us, and I can circulate a calendar invitation if that time is still free for you.  If, however, those times are ET, do you have any windows on Friday?

WILSON     CHARLES A. TALPAS | ASSOCIATE | 650.849.3131
SONSINI    650 PAGE MILL ROAD | PALO ALTO, CA 94304

**From:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Sent:** Friday, December 10, 2021 9:38 AM
**To:** Talpas, Charles <ctalpas@wsgr.com>; James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

[External]

Charles,

We can meet any time next Wednesday or on Thursday until 3PM.  Let me know if you need more windows.

Best,

Bob

3

**From:** Talpas, Charles <ctalpas@wsgr.com>
**Sent:** Wednesday, December 8, 2021 9:04 PM
**To:** Robert W. Killorin <rkillorin@faruqilaw.com>; James Wilson <jwilson@faruqilaw.com>
**Cc:** Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; cricketts@srclaw.com; arubino@srclaw.com
**Subject:** RE: Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Hi Bob, Josh,

We would like to schedule some time next week to meet and confer regarding Plaintiff's Responses and Objections to Mesa's Interrogatories.  Are there any dates and times next week that would work well for you?  If you can provide a few windows, I'd be happy to find a mutually convenient time and circulate an invitation.

Best,

WILSON
SONSINI       CHARLES A. TALPAS | ASSOCIATE | 650.849.3131
              650 PAGE MILL ROAD | PALO ALTO, CA 94304

**From:** Katherine Lenahan <klenahan@faruqilaw.com>
**Sent:** Friday, December 3, 2021 11:41 AM
**To:** Locker, Nicki <NLocker@wsgr.com>; Smilan, Laurie <lsmilan@wsgr.com>; McManaway, Doug <dmcmanaway@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Agnes.Dunogue@Shearman.com; Robert.Lewis@Shearman.com; ahakki@shearman.com; ebarkel@lewisroca.com; jgray@lewisroca.com; mbrown@lewisroca.com; cricketts@srclaw.com; arubino@srclaw.com
**Cc:** James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; Cristina M. Paneque <cpaneque@faruqilaw.com>; Derek Behnke <dbehnke@faruqilaw.com>
**Subject:** Lowthorp v. Mesa Air Group, Inc. et al., Case No. 2:20-cv-00648-MTL

**[External]**

Counsel,

Please find attached Lead Plaintiff's Responses and Objections to Mesa Air Group, Inc.'s First Set of Interrogatories.

Pursuant to our earlier agreement, this email constitutes proper service of this document.

Best,

Katherine



Katherine Lenahan ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.