Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Class Representative DeKalb County
Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
        rkillorin@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for Class Representative DeKalb County
Pension Fund and Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>  V.<br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br>                    Defendants. | No. 20-00648-PHX-MTL<br><br>**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u> |

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Class Representative DeKalb County Pension Fund for preliminary approval of the class action settlement.

2.      Attached as Exhibits 1 through 9 are true and correct copies of the following documents:

Exhibit 1:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit 2:    Firm Resume of DeConcini McDonald Yetwin & Lacy, P.C.

Exhibit 3:    *Hosey v. Costolo*, No. 16-CIV-02228 (Cal. Sup. Ct. San Mateo Cty. Aug. 16, 2018), J. & Order Granting Final Approval of Class Action Settlement

Exhibit 4:    *Hosey v. Costolo*, No. 16-CIV-02228 (Cal. Sup. Ct. San Mateo Cty. Aug. 16, 2018), Mem. of Points & Authorities in Supp. of Pl.'s Unopposed Mot. for Certification of Settlement Class and for Final Approval of Settlement

Exhibit 5:    *In re WorldSpace, Inc. Sec. Litig.*, No. 07 Civ 02252 (RMB) (S.D.N.Y. June 3, 2013), ECF No. 107

Exhibit 6:    *In re WorldSpace, Inc. Sec. Litig.*, No. 07 Civ 02252 (RMB) (S.D.N.Y. May 1, 2013), ECF No. 100

Exhibit 7:    *Oh v. Chan*, No. 07-04891 DDP (AJWx) (C.D. Cal. Sept. 24, 2009), ECF No. 100

Exhibit 8:    *Oh v. Chan*, No. 07-04891 DDP (AJWx) (C.D. Cal. July 20, 2009), ECF No. 91

Exhibit 9:    Proposed Schedule of Settlement-Related Events

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

1

Dated: May 6, 2022                    By: */s/ James M. Wilson, Jr.*
                                          James M. Wilson, Jr.

2