# EXHIBIT 9

### <u>Proposed Schedule of Settlement-Related Events</u>

Plaintiff respectfully propose the following schedule for the various Settlement-related events, each of which is reflected in the proposed Preliminary Approval Order.

| Event | Time for Compliance |
|---|---|
| Deadline for Defendants to cause Lead Counsel to be provided with a list of record owners | 7 calendar days after entry of the Preliminary Approval Order |
| Deadline to mail the Notice and Proof of Claim to the list of record owners and publish them to the website ("Notice Date") | 21 calendar days after entry of the Preliminary Approval Order |
| Deadline for publishing Summary Notice | 14 calendar days after the Notice Date |
| Deadline for submitting Proofs of Claim | 90 calendar days from the Notice Date |
| Deadline for filing the motion in support of final approval of the Settlement and the applications for attorneys' fees and expenses | 56 calendar days prior to the Settlement Hearing |
| Deadline for filing and serving proof of mailing and publication | 7 calendar days prior to the Settlement Hearing |
| Deadline for objections and exclusions | 21 calendar days prior to the Settlement Hearing |
| Deadline for filing reply memoranda in response to any objections | 7 calendar days prior to the Settlement Hearing |
| Settlement Hearing | 120 calendar days from the date of the Preliminary Approval Order |