**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>         Plaintiff,<br><br> V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br><br>         Defendants | No. 20-00648-PHX-MTL |

**DECLARATION OF JACK EWASHKO REGARDING: (A) MAILING OF THE NOTICE PACKET; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**

I, Jack Ewashko am a Client Service Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's Order dated October 28, 2022 (ECF No. 137) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the

"Action").[1] I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## MAILING OF THE NOTICE PACKET

1.      Pursuant to the Preliminary Approval Order, A.B. Data mailed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Claim Form") (collectively, the "Notice Packet") to potential class members.  A copy of the Notice Packet is attached to this declaration as Exhibit A.

2.      As in most class actions of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" by nominees – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees.  On November 18, 2022, A.B. Data caused Notice Packets to be mailed to the 4,141 mailing records contained in the A.B. Data record holder mailing database.

3.      On November 18, 2022, A.B. Data also submitted a Notice to the Depository Trust Company ("DTC") to post on their "legal notice system," which offers DTC member

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated May 6, 2022 (ECF No. 124) (the "Stipulation").

banks and brokers access to a comprehensive library of notices concerning DTC-eligible securities.

4.      On or about December 12, 2022, A.B. Data received from Faruqi & Faruqi, LLP a data file containing 118 names and addresses of record holders of Mesa Air Group, Inc. common stock.  Once received, the data was electronically processed by A.B. Data to ensure adequate address formatting and the elimination of duplicate names and addresses, which resulted in 85 distinct records for mailing.  On December 19, 2022, A.B. Data caused Notice Packets to be sent by First-Class Mail to these 85 potential Settlement Class Members.

5.      The Notice Packet directed brokerage firms, banks, and other persons or entities who held shares of Mesa Air Group common stock as record owners, but not as beneficial owners, to either: (a) within 10 days of receipt of the Notice and Claim Form, request from the Claims Administrator sufficient copies of the Notice and Claim Form to forward to all such beneficial owners and within 10 days after receipt thereof forward them to all such beneficial owners; or (b) within 10 days of receipt of the Notice and Claim Form, provide a list of the names, addresses, and email addresses (to the extent known) of all such beneficial owners to the Claims Administrator.

6.      As of the date of this Declaration, A.B. Data has received 665 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees.  A.B. Data has also received requests from brokers and other nominee holders for 4,770 Notice Packets, which the brokers and nominees are required to mail to their customers.  All such mailing requests have been, and will continue to be, responded to by A.B. Data in a timely manner.

7.    As of the date of this Declaration, a total of 9,661 Notice Packets have been mailed to potential Settlement Class Members and their nominees.  In addition, A.B. Data has re-mailed 422 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained through either the Postal Service or address research conducted through TransUnion.

## PUBLICATION OF THE SUMMARY NOTICE

8.    Pursuant to the court order, A.B. Data caused the Summary Notice to be published in *Investor's Business Daily* and to be transmitted over Globe Newswire on November 28, 2022.  Copies of the proof of publication of the Summary Notice in Investor's Business Daily and over Globe Newswire are attached to this declaration as Exhibits B and C.

## SETTLEMENT WEBSITE

9.    On November 18, 2022, A.B. Data established the website for this Action, www.mesasecuritiesclassaction.com.    The Settlement website includes information regarding the Action and the proposed Settlement, including the deadline to submit a Claim Form, the exclusion and objection deadline, and the date and the time of the Court's Settlement Hearing.  In addition, copies of the i) Notice Packet; ii) Preliminary Approval Order; iii) Stipulation and Agreement of Settlement; and iv) Stipulation Exhibits are posted on the website and are available for downloading.  The Settlement website was operational beginning November 18, 2022, and is accessible 24 hours a day, 7 days a week.

## TELEPHONE HOTLINE

10.    On or about November 18, 2022, a case-specific toll-free phone number, 877-354-3789, was established with an Interactive Voice Response system and live

4

operators. Potential Settlement Class Members were provided this phone number in the Notice Packet that was mailed to them. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours.

**REPORT ON REQUEST FOR EXCLUSIONS AND OBJECTIONS**

8.      The Notice Packet informed potential Class Members that requests for exclusion from the Class were to be mailed to A.B. Data such that it is received, not simply postmarked, no later than March 17, 2023. As of the date of this Declaration, A.B. Data has received (0) zero requests for exclusion in this Class Action.

9.      The Notice Packet informed potential Class Members that objections to the proposed settlement were to be submitted to the Court, so as to be delivered by hand or sent by mail, postmarked no later than March 17, 2023. Although not required to be sent to A.B. Data, in the course of our settlement administration work, A.B. Data sometimes also receives copies of objections from Class Members. For the sake of completeness here, I note that as of the date of this Declaration, A.B. Data has received no objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day February 2023 at New York, New York

_____
Jack Ewashko