# EXHIBIT C

 


# Faruqi & Faruqi, LLP Announces Notice of Pendency and Proposed Settlement of Class Action To All Persons and Entities Who or Which Purchased or Otherwise Acquired Mesa Air Group, Inc. Securities Pursuant and/or Traceable to the Company's Initial Public Offering on August 9, 2018

November 28, 2022 10:00 ET | Source: Faruqi & Faruqi LLP

---

NEW YORK, Nov. 28, 2022 (GLOBE NEWSWIRE) --

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> V. <br> Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC, <br> Defendants. | No. 20-00648-PHX-MTL <br><br> **SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** <br><br> CLASS ACTION |

GlobeNewswire
by notified

ESG
NEWS

COVID-
19
NEWS

SERVICES

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

search

("Settlement Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Arizona, that Court-appointed Lead Plaintiff, on behalf of itself and all members of the Settlement Class, and Defendants Mesa, Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados (collectively, the "Mesa Defendants"), and Raymond James & Associates, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company, LLC, Stifel, Nicolaus & Company, Incorporated, and Imperial Capital, LLC (collectively, the "Underwriter Defendants," and together with the Mesa Defendants, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $5,000,000 (the "Settlement").

A hearing will be held before the Honorable Michael T. Liburdi, on April 6, 2023, at 9:00 a.m. in Courtroom 504 of the United States District Court for the District of Arizona, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona, 85003 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated May 6, 2022; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website of the Claims Administrator, mesasecuritiesclassaction.com, or by contacting the Claims Administrator at:

Mesa Securities Class Action

c/o A.B. Data, Ltd.

P.O. Box 173087

Milwaukee, WI 53217

Phone: (877) 354-3789


James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**

685 Third Avenue, 26th Floor

New York, NY 10017

Telephone: 212-983-9330

Facsimile: 212-983-9331

Email: jwilson@faruqilaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted electronically no later than March 7, 2023*. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than March 17, 2023*. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *postmarked or hand delivered no later than March 17, 2023*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: November 28, 2022          BY ORDER OF THE COURT
                                 UNITED STATES DISTRICT COURT
                                 DISTRICT OF ARIZONA

Source:

Faruqi & Faruqi, LLP

 GlobeNewswire by notified

ESG NEWS    COVID-19 NEWS    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

search

jwilson@faruqilaw.com

## Explore





### Top French Brand Elyssa Cosmetiques Expands Produc...

November 28, 2022 10:22 ET

### All-Electric Home at an All-Time High

November 28, 2022 10:15 ET

 GlobeNewswire by notified

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

• Home

• Newsroom

• RSS Feeds

• Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.