# EXHIBIT 3

## Faruqi Firm Time Report
## by Category

MESA AIR
FARUQI & FARUQI, LLP
TIME REPORT BY CATEGORY

| PROFESSIONAL* | HOURS | RATE | LODESTAR | Categories** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| NADEEM FARUQI (P) | 10.50 | $950 | $9,975.00 | | | | | | | | 10.5 |
| JAMES "JOSH" WILSON (P) | 419.10 | $900 | $377,190.00 | 58.8 | 68.5 | 58 | 53.6 | 20.7 | 30 | 44 | 85.8 |
| ROBERT KILLORIN (P) | 374.10 | $900 | $336,690.00 | 97.7 | 74.2 | 60 | 23.1 | 12.3 | 18 | 44.2 | 44.9 |
| KATHERINE LENAHAN (P) | 267.50 | $650 | $173,875.00 | 11.9 | 9 | 29 | 31.5 | 11.8 | 25 | 1.4 | 148.1 |
| THOMAS PAPAIN (A) | 23.40 | $550 | $12,870.00 | | | | 6.6 | 2.3 | 14 | 0.5 | 0.1 |
| CRISTINA PANEQUE (A) | 383.90 | $525 | $201,547.50 | | | | 54.4 | 28.8 | 27 | 64.7 | 209.4 |
| MAXWELL MICHAEL (A) | 134.20 | $425 | $57,035.00 | | 59 | 75 | | | | | |
| DEREK BEHNKE (PL) | 116.60 | $425 | $49,555.00 | 27.1 | 14.4 | 8.3 | 13.5 | 2.5 | 2.8 | 28.7 | 19.3 |
| ANTHONY ALOISE (PL) | 15.30 | $400 | $6,120.00 | 7 | | | 0.5 | | | 7.8 | |
| WILLIAM CROSS (PL) | 19.00 | $325 | $6,175.00 | 3.5 | 15.5 | | | | | | |
| DANIEL HEY (PL) | 4.50 | $300 | $1,350.00 | 4.5 | | | | | | | |
| CHRISTIAN CARRANO (PL) | 4.00 | $295 | $1,180.00 | | | | | | 3 | | 1 |
| NICHOLAS HALLORAN (PL) | 4.00 | $275 | $1,100.00 | | | | | | | | 4 |
| | | | | | | | | | | | |
| TOTALS | 1,776.10 | | $1,234,662.50 | 210.5 | 241 | 230 | 183.2 | 78.4 | 119 | 191 | 523.1 |

*(P) - Partner; (SC) - Senior Counsel; (A) - Associate; (PL) - Paralegal

**Categories (see next page):**

**(1) Initial Case Investigation & Lead Plaintiff Appointment:** Time spent on the initial case investigation and attending to matters related to the lead plaintiff appointment process, including client communications, factual and legal research, and drafting and editing the lead plaintiff briefing.

**(2) Amended Complaint**: Time spent working on the amended complaint (ECF No. 52), including factual investigation, legal research, drafting, and communicating with the client.

**(3) Motion To Dismiss**:  Time spent responding to the motion to dismiss and the Request for Judical Notice (ECF Nos. 56-59), including drafting the responses to these documents, conducting factual and legal reseach in connection with drafting the responses, communicating with the client, and preparing for the hearing.

**(4) Discovery**: Time spent on discovery-related matters, including conducting research for and drafting discovery requests to Defendants; reviewing materials produced; working with Class Representative to produce the requested discovery; and conducting research in connection with reviewing and producing discovery materials.

**(5) Class Certification**:  Time spent on class certification-related matters, including conducting research for and drafting our class certification motion, drafting proposed notices to the class, communicating with defense counsel about the stipulation to certify the class (ECF No. 108), and communciating with the client.

**(6) Motion for Leave to File an Early Motion for Summary Judgment**: Time spent responding to Defendants' Motion for Leave to File an Early Motion for Summary Judgment (ECF No. 109), including conducting factual and legal research for our response, contacting and corresponding with damages consultants in connection with preparing our response, drafting our response, and communicating with the client.

**(7) Scheduling Reports and Other Case Management Related Matters**:  Time spent preparing the Joint Proposed Case Management Report (ECF No. 90) and Supplemental Rule 26(f) Report (ECF No. 96), including conducting legal and factual research, drafting portions of the reports, and negotiating about them with defense counsel; preparing for and attending the two scheduling conferences thereon, and attending to other case management-related matters, including other scheduing matters, issues related to monitoring the State Court Action, pro hac vice motions, service,and page extension requests.

**(8) Mediation & Settlement**:  Time spent on mediation and settlement-related matters, including conferring with a damages consultant for mediation purposes and working with them to prepare a plan of allocation; conducting research for and drafting the mediation statements; preparing for and attending the mediation; requesting and reviewing confirmatory discovery from Defendants; contacting potential claims administrators and reviewing their bids; drafting, reviewing and editing the Stipulation and Agreement of Settlement (ECF No. 124) and related documents; drafting the preliminary approval motion and related papers (ECF Nos. 125-27); preparing for and attending the preliminary approval motion hearing; drafting the final approval motion and related papers (excluding fee motion-related tasks); and communicating with the client, defense counsel, and the mediator about these matters.