# EXHIBIT 3-A

## Task-Based Itemized Statement of Attorneys' Fees Sought

## (Filed Under Seal)