# EXHIBIT 4

# Faruqi Firm Expense Report

| MESA AIR<br>FARUQI & FARUQI, LLP<br>EXPENSE REPORT | | |
|---|---|---|
| **CATEGORY** | **AMOUNT** | **RELEVANT EXHIBIT(S)** |
| Consultants<br>   Crowninshield Financial Research   $31,603.00<br>   Stanford Consulting Group              7,040.00<br>   Kevin Jewell                              4,200.00 | $42,843.00 | <br><br><br>Ex. 4-A |
| Investigator Fees | $20,298.25 | Ex. 4-B |
| Mediation Fees | $12,160.46 | Ex. 4-C |
| Travel Expenses (including hotels, meals & transportation)* | $11,628.68 | Ex. 4-J |
| Computer & Other Research Fee(s) (Westlaw/Bloomberg/State Court) | $5,198.34 | Exs. 4-D, 4-E |
| eDiscovery Database Hosting | $1,431.92 | Ex. 4-K |
| Court Reporting Service | $817.99 | Ex. 4-H |
| Court Filing/Service Fee(s) | $597.00 | Exs. 4-F, 4-G |
| Postage/FedEx Expenses | $113.83 | Ex. 4-I |
| | | |
| **TOTAL:** | **$95,089.47** | |
| * Travel expenses include $2,000 estimated to be incurred by counsel in connection with the Settlement Hearing | | |