# EXHIBIT 4-A

## Damages Consultants' Invoices

## Redacted



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

November 18, 2021

James M. Wilson, Esq.
Faruqi & Faruqi, LLP
New York Office
685 Third Avenue, 26th Floor
New York, NY  10017-

Dear Josh:

Please find enclosed SCG invoice #1 for fees and expenses incurred during the period October 1, 2021 through  October 31, 2021 relative to the Mesa Air  case.  If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Mesa Air Case
Invoice #  1
November 18, 2021

Faruqi & Faruqi, LLP
New York Office
685 Third Avenue, 26th Floor
New York, NY  10017-

Attention:    James M. Wilson, Esq.

| | |
|---|---|
| Professional Fees | $6,800 |
| Expenses | $240 |
| Total Professional Fees and Expenses | $7,040 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number    ⇒   ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES
### October 1, 2021  Thru  October 31, 2021

|                    | Hours | Rate  | Fees    |
|--------------------|-------|-------|---------|
| David Bentley      | 0.25  | $400  | $100    |
| Ruth Anne Lambert  | 10.00 | $400  | $4,000  |
| Zachary R. Nye     | 3.00  | $900  | $2,700  |
| Total              |       |       | $6,800  |

## SUMMARY OF EXPENSES
### October 1, 2021  Thru  October 31, 2021

|                | |
|----------------|------|
| Data           | $240 |
| Total Expenses | $240 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### October 1, 2021  Thru  October 31, 2021

| Date | Hours | Description |
|------|-------|-------------|
| **David Bentley** | | |
| 26-Oct-21 | 0.25 | analyst reports |
| **Total** | **0.25** | |
| **Ruth Anne Lambert** | | |
| 15-Oct-21 | 3.00 | Preliminary damages analysis |
| 18-Oct-21 | 6.00 | Preliminary damages analysis |
| 19-Oct-21 | 1.00 | Preliminary damages analysis |
| **Total** | **10.00** | |
| **Zachary R. Nye** | | |
| 19-Oct-21 | 1.00 | Preliminary damage analysis |
| 26-Oct-21 | 2.00 | Preliminary damage analysis |
| **Total** | **3.00** | |
| **Period Total** | **13.25** | |

4



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
## for Professional Services and Expenses
## in Connection with the Mesa Air Group, Inc. Securities Litigation

### Dates of Services: January 1, 2022 through January 31, 2022
### Date of Invoice: February 11, 2022
### Invoice Number: 22083

### Client:

Faruqi & Faruqi, LLP
5587 Benton Woods Drive
Atlanta, GA 30342
Attention: Mr. Robert Killorin

### Services Provided by Steven Feinstein, Ph.D., CFA

| 1/18/2022 | Telephone call with attorneys. Drafted declaration. | 2.5 hours |
| 1/19/2022 | Finalized, signed, and submitted declaration. | 2.0 hours |

### Services Provided by Daniel Bettencourt, MBA

| 1/18/2022 | Assisted with declaration draft. Telephone call with attorneys. | 3.9 hours |
| 1/19/2022 | Assisted with declaration draft. Telephone call with attorneys. | 2.0 hours |

### Services Provided by Lucy Culleton

| 1/18/2022 | Assisted with declaration draft. | 0.8 hours |

PAID 2/16/2022
Check #: 50705
Amount: $ 1,269.00
Date: 2/16/2022
Category

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 4.5 | $4,275 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 5.9 | $2,802 |
| Lucy Culleton | Analyst | $240 | 0.8 | $192 |
| | **TOTAL PROFESSIONAL FEES** | | | $7,269 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$7,269** |

| **Statement of Account** | **as of February 11, 2022** | |
|---|---|---|

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 2/11/2022 | January 2022 | $7,269 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| **Net Outstanding Balance:** | | **$7,269** |
|---|---|---|



CROWNINGSHIELD FINANCIAL RESEARCH

# Invoice
## for Professional Services and Expenses
## in Connection with the Mesa Air Group, Inc. Securities Litigation

Dates of Services: February 1, 2022 through February 28, 2022
Date of Invoice: March 11, 2022
Invoice Number: 22111

PAID __7/28/2022__

Check #: __22342__

Amount: $ __16,173.00__

Date: __7/28/2022__

Category _____

**Client:**

Faruqi & Faruqi, LLP
5587 Benton Woods Drive
Atlanta, GA 30342
Attention: Mr. Robert Killorin

### Services Provided by Steven Feinstein, Ph.D., CFA

| | | |
|---|---|---|
| 2/4/2022 | Reviewed and directed case analysis. Telephone call with attorneys. | 1.0 hours |

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 2/1/2022 | Conducted and directed research and analysis. | 1.3 hours |
| 2/3/2022 | Conducted and directed research and analysis. | 2.4 hours |
| 2/4/2022 | Conducted and directed research and analysis. Telephone call with attorneys. | 2.5 hours |
| 2/7/2022 | Conducted and directed financial analysis. Telephone call with attorneys. | 1.1 hours |

### Services Provided by Miguel Villanueva, Ph.D.

| | | |
|---|---|---|
| 2/4/2022 | Conducted quantitative analysis. | 2.4 hours |
| 2/7/2022 | Conducted quantitative analysis. | 1.6 hours |

### Services Provided by Drew Guadagno

| | | |
|---|---|---|
| 2/1/2022 | Assisted with case analysis. | 3.6 hours |
| 2/2/2022 | Assisted with case analysis. | 3.6 hours |
| 2/3/2022 | Assisted with case analysis. | 3.8 hours |
| 2/4/2022 | Assisted with research. | 7.1 hours |
| 2/7/2022 | Assisted with research. | 3.6 hours |
| 2/8/2022 | Assisted with case analysis. | 5.6 hours |
| 2/9/2022 | Assisted with financial analysis. | 4.6 hours |
| 2/10/2022 | Assisted with financial analysis. | 2.8 hours |
| 2/14/2022 | Assisted with case analysis. | 2.6 hours |
| 2/16/2022 | Assisted with case analysis. | 2.1 hours |

56 HARVARD STREET, BROOKLINE, MA 02445 | 781.237.4800

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 1.0 | $950 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 7.3 | $3,467 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 4.0 | $2,100 |
| Drew Guadagno | Analyst | $240 | 39.4 | $9,456 |
| | **TOTAL PROFESSIONAL FEES** | | | **$15,973** |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | Data Service Fee: Bloomberg | | | $300 |
| | Data Service Fee: Refinitiv | | | $400 |
| | **TOTAL EXPENSES** | | | **$700** |
| | **TOTAL NEW CHARGES** | | | **$16,673** |

---

**Statement of Account**    as of March 11, 2022

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 2/11/2022 | January 2022 | $7,269 |
| 3/11/2022 | February 2022 | $16,673 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 2/22/2022 | January 2022 | $7,269 |

| **Net Outstanding Balance:** | | **$16,673** |
|---|---|---|

**Detail of Hours for the Period January 2022**

Contractor Name: Kevin Jewell
Address: ███████████████████████
Phone: ████████████
Project: MESA Securities Litigation

| date | hours | detail |
| --- | --- | --- |
| 1/7/22 | 0.5 | review documents |
| 1/10/22 | 2.0 | review documents / analysis |
| 1/11/22 | 2.0 | call/ analysis |
| 1/12/22 | 6.0 | analysis/call/followup |

| | |
| --- | --- |
| Total | 10.5 |
| Rate | $400.00 |
| Amount Due | $4,200.00 |



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
## for Professional Services and Expenses
## in Connection with the Mesa Air Group, Inc. Securities Litigation

**Dates of Services: April 1, 2022 through April 30, 2022**
**Date of Invoice: May 16, 2022**
**Invoice Number: 22173**

PAID 7/28/2022

Check #: 22343

Amount: $ 6,351.00

Date: 7/28/2022

Category

**Client:**

Faruqi & Faruqi, LLP
5587 Benton Woods Drive
Atlanta, GA 30342
Attention: Mr. Robert Killorin

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 4/8/2022 | Reviewed case documents. Telephone call with attorneys. | 1.1 hours |
| 4/25/2022 | Conducted and directed financial analysis for plan of allocation. | 2.7 hours |
| 4/27/2022 | Conducted and directed financial analysis for plan of allocation. Telephone call with attorneys. | 2.2 hours |
| 4/29/2022 | Conducted financial analysis for plan of allocation. Telephone call with attorneys. | 0.6 hours |

### Services Provided by Drew Guadagno

| | | |
|---|---|---|
| 4/8/2022 | Assisted with financial analysis for plan of allocation. Telephone call with attorneys. | 1.6 hours |
| 4/12/2022 | Assisted with financial analysis for plan of allocation. | 4.6 hours |
| 4/13/2022 | Assisted with financial analysis for plan of allocation. | 3.8 hours |
| 4/21/2022 | Assisted with financial analysis for plan of allocation. | 1.6 hours |
| 4/27/2022 | Assisted with financial analysis for plan of allocation. | 1.8 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|------|-------|-------------|--------------|-----------|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 6.6 | $3,135 |
| Drew Guadagno | Analyst | $240 | 13.4 | $3,216 |
| | **TOTAL PROFESSIONAL FEES** | | | $6,351 |

**EXPENSES**

| | | | | |
|------|-------|-------------|--------------|-----------|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$6,351** |

**Statement of Account**          **as of May 16, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|-----------------|----------------|----------------|
| 2/11/2022 | January 2022 | $7,269 |
| 3/11/2022 | February 2022 | $16,673 |
| 5/16/2022 | April 2022 | $6,351 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---------------|----------------|--------|
| 2/22/2022 | January 2022 | $7,269 |

| **Net Outstanding Balance:** | | **$23,024** |
|---|---|---|



# Invoice
### for Professional Services and Expenses
### in Connection with the Mesa Air Group, Inc. Securities Litigation

**Dates of Services: May 1, 2022 through May 31, 2022**
**Date of Invoice: June 13, 2022**
**Invoice Number: 22208**

**<u>Client:</u>**

Faruqi & Faruqi, LLP
5587 Benton Woods Drive
Atlanta, GA 30342
Attention: Mr. Robert Killorin

## <u>Services Provided by Daniel Bettencourt, MBA</u>

| | | |
|---|---|---|
| 5/4/2022 | Conducted and directed financial analysis for plan of allocation. | 0.3 hours |
| 5/5/2022 | Conducted financial analysis for plan of allocation. | 1.3 hours |

## <u>Services Provided by Miguel Villanueva, Ph.D.</u>

| | | |
|---|---|---|
| 5/4/2022 | Conducted quantitative analysis. | 0.5 hours |

## <u>Services Provided by Drew Guadagno</u>

| | | |
|---|---|---|
| 5/4/2022 | Assisted with financial analysis for plan of allocation. | 1.2 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 1.6 | $760 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 0.5 | $262 |
| Drew Guadagno | Analyst | $240 | 1.2 | $288 |
| | **TOTAL PROFESSIONAL FEES** | | | $1,310 |

**EXPENSES**

| | | |
|---|---|---|
| | **TOTAL EXPENSES** | $0 |
| | **TOTAL NEW CHARGES** | **$1,310** |

**Statement of Account**          **as of June 13, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 2/11/2022 | January 2022 | $7,269 |
| 3/11/2022 | February 2022 | $16,673 |
| 5/16/2022 | April 2022 | $6,351 |
| 6/13/2022 | May 2022 | $1,310 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 2/22/2022 | January 2022 | $7,269 |

| **Net Outstanding Balance:** | **$24,334** |
|---|---|