# EXHIBIT 4-B

# Investigator's Invoices

# Redacted

**L.R. Hodges & Associates, Ltd.**
5864 Owens Avenue
Suite 100
Carlsbad, CA 92008
760-448-1883
Tax ID █████████

August 16, 2020

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation          20-0626-35-FF
Invoice #          26334
Billing Period:   06/26/20 - 07/31/20

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/26/20 | HL | Investigation<br>Review case materials provided by LH to identify potential witness prospects. Materials include █████████ Brief discussion with LH re █████████. Conduct █████ research using █████ Receive/review █████████. Review █████ Incorporate █████ | 1.30 | 208.00 |
| | LH | Investigation<br>Emails with J.Wilson to █████████. Review █████ and make discussion notes. Participate in case overview discussion with J.Wilson, R.Kilorin, and K.Lenahan. Email and verbal communications with HL re █████████ Review █████. Additional review of █████████. Follow-up discussion re research and various findings. Prepare case assignment memo and forward to KK, JC and HL. Prepare and forward services agreement to J.Wilson (No Charge). | 1.70 | 425.00 |
| 06/27/20 | HL | Investigation<br>Receive list of █████████ Continue █████ research using █████████. Communications with LH re research results. | 4.20 | 672.00 |
| | LH | Investigation<br>Receive and review █████████. Follow-up communications re findings related to █████. Forward █████ to KK. | 0.30 | 75.00 |

L.R. Hodges & Associates, Ltd.                                                    Page   2
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/28/20 | JC | Investigation<br>Conduct ███ research and ██████████<br>██████████ and forward to KK. | 0.20 | 40.00 |
| 06/29/20 | KK | Investigation<br>Receive/review ██████████████████. Review<br>██████ Receive/review ██████████████<br>██████ Receive and begin review of<br>██████████████████████████.<br>Communications with LH scheduling case discussion. | 2.30 | 575.00 |
| | LH | Investigation<br>Emails with KK re ██████████████████<br>██████████████. Follow-up email from<br>R.Killorin with executed agreement and ██████████.<br>Briefly review same and forward to KK. | 0.40 | 100.00 |
| 06/30/20 | KK | Investigation<br>Continue reviewing case materials, including ██████<br>██████████████. Discussion with LH re ██████<br>██████████████████████<br>██████████ Communications with client scheduling case<br>discussion. | 2.00 | 500.00 |
| | LH | Investigation<br>Email communications and follow-up review of ██████<br>██████████. Case overview discussion with KK re<br>various points made by clients during initial call. Review various<br>details/issues. Receive follow-on email from KK to client. | 0.60 | 150.00 |
| 07/01/20 | KK | Investigation<br>Communications with client confirming date/time for case discussion. | 0.10 | NO CHARGE |
| 07/02/20 | JC | Investigation<br>Preliminary ███ searches to ██████████████<br>Receive/review search results. Begin process of ██████<br>██████████. Calls to ██████████████<br>Incorporate results into ███ and forward to KK. | 2.10 | 336.00 |
| | KK | Investigation<br>Begin drafting ██████████████████████.<br>Participate in scheduled case conference call with litigation team,<br>██████████████████████████<br>██████████████████████████<br>Prepare ███ for forwarding to client and forward same.<br>Communications with JC re ██████████████████<br>██████████ Prioritize subjects in ███ for ██████ and<br>forward same to JC for follow-on research. | 1.60 | 400.00 |
| 07/06/20 | KK | Investigation<br>Supplemental review of case materials in preparation for witness<br>outreach. Receive/review ███ and update from JC re status of | 1.50 | 375.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page   3

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | ████. Calls in attempts to reach ████ ████ See witness contact log for details. Contacts with ████ ████ | | |
| 07/07/20 | KK | Investigation<br>Calls in attempts to reach ████ ████ ████. See witness contact log for details. Continue and complete edits/annotations to ████ to reflect results of ongoing witness outreach. | 0.60 | 150.00 |
| 07/08/20 | JC | Investigation<br>Conduct ████ research, download professional profile for ████ and forward to KK. | 0.10 | 16.00 |
| | KK | Investigation<br>Calls in attempts to reach ████ ████. See witness contact log for details. Conduct interview with ████. Begin drafting summary of interview with ████ research identifying ████ ████ and begin reviewing ████ for possible forwarding of same to client. | 4.20 | 1,050.00 |
| 07/09/20 | KK | Investigation<br>Communications with client scheduling case discussion. Calls in attempts to reach ████ ████. See witness contact log for details. Conduct telephone interview with ████. Contacts with ████ ████ Continue and complete drafting summary of interview with ████. Draft summary of interview with ████. Draft investigation update briefing re results of various witness contacts. Forward investigation update, including summaries for ████, to client (cc LH). | 6.50 | 1,625.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summaries for ████, and other status updates. | 0.20 | 50.00 |
| 07/10/20 | KK | Investigation<br>Participate in scheduled case discussion with client re ████ ████. Per client discussion, ████ and forward same to client. Receive return call from ████ ████ | 0.30 | 75.00 |
| 07/13/20 | KK | Investigation<br>Calls in attempts to reach ████ ████ See witness contact log for details. Preliminary discussion/case introduction with ████ ████ | 0.40 | 100.00 |

L.R. Hodges & Associates, Ltd.                                        Page    4
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/14/20 | KK | Investigation<br>Calls in attempt to reach ██████████. Calls in attempts to reach ██████████. See witness contact log for details. Conduct interview with ██. Make updates/edits/additions to ██ to reflect results of ██████████ | 1.20 | 300.00 |
| 07/15/20 | HL | Investigation<br>Discussion with KK re ██████████ Conduct ██ research using ██████████ Receive/review ██████████ Review ██████ and ██████████ █. Receive ██████████ from KK. Incorporate ██████████. Preliminary ██ searches ██████████. Begin process of searches to ██████████ Calls to ██████████ Incorporate results into ██ and distribute to investigation team. | 3.10 | 496.00 |
| | KK | Investigation<br>Communications with HL re ██████████ █. Receive/review results from HL re ██████████. Forward ██████████ to HL for follow-on research. Receive/review ██████. | 0.40 | 100.00 |
| 07/16/20 | KK | Investigation<br>Calls in attempts to reach ██████████ See witness contact log for details. Conduct interviews with ██████████. Contacts with ██████████ Draft summaries of interviews with ██████████. Prepare investigation update and forward same, including summaries for ██████████, to client (cc LH). | 5.20 | 1,300.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summaries for ██████████ | 0.10 | 25.00 |
| 07/17/20 | KK | Investigation<br>Communications with client re ██████████. | 0.10 | 25.00 |
| 07/21/20 | KK | Investigation<br>Calls in attempts to reach ██████████ See witness contact log for details. Contact with ██████. | 0.40 | 100.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page　5

| Date | Init. | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Communications with client re ██████ ████████ | | |
| 07/22/20 | KK | Investigation<br>Participate in scheduled case discussion with client re █████ ████████████████████ | 0.40 | 100.00 |
| 07/23/20 | KK | Investigation<br>Communications with client scheduling discussion re █████ ████ Receive/review ██████ ████ Follow-on discussion with LH re same. Discussion with client re █████████████████ | 1.00 | 250.00 |
| | LH | Investigation<br>Receive and review ████████████ ██████ Discussion with KK re █████ ahead of KK's call with J.Wilson. Follow-up from KK post call. | 0.30 | 75.00 |
| 07/28/20 | KK | Investigation<br>Communications with client re █████ ████████ Discussion with client re same, including █████ ████ Calls in attempts to reach █████ See witness contact log for details. Preliminary discussion/case introduction with ██████████ ; arrange for follow-up call at later date/time. | 0.40 | 100.00 |
| | LH | Investigation<br>Communications from client and KK re specific areas of follow-up. | 0.10 | 25.00 |
| 07/29/20 | KK | Investigation<br>Conduct scheduled interview with ███████████ Begin drafting summary of interview with ██████████ . | 2.70 | 675.00 |
| 07/30/20 | HL | Investigation<br>Conduct ████ research using █████████ . Receive/review ████ Review ██████████ Forward ███████ to KK for review. Receive ████ from KK. Incorporate ████████ . Preliminary ████ searches ████████ . Begin process of confirming ████████ ▮ searches to █████████ Incorporate results into ████ and distribute to | 3.80 | 608.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page 6

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | investigation team. Discussion with KK re adding additional names to ███. | | |
| 07/30/20 | KK | Investigation<br>Continue and complete drafting summary of interview with ███ Calls in attempts to reach ███ See witness contact log. Make edits/annotations and updates to ███. Follow-on communications with HL re next steps for ███. Receive/review results from HL of ███. Prepare investigation update and forward ███ summary to client. | 3.00 | 750.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ███. | 0.10 | 25.00 |
| 07/31/20 | KK | Investigation<br>Participate in scheduled case discussion with client, receiving feedback to ███. Also confirm August 14, 2020 deadline for CAC filing. Provide status update on investigation to LH. | 0.20 | 50.00 |

| | 53.10 | $11,926.00 |
|---|---|---|

Additional Charges :

PAID _12/15/2020_

| | | |
|---|---|---|
| Domestic Phone | Check #: _50517_ | 151.20 |
| Specialized Databases/Internet | | 1,539.00 |
| Subtotal of charges | Amount: $ _8,616.20_ | $1,690.20 |
| Total costs | | $1,690.20 |
| | Date: _12/15/2020_ | |
| Total amount of this bill | | $13,616.20 |
| | Category _____ | |

**Retainer Received ($5000.00) - Remaining Balance Due**          **$8,616.20**

### Investigator Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ken Keatly | 34.40 | 250.00 | $8,600.00 |
| Lynne Hodges | 3.80 | 250.00 | $950.00 |
| Jackie Cahill | 0.20 | 200.00 | $40.00 |
| Jackie Cahill | 2.20 | 160.00 | $352.00 |
| Laura Hodges | 12.40 | 160.00 | $1,984.00 |

**L.R. Hodges & Associates, Ltd.**
5864 Owens Avenue
Suite 100
Carlsbad, CA 92008
760-448-1883
Tax ID ▆▆▆

PAID _9/17/2020_
Check #: _19293_
Amount: $ _5,515.65_
Date: _9/17/2020_
Category _____

September 12, 2020

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation          20-0626-35-FF
Invoice #       26365
Billing Period:    08/01/20 - 08/31/20

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/03/20 | KK | Investigation<br>Calls in attempts to reach ▆▆▆ See witness contact log for details. Conduct interview with ▆▆▆. | 1.00 | 250.00 |
| 08/04/20 | KK | Investigation<br>Calls in attempts to reach ▆▆▆ See witness contact log for details. Contact with ▆▆▆. Draft details of ▆▆▆ for consolidated investigation update. | 0.70 | 175.00 |
| 08/05/20 | KK | Investigation<br>Calls in attempts to reach ▆▆▆ See witness contact log for details. Make edits/updates and annotations to ▆▆▆ to reflect results of ▆▆▆. | 0.60 | 150.00 |
| 08/06/20 | KK | Investigation<br>Finalize investigation update and forward same to client, (cc LH). | 0.10 | 25.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK re ▆▆▆ | 0.10 | 25.00 |
| 08/07/20 | KK | Investigation<br>Participate in scheduled case conference call re ▆▆▆. | 0.30 | 75.00 |
| 08/10/20 | HL | Investigation<br>Discussions with KK re ▆▆▆. Conduct ▆▆▆ research using ▆▆▆ Receive/review ▆▆▆. Review ▆▆▆ | 2.80 | 448.00 |

L.R. Hodges & Associates, Ltd.                                                                    Page    2
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ██████ . Forward relevant ████████ to KK for review.  Receive ████████ from KK.  Incorporate ████████ ██ Preliminary ████████ searches to ████████ ████████████  Begin process of ████████████ ████████████ | | |
| 08/10/20 | JC | Investigation<br>Discussions with KK re ████████████████████ ████████████████████ . | 0.30 | 67.50 |
| | KK | Investigation<br>Discussion with JC re ████████████ ████████████████████████ .  Also discuss ████████████████████████████ .  Prepare estimate of ████████████ costs to date update ($14,600), and confirm next steps for investigation.  Retrieve/review ████████ ████████████ forward to JC.  Receive/review results from HL of ████████████████████████████ ████████████████████████████ Receive/review ████████ and update from HL re ████████████ . Calls in attempts to reach ████████████████████████ ████████████████████████████ ████████████████████ See witness contact log for details.  Conduct interview with ████████ . Contacts with ████████████████████ .  Begin preparing details of witness contacts for investigation update. | 4.30 | 1,075.00 |
| 08/11/20 | KK | Investigation<br>Calls in attempts to reach ████████████████████ ████████████████████████ See witness contact log for details.  Conduct interview with ████████████ .  Brief contact with ████████████████████████ Call to J.Wilson re ████████████████████ Discussion with J.Wilson re ████████████████████████████ ████████████ .  Draft summary of interview with ████████████ Finalize investigation update and forward same, including summary for ████████ , to client, investigation team, and LH. | 3.90 | 975.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ████████ | 0.10 | 25.00 |
| 08/12/20 | KK | Investigation<br>Calls in attempts to reach the ████████████████████ ████████████ See witness contact log for details.  Conduct interview with ████████████ Preliminary discussions/case introductions with ████████████ ████████ Draft summary of interview with ████████ .  Prepare investigation update and forward same, including summary of interview with ████████ to client, investigation team, and LH. | 2.80 | 700.00 |

L.R. Hodges & Associates, Ltd.                                    Page    3
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/20 | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ▮▮▮▮▮. | 0.10 | 25.00 |
| 08/13/20 | KK | Investigation<br>Conduct interview with ▮▮▮▮▮. Draft summary of interview with ▮▮▮▮▮ Conduct scheduled interviews with ▮▮▮▮▮ ▮▮▮▮▮ Prepare investigation update and forward same, including summary of interview with ▮▮▮▮, to client, investigation team, and LH. | 3.40 | 850.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ▮▮▮▮▮. | 0.10 | 25.00 |
| 08/14/20 | KK | Investigation<br>Retrieve/review ▮▮▮▮▮▮▮▮▮. Participate in scheduled case discussion with client re ▮▮▮▮▮▮▮▮▮ Calls in attempts to reach ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ See witness contact log for details. | 1.00 | 250.00 |
| 08/16/20 | KK | Investigation<br>Calls in attempts to reach ▮▮▮▮▮ ▮▮▮▮▮. See witness contact log for details. | 0.20 | 50.00 |
|  |  |  | 21.80 | $5,190.50 |

Additional Charges :

| | |
|---|---|
| Domestic Phone | 113.05 |
| Specialized Databases/Internet | 211.50 |
| Subtotal of charges | $324.55 |
| Total costs | $324.55 |
| | |
| Total amount of this bill | $5,515.05 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ken Keatly | 18.30 | 250.00 | $4,575.00 |
| Lynne Hodges | 0.40 | 250.00 | $100.00 |
| Jackie Cahill | 0.30 | 225.00 | $67.50 |
| Laura Hodges | 2.80 | 160.00 | $448.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID** ███████

February 13, 2022

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation          20-0626-35-FF
Invoice #          26761
Billing Period:     01/01/22 - 01/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | HL | Investigation<br>Discussion with KK re ███████ ██████. Preliminary ████<br>searches ██████████████ Begin process of ██████<br>████████████████████<br>████████████████████<br>████████████████████<br>Discussion with KK re ████████ | 0.80 | 128.00 |
| | KK | Investigation<br>Receive/review client communications re ██████████<br>████████████ Review ████ Review ████<br>██████████████ Retrieve/review<br>████████ Follow-on<br>communications with HL re ████████████████<br>████████ Discussion with R.Killorin re ██████████ and<br>scheduling discussion re same for 01/25/2022. | 1.20 | 300.00 |
| 01/25/22 | KK | Investigation<br>Discussion with R.Killorin ███████████████<br>Calls to and follow-up contacts with ██████████. Brief client re<br>██████████████████ Follow-on communications with<br>client re ████████████████ Prepare email<br>communications to ██████████████<br>████████ | 0.70 | 175.00 |
| 01/26/22 | HL | Investigation<br>Discussion with KK re ██████████ Prepare ████<br>████████████ and forward to KK. | 1.30 | 208.00 |
| | KK | Investigation<br>Receive inquiry from client re ██████████. Prepare and<br>forward reply. Follow-on communications with client re ████████<br>████████████████████<br>████████ Follow-on communications with K.Lenahan ████<br>██████████ Review ████████████ | 1.40 | 350.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████████████████ Follow-on communications with HL re ███████ ███████ Receive/review HL results re same.  Forward previously submitted investigation updates to K.Lenahan.  Prepare overview re ████████████ Ongoing communications with K.Lenahan re ███████████ | | |
| | | | 5.40 | $1,161.00 |

Additional Charges :

| | |
|---|---|
| Specialized Databases/Internet | 6.00 |
| Total costs | $6.00 |

| | |
|---|---|
| Total amount of this bill | $1,167.00 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ken Keatly | 3.30 | 250.00 | $825.00 |
| Laura Hodges | 2.10 | 160.00 | $336.00 |