# EXHIBIT 4-C

# Mediation Invoices

# Redacted

# STATEMENT



**Date**
2/01/2022 through 2/28/2022

Bill To:

**Robert Killorin**
**Faruqi & Faruqi, LLP**
**3975 Roswell Rd**
**Suite A**
**Atlanta GA 30342**

| | |
|---|---|
| **Reference #:** | **1425036932 - Rep# 5** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | ▮▮▮▮ |

RE: **Lowthorp, David G. vs. Mesa Air Group, Inc., et al.**

Representing: **David G. Lowthorp**

Neutral(s):  **Jed Melnick, Esq.**

Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | 0 |
| 2/11/22 | Initial Non-Refundable Fee | | | | | $475.00 |
| | | | | Fees: | | $475.00 |

**Expenses:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/9/22 | Jed D Melnick Esq.<br>LOOP UP CHARGE for conference call between Neutral and counsel. | | | $29.92 | 2 | $14.96 |
| | | | | Expenses: | | $14.96 |
| | | | | Total: | | $489.96 |

**Payment Activity:** (none)

| | |
|---|---|
| **Balance Due:** | **$489.96** |

PAID  3/7/2022

Check #:  21844

Amount: $  489.96

Date:  3/7/2022

Category

---

Unused Deposits will not be refunded until the conclusion of the case.

Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# DEPOSIT REQUEST

 JAMS

**Invoice Date**
2/11/2022

**Invoice Number**
6054674

Bill To:    Mr. Robert Killorin
Faruqi & Faruqi, LLP
3975 Roswell Rd
Suite A
Atlanta, GA 30342
US

| | |
|---|---|
| **Reference #:** | **1425036932 - Rep# 5** |
| Billing Specialist: | Hart, Lynne |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | |

RE: **Lowthorp, David G. vs. Mesa Air Group, Inc., et al.**

Representing: **David G. Lowthorp**

Neutral(s):   **Jed Melnick, Esq.**

Hearing Type: **MEDIATION**                DD

| Date / Time | Description | Your Share |
|---|---|---|
| 2/11/22 | **Jed D Melnick Esq.**<br>Deposit for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | $ 13,275.00 |

|  | |
|---|---|
| **Total Billed:** | $ 13,275.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 13,275.00 |

PAID _2/22/2022_
Check #: _2782_
Amount: $ _13,275.00_
Date: _2/22/2022_
Category _____

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

Click here to pay

| Standard mail: | Overnight mail: |
|---|---|
| P.O. Box 845402 | 18881 Von Karman Ave. Suite 350 |
| Los Angeles, CA 90084 | Irvine, CA 92612 |

# STATEMENT



**Date**

**3/01/2022 through 3/31/2022**

Bill To:

**Robert Killorin
Faruqi & Faruqi, LLP
3975 Roswell Rd
Suite A
Atlanta GA 30342**

| **Reference #:** | **1425036932 - Rep# 5** |
|---|---|
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | ▬ |

RE: **Lowthorp, David G. vs. Mesa Air Group, Inc., et al.**

Representing: **David G. Lowthorp**

Neutral(s): **Jed Melnick, Esq.**

Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Balance Forward: | | $489.96 |
| 3/1/22 | Jed D Melnick Esq. Review of mediation briefs and exhibits and preparation for the mediation. | 8.00 | $950.00 | $7,600.00 | 2 | $3,800.00 |
| 3/2/22 9:30 AM | Jed D Melnick Esq. Session Time | 8.00 | | $15,000.00 | 2 | $7,500.00 |
| 3/31/22 | Case Management Fee | | | | | $370.50 |
| | | | | Fees: | | $11,670.50 |
| | | | | Total: | | $11,670.50 |

**Payment Activity:**

| | | |
|---|---|---|
| 3/1/22 | Check No. 021782 Paid By: FARUQI & FARUQI LLP | ($13,275.00) |
| 3/11/22 | Check No. 021844 Paid By: FARUQI & FARUQI LLP | ($489.96) |
| | Total Payments: | ($13,764.96) |
| | Credit Balance, Do Not Pay: | ($1,604.50) |

Unused Deposits will not be refunded until the conclusion of the case.

Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:

**P.O. Box 845402
Los Angeles, CA 90084**

Overnight mail:

**18881 Von Karman Ave. Suite 350
Irvine, CA 92612**