# EXHIBIT 4-D

# Bloomberg Law Charges

# *Bloomberg*

*For invoice inquiries, Please Call: Customer*

*Please send all correspon*

*Bloomberg BNA*

*1801 South Bell Street*

*Arlington, VA 22202*

*Bloomberg BNA*

*1801 South Bell Street*

*Arlington, VA 22202*

## *TRANSACTION DETAILS*

## *Customer:*

*FARUQI & FARUQI*

*Covering Dates : Mar 01, 2020 To Dec 31, 2022*

| Client/Matter | User Name | Invoice # | Date | Cost | Type |
|---|---|---|---|---|---|
| Mesa Air Group | Killorin, Robert | 120200601 | 05/20/2020 | $10.00 | Law Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200601 | 05/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/01/2020 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/01/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/01/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/01/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/01/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/07/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/07/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/07/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/07/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/08/2020 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/08/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120200701 | 06/08/2020 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/09/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120200701 | 06/09/2020 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/09/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120200701 | 06/09/2020 | $10.00 | Law Search |
| Mesa Air Group | Aloise, Anthony | 120200701 | 06/10/2020 | $10.00 | Docket Search |
| Mesa Air Group | Aloise, Anthony | 120200701 | 06/10/2020 | $10.00 | Docket Search |
| Mesa Air Group | Aloise, Anthony | 120200701 | 06/10/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120200701 | 06/11/2020 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/11/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/16/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120200701 | 06/18/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/22/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/23/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/23/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/23/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/25/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/25/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/25/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/26/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/26/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Law Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | News Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |

| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | News Search |
| Mesa Air Group | BEHNKE, DEREK | 120200701 | 06/29/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200801 | 07/01/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120200901 | 08/11/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Opinions Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Law Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Law Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Law Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Law Search |
| Mesa Air Group | Killorin, Robert | 120201201 | 11/15/2020 | $10.00 | Law Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/16/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/16/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | Householder, Amanda | 120201201 | 11/17/2020 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Househol der, Amanda | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | Househol der, Amanda | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | Househol der, Amanda | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | Househol der, Amanda | 120201201 | 11/17/2020 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210401 | 03/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210401 | 03/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/06/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120210801 | 07/10/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120210801 | 07/10/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120210801 | 07/10/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120210801 | 07/10/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120210801 | 07/10/2021 | $10.00 | Law Search |
| Mesa Air Group | Robert | 120210801 | 07/10/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120210801 | 07/16/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120210801 | 07/16/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | EDGAR, DealMaker & Draft Analyzer |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | EDGAR, DealMaker & Draft Analyzer |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | EDGAR, DealMaker & Draft Analyzer |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210801 | 07/28/2021 | $10.00 | EDGAR, DealMaker & Draft Analyzer |
| Mesa Air Group | Paneque, Cristina | 120210801 | 07/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/04/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/04/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/04/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/08/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/09/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/09/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/09/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/09/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/09/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/13/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/13/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/15/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120210901 | 08/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/16/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/16/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/16/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/16/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Wilson, James | 120210901 | 08/16/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/17/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/19/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/19/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/19/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/27/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/27/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120210901 | 08/27/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120210901 | 08/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | Killorin, Robert | 120211001 | 09/08/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120211001 | 09/24/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120211101 | 10/14/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/14/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/22/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/28/2021 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120211101 | 10/28/2021 | $10.00 | Docket Search |

| Mesa Air Group | Paneque, Cristina | 120211101 | 10/28/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120211101 | 10/29/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120211101 | 10/29/2021 | $10.00 | Docket Search |
| Mesa Air Group | Wilson, James | 120211101 | 10/29/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/29/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211101 | 10/29/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120211201 | 11/02/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/02/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/03/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120211201 | 11/03/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120211201 | 11/13/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120211201 | 11/15/2021 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Lenahan, Katherine | 120211201 | 11/15/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/01/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/03/2021 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220101 | 12/06/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220101 | 12/06/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220101 | 12/07/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220101 | 12/07/2021 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220101 | 12/07/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/08/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/16/2021 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120220101 | 12/23/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/23/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/23/2021 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220101 | 12/27/2021 | $10.00 | Law Search |

| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/28/2021 | $10.00 | Docket Search |
|---|---|---|---|---|---|
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/28/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/29/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/29/2021 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220101 | 12/31/2021 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Opinions Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/10/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220201 | 01/10/2022 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Papain, Thomas | 120220201 | 01/12/2022 | $10.00 | Docket Search |
| Mesa Air Group | Papain, Thomas | 120220201 | 01/12/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/13/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/13/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220201 | 01/13/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/14/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/14/2022 | $10.00 | Law Search |
| Mesa Air Group | Papain, Thomas | 120220201 | 01/24/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/24/2022 | $10.00 | Law Search |
| Mesa Air Group | Papain, Thomas | 120220201 | 01/24/2022 | $10.00 | Docket Search |
| Mesa Air Group | Papain, Thomas | 120220201 | 01/24/2022 | $10.00 | Docket Search |
| Mesa Air Group | Papain, Thomas | 120220201 | 01/24/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220201 | 01/26/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/02/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/02/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/03/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/04/2022 | $10.00 | Law Search |

| Mesa Air Group | BEHNKE, DEREK | 120220301 | 02/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220301 | 02/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220301 | 02/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220301 | 02/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220301 | 02/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/07/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/14/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/14/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/16/2022 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/16/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/17/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Law Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220301 | 02/17/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Opinions Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/17/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/18/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220301 | 02/21/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/01/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/03/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/03/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220401 | 03/07/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/14/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220401 | 03/18/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220401 | 03/30/2022 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Lenahan, Katherine | 120220401 | 03/30/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220401 | 03/30/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220501 | 04/07/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220501 | 04/17/2022 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120220501 | 04/27/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220501 | 04/27/2022 | $10.00 | Law Search |
| Mesa Air Group | Wilson, James | 120220501 | 04/27/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220501 | 04/28/2022 | $10.00 | Law Search |
| Mesa Air Group | Lenahan, Katherine | 120220501 | 04/28/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/04/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/04/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/04/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/04/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/04/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220601 | 05/05/2022 | $10.00 | Law Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/05/2022 | $10.00 | Docket Search |

| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/05/2022 | $10.00 | Law Search |
| Mesa Air Group | BEHNKE, DEREK | 120220601 | 05/05/2022 | $10.00 | Docket Search |
| Mesa Air Group | Lenahan, Katherine | 120220601 | 05/06/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120220701 | 06/14/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120220901 | 08/26/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120221101 | 10/18/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120221201 | 11/29/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |

| | | | | | |
|---|---|---|---|---|---|
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/15/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/19/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/23/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/23/2022 | $10.00 | Law Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/23/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/23/2022 | $10.00 | Docket Search |
| Mesa Air Group | Paneque, Cristina | 120230101 | 12/23/2022 | $10.00 | Docket Search |

**Total Docket**    **$3,860.00**

*Support 888.560.2529*