# EXHIBIT 4-E

# Westlaw Charges

# Redacted

Date: Thursday, September 03, 2020
Time: 07:02:12 AM
Products: Westlaw
Content Families: All Content Families

Account: FARUQI & FARUQI, New York, NY 10017-8466 ▮▮▮▮
Saturday, August 01, 2020 - Monday, August 31, 2020

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account ▮▮▮▮ | | | | | | | | |
| | | | | | | | | |
| Client MESA | | | | | | | | |
| User Name KILLORIN,ROBERT (16939106) | | | | | | | | |
| Day 08/01/2020 | | | | | | | | |
| Totals for Included | | 18 | | | 974.00 USD | 4.39 USD | 0.39 USD | 4.78 USD |
| Totals for Day 08/01/2020 | | 18 | | | 974.00 USD | 4.39 USD | 0.39 USD | 4.78 USD |
| Day 08/02/2020 | | | | | | | | |
| Totals for Included | | 88 | | | 3,884.00 USD | 17.49 USD | 1.55 USD | 19.05 USD |
| Totals for Day 08/02/2020 | | 88 | | | 3,884.00 USD | 17.49 USD | 1.55 USD | 19.05 USD |
| Day 08/08/2020 | | | | | | | | |
| Totals for Included | | 8 | | | 844.00 USD | 3.80 USD | 0.34 USD | 4.14 USD |
| Totals for Excluded | | 2 | | | 360.00 USD | 0.00 USD | 31.96 USD | 391.96 USD |
| Totals for Day 08/08/2020 | | 10 | | | 1,204.00 USD | 3.80 USD | 32.30 USD | 396.10 USD |
| Day 08/10/2020 | | | | | | | | |
| Totals for Included | | 3 | | | 429.00 USD | 1.93 USD | 0.17 USD | 2.10 USD |
| Totals for Day 08/10/2020 | | 3 | | | 429.00 USD | 1.93 USD | 0.17 USD | 2.10 USD |
| Day 08/12/2020 | | | | | | | | |
| Totals for Included | | 16 | | | 1,188.00 USD | 5.35 USD | 0.47 USD | 5.83 USD |
| Totals for Day 08/12/2020 | | 16 | | | 1,188.00 USD | 5.35 USD | 0.47 USD | 5.83 USD |
| Day 08/17/2020 | | | | | | | | |
| Totals for Included | | 10 | | | 1,030.00 USD | 4.64 USD | 0.41 USD | 5.05 USD |
| Totals for Day 08/17/2020 | | 10 | | | 1,030.00 USD | 4.64 USD | 0.41 USD | 5.05 USD |
| Totals for User Name KILLORIN,ROBERT (16939106) | | 145 | | | 8,709.00 USD | 37.60 USD | 35.30 USD | 432.90 USD |
| User Name WILSON,JAMES (16939086) | | | | | | | | |
| Day 08/03/2020 | | | | | | | | |
| Totals for Included | | 1 | | | 43.00 USD | 0.19 USD | 0.02 USD | 0.21 USD |
| Totals for Day 08/03/2020 | | 1 | | | 43.00 USD | 0.19 USD | 0.02 USD | 0.21 USD |
| Totals for User Name WILSON,JAMES (16939086) | | 1 | | | 43.00 USD | 0.19 USD | 0.02 USD | 0.21 USD |
| Totals for Client MESA | | 146 | | | 8,752.00 USD | 37.80 USD | 35.31 USD | 433.11 USD |
| | | | | | | | | |
| Client MESA AIR | | | | | | | | |
| User Name BEHNKE,DEREK (16939030) | | | | | | | | |
| Day 08/05/2020 | | | | | | | | |
| Totals for Included | | 1 | | | 43.00 USD | 0.19 USD | 0.02 USD | 0.21 USD |
| Totals for Day 08/05/2020 | | 1 | | | 43.00 USD | 0.19 USD | 0.02 USD | 0.21 USD |
| Day 08/17/2020 | | | | | | | | |
| Totals for Included | | 20 | | | 1,560.00 USD | 7.03 USD | 0.62 USD | 7.65 USD |
| Totals for Day 08/17/2020 | | 20 | | | 1,560.00 USD | 7.03 USD | 0.62 USD | 7.65 USD |
| Totals for User Name BEHNKE,DEREK (16939030) | | 21 | | | 1,603.00 USD | 7.22 USD | 0.64 USD | 7.86 USD |
| User Name LENAHAN,KATHERINE (16939064) | | | | | | | | |
| Day 08/17/2020 | | | | | | | | |
| Totals for Included | | 45 | | | 2,666.00 USD | 12.01 USD | 1.07 USD | 13.07 USD |
| Totals for Day 08/17/2020 | | 45 | | | 2,666.00 USD | 12.01 USD | 1.07 USD | 13.07 USD |
| Totals for User Name LENAHAN,KATHERINE (16939064) | | 45 | | | 2,666.00 USD | 12.01 USD | 1.07 USD | 13.07 USD |
| Totals for Client MESA AIR | | 66 | | | 4,269.00 USD | 19.23 USD | 1.71 USD | 20.93 USD |

Date: Tuesday, December 01, 2020
Time: 11:49:28 AM
Products: Westlaw
Content Families: All Content Families

Account: FARUQI & FARUQI, NEW YORK, NY 10017-6406 ⬛⬛⬛
Sunday, November 01, 2020 - Monday, November 30, 2020

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account ⬛⬛⬛ | | | | | | | | |
| Client MESA AIR | | | | | | | | |
| User Name BEHNKE,DEREK (16939030) | | | | | | | | |
| Day 11/16/2020 | | | | | | | | |
| Totals for Included | | 96 | | | 4,542.00 USD | 32.07 USD | 2.85 USD | 34.92 USD |
| Totals for Day 11/16/2020 | | 96 | | | 4,542.00 USD | 32.07 USD | 2.85 USD | 34.92 USD |
| Totals for User Name BEHNKE,DEREK (16939030) | | 96 | | | 4,542.00 USD | 32.07 USD | 2.85 USD | 34.92 USD |
| User Name LENAHAN,KATHERINE (16939064) | | | | | | | | |
| Day 11/09/2020 | | | | | | | | |
| Totals for Included | | 2 | | | 359.00 USD | 2.54 USD | 0.22 USD | 2.76 USD |
| Totals for Day 11/09/2020 | | 2 | | | 359.00 USD | 2.54 USD | 0.22 USD | 2.76 USD |
| Day 11/10/2020 | | | | | | | | |
| Totals for Included | | 22 | | | 1,582.00 USD | 11.17 USD | 0.99 USD | 12.16 USD |
| Totals for Day 11/10/2020 | | 22 | | | 1,582.00 USD | 11.17 USD | 0.99 USD | 12.16 USD |
| Day 11/11/2020 | | | | | | | | |
| Totals for Included | | 22 | | | 2,044.00 USD | 14.43 USD | 1.28 USD | 15.71 USD |
| Totals for Day 11/11/2020 | | 22 | | | 2,044.00 USD | 14.43 USD | 1.28 USD | 15.71 USD |
| Day 11/16/2020 | | | | | | | | |
| Totals for Included | | 2 | | | 186.00 USD | 1.31 USD | 0.12 USD | 1.43 USD |
| Totals for Day 11/16/2020 | | 2 | | | 186.00 USD | 1.31 USD | 0.12 USD | 1.43 USD |
| Totals for User Name LENAHAN,KATHERINE (16939064) | | 48 | | | 4,171.00 USD | 29.45 USD | 2.61 USD | 32.07 USD |
| Totals for Client MESA AIR | | 144 | | | 8,713.00 USD | 61.53 USD | 5.46 USD | 66.99 USD |

| USAGE TYPE DESC | CLIENT | USER NAME | DAY | SPECIAL OFFER | TRANSACTIONS | STANDARD CHARGE | SPECIAL PRICING CHARGE | TAX AMOUNT | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/10/2021 | Included | 42 | 2904.00 | 15.74 | 1.40 | 17.14 |
| Totals for Day | MESA | KILLORIN,ROE | 07/10/2021 | | 42 | 2904.00 | 15.74 | 1.40 | 17.14 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/13/2021 | Included | 15 | 1500.00 | 8.13 | 0.72 | 8.85 |
| Totals for Day | MESA | KILLORIN,ROE | 07/13/2021 | | 15 | 1500.00 | 8.13 | 0.72 | 8.85 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/14/2021 | Included | 2 | 104.00 | 0.56 | 0.05 | 0.61 |
| Totals for Day | MESA | KILLORIN,ROE | 07/14/2021 | | 2 | 104.00 | 0.56 | 0.05 | 0.61 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/19/2021 | Included | 11 | 572.00 | 3.10 | 0.28 | 3.38 |
| Totals for Day | MESA | KILLORIN,ROE | 07/19/2021 | | 11 | 572.00 | 3.10 | 0.28 | 3.38 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/22/2021 | Included | 11 | 1120.00 | 6.07 | 0.54 | 6.61 |
| Totals for Day | MESA | KILLORIN,ROE | 07/22/2021 | | 11 | 1120.00 | 6.07 | 0.54 | 6.61 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/28/2021 | Included | 13 | 1636.00 | 8.87 | 0.79 | 9.65 |
| Totals for Day | MESA | KILLORIN,ROE | 07/28/2021 | | 13 | 1636.00 | 8.87 | 0.79 | 9.65 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 07/29/2021 | Included | 1 | 52.00 | 0.28 | 0.03 | 0.31 |
| Totals for Day | MESA | KILLORIN,ROE | 07/29/2021 | | 1 | 52.00 | 0.28 | 0.03 | 0.31 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 95 | 7888.00 | 42.76 | 3.79 | 46.55 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA | WILSON,JAMI | 07/13/2021 | Included | 5 | 415.00 | 2.25 | 0.20 | 2.45 |
| Totals for Day | MESA | WILSON,JAMI | 07/13/2021 | | 5 | 415.00 | 2.25 | 0.20 | 2.45 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 07/14/2021 | Included | 21 | 936.00 | 5.07 | 0.45 | 5.52 |
| Totals for Day | MESA | WILSON,JAMI | 07/14/2021 | | 21 | 936.00 | 5.07 | 0.45 | 5.52 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 07/29/2021 | Included | 10 | 640.00 | 3.47 | 0.31 | 3.78 |
| Totals for Day | MESA | WILSON,JAMI | 07/29/2021 | | 10 | 640.00 | 3.47 | 0.31 | 3.78 |
| Totals for User | MESA | WILSON,JAMES | | | 36 | 1991.00 | 10.79 | 0.96 | 11.75 |
| Totals for Client | MESA | | | | 131 | 9879.00 | 53.55 | 4.75 | 58.30 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 07/13/2021 | Included | 58 | 3084.00 | 16.72 | 1.48 | 18.20 |
| Totals for Day | MESA AIR | LENAHAN,KA | 07/13/2021 | | 58 | 3084.00 | 16.72 | 1.48 | 18.20 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 07/16/2021 | Included | 13 | 1052.00 | 5.70 | 0.51 | 6.21 |
| Totals for Day | MESA AIR | LENAHAN,KA | 07/16/2021 | | 13 | 1052.00 | 5.70 | 0.51 | 6.21 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 71 | 4136.00 | 22.42 | 1.99 | 24.41 |
| Totals for Client | MESA AIR | | | | 71 | 4136.00 | 22.42 | 1.99 | 24.41 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 08/24/2021 | Included | 1 | 52.00 | 0.24 | 0.02 | 0.26 |
| Totals for Day | MESA | KILLORIN,ROE | 08/24/2021 | | 1 | 52.00 | 0.24 | 0.02 | 0.26 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 08/26/2021 | Included | 4 | 448.00 | 2.02 | 0.18 | 2.20 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Day | MESA | KILLORIN,ROE | 08/26/2021 | | 4 | 448.00 | 2.02 | 0.18 | 2.20 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 08/28/2021 | Included | 10 | 1240.00 | 5.60 | 0.50 | 6.10 |
| Totals for Day | MESA | KILLORIN,ROE | 08/28/2021 | | 10 | 1240.00 | 5.60 | 0.50 | 6.10 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 08/29/2021 | Included | 14 | 1088.00 | 4.92 | 0.44 | 5.35 |
| Totals for Day | MESA | KILLORIN,ROE | 08/29/2021 | | 14 | 1088.00 | 4.92 | 0.44 | 5.35 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 29 | 2828.00 | 12.78 | 1.13 | 13.92 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 08/15/2021 | Included | 1 | 172.00 | 0.78 | 0.07 | 0.85 |
| Totals for Day | MESA | WILSON,JAMI | 08/15/2021 | | 1 | 172.00 | 0.78 | 0.07 | 0.85 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 08/29/2021 | Included | 15 | 1088.00 | 4.92 | 0.44 | 5.35 |
| Totals for Day | MESA | WILSON,JAMI | 08/29/2021 | | 15 | 1088.00 | 4.92 | 0.44 | 5.35 |
| Totals for User | MESA | WILSON,JAMES | | | 16 | 1260.00 | 5.69 | 0.51 | 6.20 |
| Totals for Client | MESA | | | | 45 | 4088.00 | 18.48 | 1.64 | 20.12 |
| Totals for Spec Offer | MESA AIR | ALOISE,ANTH | 08/30/2021 | Included | 19 | 1108.00 | 5.01 | 0.44 | 5.45 |
| Totals for Day | MESA AIR | ALOISE,ANTH | 08/30/2021 | | 19 | 1108.00 | 5.01 | 0.44 | 5.45 |
| Totals for Spec Offer | MESA AIR | ALOISE,ANTH | 08/31/2021 | Included | 23 | 1744.00 | 7.88 | 0.70 | 8.58 |
| Totals for Day | MESA AIR | ALOISE,ANTH | 08/31/2021 | | 23 | 1744.00 | 7.88 | 0.70 | 8.58 |
| Totals for User | MESA AIR | ALOISE,ANTHONY | | | 42 | 2852.00 | 12.89 | 1.14 | 14.03 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 08/31/2021 | Included | 22 | 1776.00 | 8.03 | 0.71 | 8.74 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 08/31/2021 | | 22 | 1776.00 | 8.03 | 0.71 | 8.74 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 22 | 1776.00 | 8.03 | 0.71 | 8.74 |
| Totals for Client | MESA AIR | | | | 64 | 4628.00 | 20.92 | 1.86 | 22.77 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 09/04/2021 | Included | 4 | 328.00 | 1.66 | 0.15 | 1.80 |
| Totals for Day | MESA | KILLORIN,ROE | 09/04/2021 | | 4 | 328.00 | 1.66 | 0.15 | 1.80 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 09/08/2021 | Included | 4 | 542.00 | 2.74 | 0.24 | 2.98 |
| Totals for Day | MESA | KILLORIN,ROE | 09/08/2021 | | 4 | 542.00 | 2.74 | 0.24 | 2.98 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 8 | 870.00 | 4.40 | 0.39 | 4.79 |
| Totals for Client | MESA | | | | 8 | 870.00 | 4.40 | 0.39 | 4.79 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 10/18/2021 | Included | 4 | 208.00 | 0.93 | 0.08 | 1.01 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 10/18/2021 | | 4 | 208.00 | 0.93 | 0.08 | 1.01 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 4 | 208.00 | 0.93 | 0.08 | 1.01 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 10/19/2021 | Included | 1 | 172.00 | 0.77 | 0.07 | 0.83 |
| Totals for Day | MESA AIR | LENAHAN,KA | 10/19/2021 | | 1 | 172.00 | 0.77 | 0.07 | 0.83 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 10/27/2021 | Included | 8 | 1084.00 | 4.83 | 0.43 | 5.26 |
| Totals for Day | MESA AIR | LENAHAN,KA | 10/27/2021 | | 8 | 1084.00 | 4.83 | 0.43 | 5.26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 10/29/2021 | Included | 10 | 1496.00 | 6.67 | 0.59 | 7.26 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 10/29/2021 | | 10 | 1496.00 | 6.67 | 0.59 | 7.26 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 19 | 2752.00 | 12.26 | 1.09 | 13.35 |
| Totals for Client | MESA AIR | | | | 23 | 2960.00 | 13.19 | 1.17 | 14.36 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 11/08/2021 | Included | 11 | 1214.00 | 5.14 | 0.46 | 5.59 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 11/08/2021 | | 11 | 1214.00 | 5.14 | 0.46 | 5.59 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 11/09/2021 | Included | 2 | 292.00 | 1.24 | 0.11 | 1.34 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 11/09/2021 | | 2 | 292.00 | 1.24 | 0.11 | 1.34 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 11/10/2021 | Included | 3 | 344.00 | 1.46 | 0.13 | 1.58 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 11/10/2021 | | 3 | 344.00 | 1.46 | 0.13 | 1.58 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 11/15/2021 | Included | 9 | 964.00 | 4.08 | 0.36 | 4.44 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 11/15/2021 | | 9 | 964.00 | 4.08 | 0.36 | 4.44 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 25 | 2814.00 | 11.90 | 1.06 | 12.96 |
| Totals for Client | MESA AIR | | | | 25 | 2814.00 | 11.90 | 1.06 | 12.96 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 12/22/2021 | Included | 2 | 224.00 | 1.55 | 0.14 | 1.68 |
| Totals for Day | MESA | WILSON,JAMI | 12/22/2021 | | 2 | 224.00 | 1.55 | 0.14 | 1.68 |
| Totals for Spec Offer | MESA | WILSON,JAMI | 12/23/2021 | Included | 3 | 276.00 | 1.91 | 0.17 | 2.08 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Day | MESA | WILSON,JAMI | 12/23/2021 | | 3 | 276.00 | 1.91 | 0.17 | 2.08 |
| Totals for User | MESA | WILSON,JAMES | | | 5 | 500.00 | 3.45 | 0.31 | 3.76 |
| Totals for Client | MESA | | | | 5 | 500.00 | 3.45 | 0.31 | 3.76 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 12/09/2021 | Included | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 12/09/2021 | | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 12/28/2021 | Included | 5 | 156.00 | 1.08 | 0.10 | 1.17 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 12/28/2021 | | 5 | 156.00 | 1.08 | 0.10 | 1.17 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 6 | 208.00 | 1.44 | 0.13 | 1.56 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 12/02/2021 | Included | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for Day | MESA AIR | LENAHAN,KA | 12/02/2021 | | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 12/06/2021 | Included | 4 | 448.00 | 3.09 | 0.27 | 3.37 |
| Totals for Day | MESA AIR | LENAHAN,KA | 12/06/2021 | | 4 | 448.00 | 3.09 | 0.27 | 3.37 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 12/07/2021 | Included | 8 | 724.00 | 5.00 | 0.44 | 5.44 |
| Totals for Day | MESA AIR | LENAHAN,KA | 12/07/2021 | | 8 | 724.00 | 5.00 | 0.44 | 5.44 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 12/09/2021 | Included | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for Day | MESA AIR | LENAHAN,KA | 12/09/2021 | | 1 | 52.00 | 0.36 | 0.03 | 0.39 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 14 | 1276.00 | 8.81 | 0.78 | 9.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Client | MESA AIR | | | | 20 | 1484.00 | 10.25 | 0.91 | 11.16 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 01/05/2022 | Included | 31 | 2572.00 | 10.77 | 0.96 | 11.73 |
| Totals for Day | MESA | KILLORIN,ROE | 01/05/2022 | | 31 | 2572.00 | 10.77 | 0.96 | 11.73 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 01/10/2022 | Included | 17 | 1484.00 | 6.21 | 0.55 | 6.77 |
| Totals for Day | MESA | KILLORIN,ROE | 01/10/2022 | | 17 | 1484.00 | 6.21 | 0.55 | 6.77 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 01/11/2022 | Included | 11 | 812.00 | 3.40 | 0.30 | 3.70 |
| Totals for Day | MESA | KILLORIN,ROE | 01/11/2022 | | 11 | 812.00 | 3.40 | 0.30 | 3.70 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 01/17/2022 | Included | 22 | 1384.00 | 5.80 | 0.51 | 6.31 |
| Totals for Day | MESA | KILLORIN,ROE | 01/17/2022 | | 22 | 1384.00 | 5.80 | 0.51 | 6.31 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 01/20/2022 | Included | 2 | 344.00 | 1.44 | 0.13 | 1.57 |
| Totals for Day | MESA | KILLORIN,ROE | 01/20/2022 | | 2 | 344.00 | 1.44 | 0.13 | 1.57 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 83 | 6596.00 | 27.62 | 2.45 | 30.07 |
| Totals for Spec Offer | MESA | PAPAIN,THON | 01/09/2022 | Included | 37 | 3000.00 | 12.56 | 1.11 | 13.68 |
| Totals for Day | MESA | PAPAIN,THON | 01/09/2022 | | 37 | 3000.00 | 12.56 | 1.11 | 13.68 |
| Totals for Spec Offer | MESA | PAPAIN,THON | 01/11/2022 | Included | 12 | 1464.00 | 6.13 | 0.54 | 6.67 |
| Totals for Day | MESA | PAPAIN,THON | 01/11/2022 | | 12 | 1464.00 | 6.13 | 0.54 | 6.67 |
| Totals for Spec Offer | MESA | PAPAIN,THON | 01/12/2022 | Included | 99 | 10420.00 | 43.63 | 3.87 | 47.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Day | MESA | PAPAIN,THON | 01/12/2022 | | 99 | 10420.00 | 43.63 | 3.87 | 47.50 |
| Totals for User | MESA | PAPAIN,THOMAS T | | | 148 | 14884.00 | 62.32 | 5.53 | 67.85 |
| Totals for Client | MESA | | | | 231 | 21480.00 | 89.94 | 7.98 | 97.92 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 01/19/2022 | Included | 35 | 1940.00 | 8.12 | 0.72 | 8.84 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 01/19/2022 | | 35 | 1940.00 | 8.12 | 0.72 | 8.84 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 35 | 1940.00 | 8.12 | 0.72 | 8.84 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/05/2022 | Included | 1 | 52.00 | 0.22 | 0.02 | 0.24 |
| Totals for Day | MESA AIR | LENAHAN,KA | 01/05/2022 | | 1 | 52.00 | 0.22 | 0.02 | 0.24 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/07/2022 | Included | 32 | 4849.00 | 20.30 | 1.80 | 22.11 |
| Totals for Day | MESA AIR | LENAHAN,KA | 01/07/2022 | | 32 | 4849.00 | 20.30 | 1.80 | 22.11 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/10/2022 | Included | 72 | 5368.00 | 22.48 | 1.99 | 24.47 |
| Totals for Day | MESA AIR | LENAHAN,KA | 01/10/2022 | | 72 | 5368.00 | 22.48 | 1.99 | 24.47 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/12/2022 | Included | 42 | 5406.00 | 22.64 | 2.01 | 24.65 |
| Totals for Day | MESA AIR | LENAHAN,KA | 01/12/2022 | | 42 | 5406.00 | 22.64 | 2.01 | 24.65 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/13/2022 | Included | 52 | 7020.00 | 29.39 | 2.61 | 32.00 |
| Totals for Day | MESA AIR | LENAHAN,KA | 01/13/2022 | | 52 | 7020.00 | 29.39 | 2.61 | 32.00 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 01/14/2022 | Included | 4 | 208.00 | 0.87 | 0.08 | 0.95 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 01/14/2022 | | 4 | 208.00 | 0.87 | 0.08 | 0.95 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 01/19/2022 | Included | 9 | 484.00 | 2.03 | 0.18 | 2.21 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 01/19/2022 | | 9 | 484.00 | 2.03 | 0.18 | 2.21 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 212 | 23387.00 | 97.93 | 8.69 | 106.62 |
| Totals for Client | MESA AIR | | | | 247 | 25327.00 | 106.05 | 9.41 | 115.46 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 02/07/2022 | Included | 7 | 844.00 | 4.03 | 0.36 | 4.39 |
| Totals for Day | MESA | KILLORIN,ROE | 02/07/2022 | | 7 | 844.00 | 4.03 | 0.36 | 4.39 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 7 | 844.00 | 4.03 | 0.36 | 4.39 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 02/06/2022 | Included | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 02/06/2022 | | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 02/24/2022 | Included | 6 | 973.00 | 4.65 | 0.41 | 5.06 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 02/24/2022 | | 6 | 973.00 | 4.65 | 0.41 | 5.06 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 02/25/2022 | Included | 1 | 172.00 | 0.82 | 0.07 | 0.89 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 02/25/2022 | | 1 | 172.00 | 0.82 | 0.07 | 0.89 |
| Totals for User | MESA | LENAHAN,KATHERINE | | | 8 | 1197.00 | 5.71 | 0.51 | 6.22 |
| Totals for Spec Offer | MESA | PAPAIN,THON | 02/09/2022 | Included | 10 | 760.00 | 3.63 | 0.32 | 3.95 |
| Totals for Day | MESA | PAPAIN,THON | 02/09/2022 | | 10 | 760.00 | 3.63 | 0.32 | 3.95 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA | PAPAIN,THON | 02/16/2022 | Included | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Day | MESA | PAPAIN,THON | 02/16/2022 | | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for User | MESA | PAPAIN,THOMAS T | | | 11 | 812.00 | 3.88 | 0.34 | 4.22 |
| Totals for Client | MESA | | | | 26 | 2853.00 | 13.62 | 1.21 | 14.83 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 02/07/2022 | Included | 29 | 1628.00 | 7.77 | 0.69 | 8.46 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 02/07/2022 | | 29 | 1628.00 | 7.77 | 0.69 | 8.46 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 02/22/2022 | Included | 6 | 312.00 | 1.49 | 0.13 | 1.62 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 02/22/2022 | | 6 | 312.00 | 1.49 | 0.13 | 1.62 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 02/23/2022 | Included | 13 | 676.00 | 3.23 | 0.29 | 3.51 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 02/23/2022 | | 13 | 676.00 | 3.23 | 0.29 | 3.51 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 48 | 2616.00 | 12.49 | 1.11 | 13.60 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 02/02/2022 | Included | 2 | 224.00 | 1.07 | 0.09 | 1.16 |
| Totals for Day | MESA AIR | LENAHAN,KA | 02/02/2022 | | 2 | 224.00 | 1.07 | 0.09 | 1.16 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 02/03/2022 | Included | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Day | MESA AIR | LENAHAN,KA | 02/03/2022 | | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA | 02/04/2022 | Included | 1 | 52.00 | 0.25 | 0.02 | 0.27 |
| Totals for Day | MESA AIR | LENAHAN,KA | 02/04/2022 | | 1 | 52.00 | 0.25 | 0.02 | 0.27 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/11/2022 | Included | 13 | 1756.00 | 8.38 | 0.74 | 9.13 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/11/2022 | | 13 | 1756.00 | 8.38 | 0.74 | 9.13 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/14/2022 | Included | 49 | 5700.00 | 27.21 | 2.42 | 29.63 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/14/2022 | | 49 | 5700.00 | 27.21 | 2.42 | 29.63 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/15/2022 | Included | 25 | 2106.00 | 10.05 | 0.89 | 10.95 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/15/2022 | | 25 | 2106.00 | 10.05 | 0.89 | 10.95 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/16/2022 | Included | 19 | 1846.00 | 8.81 | 0.78 | 9.60 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/16/2022 | | 19 | 1846.00 | 8.81 | 0.78 | 9.60 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/17/2022 | Included | 42 | 5301.00 | 25.31 | 2.25 | 27.55 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/17/2022 | | 42 | 5301.00 | 25.31 | 2.25 | 27.55 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˜ | 02/23/2022 | Included | 9 | 1428.00 | 6.82 | 0.61 | 7.42 |
| Totals for Day | MESA AIR | LENAHAN,KA˜ | 02/23/2022 | | 9 | 1428.00 | 6.82 | 0.61 | 7.42 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 161 | 18465.00 | 88.16 | 7.82 | 95.98 |
| Totals for Client | MESA AIR | | | | 209 | 21081.00 | 100.65 | 8.93 | 109.58 |
| Totals for Spec Offer | MESA | LENAHAN,KA˜ | 03/30/2022 | Included | 20 | 3004.00 | 8.52 | 0.76 | 9.28 |
| Totals for Day | MESA | LENAHAN,KA˜ | 03/30/2022 | | 20 | 3004.00 | 8.52 | 0.76 | 9.28 |
| Totals for Spec Offer | MESA | LENAHAN,KA˜ | 03/31/2022 | Included | 2 | 146.00 | 0.41 | 0.04 | 0.45 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Day | MESA | LENAHAN,KA⁻ | 03/31/2022 | | 2 | 146.00 | 0.41 | 0.04 | 0.45 |
| Totals for User | MESA | LENAHAN,KATHERINE | | | 22 | 3150.00 | 8.94 | 0.79 | 9.73 |
| Totals for Client | MESA | | | | 22 | 3150.00 | 8.94 | 0.79 | 9.73 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA⁻ | 03/30/2022 | Included | 6 | 792.00 | 2.25 | 0.20 | 2.45 |
| Totals for Day | MESA AIR | LENAHAN,KA⁻ | 03/30/2022 | | 6 | 792.00 | 2.25 | 0.20 | 2.45 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | | 6 | 792.00 | 2.25 | 0.20 | 2.45 |
| Totals for Client | MESA AIR | | | | 6 | 792.00 | 2.25 | 0.20 | 2.45 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 04/14/2022 | Included | 1 | 65.00 | 0.29 | 0.03 | 0.31 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 04/14/2022 | | 1 | 65.00 | 0.29 | 0.03 | 0.31 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 04/27/2022 | Included | 9 | 973.00 | 4.30 | 0.38 | 4.68 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 04/27/2022 | | 9 | 973.00 | 4.30 | 0.38 | 4.68 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 04/29/2022 | Included | 2 | 368.00 | 1.62 | 0.14 | 1.77 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 04/29/2022 | | 2 | 368.00 | 1.62 | 0.14 | 1.77 |
| Totals for User | MESA | LENAHAN,KATHERINE | | | 12 | 1406.00 | 6.21 | 0.55 | 6.76 |
| Totals for Client | MESA | | | | 12 | 1406.00 | 6.21 | 0.55 | 6.76 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 05/01/2022 | Included | 185 | 13375.00 | 42.07 | 3.73 | 45.80 |
| Totals for Day | MESA | KILLORIN,ROE | 05/01/2022 | | 185 | 13375.00 | 42.07 | 3.73 | 45.80 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for User | MESA | KILLORIN,ROBERT | | | 185 | 13375.00 | 42.07 | 3.73 | 45.80 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 05/03/2022 | Included | 5 | 498.00 | 1.57 | 0.14 | 1.71 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 05/03/2022 | | 5 | 498.00 | 1.57 | 0.14 | 1.71 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 05/04/2022 | Included | 16 | 1278.00 | 4.02 | 0.36 | 4.38 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 05/04/2022 | | 16 | 1278.00 | 4.02 | 0.36 | 4.38 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 05/05/2022 | Included | 9 | 885.00 | 2.78 | 0.25 | 3.03 |
| Totals for Day | MESA | LENAHAN,KA⁻ | 05/05/2022 | | 9 | 885.00 | 2.78 | 0.25 | 3.03 |
| Totals for User | MESA | LENAHAN,KATHERINE | | | 30 | 2661.00 | 8.37 | 0.74 | 9.11 |
| Totals for Client | MESA | | | | 215 | 16036.00 | 50.44 | 4.48 | 54.91 |
| Totals for Spec Offer | MESA AIR | BEHNKE,DERE | 05/05/2022 | Included | 51 | 4385.00 | 13.79 | 1.22 | 15.02 |
| Totals for Day | MESA AIR | BEHNKE,DERE | 05/05/2022 | | 51 | 4385.00 | 13.79 | 1.22 | 15.02 |
| Totals for User | MESA AIR | BEHNKE,DEREK | | | 51 | 4385.00 | 13.79 | 1.22 | 15.02 |
| Totals for Client | MESA AIR | | | | 51 | 4385.00 | 13.79 | 1.22 | 15.02 |
| Totals for Spec Offer | MESA | KILLORIN,ROE | 10/27/2022 | Included | 14 | 1960.00 | 6.62 | 0.00 | 6.62 |
| Totals for Day | MESA | KILLORIN,ROE | 10/27/2022 | | 14 | 1960.00 | 6.62 | 0.00 | 6.62 |
| Totals for User | MESA | KILLORIN,ROBERT | | | 14 | 1960.00 | 6.62 | 0.00 | 6.62 |
| Totals for Spec Offer | MESA | LENAHAN,KA⁻ | 10/24/2022 | Included | 6 | 1130.00 | 3.81 | 0.34 | 4.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day | MESA | LENAHAN,KA˙ 10/24/2022 | | 6 | 1130.00 | 3.81 | 0.34 | 4.15 |
| Totals for Spec Offer | MESA | LENAHAN,KA˙ 10/25/2022 | Included | 38 | 4366.00 | 14.74 | 1.31 | 16.05 |
| Totals for Day | MESA | LENAHAN,KA˙ 10/25/2022 | | 38 | 4366.00 | 14.74 | 1.31 | 16.05 |
| Totals for User | MESA | LENAHAN,KATHERINE | | 44 | 5496.00 | 18.55 | 1.65 | 20.20 |
| Totals for Client | MESA | | | 58 | 7456.00 | 25.17 | 1.65 | 26.82 |
| Totals for Spec Offer | MESA AIR | LENAHAN,KA˙ 12/12/2022 | Included | 1 | 215.00 | 1.10 | 0.10 | 1.20 |
| Totals for Day | MESA AIR | LENAHAN,KA˙ 12/12/2022 | | 1 | 215.00 | 1.10 | 0.10 | 1.20 |
| Totals for User | MESA AIR | LENAHAN,KATHERINE | | 1 | 215.00 | 1.10 | 0.10 | 1.20 |
| Totals for Client | MESA AIR | | | 1 | 215.00 | 1.10 | 0.10 | 1.20 |