**Redacted Exhibit 4-G**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**Court Filing/Service Fee(s):  $597.00**

| Date | Vendor | Purpose | Amount |
|------|--------|---------|--------|
| 6/12/2020 | Georgia Middle District Court | Certificate of Good Standing for J.Wilson | $19 |
| 6/17/2020 | Georgia Middle District Court | Certificate of Good Standing for R.Killorin | $19 |
| 6/18/2020 | AZD CM ECF | Pro Hac Vice applications for J.Wilson and R.Killorin | $200 |
| 6/25/2020 | Clerk of the Court - SDNY | Certificate of Good Standing for L.Faruqi | $19 |
| 7/02/2020 | AZD CM ECF | Pro Hac Vice application for L.Faruqi | $100 |
| 9/02/2021 | Florida Southern District Court | Certificate of Good Standing for C.Paneque | $20 |
| 9/03/2021 | AZD CM ECF | Pro Hac Vice Application for C.Paneque | $100 |
| 10/19/2021 | New York Southern District Court | Certificate of Good Standing for K.Lenahan | $20 |
| 10/21/2022 | AZD CM ECF | Pro Hac Vice Application for K.Lenahan | $100 |

## Derek Behnke

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, June 12, 2020 11:42 AM |
| **To:** | Derek Behnke |
| **Subject:** | Pay.gov Payment Confirmation: GEORGIA MIDDLE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. District Court at 478-752-3497.

Account Number: 4169701
Court: GEORGIA MIDDLE DISTRICT COURT
Amount: $19.00
Tracking Id: AGAMDC-3487048
Approval Code: 160360
Card Number: ************
Date/Time: 06/12/2020 11:41:56 ET

NOTE: This is an automated message. Please do not reply

1

# Derek Behnke

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, June 17, 2020 1:44 PM |
| **To:** | Derek Behnke |
| **Subject:** | Pay.gov Payment Confirmation: GEORGIA MIDDLE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. District Court at 478-752-3497.

Account Number: 4223707
Court: GEORGIA MIDDLE DISTRICT COURT
Amount: $19.00
Tracking Id: AGAMDC-3490132
Approval Code: 101632
Card Number: ************█████
Date/Time: 06/17/2020 01:43:50 ET

NOTE: This is an automated message. Please do not reply

# Derek Behnke

**From:** notification@pay.gov
**Sent:** Thursday, June 18, 2020 10:39 AM
**To:** Derek Behnke
**Subject:** Pay.gov Payment Confirmation: AZD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 26P7OM7E
Agency Tracking ID: 0970-18393181
Transaction Type: Sale
Transaction Date: Jun 18, 2020 10:38:52 AM

Account Holder Name: Derek Behnke
Transaction Amount: $100.00
Card Type: AmericanExpress
Card Number: ************

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

## Derek Behnke

**From:**      notification@pay.gov
**Sent:**      Thursday, June 18, 2020 10:47 AM
**To:**        Derek Behnke
**Subject:**   Pay.gov Payment Confirmation: AZD CM ECF


Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 26P7OMGP
Agency Tracking ID: 0970-18393217
Transaction Type: Sale
Transaction Date: Jun 18, 2020 10:47:06 AM

Account Holder Name: Derek Behnke
Transaction Amount: $100.00
Card Type: AmericanExpress
Card Number: ************█████


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WWW.NYSD.USCOURTS.GOV**
**500 PEARL STREET, NEW YORK, NY 10007**
**300 QUARROPAS STREET, WHITE PLAINS, NY 10601**

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

## The Fee for a Certificate is $19.00

## ATTORNEY INFORMATION

Full Name: __Lubna M. Faruqi__ SDNY Bar Code: __LF8409__

Firm/Company Name: __Faruqi & Faruqi, LLP__

Address: __685 Third Avenue, 26th Floor__

City: __New York__ State __NY__ Zip: __10017__

Phone: ( 212 ) 983 ---- 9330 Email: __lfaruqi@faruqilaw.com__

Date of Admission to the Southern District of NY : __February 1, 1988__

Requesting: [X] Certificate ☐ Wall Certificate

Signature of Attorney: _____

Name of Attorney's Designee (If applicable): _____

DIRECTIONS:

Return the original completed request form and $19.00** fee:

(1) by mail, together with a self-addressed stamped envelope to the Court at either address noted above; or

(2) in person (by the attorney or the attorney's designee) to the Clerk's Office at either courthouse noted above.

**Checks should be made payable to the Clerk of Court for the Southern District of New York

| PRINT |
| --- |



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**FARUQI & FARUQI, LLP**
685 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

CITIBANK, N.A.
Citi Private Bank, BR. #852
01-008/210

18967

6/25/2020

PAY TO THE
ORDER OF     Clerk of the Court - SDNY                                    $    **19.00

Nineteen and 00/100************************************************************************************************

DOLLARS

▲ PROTECTED AGAINST FRAUD ▲

Clerk of the Court - SDNY

MEMO    Lubna M. Faruqi

## Derek Behnke

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, July 2, 2020 4:49 PM |
| **To:** | Derek Behnke |
| **Subject:** | Pay.gov Payment Confirmation: AZD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact District Court Customer Service at 602-322-7200.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 26PBUK22
Agency Tracking ID: 0970-18439227
Transaction Type: Sale
Transaction Date: Jul 2, 2020 4:48:53 PM

Account Holder Name: Derek Behnke
Transaction Amount: $100.00
Card Type: AmericanExpress
Card Number: ************▮▮▮▮

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

## Derek Behnke

**From:**       do_not_reply@psc.uscourts.gov
**Sent:**       Thursday, September 2, 2021 11:35 AM
**To:**         Derek Behnke
**Subject:**    Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 5764661
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $20.00
Tracking Id: AFLSDC-14980105
Approval Code: 128007
Card Number: ************
Date/Time: 09/02/2021 11:35:13 ET

NOTE: This is an automated message. Please do not reply

1

## Pro Hac Vice Application

### U.S. District Court

### DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Paneque, Cristina on 9/3/2021 at 2:17 PM MST and filed on 9/3/2021

**Case Name:**        Plaintiff v. Defendant
**Case Number:**      2:21-ph-99909
**Filer:**
**Document Number:** 18

**Docket Text:**
**New Pro Hac Application submitted. Application fee received: $ 100, receipt number 0970-19833319. Attorney: Cristina M. Paneque, Case: 2:20-cv-00648-MTL. (Paneque, Cristina)**

**No public notice (electronic or otherwise) sent because the entry is private**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=9/3/2021] [FileNumber=22377169-0
] [369509bbe2ed3c142c805bf91c76e4df9bc03f9cadac59818b0a319d3ec39e177e6
b5c7ced88ed849f463ecdf69532013b5faf8d92b1284c74c1ee8b1ebb8086]]

## U.S. District Court

## DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Lenahan, Katherine on 10/21/2022 at 11:01 AM MST and filed on 10/21/2022

**Case Name:**       Plaintiff v. Defendant
**Case Number:**     2:22-ph-99910
**Filer:**
**Document Number:** 136

**Docket Text:**
**New Pro Hac Application submitted. Application fee received: $ 100, receipt number AAZDC-21229029. Attorney: Katherine M. Lenahan, Case: 2:20-cv-00648. (Lenahan, Katherine)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=10/21/2022] [FileNumber=23897651 -0] [0db99a388fd591333c71af954171c57518f3ce4f045d98d7ea31938cb7086391b 99328c1d3e7babb970311475a03efe66d067230302b9e0e0a31f04b1aba4990]]

## Katherine Lenahan

| | |
|---|---|
| **From:** | Anthony J. Aloise |
| **Sent:** | Wednesday, October 19, 2022 1:54 PM |
| **To:** | Bryan Rodriguez |
| **Cc:** | Olive Alston; Katherine Lenahan |
| **Subject:** | Meza Air - FW: Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT |

Hi Bryan, can you add the $20 charge below to the Mesa Air case.  It's for COGS for Katherine to be admitted PHV in the case.  I'm sure there'll be more fees once I get into the PHV process.

Thanks,
Anthony

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, October 19, 2022 1:52 PM
To: Anthony J. Aloise <aaloise@faruqilaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT

CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

  Account Number: 4154053
  Court: NEW YORK SOUTHERN DISTRICT COURT
  Amount: $20.00
  Tracking Id: ANYSDC-26838136
  Approval Code: 129668
  Card Number: ***********▉
  Date/Time: 10/19/2022 01:51:44 ET


NOTE: This is an automated message. Please do not reply

1