**Exhibit 4-H**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**Court Reporting Service:** **$817.99**

| Date | Vendor | Purpose | Amount |
|---|---|---|---|
| 6/10/2020 | Verbatim Reporting and Transcription | Transcript obtained for research related to lead plaintiff motion | $49.38 |
| 6/11/2020 | Verbatim Reporting and Transcription | Transcript obtained for research related to lead plaintiff motion | $29.78 |
| 6/22/2020 | Verbatim Reporting and Transcription | State Court Action Transcript | $204.82 |
| 7/09/2021 | Verbatim Reporting and Transcription | State Court Action Transcript | $67.93 |
| 7/19/2021 | Barbara Stockford | Motion to Dismiss Hearing Transcript | $44.10 |
| 10/15/2021 | Barbara Stockford | Scheduling Conference Transcript | $232.00 |
| 12/14/2021 | Verbatim Reporting and Transcription | State Court Action Transcript | $62.70 |
| 6/21/2022 | Verbatim Reporting and Transcription | State Court Action Transcript | $45.98 |
| 9/26/2022 | Verbatim Reporting and Transcription | State Court Action Transcript | $37.62 |
| 1/06/2023 | Verbatim Reporting and Transcription | State Court Action Transcript | $43.68 |



**Verbatim Reporting & Transcription, LLC**
1322 Space Park Drive, Suite C165
HOUSTON, TX  77058
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

BILL TO
Faruqi & Faruqi LLP

| | |
|---|---|
| INVOICE # | 20-1069 |
| DATE | 06/10/2020 |
| DUE DATE | 06/10/2020 |
| TERMS | Due on receipt |

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 08/18/2017 | **Transcription:Transcription Copies** Sprouts Farmers Market CV2016-050480 (Transcript Copies) | 63 | 0.75 | 47.25 |
| 06/10/2020 | **Processing Fee** Processing Fee | 47.25 | 0.045 | 2.13 |

Thank you for your business.
Please remit payment to:

P.O. Box 58644
Houston TX, 77258

| | |
|---|---|
| PAYMENT | 49.38 |
| BALANCE DUE | **$0.00** |

PAID



**Verbatim Reporting & Transcription, LLC**
1322 Space Park Drive, Suite C165
HOUSTON, TX  77058
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

**BILL TO**
Faruqi & Faruqi LLP

**INVOICE #** 20-1073
**DATE** 06/11/2020
**DUE DATE** 06/11/2020
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 06/28/2017 | **Transcription:Transcription Copies** Sprouts Farmers Market CV2016-050480 (Transcript Copies) | 38 | 0.75 | 28.50 |
| 06/11/2020 | **Processing Fee** Processing Fee | 28.50 | 0.045 | 1.28 |

Thank you for your business.
Please remit payment to:

PAID

| | |
|---|---|
| PAYMENT | 29.78 |
| BALANCE DUE | **$0.00** |

P.O. Box 58644
Houston TX, 77258



**Verbatim Reporting & Transcription, LLC**
1322 Space Park Drive, Suite C165
HOUSTON, TX  77058
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

BILL TO
Faruqi & Faruqi LLP

INVOICE # 20-1155
DATE 06/22/2020
DUE DATE 06/22/2020
TERMS Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 06/19/2020 | **Transcription:Original**<br>City of Pittsburgh Comp. Muni. Pension<br>CV2020-003927 | 28 | 7.00 | 196.00 |
| 06/23/2020 | **Processing Fee**<br>Processing Fee | 196 | 0.045 | 8.82 |

Thank you for your business.
Please remit payment to:

P.O. Box 58644
Houston TX, 77258

PAID

PAYMENT                                              204.82
BALANCE DUE                                  **$0.00**



**Verbatim Reporting & Transcription, LLC**
17049 El Camino Real, Suite 200
TX
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

BILL TO
Faruqi & Faruqi LLP

**INVOICE #** 21-1327
**DATE** 07/09/2021
**DUE DATE** 07/09/2021
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|------|----------|-----|------------|--------|
| 05/26/2021 | **Transcription:Original** CV2020-003927 - City of Pittsburgh Comprehensive Municipal Pension Trust Fund v. Mesa Air Group | 10 | 6.50 | 65.00 |
| 07/13/2021 | **Processing Fee** Processing Fee | 65 | 0.045 | 2.93 |

PAID

Thank you for your business.
Please remit payment to:

| | PAYMENT | 67.93 |
|---|---------|-------|
| | BALANCE DUE | **$0.00** |

P.O. Box 58644
Houston TX, 77258

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

## UNITED STATES DISTRICT COURT
### For the District of Arizona

### INVOICE 20200128

James M. Wilson
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

**MAKE CHECKS PAYABLE TO:**
Barbara H. Stockford, CRR/CRC/RMR
Certified Realtime Reporter
401 W. Washington Street, SPC 39
Phoenix, AZ 85003
(602) 322-7247
barbara@stockford.com

| | | |
|---|---|---|
| __ CRIMINAL   X CIVIL | DATE ORDERED: 07-19-2021 | DATE DELIVERED: PAID  07-20-2021   8/2/2021 |

In the matter of: CV-20-00648 MTL, Lowthorp v Mesa Air Group

REPORTER'S TRANSCRIPT OF PROCEEDINGS 7-15-2021 - MOTION HEARING

Check #: _____ 20-138
Amount: $ 44.10
Date: 8/2/2021
Category _____

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 49 | 0.90 | 44.10 | | | | 44.10 |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 44.10 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 44.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
s/Barbara H. Stockford

DATE:
07-20-2021

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Arizona

### INVOICE 20200157

James M. Wilson
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

**MAKE CHECKS PAYABLE TO:**
Barbara H. Stockford, CRR/CRC/RMR
Certified Realtime Reporter
401 W. Washington Street, SPC 39
Phoenix, AZ 85003
(602) 322-7247
barbara@stockford.com

| | | |
|---|---|---|
| __ CRIMINAL    X CIVIL | DATE ORDERED: 10-15-2021 | DATE DELIVERED: 10-15-2021 |

**In the matter of:** CV-20-00648-MTL, Lowthorp v Mesa Air Group

REPORTER'S TRANSCRIPT OF PROCEEDINGS 10-14-2021 - SCHEDULING CONFERENCE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 32 | 7.25 | 232.00 | | | | | | | 232.00 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 232.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 232.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
s/Barbara H. Stockford

DATE:
10-15-2021

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Arizona

INVOICE 20200157

James M. Wilson
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

PAID _11/16/2021_
Check #: _21223_
Amount $ _232.00_
Date: _11/16/2021_
Category _____

**MAKE CHECKS PAYABLE TO:**
Barbara H. Stockford, CRR/CRC/RMR
Certified Realtime Reporter
401 W. Washington Street, SPC 39
Phoenix, AZ 85003
(602) 322-7247
barbara@stockford.com

| __ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-15-2021 | DATE DELIVERED: 10-15-2021 |
|---|---|---|

**In the matter of:** CV-20-00648-MTL, Lowthorp v Mesa Air Group

REPORTER'S TRANSCRIPT OF PROCEEDINGS 10-14-2021 - SCHEDULING CONFERENCE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 32 | 7.25 | 232.00 | | | | | | | 232.00 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 232.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 232.00 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Barbara H. Stockford | DATE: 10-15-2021 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR



**Verbatim Reporting & Transcription, LLC**
17049 El Camino Real, Suite 200
TX
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

**BILL TO**
Faruqi & Faruqi LLP

**INVOICE #** 21-2370
**DATE** 12/14/2021
**DUE DATE** 12/14/2021
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 12/10/2021 | **Transcription:Original**<br>CV2020-003927 - City of Pittsburgh Comp Muni Pension Trust v. Mesa Air Group | 10 | 6.00 | 60.00 |
| 12/15/2021 | **Processing Fee**<br>Processing Fee | 60 | 0.045 | 2.70 |

Thank you for your business.
Please remit payment to:

PAID

**PAYMENT** 62.70
**BALANCE DUE** **$0.00**

P.O. Box 58644
Houston TX, 77258



**Verbatim Reporting & Transcription, LLC**
17049 El Camino Real, Suite 200
TX
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

**BILL TO**
Faruqi & Faruqi LLP

**INVOICE #** 22-1120
**DATE** 06/21/2022
**DUE DATE** 06/21/2022
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 06/16/2022 | **Transcription:Original** CV2020-003927 - City of Pittsburgh Comp Muni Pension Trust v. Mesa Air Group | 8 | 5.50 | 44.00 |
| 06/28/2022 | **Processing Fee** Processing Fee | 44 | 0.045 | 1.98 |

Thank you for your business.
Please remit payment to:

PAYMENT 45.98
BALANCE DUE **$0.00**

P.O. Box 58644
Houston TX, 77258

PAID



**Verbatim Reporting & Transcription, LLC**
17049 El Camino Real, Suite 200
TX
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

**BILL TO**
Faruqi & Faruqi LLP

**INVOICE #** 22-1716
**DATE** 09/26/2022
**DUE DATE** 09/26/2022
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 09/20/2022 | **Transcription:Original**<br>CV2020-003927 - City of Pittsburgh Comp<br>Muni Pension Trust v. Mesa Air Group | 6 | 6.00 | 36.00 |
| 10/03/2022 | **Processing Fee**<br>Processing Fee | 36 | 0.045 | 1.62 |

PAID

Thank you for your business.
Please remit payment to:

| | | |
|---|---|---|
| PAYMENT | | 37.62 |
| BALANCE DUE | | **$0.00** |

P.O. Box 58644
Houston TX, 77258



**Verbatim Reporting & Transcription, LLC**
17049 El Camino Real, Suite 200
TX
2817248600
kimberly@verbatimrt.com
http://www.verbatimrt.com

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Faruqi & Faruqi | Faruqi & Faruqi | **INVOICE #** | 23-0019 |
| 685 Third Avenue 26th Floor | | **DATE** | 01/03/2023 |
| New York, New York  10017 | | **DUE DATE** | 01/03/2023 |
| | | **TERMS** | Due on receipt |

| DATE | ACTIVITY | QTY | PRICE/RATE | AMOUNT |
|---|---|---|---|---|
| 12/15/2022 | **Transcription:Original**<br>CV2020-003927 - City of Pittsburgh Comp<br>Muni Pension Trust v. Mesa Air Group | 7 | 6.00 | 42.00 |
| 01/06/2023 | **Processing Fee**<br>Processing Fee | 42 | 0.04 | 1.68 |

PAID

Thank you for your business.
Please remit payment to:

| | | |
|---|---|---|
| PAYMENT | | 43.68 |
| BALANCE DUE | | **$0.00** |

P.O. Box 58644
Houston TX, 77258