# EXHIBIT 4-I

# Postage/FedEx

# Redacted

**Exhibit 4-I**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**Postage/FedEx:  $113.83**

| Date | Vendor | Purpose | Amount |
|---|---|---|---|
| 6/30/2020 | FedEx | Mailing request for Certificate of Good Standing for L.Faruqi to S.D.N.Y. for Pro Hac Vice Application | $23.49 |
| 7/2/2020 | FedEx | Return label from S.D.N.Y. to mail back Certificate of Good Standing for L.Faruqi for Pro Hac Vice Application | $24.66 |
| 7/4/2020 | FedEx | Mailed document to investigator, L.R. Hodges | $43.12 |
| 9/8/2021 | USPS | Postage to serve documents on defendants | $5.28 |
| 10/18/2021 | USPS | Postage to serve defendants with discovery requests | $7.04 |
| 10/19/2021 | USPS | Postage to serve documents on defendants | $10.24 |

LUBNA M FARUQI                    Account Ending ■■■■                    p. 12/24

**Detail Continued**    *Indicates posting date

Foreign

| 06/30/20 | FEDEX - EXPRESS | 800-622-1147 | TN | $23.49 |
|---|---|---|---|---|

MESA AIR 10007
TO: UNITED STATES DISTRICT COURT NY
FROM: LUBNA FARUQI 10017
001 PRIORITY 1LB AWB770804321363
FEDEX #1-800-622-1147



**Business Centurion® Card**
FARUQI FARUQI
LUBNA M FARUQI
Closing Date 07/07/20

p. 13/24

Account Ending ▉▉▉

**Detail Continued** *Indicates posting date

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

| 07/02/20 | FEDEX - EXPRESS | 800-622-1147 | TN | $24.66 |
|---|---|---|---|---|

MESA AIR 10017
TO: FARUQI & FARUQI LLP NY
FROM: ATTN: ATTORNEY SERVICES 10017
001 PRIORITY 1LB AWB791060795524
FEDEX #1-800-622-1147

| 07/04/20 | FEDEX - EXPRESS | 800-622-1147 | TN | $43.12 |
|---|---|---|---|---|

MESA AIR GROUP 92008
TO: L.R. HODGES & ASSOCIATES CA
FROM: JAMES WILSON 10017
001 STANDARD 1LB AWB770841942134
FEDEX #1-800-622-1147

Continued on reverse

**AMERICAN EXPRESS**

**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 07/07/20

p. 13/24

Account Ending ▮▮▮▮

## Detail Continued    *Indicates posting date

| | | | | |
|---|---|---|---|---|
| 07/02/20 | FEDEX - EXPRESS | 800-622-1147 | TN | $24.66 |
| | MESA AIR 10017 | | | |
| | TO: FARUQI & FARUQI, LLP NY | | | |
| | FROM: ATTN: ATTORNEY SERVICES 10017 | | | |
| | 001 PRIORITY 1LB AWB791060795524 | | | |
| | FEDEX #1-800-622-1147 | | | |

| | |
|---|---|
| **From:** | Derek Behnke |
| **To:** | Olive Alston; Bryan Rodriguez |
| **Subject:** | Postage - Mesa Air |
| **Date:** | Wednesday, September 8, 2021 7:43:03 PM |
| **Attachments:** | image001.png |

Hi, I used $5.28 ($1.76 x 3) to serve documents on defendants in Mesa Air.

Thank you.



Derek Behnke ■ Paralegal ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP. This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

| | |
|---|---|
| **From:** | Derek Behnke |
| **To:** | Olive Alston; Bryan Rodriguez |
| **Subject:** | Mesa Air - Postage |
| **Date:** | Monday, October 18, 2021 6:28:21 PM |
| **Attachments:** | image001.png |

Hi, I used $7.04 ($1.76 x 4) in postage to serve defendants with discovery requests in Mesa Air.

Thank you.



Derek Behnke ■ Paralegal ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP. This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

| | |
|---|---|
| **From:** | Derek Behnke |
| **To:** | Olive Alston; Bryan Rodriguez |
| **Subject:** | Mesa Air - Postage |
| **Date:** | Tuesday, October 19, 2021 8:03:37 PM |
| **Attachments:** | image001.png |

Hi, I used $10.24 in postage to serve documents to defendants in Mesa Air.

Thank you.



Derek Behnke ■ Paralegal ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP. This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.