**Redacted <u>Exhibit 4-J</u>**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**Travel Expenses (including hotels, meals, and transportation): $11,628.68**

| Date | Name | Purpose | Details | Total Amount |
|---|---|---|---|---|
| 7/13/2021 – 7/15/2021 | R.Killorin J.Wilson G.Urman | Hotel, flights, taxis, and meals for hearing on motion to dismiss in Phoenix, AZ, as well as Liaison Counsel's mileage and parking | Flights: $1,411.41 Hotels: $760.96 Cabs: $163.03 Meals: $246.10 Mileage & Parking: $146.40 | $2,727.60 |
| 9/08/2021- 9/09/2021 | R.Killorin C.Paneque | Hotel, flights, taxis, parking, and meals for scheduling conference in Phoenix, AZ | Flights: $1,034.40 Hotels: $495.46 Cabs/Parking: $273.07 Meals: $90.63 | $1,893.56 |
| 10/13/2021- 10/15/2021 | R.Killorin C.Paneque | Hotel, flights, taxis, parking, and meals for scheduling conference in Phoenix, AZ | Flights: $938.59 Hotels: $980.59 Cabs/Parking: $261.26 Meals: $31.00 | $2,211.44 |
| 10/27/2021- 10/29/2021 | R.Killorin K.Lenahan | Hotel, flights, taxis, and meals for preliminary approval hearing in Phoenix, AZ | Flights: $1,067.34[1] Hotels: $1,272.23 Cabs: $355.13 Meals: $101.08 | $2,795.78 |
| 4/05/2023- 4/07/2023 | R.Killorin | Hotel, flights, taxis, and meals for Settlement Hearing in Phoenix, AZ | TBD | Est. $2,000 |

---

[1]    R.Killorin traveled from Atlanta, GA to New York, NY on the way to Phoenix, AZ for the preliminary approval hearing.  In New York, Mr. Killorin prepared for the preliminary approval hearing with others at the firm, but also spent time working on another case.  As such, Lead Counsel is seeking reimbursement for only half of Mr. Killorin's $1,030.20 flight, and one-third of his $1,576.83 hotel stay in New York.  In other words, the full amounts of the flight and hotel stay reflected in pages 46 and 49 of this exhibit are not being sought in this application.

```
SALES PERSON: EV        ITINERARY/INVOICE NO. 0024289        DATE: 06 JUL 2
                                            GHPZFX            PAGE: 01

        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368


FOR: WILSON/JAMES M



13 JUL 21  -  TUESDAY
    AIR   DELTA AIR LINES INC  FLT:1606   ECONOMY
          LV NEW YORK JFK                 700P          EQP: BOEING 737-900
          DEPART: TERMINAL 4                             05HR 39MIN
          AR PHOENIX                      939P          NON-STOP
          ARRIVE: TERMINAL 3                            REF: GQ49YX
          WILSON/JAMES M    SEAT-25C

15 JUL 21  -  THURSDAY
    AIR   DELTA AIR LINES INC  FLT:3701   ECONOMY
          OPERATED BY /SKYWEST DBA DELTA CONNECTION
          LV PHOENIX                      226P          EQP: E7W
          DEPART: TERMINAL 3                             01HR 23MIN
          AR LOS ANGELES                  349P          NON-STOP
          ARRIVE: TERMINAL 2                            REF: GQ49YX
          WILSON/JAMES M    SEAT-12B
    AIR   DELTA AIR LINES INC  FLT:1131   ECONOMY
          LV LOS ANGELES                  435P          EQP: BOEING 767-300 W
          DEPART: TERMINAL 2                             05HR 37MIN

16 JUL 21  -  FRIDAY
          AR NEW YORK JFK                 112A          NON-STOP
          ARRIVE: TERMINAL 4                            REF: GQ49YX
          WILSON/JAMES M    SEAT-28E
SERVICE FEE   XD0801435274
                              BILLED TO AXXXXXXXXXXXX███          75.00

AIR TICKET   DL7567228279     WILSON JAMES M
ELEC TKT                      BILLED TO AXXXXXXXXXXXX███         612.61
                                                        ----------------
                              SUB TOTAL                          687.61
                              NET CC BILLING                     687.61
                                                        ----------------
                              TOTAL AMOUNT DUE                     0.00
```

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024287         DATE: 06 JUL 2
                                                IUWDTC         PAGE: 01


        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: KILLORIN/ROBERT W



13 JUL 21  -  TUESDAY
   AIR   DELTA AIR LINES INC  FLT:871      PRM ECON
         LV ATLANTA                        502P          EQP: AIRBUS A321
         DEPART: SOUTH TERMINAL                          03HR 57MIN
         AR PHOENIX                        559P          NON-STOP
         ARRIVE: TERMINAL 3                              REF: GO8MNO
         KILLORIN/ROBERT    SEAT-14D   DL-2042343075

15 JUL 21  -  THURSDAY
   AIR   DELTA AIR LINES INC  FLT:1190     PRM ECON
         LV PHOENIX                        345P          EQP: AIRBUS A321
         DEPART: TERMINAL 3                              03HR 47MIN
         AR ATLANTA                        1032P         NON-STOP
         ARRIVE: SOUTH TERMINAL                          REF: GO8MNO
         KILLORIN/ROBERT    SEAT-14F   DL-2042343075
SERVICE FEE    XD0801435273
                                 BILLED TO AXXXXXXXXXXXX         75.00

AIR TICKET     DL7567228278      KILLORIN ROBERT W
ELEC TKT                         BILLED TO AXXXXXXXXXXXX        648.80
                                                          ----------------
                                 SUB TOTAL                      723.80
                                 NET CC BILLING                 723.80
                                                          ----------------
                                 TOTAL AMOUNT DUE                 0.00
```

Thanks.

**From:** German Rodriguez <limetrav1@aol.com>
**Sent:** Thursday, July 8, 2021 12:50 PM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** Olive Alston <oalston@faruqilaw.com>; limetravel@aol.com
**Subject:** Fwd: Reservation Confirmation #82043148 for Renaissance Phoenix Downtown Hotel

Hi Josh: Attached is your ticketed flight itinerary to Phoenix. Below is the hotel confirmation in Phoenix. Please review both. Let us know if you have any questions

German Rodriguez | Limelight Associates, Inc.
45-09 104th St. | Corona, NY 11368
T - (718) 592-2343 | F - (718) 760-5884
Toll-free - (800)495-LIME (5463) | limelightassoc.com
- Verify ID/passport validity and length-of-stay limits before travel
- Bag fees vary by airline & destination. Know before you go.
- Airline schedules, aircraft type and seating are not guaranteed
- Airlines may reassign seats for operational, safety or security reasons
- Quoted prices are subject to change until confirmed
- Only 'Cancel For ANY Reason' insurances allow hassle-free trip refunds

-----Original Message-----
**From:** Renaissance Hotels Reservations <reservations@res-marriott.com>
**To:** limetravel@aol.com
**Sent:** Thu, Jul 8, 2021 11:48 am
**Subject:** Reservation Confirmation #82043148 for Renaissance Phoenix Downtown Hotel

ReplyCode: MC|CNF|en_US
Your reservation details and tips to make the most of your trip.

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

## Our Top Priority — Our Guests: COVID-19 update and cancellation policy.



**R**
**RENAISSANCE**
**HOTELS**

# Renaissance Phoenix Downtown Hotel

📍 100 North 1st Street Phoenix Arizona 85004     📞 +1-602-333-0000
USA

# Thank you for your booking, James Wilson.

2

# Discover This Way

Tue, Jul 13, 2021 – Thu, Jul 15, 2021

Confirmation Number: 82043148



| | | |
|---|---|---|
| **Check-In:** | **Tuesday, July 13, 2021** | 04:00 PM |
| Check-Out: | Thursday, July 15, 2021 | 11:00 AM |

## Important Information About Your Stay

In response to current travel advisories, this hotel may have modified hours or limitations on certain services and amenities. <u>Learn More</u>

 Less Contact, More Convenience with the Marriott Bonvoy™ App ›

Number of rooms                                    1 Room

3

Guests per room                                              1 Adult

Guarantee Method   Credit Card Guarantee, American Express

Total for Stay (all rooms)                          380.48 USD

Room 1

Room Type ›                                    Guest room, 1 King

UPGRADE ROOM ›

Guaranteed Requests:

None

ALL REQUESTS ›

**Modify or Cancel Reservation**

⚠ Hotel Alert

Due to COVID-19, some hotel facilities or services may not be available during your stay.

4

| Total for Stay (all rooms) | 380.48 USD |
|---|---|

## Other Charges

Valet parking, fee: 30 USD daily

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, July 12, 2021 (1 day[s] before arrival).**

- Please note that we will assess a fee of 190.25 USD if you must cancel after this deadline.

- Travel agents: please note that this rate is commissionable.

- Please note that a change in the length or dates of your reservation may result in a rate change.

### Rate Guarantee Limitation(s)

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

10

  

Members get free nights, room upgrades, free Wi-Fi, exclusive offers, Member Rates and more.

Join

# Summary Of Charges

Tuesday, July 13, 2021 – Thursday, July 15, 2021

2 Nights at 169.00 USD per night per room

Flexible Rate

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees　　　　21.24 USD

Totals

9

RECEIPT                              curb                              July 13 at 8:24 AM

# $24.96

| | |
|---|---|
| Fare | $17.50 |
| Toll | $0.00 |
| Tax | $0.50 |
| Service Fee | $0.00 |
| Congestion Surcharge | $2.50 |
| Improvement Surcharge | $0.30 |
| Tip | $4.16 |
| Subtotal | $24.96 |
| Curb Credits | $0.00 |
| **Total** | **$24.96** |

Pickup    ████████████████████████
          ██████ at 8:24 AM

Dropoff   327 East 42nd Street, New York, NY
          10017 at 8:37 AM

Serviced by

## CMT

Driver #: 500333 Vehicle #8F86

Trip #6

Need Help? http://support.gocurb.com/

James Wilson                    ████████████████        Confirmation #MUHI84

# Uber

July 13, 2021

## Thanks for tipping, James

We hope you enjoyed your ride this evening.

| Total | $84.68 |
| --- | --- |

| Trip Fare | $58.27 |
| --- | --- |

| | |
| --- | --- |
| Subtotal | $58.27 |
| NY Congestion Fee | $2.75 |
| State Sales Tax | $5.39 |
| NY Black Car Fund | $1.82 |
| Wait Time | $0.37 |
| Promotions | -$7.01 |
| Tolls, Surcharges, and Fees | $9.05 |
| Tip | $14.04 |

Amount Charged

 ···· ▮▮▮▮                                            $84.68

A temporary hold of $70.22 was placed on your payment method ···· 1720. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Affiliated with Sumit Negi

Dispatched by n/a ()

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

**You rode with Sumit**
License Plate: 12453370
First License Number: 5772944
Driver - TLC License Number: 5364394

**UberX**    16.70 miles | 52 min

▪ 3:35 PM | 685 3rd Ave, New York, NY 10017, US

▮ 4:27 PM | Queens, NY 11430, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

2/6/23, 4:58 PM                                    American Express - Account Activity

https://gocurb.com/          00250101205 718-756-1656

Jul 10 2021    **RENAISSANCE PHOENIX**        RENAISSANCE PHOENIX PHOENIX AZ                                        $628.55
               **DOWNTOWN HOTEL**
               100 NORTH 1ST ST              Will appear on your Aug 6, 2021 statement as RENAISSANCE PHOENIX
                                             PHOENIX AZ

               PHOENIX                       CARD
               AZ                            JAMES WILSON
               85004
               (602) 333-0000               ADDITIONAL INFORMATION
               http://www.renhotels.com/     20333 LODGING

Jul 15 2021    **DOWNTOWN TAXI CAB**          THE BOSS TAXI Phoenix AZ                                              $30.00
               3201 EAST CAPTAIN DREYFUS     Will appear on your Aug 6, 2021 statement as THE BOSS TAXI Phoenix
                                             AZ

               PHOENIX
               AZ                            JAMES WILSON
               85032
               (602) 527-9758               ADDITIONAL INFORMATION
                                            leaxdfFto0B squareup.com/receipts

Jul 14 2021    **CMT PHOENIX**               CMT PHOENIX 330016PHOENIX AZ                                           $23.39
               4525 EAST UNIVERSITY DR      Will appear on your Aug 6, 2021 statement as CMT PHOENIX
                                            330016PHOENIX AZ

DeConcini McDonald Yetwin & Lacy PC
Run: 5/2/2022 8:13:51 AM

# Matter Ledger Report

1/1/1970 to 5/2/2022

Page 4
File: MLDGR

| | Code | Name | | Init Atty | GFU | GARY F. URMAN |
|---|---|---|---|---|---|---|
| Client | FARU01 | Faruqi & Faruqi LLP | | Bill Atty | GFU | GARY F. URMAN |
| Matter | 20200410 | Mesa Air Group Litigation | | Resp Atty | GFU | GARY F. URMAN |

## Billed Expenses

| Code | Description | Date | Check # | Ck. Date | $ Value | Ref # | Text |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Vendor** |
| 5710 | Transportation | 07/26/21 | 995542 | 7/27/2021 | 134.40 | 1710366 | 1710350-Mileage to/from Phx for Hearing 7/15;Check#995542<br>Gary F Urman |
| 5730 | Other Travel Expense | 07/26/21 | 995542 | 7/27/2021 | 12.00 | 1710367 | 1710350-Parking for Phx Hearing 7/15;Check#995542<br>Gary F Urman |
| | Advanced | | | | 146.40 | | |
| | Non-Cash | | | | 0.00 | | |
| | **Total Billed Expenses** | | | | **146.40** | | |

## Matter Ledger Summary

| | Total | Current | 31-60 | 61-90 | Over 90 | Trust Balance | Prepaid Balance | Matter Value of WIP Carried Forward | |
|---|---|---|---|---|---|---|---|---|---|
| **WIP:** | 17,800.00 | 75.00 | 150.00 | 187.50 | 17,387.50 | 0.00 | 0.00 | Fees | 17,800.00 |
| **A/R:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | Costs | 0.00 |
| | | | | | | | | Total | 17,800.00 |

End of Report

**Bryan Rodriguez**

| | |
|---|---|
| **From:** | Olive Alston |
| **Sent:** | Wednesday, July 21, 2021 11:53 AM |
| **To:** | Bryan Rodriguez |
| **Subject:** | FW: Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel |
| **Attachments:** | Travel Reservation July 13 for  ROBERT W KILLORIN.pdf |

**From:** German Rodriguez <limetrav1@aol.com>
**Sent:** Thursday, July 8, 2021 12:50 PM
**To:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Cc:** Olive Alston <oalston@faruqilaw.com>; limetravel@aol.com
**Subject:** Fwd: Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel

Hello Bob: Your ticketed flight itinerary for the Phoenix trip is attached. The hotel confirmation is below. Please review both and let us know if you have any questions. Thanks,

German Rodriguez  |  Limelight Associates, Inc.
45-09 104th St.  |  Corona, NY 11368
T - (718) 592-2343 |  F - (718) 760-5884
Toll-free - (800)495-LIME (5463)  |  limelightassoc.com
- Verify ID/passport validity and length-of-stay limits before travel
- Bag fees vary by airline & destination. Know before you go.
- Airline schedules, aircraft type and seating are not guaranteed
- Airlines may reassign seats for operational, safety or security reasons
- Quoted prices are subject to change until confirmed
- Only 'Cancel For ANY Reason' insurances allow hassle-free trip refunds

-----Original Message-----
**From:** Renaissance Hotels Reservations <reservations@res-marriott.com>
**To:** limetravel@aol.com
**Sent:** Thu, Jul 8, 2021 11:46 am
**Subject:** Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel

ReplyCode: MC|CNF|en_US
Your reservation details and tips to make the most of your trip.

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

Our Top Priority — Our Guests: COVID-19 update and cancellation policy.

1

## Renaissance Phoenix Downtown Hotel

📍 100 North 1st Street Phoenix Arizona 85004    📞 +1-602-333-0000
USA

Thank you for your booking, Robert Killorin.

# Discover This Way

Tue, Jul 13, 2021 – Thu, Jul 15, 2021
Confirmation Number: 82041317





| | | |
|---|---|---|
| **Check-In:** | **Tuesday, July 13, 2021** | 04:00 PM |
| Check-Out: | Thursday, July 15, 2021 | 11:00 AM |

---

### Important Information About Your Stay

In response to current travel advisories, this hotel may have modified hours or limitations on certain services and amenities. <u>Learn More</u>

 Less Contact, More Convenience with the Marriott Bonvoy™ App ›

| Number of rooms | 1 Room |
| --- | --- |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, American Express |
| Total for Stay (all rooms) | 380.48 USD |

**Room 1**

| Room Type › | Guest room, 1 King |
| --- | --- |

UPGRADE ROOM ›

Guaranteed Requests:

None

ALL REQUESTS ›

**Modify or Cancel Reservation**

⚠ Hotel Alert

Due to COVID-19, some hotel facilities or services may not be available during your stay.

⚠ **Hotel Alert**

Customers should review government guidance to confirm eligibility to travel & stay at hotel. See travelguidance.marriott.com. Reservations will not be honored where prohibited.

# Enhance your stay



## Get a $250 eGift card instantly

Get a $250 Marriott Bonvoy eGift Card instantly upon approval and use it on an upcoming stay. Then earn 50,000 bonus points after qualifying purchases.

**Learn More**



## Save on base rates

Plus earn up to 2,000 points.

**Learn More**

4



## Find Things to Do

View recommended activities and earn points

**Book Activities**



## Vacation Up To 70% OFF

4 days, 3 nights at Marriott's Cypress Harbour in Orlando, FL from $199 per stay! Conditions and participation requirements apply.

**Get Offer**



## Navigator by Renaissance

Discover hidden gems only a local would know with Renaissance's local navigator recommendations, personally curated weekly by our hotel's Navigator.

**Discover More**



## You're Invited

Join us for unique events and innovative entertainment.

**Discover More**



## Food and Drink

Delight in dining-In.

**Discover More**





## Uncover the Unexpected

At Renaissance, we believe every trip can be a tale, every turn contains a twist. And we are here to show you how to make the most of every step along the way.



## Get More from Your Stay

Robert Killorin

  

Members get free nights, room upgrades, free Wi-Fi, exclusive offers, Member Rates and more.

Join

# Summary Of Charges

Tuesday, July 13, 2021 – Thursday, July 15, 2021

2 Nights at 169.00 USD per night per room

Flexible Rate

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees | 21.24 USD

Totals

Total for Stay (all rooms) | 380.48 USD

## Other Charges

Valet parking, fee: 30 USD daily

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, July 12, 2021 (1 day[s] before arrival).**

- Please note that we will assess a fee of 190.25 USD if you must cancel after this deadline.

- Travel agents: please note that this rate is commissionable.

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit or debit card (where accepted) in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

# Contact Us

## Phone Numbers
Call 1-800-HOTELS1 (468-3571) in the US and Canada
**For everywhere else, call our Worldwide Telephone Numbers**

---

**FREQUENTLY ASKED QUESTIONS** >

   

| Terms of Use | | Privacy Policy | | About Us | | Find a Hotel |
|---|---|---|---|---|---|---|

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2021 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION

10

```
SALES PERSON: EV        ITINERARY/INVOICE NO. 0024440        DATE: 01 SEP 2
                                        UDRPWD              PAGE: 01

        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: PANEQUE/CRISTINA M



08 SEP 21  -  WEDNESDAY
    AIR    AMERICAN AIRLINES     FLT:1487    ECONOMY        REFRESHMENT
           LV NEW YORK JFK                   735A          EQP: BOEING 737-800
           DEPART: TERMINAL 8                              05HR 32MIN
           AR PHOENIX                        1007A         NON-STOP
           ARRIVE: TERMINAL 4                              REF: UDRPWD
           PANEQUE/CRISTIN    SEAT-25A    AA-9ALW884

09 SEP 21  -  THURSDAY
    AIR    AMERICAN AIRLINES     FLT:883     ECONOMY        REFRESHMENT
           LV PHOENIX                        210P          EQP: 32Q
           DEPART: TERMINAL 4                              03HR 39MIN
           AR CHICAGO OHARE                  749P          NON-STOP
           ARRIVE: TERMINAL 3                              REF: UDRPWD
           PANEQUE/CRISTIN    SEAT-16E    AA-9ALW884
    AIR    AMERICAN AIRLINES     FLT:357     ECONOMY
           LV CHICAGO OHARE                  830P          EQP: AIRBUS A319
           DEPART: TERMINAL 3                              02HR 07MIN
           AR NEW YORK LGA                   1137P         NON-STOP
           ARRIVE: TERMINAL B                              REF: UDRPWD
           PANEQUE/CRISTIN                AA-9ALW884
SERVICE FEE    XD0803048258
                                    BILLED TO AXXXXXXXXXXXX█████        75.00

AIR TICKET    AA7660833517         PANEQUE CRISTINA M
ELEC TKT                           BILLED TO AXXXXXXXXXXXX█████       527.61
                                                              -----------------
                                   SUB TOTAL                          602.61
                                   NET CC BILLING                     602.61
                                                              -----------------
                                   TOTAL AMOUNT DUE                     0.00
```

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024425      DATE: 30 AUG 2
                                              AVSXAZ          PAGE: 01

           TO: LIMELIGHT ASSOC
               45-09 104TH STREET
               CORONA, NY 11368


   FOR: KILLORIN/ROBERT W



   08 SEP 21  -  WEDNESDAY
       AIR   DELTA AIR LINES INC  FLT:1156    ECONOMY       REFRSHMNT/PUR
             LV ATLANTA                       1140A         EQP: BOEING 757
             DEPART: SOUTH TERMINAL                         03HR 47MIN
             AR PHOENIX                       1227P         NON-STOP
             ARRIVE: TERMINAL 3                             REF: HPUGG5
             KILLORIN/ROBERT   SEAT-42C   DL-2042343075

   09 SEP 21  -  THURSDAY
       AIR   DELTA AIR LINES INC  FLT:1193    ECONOMY       REFRSHMNT/PUR
             LV PHOENIX                       200P          EQP: BOEING 757
             DEPART: TERMINAL 3                             03HR 35MIN
             AR ATLANTA                       835P          NON-STOP
             ARRIVE: SOUTH TERMINAL                         REF: HPUGG5
             KILLORIN/ROBERT   SEAT-28D   DL-2042343075
   SERVICE FEE    XD0803048253
                                    BILLED TO AXXXXXXXXXXXX█████      75.00

   AIR TICKET    DL7660833513       KILLORIN ROBERT W
   ELEC TKT                         BILLED TO AXXXXXXXXXXXX█████     356.79
                                                            ------------------
                                    SUB TOTAL                       431.79
                                    NET CC BILLING                  431.79
                                                            ------------------
                                    TOTAL AMOUNT DUE                   0.00
```

LUBNA M FARUQI                              Account Ending ████              p. 30/35

| Detail Continued | ♦ - denotes Pay Over Time activity |
|---|---|

ROBERT KILLORIN
Card Ending ████

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/08/21 | VTS ALL TAXI DISPATC VTS ALL TAXI DI 480-300-0808 | PHOENIX | AZ | | $23.79 |
| 09/09/21 | BOSS TAXI squareup.com/receipts | PHOENIX | AZ | | $25.69 |
| 09/09/21 | ABM ATLANTA AIPORT 0796 DON AMAN079680 4076810101 | ATLANTA | GA | | $38.00 |
| 09/09/21 | BEST OF THE VALLEY MKT PH 000000001 8133963639 | PHOENIX | AZ | | $18.96 |
| 09/10/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL 592618 85004 | PHOENIX | AZ | ... | $305.21 ♦ |

Continued on next page

**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 10/07/21

AMERICAN
EXPRESS

p. 31/35

Account Ending  ██████

| | Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/28/21 | LIME LIGHT ASSOCIATES INC | CORONA | NY | | $526.79 |

DELTA AIR LINES
From:                          To:                                    Carrier:        Class:
ATLANTA HARTSFIELD    PHOENIX SKY HARBOR      DL               L
                                    ATLANTA HARTSFIELD        DL               K
Ticket Number: 00676608335443              Date of Departure: 10/13
Passenger Name: KILLORIN/ROBERT W
Document Type: PASSENGER TICKET

| 09/29/21 | LIME LIGHT ASSOCIATES INC | CORONA | NY | | $75.00 |
|---|---|---|---|---|---|

TRAVEL AGENCY SERVICE
Ticket Number: 89008037529073
Passenger Name: KILLORIN/ROBERT W
Document Type: TRAVEL AGENCY FEE

Capital One

## Posted Transactions Since Your Last Statement

Account Ending in ... █

| DATE | DESCRIPTION | CATEGORY | CARD | AMOUNT |
|---|---|---|---|---|
| Sep 11 | Renaissance Hotels | Lodging | Cristina P. .. █ | $190.25 |
| Sep 10 | BLANCO TACOS T4 N2 PHX | Dining | Cristina P. .. █ | $20.30 |
| Sep 10 | Renaissance Hotels | Lodging | Cristina P. .. █ | $15.86 |
| Sep 10 | Renaissance Hotels | Lodging | Cristina P. .. █ | $17.12 |
| Sep 09 | HUDSON-DUNKIN ST1299 | Grocery | Cristina P. .. █ | $11.24 |
| Sep 09 | HUDSON-DUNKIN ST1299 | Grocery | Cristina P. .. █ | $7.15 |

## CHECK REQUEST

DATE:       September 13, 2021

NAME:       Cristina Paneque

AMOUNT:     $185.59

RE:         Uber- round trip to airport in NY and Phoenix for Conference   (mesa vin)

PAID ___ 9/13/2021 ___

Check #: ___ 20929 ___

Amount: $ ___ 185.59 ___

Date: ___ 9/13/2021 ___

Category ___

122 N 2nd St, Phoenix, AZ 85004, United States

**Drop-off** 9:48 AM

511 W Adams St, Phoenix, AZ 85003, United States

September 9, 2021 11:47 AM                                $7.00

Ride fare

**Pickup** 11:47 AM

404 W Washington St, Phoenix, AZ 85003, United States

**Drop-off** 11:53 AM

15 E Monroe St, Phoenix, AZ 85004, United States

September 9, 2021 12:03 PM                               $25.00

Ride fare

**Pickup** 12:03 PM

40 N 1st St, Phoenix, AZ 85004, United States

**Drop-off** 12:14 PM

3800 E Sky Harbor Blvd, Phoenix, AZ 85034, United States

VISA Visa *███                                    **$40.00**



# One day of rides in a single charge

You were charged $40.00 for all of
the rides you took on September 9.

Review 'Payment frequency' in the
'Payment' tab in your Lyft app.

2

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa, American Express, Apple Pay, or Discover.

Help Center

We never share your address with your driver after a ride
Learn more about our commitment to safety.

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

**Cristina Paneque, Esq.**
Juris Doctor 2016
Boston College Law School
Bachelor of Science in Journalism 2013
University of Florida

3

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:39 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your receipt for rides on September 9 |

Good morning,

There are a few of the Lyft charges I incurred in Phoenix. I will be sending two more separately via emails.

The hotel charged my card separately for food. Will that be reimbursed as well? Thank you.

Cristina

**From:** Cristina Paneque <span style="background:black">            </span>
**Sent:** Monday, September 13, 2021 10:35 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your receipt for rides on September 9

CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---------- Forwarded message ----------
From: **Lyft Receipts** <no-reply@lyftmail.com>
Date: Fri, Sep 10, 2021 at 11:05 AM
Subject: Your receipt for rides on September 9
To: <span style="background:black">        </span>

Your receipt for rides on September 9



# Your total charges for September 9

 September 9, 2021 9:44 AM                    $8.00

Ride fare

**Pickup  9:44 AM**

1

September 8, 2021 10:07 AM                                        $19.00

**●Pickup  10:07 AM**
3800 E Sky Harbor Blvd, Phoenix, AZ 85034, United States

**●Drop-off  10:20 AM**
100 N 1st St, Phoenix, AZ 85004, United States

 VISA Visa *█████                          **$74.00**



# One day of rides in a single charge

You were charged $74.00 for all of
the rides you took on September 8.

Review 'Payment frequency' in the
'Payment' tab in your Lyft app.

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa,
American Express, Apple Pay, or Discover.

Help Center

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514

2

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:40 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your receipt for rides on September 8 |

Third email for reimbursement. Thank you!

**From:** Cristina Paneque ███████████████
**Sent:** Monday, September 13, 2021 10:39 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your receipt for rides on September 8

CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---------- Forwarded message ---------
From: **Lyft Receipts** <no-reply@lyftmail.com>
Date: Thu, Sep 9, 2021 at 8:33 AM
Subject: Your receipt for rides on September 8
To: ████████████████████

Your receipt for rides on September 8



# Your total charges for September 8

| | | |
|---|---|---|
| 🚗 | September 8, 2021 4:55 AM | $55.00 |
| | | Ride fare |

**●Pickup  4:55 AM**
████████████████████████████

**● Drop-off  5:16 AM**
Terminal 8 arrivals, Queens County, NY, US

1

# Total                    $71.59

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on Manhattan trips below 96th St. Learn more

Trip Fare                                              $52.48

Subtotal                                              $52.48

NY Congestion Fee                                       $2.75

NY Black Car Fund                                       $1.85

State Sales Tax                                         $5.46

Tolls, Surcharges, and Fees                             $9.05

Amount Charged

VISA  ....  ██    SWITCH                                $71.59

Affiliated with VIERZEHN-NY, LLC (B02876)

Dispatched by Vierzehn (B02876)

2

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:39 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your Thursday evening trip with Uber |

Second email for reimbursement.

**From:** Cristina Paneque <span style="background:black"> </span>
**Sent:** Monday, September 13, 2021 10:35 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your Thursday evening trip with Uber

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Fri, Sep 10, 2021 at 10:48 AM
Subject: Your Thursday evening trip with Uber
To:

# Uber

Total $71.59
September 9, 2021

# Thanks for riding, Cristina

We hope you enjoyed your ride
this evening.



1

To submit a complaint to the NYC TLC, please call 311.

Download PDF

# You rode with Saeed

License Plate: T737921C

FHV License Number: 5778180

Driver's TLC License Number: 5755603

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX   8.22 miles ¦ 16 min

11:53 PM
Queens, NY 11371, US

12:09 AM

3



YELLOW CAB
COMPANY
PHOENIX
480-966-8377
------------------
VEHICLE:228/9001
DRIVER:   114717
DATE:    10/13/21
TIME:       17:47

TRIP:      269045
SEQ :

           228330
AMEX
       *****
AUTH#     840437

FARE    $  19.38
TIP     $   3.88
------------------
TOTAL   $  23.26

APPROVED$  23.26

_____
       APPROVED

IMPORTANT:
RETAIN A COPY
FOR YOUR RECORDS

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024514          DATE: 29 SEP 2
                                        IPKZZW               PAGE: 01


        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: KILLORIN/ROBERT W



13 OCT 21  -  WEDNESDAY
    AIR    DELTA AIR LINES INC  FLT:871     ECONOMY          REFRSHMNT/PUR
           LV ATLANTA                       346P             EQP: AIRBUS A321
           DEPART: SOUTH TERMINAL                            04HR 00MIN
           AR PHOENIX                       446P             NON-STOP
           ARRIVE: TERMINAL 3                                REF: G8GEXL
           KILLORIN/ROBERT              DL-2042343075

15 OCT 21  -  FRIDAY
    AIR    DELTA AIR LINES INC  FLT:727     ECONOMY          REFRSHMNT/PUR
           LV PHOENIX                       725A             EQP: AIRBUS A321
           DEPART: TERMINAL 3                                03HR 34MIN
           AR ATLANTA                       159P             NON-STOP
           ARRIVE: SOUTH TERMINAL                            REF: G8GEXL
           KILLORIN/ROBERT              DL-2042343075
SERVICE FEE    XD0803752907
                                 BILLED TO AXXXXXXXXXXXX█████         75.00

AIR TICKET     DL7660833544      KILLORIN ROBERT W
ELEC TKT                         BILLED TO AXXXXXXXXXXXX█████        526.79
                                                              -----------------
                                 SUB TOTAL'                          601.79
                                 NET CC BILLING                      601.79
                                                              -----------------
                                 TOTAL AMOUNT DUE                      0.00
```



**Business Centurion® Card**
FARUQI   FARUQI
LUBNA M FARUQI
Closing Date 11/05/21

p. 27/32

Account Ending ▮▮▮▮

---

**Detail Continued**

♦ - denotes Pay Over Time activity

---

**ROBERT KILLORIN**
Card Ending ▮▮▮▮

| Date | Description | City | State | Foreign Spend | Amount |
|------|-------------|------|-------|---------------|--------|
| 10/07/21 | LIME LIGHT ASSOCIATES INC | CORONA | NY | | $396.79 ♦ |

DELTA AIR LINES
From: ATLANTA HARTSFIELD    To: NEW YORK LA GUARDI / ATLANTA HARTSFIELD
Carrier: DL  Class: S
DL  S
Date of Departure: 10/20
Ticket Number: 00676608335686
Passenger Name: KILLORIN/ROBERT W
Document Type: PASSENGER TICKET

| Date | Description | City | State | Foreign Spend | Amount |
|------|-------------|------|-------|---------------|--------|
| 10/07/21 | LIME LIGHT ASSOCIATES INC | CORONA | NY | | $50.00 |

TRAVEL AGENCY SERVICE
Ticket Number: 89008037529213
Passenger Name: KILLORIN/ROBERT W
Document Type: TRAVEL AGENCY FEE

| Date | Description | City | State | Amount |
|------|-------------|------|-------|--------|
| 10/14/21 | CMT PHOENIX  330016 09029330016 718-9374444 | PHOENIX | AZ | $23.26 |
| 10/15/21 | ABM ATLANTA AIPORT 0796 DON AMAN079688 4076810101 | ATLANTA | GA | $28.00 |
| 10/16/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL 1094531 85004 | PHOENIX | AZ | $641.12 ♦ |

Mesa Air

| | CRISTINA PANEQUE<br>Card Ending ▮▮▮▮ | | | Foreign<br>Spend | Amount |
|---|---|---|---|---|---|
| 10/15/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL<br>1088533 85004 | PHOENIX | AZ | | $339.47 ♦ |
| 10/15/21 | Blanco Block 23 16153547009<br>60022 85004 | Phoenix | AZ | | $31.00 |

CHECK REQUEST

DATE:        October 18, 2021

NAME:        Cristina Paneque

AMOUNT:      $210.00

RE:          Uber ride re Mesa Air conference in Phoenix with Bob

PAID 10/18/21
Check #: 21087
Amount: $ 210.00
Date: 10/18/21
Category



**10/13/21, 15:42**

**$101.93**

T749203C

Add a tip



Terminal 2, John F. Kennedy
International Airport (JFK), New York
City, NY 11430, US

Receipt

Your trip with Shourove

★ ★ ★ ★ ★

After your trip, driver can't see your
pickup or dropoff address details

View what your driver sees



Help

**10/15/21, 05:57**

T794559C

**$69.73**

Add a tip

Terminal 4, John F. Kennedy
International Airport (JFK), New York,
NY 11430, US

Receipt

## Your trip with David

★ ★ ★ ★ ★

After your trip, driver can't see your
pickup or dropoff address details



View what your driver sees

Help

E Washington St

E Washin

E Air Ln

S Central Ave

S 7th St

S 16th St

**10/13/21, 23:58**                                **$14.34**

CSD2244                                            Add a tip

Terminal 3, Phoenix Sky Harbor
International Airport (PHX), Phoenix,
AZ 85034, US

Receipt

50 E Adams St. Phoenix, AZ 85004,
US

## Your trip with John



# After your trip, driver can't see your pickup or dropoff address details

View what your driver sees



Help



$8.00

Thanks for riding with Qais

© OpenStreetMap

**Your Trip**

100 N 1st St
Phoenix

Pickup
14:41

621 W Washington St
Phoenix

Drop-off
14:47



**$16.00**

**Thanks for riding with Aaron**





**Your Trip**

| | | |
|---|---|---|
| **142 E Washington St** | | Pickup |
| Phoenix | | 19:37 |
| **3420 E Sky Harbor Blvd** | | Drop-off |
| Phoenix | | 19:59 |



**Date of Purchase: Oct 19, 2022**

# Flight Receipt for Atlanta, GA to New York-LaGuardia, NY

## PASSENGER INFORMATION

ROBERTW KILLORIN
SkyMiles Number: ██████████

Confirmation Number: GRGAKS
Ticket Number: 0062344081666

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>LGA<br>Mon 24Oct2022 DL 549 | OPEN | H | 26C |
| JFK>PHX<br>Thu 27Oct2022 DL 829 | OPEN | L | 21C |
| PHX>ATL<br>Fri 28Oct2022 DL 2464 | OPEN | Q | 27B |

## DETAILED CHARGES

**Air Transportation Charges**

| | | |
|---|---|---|
| Base Fare: | $922.79 | USD |

**Taxes, Fees & Charges:**

| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 | USD |
| United States - Transportation Tax (US) | $69.21 | USD |
| United States - Passenger Facility Charge (XF) | $13.50 | USD |
| United States - Flight Segment Tax (ZP) | $13.50 | USD |
| **Total Price:** | **$1,030.20** | **USD** |

**Balance Information**

| | | |
|---|---|---|
| Total Ticket Price Difference: | USD892.20 | USD |
| Service Charge: | USD0.00 | USD |
| **Balance Paid:** | **USD892.20** | **USD** |

Paid with American Express **********██████

| | |
|---|---|
| Applied ECredit (0060202635874) | $138.00 |
| Paid with American Express **********██████ | $892.20 |

**KEY OF TERMS**

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's  check-in requirements  and  baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please  email  us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's  conditions of carriage.    They include terms governing for example:

-  Limits on our liability  for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
-  Claim restrictions  including time periods within which you must file a claim or bring action against us.
- Our right to  change terms  of the contract.
-  Check-in requirements  and other rules established when we may  refuse carriage.
- Our rights and limits of our liability for  delay of failure to perform service  , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.

- Our policy on  overbooking flights  , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2022 Delta Air Lines, Inc. All rights reserved.



**212-351-6800**
**info@fitzpatrickhotels.com**

**Killorin , Robert**

| | |
|---|---|
| **Confirmation Number:** | 63699222-1 |
| **Room Number:** | 819 |
| **Room Type:** | DQ |
| **No. of Guests:** | 1 |

| ARRIVAL | DEPARTURE | RATE PLAN | FOLIO NUMBER |
|---|---|---|---|
| 10/24/2022 | 10/27/2022 | FARUQI | 518316 |

| DATE | CODE | DESCRIPTION | AMOUNT (USD) |
|---|---|---|---|
| 10/24/2022 | RM | Room Charge | 455.00 |
| 10/24/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/24/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/24/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/24/2022 | TR | NYC Room Tax | 26.73 |
| 10/25/2022 | RM | Room Charge | 455.00 |
| 10/25/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/25/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/25/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/25/2022 | TR | NYC Room Tax | 26.73 |
| 10/26/2022 | RM | Room Charge | 455.00 |
| 10/26/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/26/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/26/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/26/2022 | TR | NYC Room Tax | 26.73 |
| 10/27/2022 | AX | American Express ********** ▮ | (1,576.83) |
| | | **TOTAL DUE:** | 0.00 |

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024529        DATE: 30 SEP 2
                                          LPRTYJ              PAGE: 01

          TO: LIMELIGHT ASSOC
              45-09 104TH STREET
              CORONA, NY 11368



FOR: PANEQUE/CRISTINA M



13 OCT 21  -  WEDNESDAY
    AIR   DELTA AIR LINES INC  FLT:829    ECONOMY      REFRSHMNT/PUR
          LV NEW YORK JFK               625P          EQP: BOEING 737-800
          DEPART: TERMINAL 4                          05HR 28MIN
          AR PHOENIX                    853P          NON-STOP
          ARRIVE: TERMINAL 3                          REF: GEFS2U
          PANEQUE/CRISTIN   SEAT-20D   DL-9018622986

14 OCT 21  -  THURSDAY
    AIR   DELTA AIR LINES INC  FLT:1031   ECONOMY
          LV PHOENIX                   1020P          EQP: BOEING 737-800
          DEPART: TERMINAL 3                          04HR 43MIN

15 OCT 21  -  FRIDAY
          AR NEW YORK JFK               603A          NON-STOP
          ARRIVE: TERMINAL 4                          REF: GEFS2U
          PANEQUE/CRISTIN   SEAT-23D   DL-9018622986
SERVICE FEE   XD0803752911
                              BILLED TO AXXXXXXXXXXXX ▮         50.00

AIR TICKET    DL7660833552    PANEQUE CRISTINA M
ELEC TKT                      BILLED TO AXXXXXXXXXXXX ▮        286.80
                                                     ----------------
                              SUB TOTAL                       336.80
                              NET CC BILLING                  336.80
                                                     ----------------
                              TOTAL AMOUNT DUE                  0.00
```

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0025620          DATE: 20 OCT 2
                                           KGYAMN                PAGE: 01


        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: LENAHAN/KATHERINE



27 OCT 22  -  THURSDAY
    AIR    AMERICAN AIRLINES    FLT:2829    ECONOMY           FOOD FOR PURCHASE
           LV NEW YORK JFK                  129P              EQP: 7M8
           DEPART: TERMINAL 8                                 05HR 38MIN
           AR PHOENIX                       407P              NON-STOP
           ARRIVE: TERMINAL 4                                 REF: IVYAFE
           LENAHAN/KATHERI    SEAT-32D

28 OCT 22  -  FRIDAY
    AIR    AMERICAN AIRLINES    FLT:1388    ECONOMY           FOOD FOR PURCHASE
           LV PHOENIX                       313P              EQP: 7M8
           DEPART: TERMINAL 4                                 04HR 46MIN
           AR NEW YORK JFK                  1059P             NON-STOP
           ARRIVE: TERMINAL 8                                 REF: IVYAFE
           LENAHAN/KATHERI    SEAT-15B
SERVICE FEE    XD0828847300
                                 BILLED TO AXXXXXXXXXXXX█             75.00

AIR TICKET    AA7863367257       LENAHAN KATHERINE
ELEC TKT                         BILLED TO AXXXXXXXXXXXX█            477.20
                                                          ----------------
                                 SUB TOTAL                          552.20
                                 NET CC BILLING                     552.20
                                                          ----------------
                                 TOTAL AMOUNT DUE                     0.00
```

**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 11/06/22

Account Ending ████

**ROBERT KILLORIN**
Card Ending ████

Foreign
Spend                    **Amount**

Continued on reverse



**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 11/06/22

p. 31/35

Account Ending ▮▮▮▮

---

**Detail Continued**                                               ♦ - denotes Pay Over Time activity

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 10/28/22 | CALLMETAXICAB<br>squareup.com/receipts | TEMPE | AZ | $30.00 ♦ |
| 10/28/22 | HYATT REGENCY PHOENIX PHXR<br>Arrival Date 10/27/22  Departure Date 10/28/22<br>00000000<br>LODGING | PHOENIX | AZ | $370.36 ♦ |
| 10/28/22 | HYATT REG PHOENIX F&B PHXR<br>602-252-1234 | PHOENIX | AZ | $54.40 ♦ |
| 10/28/22 | HYATT REGENCY PHOENIX PHXR<br>Arrival Date 10/27/22  Departure Date 10/28/22<br>00000000<br>LODGING | PHOENIX | AZ | $5.90 ♦ |
| 10/28/22 | VTS ALL TAXI DISPATC VTS ALL TAXI DI<br>480-300-0808 | PHOENIX | AZ | $22.56 ♦ |
| 10/28/22 | PREFLIGHT ATLANTA ONLINE 6500000121398<br>4047678000 | COLLEGE PARK | GA | $65.00 ♦ |

BOBBY VAN'S
*Steakhouse*
EST. 1969

Bobby Van's Grill (718)553-2100
JFK International Airport TERMINAL 8
UNIT M16
Jamaica, NY 11430

Server: Shayla  M
Check #105                          Table 25
Guest Count: 1
Ordered:              10/27/22 11:16 AM

1 Coffee                              $5.00
1 Turkey Club                        $19.00
 French fries & Onion Strings
 No Aruoglia

Subtotal                             $24.00
Tax                                   $2.13
Total                                $26.13

Priority  pass                      -$26.13
Amount Due                            $0.00

------------------------------------------

Suggested Tip:
20%: (Tip $4.80  Total $30.93)
22%: (Tip $5.28  Total $31.41)
25%: (Tip $6.00  Total $32.13)
Tip percentages are based on the check
price before taxes.

Powered by Toast



**Hyatt Regency Phoenix**
122 North Second Street
Phoenix, AZ 85004
Tel: 602-252-1234
Fax: 602-254-9472
phoenix.hyatt.com

INVOICE

MS Katherine Lenahan
685 Third Avenue
New York NY 10017
United States

| | |
|---|---|
| Room No. | 0865 |
| Arrival | 10-27-22 |
| Departure | 10-28-22 |

Confirmation No.    4762659701

Group Name

Folio Window    1

Folio No.    1089679

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-27-22 | Accommodation | | 329.00 | |
| 10-27-22 | State Occupancy Tax | | 23.92 | |
| 10-27-22 | City Occupancy Tax 5.3% | | 17.44 | |
| 10-28-22 | American Express | XXXXXXXXXXXX▮ XX/XX | | 370.36 |

| | | | |
|---|---|---|---|
| **Total** | | 370.36 | 370.36 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Our goal is to provide every guest with an enjoyable stay. Please share any comments or suggestions by phone: 1-877-402-0555 or E-mail: qualityphxrp@hyatt.com

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

For inquiries concerning your bill please call 888-588-4384

Please remit payment to:
Hyatt Corporation as agent of H.E. Phoenix LLC d/b/a Hyatt Regency Phoenix
P.O. Box 840944
Dallas, TX 75284-0944



John F. Kennedy International Airport
Terminal 8
Jamaica, NY 11430

**SALE TRANSACTION**

| | | |
|---|---|---|
| 3568340 | GLACEAU SMRT WTR | $4.69 |
| CONTAINER DEPOSIT | | $0.05 |
| 1984620 | Clif Bar Peanut B | $3.99 |

| | |
|---|---|
| SALES TAX $4.69 @ 8.875% | $0.42 |
| Total CONTAINER DEPOSIT | $0.05 |

Items in Transaction:2

| | |
|---|---|
| Balance to pay | $9.15 |
| AMEX | $9.15 |

---

TYPE: Sale
ACCT: AMEX          INSERTED
    AMERICAN EXPRESS

---

CARD # ***********█    EXP **/**
DATE/TIME:    10/27/2022  12:21:33
REF #        AUTH #    RESP 00
016176       842456    ISO
AID: A000000025010801
TSI: F800 ARC:00  CUR:0840
TVR: 0800008000
APP: AMERICAN EXPRESS
IAD: 06460103A0A000

| | |
|---|---|
| Total USD$ | 9.15 |

SSP America
6321370 - FOUR PEAKS
PHX Int'l. Airport
Phoenix AZ 85034
602-238-9095

\*\* TRANSACTION RECORD \*\*
Tran. #: 14816
Workstation #: 0145
Check #: 3333
Employee #: 200511
Employee: Ababa A

American Express
Purchase
xxxxxxxxxxx
AID: A000000025010801
App Name:
 AMERICAN EXPRESS

Amount    $22.78
Tip       $2.00
==========
TOTAL USD$24.78

APPROVED 804401
00-000 (000) 804401
S0001T0145/EPHXFPKC06
000127447048
10/28/2022    2:08:54 PM
Mode: Issuer
IAD: 06460103602002
TVR: 0000008000
TSI: F800

No signature required

Customer Copy

```
*DRIVER COPY
ENTRY METHOD:
CONTACT CHIP
AID:     A000000025010801
APPL. NAME:
AMERICAN EXPRESS
ATC:              0040
TID:            **412
Mode:          Issuer

DRIVER         5437334
CAB              2L30
PASSENGERS          1
DATE        10/29/22
START       00:10:05
END         00:23:23
TRIP            4279
JFK-MANHATTAN 2
DISTANCE      5.29 mi
FARE R2       $52.00
RFK Bridge     $6.55
SUB TOTAL     $58.55
TIP           $14.84
STATE SURCHARGE $0.50
IMP. SURCHARGE  $0.30
AIRPORT FEE:    $1.25
TOTAL         $75.44
AMEX          ████
AUTH          868875
 NO SIGNATURE REQUIRED
*

 Contact TLC Dial 3-1-1
```

 **Gmail**

Katherine L < ███████████████████████ >

---

**Your Friday afternoon trip with Uber**

---

**Uber Receipts** <noreply@uber.com>                 Fri, Oct 28, 2022 at 3:50 PM
To: ████████████████████

Uber                                          Total $20.94
                                              October 28, 2022

# Thanks for tipping, Katherine

Here's your updated Friday afternoon ride receipt.



## Total                                              $20.94

| | |
|---|---|
| Trip fare | $8.74 |
| Subtotal | $8 74 |
| Booking Fee ❓ | $2.70 |
| Airport Pickup Surcharge | $4 50 |
| Tips | $5.00 |

Payments

**Visa** ••• ██                                      $20 94

**VISA**    10/28/22 12:50 PM

[Download PDF](#)

## You rode with John

4.97 ★ Rating                    👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX         5.24 miles | 13 min



■   12:26 PM
    122 N 2nd St, Phoenix, AZ 85004, US

|   12:39 PM
■   Terminal 4, Phoenix Sky Harbor International Airport (PHX), Phoenix, AZ 85034, US

Report lost item  ›            Contact support  ›            My trips  ›

Case 2:20-cv-00648-MTL    Document 142-15    Filed 02/10/23    Page 62 of 69

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

PARADIES LAGARDERE
PHOENIX SKY HARBOR INTERNATIONAL AIRPORT
PHOENIX, AZ

SALESPERSON # 513977

PERRIER LMNSPRK500ML 074780439961
3.49 T

TOTAL                           $3.49
AMEX                            $3.49
************** PURCHASE **************
APPROVED

Total:                          $3.49

Card Type:      AMEX
Card Entry:     CHIP
Acct #:         ***********
Approval Code:  845697

*********** EMV PURCHASE ************
App Label:              AMERICAN EXPRESS
Mode:                   Issuer
AID: A0000000025010801
TVR: 0000008000
IAD: 06550103A0A002
TSI: E800
ARC: 00
AC:  FA367906A2DAC552
CVM: 5E0300

## CUSTOMER COPY

ITEMS 1
10/28/2022  02:12PM
001460 04 513977                    1369

THANK YOU FOR SHOPPING AT
PARADIES LAGARDERE
PHOENIX SKY HARBOR INTERNATIONAL AIRPORT
VISIT US ON THE WEB!
WWW.PARADIESLAGARDERE.COM



# HYATT
## REGENCY

Hyatt Regency Phoenix
Market
122 N 2nd st
Phoenix, Arizona 85004
(602)-252-1234

1426800 Selina

---------------------------------------

CHK 13118                    GST 1
    10/28/2022 10:45 AM

---------------------------------------

 1 Aquafina 20oz              3.00

   Food                      $3.00
   *Tax                      $0.26
**Total Paid**               **$3.26**
**Change Due**               **$0.00**
   Amex                      $3.26
   XXXXXXXXXXX

---------- Check Closed ----------
        10/28/2022 10:45 AM
Join World of Hyatt today
and start earning points for
stays, dining and more.
Visit worldofhyatt.com
*Not point earning eligible
#Not point redemption eligible

FARUQI AND FARUQI LLP
ATTN: LUBNA M. FARUQI
685 THIRD AVENUE
26TH FLOOR
NEW YORK, NY 10017

**Skyline Credit Services LLC**

*4124 38TH ST, Long Island City, NY 11101*
*phone: (718) 482-8585   fax: (718) 438-2930*
*www.executivecharge.com*

*Invoice*

**Account Number:** ▆▆▆▆
**Invoice Number:** 6011644
**Invoice Date:** 11/30/2022
**Invoice Total:** $206.19

| Aged Balance | |
|---|---|
| Current: | $206.19 |
| 31-60 days: | $0.00 |
| 61-90 days: | $0.00 |
| 91+ days: | $0.00 |
| Total Amount Due: | $206.19 |

*[handwritten]* PAID  12/28/2022  22906  206.19

**TOTAL AMOUNT OF INVOICE IS DUE UPON RECEIPT OF THIS BILL.**

For proper credit when sending payments, please indicate Account and Invoice Number on your check.
Make check payable to Skyline Credit Services LLC .
Invoice Aging does not include any invoices dated after this invoice date

Account Number: █████████
Invoice Number: 6011644
Invoice Date: 11/30/2022

## Skyline Credit Services LLC

4124 38TH ST, Long Island City, NY 11101
phone: (718) 482-8585   fax: (718) 438-2930
www.executivecharge.com

*Invoice*

| Voucher | Date | Car | Passenger | Pickup | Destination | Time | Flat | Tips | Tolls | Park | Misc | Svc Chg | Stops | Wait | Fuel | NYS Surchg | Sales Tax | CPS | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118178 | 10/27/22 | K0044 | Lenahan Katherine | ████████ 111 | JFK - 11430 | 09:50 | 73.00 | 0.00 | 12.67 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 3.65 | 2.74 | 7.66 | 0.00 | 101.72 | mesa AiR | | |
| 141053 | 10/27/22 | K0532 | Killorin Robert | 685 3rd Avenue - 104 | JFK - 11430 | 14:48 | 73.00 | 0.00 | 12.67 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 3.65 | 2.74 | 7.66 | 2.75 | 104.47 | | | |
| | | | | | Invoice Totals: | | 146.00 | 0.00 | 25.34 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 7.30 | 5.48 | 15.32 | 2.75 | 206.19 | | | |

Total for the Current Invoice: $206.19
Prior Balance Due*: $0.00
Total Due: $206.19

* Payments received after 11/30/2022 are not reflected in the above statement

## Voucher Print

| | |
|---|---|
| Account Number: | ███████████ |
| Invoice Number: | 6011644 |
| Invoice Date: | NOV 30, 2022 |
| Invoice Total: | $206.19 |

| | |
|---|---|
| Print Job Number: | 2636430 |
| Print Job Create Date: | DEC 07, 2022 08:21 pm |
| Voucher Images: | 2 |
| Total Pages: | 3 |

Account: K0000003341  NOV 30, 2022

1



**Voucher 1 (left):**

Skyline
(888) 741-3711    (800) 533-6325
www.skylineride.com    (212) 741-3711

C118178  DATE 10-27-22  TIME OF PICKUP 950  CAR NO. 44  RATE

FARU91
LENAHAN
FROM: (redacted)
FINAL STOP: JFK
REMARKS

CALL NO. 129190

SEE REVERSE FOR MOBILE APP          ORIGINAL

| | Amount |
|---|---|
| Flat: | 73.00 |
| Stops: | .00 |
| CPS: | .00 |
| SChg: | 2.00 |
| Misc: | .00 |
| Wait: | .00 |
| Tolls: | 12.67 |
| Tips: | 3.65 |
| NYS Surchg: | 2.74 |
| Sales Tax: | 7.66 |
| Total: | $101.72 |

Voucher: 118178
Pickup: (redacted)
Fare: Lenahan Katherine
Dest: JFK

**Voucher 2 (right):**

Skyline
(888) 741-3711    (800) 533-6325
www.skylineride.com    (212) 741-3711

C141053  DATE 10/27  CAR NO. 532  RATE 73-

FARUQL & FABUQL
KILLORIN ROBERT
FROM: 685 3AV
FINAL STOP: JFK
REMARKS

CALL NO. 130223

SEE REVERSE FOR MOBILE APP          ORIGINAL

| | Amount |
|---|---|
| Flat: | 73.00 |
| Stops: | .00 |
| CPS: | 2.75 |
| SChg: | 2.00 |
| Misc: | .00 |
| Wait: | .00 |
| Tolls: | 12.67 |
| Tips: | 3.65 |
| NYS Surchg: | 2.74 |
| Sales Tax: | 7.66 |
| Total: | $104.47 |

Voucher: 141053
Pickup: 685 3rd Avenue
Fare: Killorin Robert
Dest: JFK

Account: K0000003341  NOV 30, 2022

2

# END OF
## Voucher Print

Wednesday, December 7, 2022 9:02 PM

| | | | | |
|---|---|---|---|---|
| Account Number: | [redacted] | | Print Job Number: | 2636430 |
| Invoice Number: | 6011644 | | Print Job Create Date: | DEC 07, 2022 08:21 pm |
| Invoice Date: | NOV 30, 2022 | | Voucher Images: | 2 of 2 |
| Invoice Total: | $206.19 | | Total Pages: | 3 |