**Redacted <u>Exhibit 4-K</u>**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**eDiscovery Database Hosting (Everlaw):  $1,431.92**

| Date | Purpose | Total Amount |
|---|---|---|
| 12/31/2021 | Storage of discovery and confirmatory discovery produced in this Action | $158.05 |
| 2/14/2022 | Storage of discovery and confirmatory discovery produced in this Action | $16.34 |
| 2/28/2022 | Storage of discovery and confirmatory discovery produced in this Action | $16.34 |
| 3/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $97.99 |
| 4/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 5/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 6/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 7/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 8/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 9/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 10/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 11/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 12/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 1/31/2023 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |


everlaw

| | |
|---|---|
| **Invoice number** | 51045 |
| **Invoice date** | Dec 31, 2021 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $158.05

**Due on Jan 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: Flat monthly fee (1.0 GB) in the Mesa Air Group - 2883 database for the month of December | 1 | $250.00 | $250.00 |
| **Subscription**<br>Due now: prorate the Mesa Air Group - 2883 database for 18/31 days in December ($250.00 * 18/31 days = $145.16) | 1 | ($104.84) | ($104.84) |

| | |
|---|---|
| Subtotal | $145.16 |
| Sales tax | $12.89 |
| Total | $158.05 |
| Paid/Credit | -$0.00 |
| **Amount due** | $158.05 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ████████

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Account #: ████████
Account name: ████████
ABA/Routing: ████████
Domestic Wire Transfer: ████████
SWIFT code: ████████

PAID 1/13/2022
Check #: 21599
Amount: $ 158.05
Date: 1/13/2021


everlaw

| | | Invoice number | 53091 |
| | | Invoice date | Jan 31, 2022 |
| | | Payment terms | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $16.34

Due on Mar 02, 2022

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 1.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of January | 1 | $15.00 | $15.00 |

| | | |
|---|---|---|
| | Subtotal | $15.00 |
| | Sales tax | $1.34 |
| | Total | $16.34 |
| | Paid/Credit | -$0.00 |
| | **Amount due** | **$16.34** |

**Payment instructions**

Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: ███████

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Account #:
Account name:
ABA/Routing:
Domestic Wire Transfer:
SWIFT code:

PAID 2/14/2022
Check #: 21744
Amount $ 16.34
Date:
Category

*(handwritten)* Amount 16 = 20 (21841)

*(handwritten)* Date: 3/7/2022

*(handwritten)* Category

# everlaw

| | |
|---|---|
| **Invoice number** | 54627 |
| **Invoice date** | Feb 28, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $16.34

**Due on Mar 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 1.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of February | 1 | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $15.00 |
| Sales tax | $1.34 |
| Total | $16.34 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$16.34** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

██████████

Account #: ██████
Account name: ██████
ABA/Routing: ██████
**Domestic Wire Transfer:** ██████
SWIFT code: ██████



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com





| | | |
|---|---|---|
| **Invoice number** | 56455 | |
| **Invoice date** | Mar 31, 2022 | |
| **Payment terms** | Net 30 | |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $97.99

**Due on Apr 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 6.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of March | 6 | $15.00 | $90.00 |

| | |
|---|---|
| Subtotal | $90.00 |
| Sales tax | $7.99 |
| Total | $97.99 |
| Paid/Credit | -$0.00 |
| **Amount due** | $97.99 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID:▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
**Account #:**▮▮▮▮▮
**Account name:**▮▮▮▮▮▮
**ABA/Routing:**▮▮▮▮▮
**Domestic Wire Transfer:**▮▮▮▮▮
**SWIFT code:**▮▮▮▮▮▮▮▮



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com





|  |  |
|---|---|
| **Invoice number** | 58069 |
| **Invoice date** | Apr 30, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on May 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of April | 7 | $15.00 | $105.00 |

|  |  |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

████████
██████████████
███████████████

**Account #:** ████████
**Account name:** ██████████
**ABA/Routing:** ██████████
**Domestic Wire Transfer:** ████████
**SWIFT code:** ██████████████



We report to
dun&bradstreet
to better serve the credit community
www.dnb.com





| | |
|---|---|
| **Invoice number** | 59602 |
| **Invoice date** | May 31, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jun 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of May | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

**Account #:** ▮▮▮▮▮▮
**Account name:** ▮▮▮▮▮▮
**ABA/Routing:** ▮▮▮▮▮▮
**Domestic Wire Transfer:** ▮▮▮▮▮
**SWIFT code:** ▮▮▮▮▮▮▮▮



We report to
**dun & bradstreet**
to better serve the credit community
www.dnb.com





| | |
|---|---|
| **Invoice number** | 61657 |
| **Invoice date** | Jun 30, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jul 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of June | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▬▬▬▬▬

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▬▬▬▬
Bank name: ▬▬▬▬▬▬
Account number: ▬▬▬▬
Bank Address: ▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
Routing number: ▬▬▬▬







|  |  |
| --- | --- |
| **Invoice number** | 63445 |
| **Invoice date** | Jul 31, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Aug 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of July | 7 | $15.00 | $105.00 |

|  |  |
| --- | --- |
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

| **Payment instructions** | **Pay by check** | **Pay by ACH / Wire Transfer** |
| --- | --- | --- |
| Please include invoice number(s) and invoice amount(s) with your payment.<br><br>Send remittance email to ar@everlaw.com.<br><br>For billing issues please contact billing@everlaw.com.<br><br>Tax ID:▮▮▮▮▮ | **Regular US Mail**<br><br>Everlaw, Inc.<br>PO Box 124013<br>Dallas, TX 75312-4013<br><br>**Overnight Mail**<br><br>Everlaw, Inc.<br>894013<br>1501 North Plano Rd, Ste100<br>Richardson, TX 75081 | Account name: ▮▮▮▮▮<br>Bank name: ▮▮▮▮▮▮<br>Account number: ▮▮▮▮<br>Bank Address: ▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮<br>Routing number: ▮▮▮▮  |



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



| | | |
|---|---|---|
| **Invoice number** | 65191 |
| **Invoice date** | Aug 31, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Sep 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of August | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▮▮▮▮▮
Bank name: ▮▮▮▮▮▮▮
Account number: ▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
Routing number: ▮▮▮▮▮



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



 **Everlaw**

| | |
|---|---|
| **Invoice number** | 67149 |
| **Invoice date** | Sep 30, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Oct 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (September 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ███████
Bank name: ███████
Account number: ███████
Bank Address: ███████
███████
Routing number: ███████





 **Everlaw**

| | |
|---|---|
| **Invoice number** | 69318 |
| **Invoice date** | Oct 31, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Nov 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (October 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

---

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▉▉▉▉▉▉▉

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▉▉▉▉▉▉
Bank name: ▉▉▉▉▉▉▉▉
Account number: ▉▉▉▉▉
Bank Address: ▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉
Routing number: ▉▉▉▉▉



We report to
**dun & bradstreet**
to better serve the credit community
www.dnb.com





| | | | Invoice number | 71428 |
|---|---|---|---|---|
| | | | Invoice date | Nov 30, 2022 |
| | | | Payment terms | Net 30 |
| | | | Currency | US Dollar |

**Bill To**                    **Billing Reference**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

AMOUNT DUE

# $114.32

**Due on Dec 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (November 2022) | 7 | $15.00 | $105.00 |

| | | |
|---|---|---|
| | Subtotal | $105.00 |
| | Sales tax | $9.32 |
| | Total | $114.32 |
| | Paid/Credit | -$0.00 |
| | **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ███████
Bank name: ███████
Account number: ███████
Bank Address: ███████
███████
Routing number: ███████



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



 **Everlaw**

| | |
|---|---|
| **Invoice number** | 73379 |
| **Invoice date** | Dec 31, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jan 30, 2023**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (December 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▊▊▊▊▊▊

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▊▊▊▊▊▊
Bank name: ▊▊▊▊▊▊▊▊
Account number: ▊▊▊▊▊
Bank Address: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
Routing number: ▊▊▊▊▊


We report to
**dun & bradstreet**
to better serve the credit community
www.dnb.com



 **Everlaw**

| | |
|---|---|
| Invoice number | 75561 |
| Invoice date | Jan 31, 2023 |
| Payment terms | Net 30 |
| Currency | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Mar 02, 2023**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (January 2023) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ███████
Bank name: ███████
Account number: ███████
Bank Address: ███████

Routing number: ███████

We report to
dun&bradstreet
to better serve the credit community
www.dnb.com

PAID ___2/6/2023___
Check#: ___23154___
Amount: $ ___114.32___
Date: ___2/6/2023___
Category _____