# EXHIBIT 5

# Declaration of Class Representative

Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Class Representative DeKalb County
Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
 rkillorin@faruqilaw.com
 jwilson@faruqilaw.com

*Attorneys for Class Representative DeKalb County
Pension Fund and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br>   V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br>            Defendants. | No. 20-00648-PHX-MTL<br><br>**DECLARATION OF EDMUND J. WALL, REPRESENTATIVE AND CHAIRMAN OF THE DEKALB COUNTY PENSION FUND, IN SUPPORT OF: (I) CLASS REPRESENTATIVE'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFF** |

I, Edmund J. Wall, hereby declare under penalty of perjury as follows:

1.      I am the Representative and Chairman of the DeKalb County Pension Fund ("DeKalb"), the Court-appointed Lead Plaintiff and Class Representative in the above-captioned securities class action (the "Action").  I submit this declaration in support of: (a) Class Representative's Motion for Final Approval of Class Action Settlement; and (b) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and an Award to Lead Plaintiff.[1]

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have knowledge of the matters set forth in this Declaration based on my personal knowledge and discussions with other DeKalb employees who have been involved in monitoring and overseeing the prosecution of the Action and the negotiations leading to the Settlement, and I could and would testify competently to these matters.

3.      DeKalb is a defined benefit pension fund founded in 1949 and headquartered in Decatur, Georgia, with approximately $1.4 billion in assets under management.  DeKalb serves all permanent officers, full and part-time employees, elected officials, and deputies of DeKalb County, Georgia.  DeKalb purchased Mesa Air Group, Inc. ("Mesa") securities pursuant and/or traceable to Mesa's Initial Public Offering ("IPO") and was damaged thereby.

4.      On June 22, 2020, the Court issued an Order appointing DeKalb as Lead Plaintiff in the action pursuant to the PSLRA, and approved Lead Plaintiff's selection of Faruqi & Faruqi, LLP (the "Faruqi Firm" or "Lead Counsel") as Lead Counsel and DeConcini McDonald Yetwin & Lacy, P.C. (the "DeConcini Firm" or "Liaison Counsel") as Liaison Counsel for Lead Plaintiff and the purported class.

5.      On January 24, 2022 in this Action, the Court certified a Class consisting of all individuals and entities that purchased or otherwise acquired Mesa's securities pursuant and/or

---

[1]     Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated May 6, 2022 ("Stipulation" or "Stip."), ECF No. 124.

1

traceable to Mesa's IPO commenced on or around August 9, 2018 and were damaged thereby. DeKalb was appointed Class Representative for the Class.

6.     DeKalb has closely supervised and monitored the Action and was actively involved in all material aspects of the prosecution and resolution of the Action, through the active involvement of myself and other DeKalb employees.  Throughout the course of this Action, I and other DeKalb personnel: (a) regularly communicated with Lead Counsel by email and telephone calls regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in the Action; (c) searched for and produced documents in response to Defendants' discovery requests; (d) consulted with the Faruqi Firm concerning the settlement negotiations as they progressed; and (e) evaluated and approved the proposed Settlement.  In addition, Robbie Robertson, Retiree Representative and Vice Chairman, attended and participated in the full-day mediation on March 2, 2022 which resulted in the settlement of this case.

7.     Based on its involvement throughout the prosecution and resolution of the claims asserted in the Action, DeKalb believes that the proposed Settlement is fair, reasonable, and adequate to the Class.  DeKalb believes that the Settlement provides an excellent recovery for the Class, in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the proposed Settlement.  Therefore, DeKalb strongly endorses approval of the Settlement by the Court.

8.     DeKalb believes that the request for an award of attorney's fees in the amount of 25% of the Settlement Fund is fair and reasonable.  DeKalb takes seriously its role as Lead Plaintiff and Class Representative to make sure that attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Lead Counsel for the work involved and the substantial risks counsel undertook.

9.     DeKalb further believes that Lead Counsel's request for reimbursement of expenses is reasonable and represent costs and expenses necessary for the institution, prosecution, and resolution of the claims in the Action.

10.     DeKalb understands that reimbursement of a class representative's reasonable

costs and expenses is authorized by the PSLRA.  For this reason, in connection with Lead Counsel's request for expenses, DeKalb seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Class.

11.    DeKalb seeks reimbursement in the amount of $5,382.18 for time that DeKalb staff devoted to this Action as follows:

| Staff Member | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Edmund J. Wall | Chairman | $200 | 10 | $2,000.00 |
| Robbie Robertson | Retiree Representative & Vice Chairman | $100 | 19.5 | $1,950.00 |
| Kenny Pinkerton | Pension Administrator | $40 | 1.5 | $60.00 |
| Barry Puckett | Deputy Director of Infrastructure | $59.66 | 23 | $1,372.18 |
| | | **TOTALS:** | **54** | **$5,382.18** |

I and other DeKalb staff spent time communicating with the Faruqi Firm, reviewing court filings, responding to discovery requests, and providing input into the settlement negotiations and approving the settlement amount.  The time that we devoted to the representation of the Class in this Action was time that we otherwise would have spent on other work for DeKalb and, thus, represented a cost to DeKalb.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, and that I have authority to execute this Declaration on behalf of DeKalb.

Executed this 10th day of February, 2023.

*/s/ Edmund J. Wall.*
Edmund J. Wall
Chairman of the Pension Board
DeKalb County Pension Fund

3