# EXHIBIT 6
# Statement of
# Consultation

Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Class Representative DeKalb County
Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
 rkillorin@faruqilaw.com
 jwilson@faruqilaw.com

*Attorneys for Class Representative DeKalb County
Pension Fund and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br>　　　　　　　　Defendants. | No. 20-00648-PHX-MTL<br><br>**STATEMENT OF CONSULTATION PURSUANT TO LOCAL RULE 54.2(d)(1)** |

Lead Counsel respectfully submits this Statement of Consultation pursuant to Local Rule 54.2(d)(1) in connection with its Motion for An Award of Attorneys' Fees, Reimbursement of Expenses, and an Award for Lead Plaintiff, filed herewith.[1]

In this action, Plaintiff's Counsel's fees are to be paid from the Settlement Fund. *See* Stipulation at ¶9 ("The Settlement Fund shall be used . . . to pay any attorneys' fees and expenses awarded by the Court . . . ").

The Stipulation provides that "Defendants shall take no position with respect to any Fee and Expense Application[,]" and the "amount of attorneys' fees and expenses awarded by the Court is within the sole discretion of the Court." *Id.* at ¶¶ 13-14.   Thus, consultation with Defendants about Lead Counsel's attorneys' fee request is unnecessary in this case.

Dated: February 10, 2023              By: */s/ James M. Wilson, Jr.*
                                      James M. Wilson, Jr.
                                      Lubna Faruqi (*Admitted pro hac vice*)
                                      Robert W. Killorin (*Admitted pro hac vice*)
                                      James M. Wilson, Jr. (*Admitted pro hac vice*)
                                      **FARUQI & FARUQI, LLP**
                                      685 Third Avenue, 26th Floor
                                      New York, NY 10017
                                      Telephone: 212-983-9330
                                      Facsimile: 212-983-9331
                                      Email: lfaruqi@faruqilaw.com
                                              rkillorin@faruqilaw.com
                                              jwilson@faruqilaw.com

                                      *Attorneys for Class Representative DeKalb County Pension Fund and Lead Counsel for the Class*

                                      Gary F. Urman
                                      **DECONCINI MCDONALD YETWIN & LACY, P.C.**
                                      2525 East Broadway, Suite 500
                                      Tucson, Arizona 85716
                                      Telephone:520-322-5000
                                      Facsimile: 520-322-5585
                                      Email: gurman@dmyl.com

                                      *Attorneys for Class Representative DeKalb County Pension Fund and Liaison Counsel for the Class*

---

[1]    Unless otherwise defined, all capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation and Agreement of Settlement, dated May 6, 2022 (the "Stipulation" or "Stip."), ECF No. 124.