# EXHIBIT 7
# Statement Regarding Fee Agreement

Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Class Representative DeKalb County*
*Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
 rkillorin@faruqilaw.com
 jwilson@faruqilaw.com

*Attorneys for Class Representative DeKalb County*
*Pension Fund and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> V. <br><br> Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC, <br><br> Defendants. | No. 20-00648-PHX-MTL <br><br> **STATEMENT REGARDING FEE AGREEMENT PURSUANT TO LOCAL RULE 54.2(d)(2)** |

Lead Counsel respectfully submits this Statement of Fee Agreement pursuant to Local Rule 54.2(d)(2) in connection with its Motion for An Award of Attorneys' Fees, Reimbursement of Expenses, and an Award for Lead Plaintiff, filed herewith.[1]

Lead Counsel is regularly engaged with Class Representative DeKalb County Pension Fund ("DeKalb"), as described in ¶ 88 of the Declaration of James M. Wilson, Jr. to which this statement is attached. As such, Lead Counsel has a general retainer agreement with DeKalb that, *inter alia*, caps all attorneys' fee requests at 28% of the settlement fund in any case. There is no specific written fee agreement for this engagement.

Dated: February 10, 2023        By: */s/ James M. Wilson, Jr.*
                                     James M. Wilson, Jr.
                                     Lubna Faruqi (*Admitted pro hac vice*)
                                     Robert W. Killorin (*Admitted pro hac vice*)
                                     James M. Wilson, Jr. (*Admitted pro hac vice*)
                                     **FARUQI & FARUQI, LLP**
                                     685 Third Avenue, 26th Floor
                                     New York, NY 10017
                                     Telephone: 212-983-9330
                                     Facsimile: 212-983-9331
                                     Email: lfaruqi@faruqilaw.com
                                             rkillorin@faruqilaw.com
                                             jwilson@faruqilaw.com

                                     *Attorneys for Class Representative DeKalb County Pension Fund and Lead Counsel for the Class*

                                     Gary F. Urman
                                     **DECONCINI MCDONALD YETWIN & LACY, P.C.**
                                     2525 East Broadway, Suite 500
                                     Tucson, Arizona 85716
                                     Telephone:520-322-5000
                                     Facsimile: 520-322-5585
                                     Email: gurman@dmyl.com

                                     *Attorneys for Class Representative DeKalb County Pension Fund and Liaison Counsel for the Class*

---

[1] Unless otherwise defined, all capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation and Agreement of Settlement, dated May 6, 2022 (the "Stipulation" or "Stip."), ECF No. 124.