Gary F. Urman (AZ 11748)
gurman@dmyl.com
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 500
Tucson, Arizona 85716
Telephone:520-322-5000
Facsimile: 520-322-5585

*Attorneys for Lead Plaintiff DeKalb County
Pension Fund and Liaison Counsel for the Class*

Lubna Faruqi (*Admitted pro hac vice*)
Robert W. Killorin (*Admitted pro hac vice*)
James M. Wilson, Jr. (*Admitted pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
        rkillorin@faruqilaw.com
        jwilson@faruqilaw.com

*Attorneys for Lead Plaintiff DeKalb County
Pension Fund and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br><br>Defendants. | Case No. 20-CV-00648-MTL<br><br>**AFFIDAVIT OF GARY F. URMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEY'S FEES AND EXPENSES** |

STATE OF ARIZONA )
) ss.
COUNTY OF PIMA )

I, Gary F. Urman, being first duly sworn, upon my oath depose and state:

1.   I am an attorney with the law firm of DeConcini McDonald Yetwin & Lacy, P.C. ("DMYL"), attorneys for Lead Plaintiff DeKalb County Pension Fund and Liason Counsel for the Class ("Plaintiff") in the above-captioned action.

2.   I have been licensed to practice law in Arizona since 1987 and have practiced general civil and commercial litigation in state and federal courts throughout Arizona since that time. A copy of DMYL's Firm Resume is submitted herewith. The resume describes the background and qualifications of the firm and its resident attorneys.

3.   My regular billing rate was $350.00 per hour until June 30, 2021, $375.00 per hour from July 1, 2021 until June 30, 2022 and $385.00 per hour thereafter. These billing rates were established by DMYL by taking into account the attorney's education, experience, and training. I am generally familiar with rates charged by other lawyers in this community with similar experience, education, and training, and the rate charged by DMYL for the time expended on this matter by me is consistent with those rates.

4.   DMYL has actively engaged in the prosecution of this litigation on behalf of Plaintiff in support of the efforts of Lead Counsel. On behalf of Plaintiff, DMYL expended 62.00 hours in attorney time, consisting of review of documents, preparation and revision of correspondence and pleadings, consultations with Lead Counsel for the Class, attendance at Court hearings and other matters related to the claims made in this matter. Submitted herewith is a true and correct task-based itemization of the hours expended by DMYL in connection with this case. The chart below summarizes the hours expended by DMYL in this matter:

1

| PROFESSIONAL | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Gary F. Urman | 18.5 | $350.00 | $6,475.00 |
| Gary F. Urman | 34.8 | $375.00 | $13,050.00 |
| Gary F. Urman | 8.7 | $385.00 | $3,349.50 |

The total amount of attorney's fees incurred for services performed by DMYL is $22,874.50.

5.    I have reviewed the task-based itemization of attorney time spent by DMYL and believe that the time spent was reasonable and necessary under the circumstances. Based upon the amount of attorney time spent, the matters contained in the Code of Professional Responsibility, and in consideration of *Schweiger v. China Doll Restaurant, Inc.*, 138 Ariz. 183, 673 P.2d 927 (App. 1983), I assert that the sum of 22,874.50 is a reasonable sum as and for attorneys' fees for services performed by DMYL in this matter.

DATED this ___9th___ day of February, 2023.

_____
Gary F. Urman

SUBSCRIBED AND SWORN to before me this ___9th___ day of February, 2023, by Gary F. Urman.

_____
Notary Public

NOTARY SEAL:

OFFICIAL SEAL
SHARON A. EICHHORST
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. #: 592609
My Comm. Exp: Dec. 2, 2024

2