# DeConcini McDonald Yetwin & Lacy, P.C.
# Task-Based Itemized Statement of Attorneys' Fees Sought
# (Filed Under Seal)