# EXHIBIT 4-B

# Investigator's Invoices

# Redacted

**L.R. Hodges & Associates, Ltd.**
5864 Owens Avenue
Suite 100
Carlsbad, CA 92008
760-448-1883
Tax ID ███████

August 16, 2020

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation          20-0626-35-FF
Invoice #          26334
Billing Period:    06/26/20 - 07/31/20

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/26/20 | HL | Investigation<br>Review case materials provided by LH to identify potential witness prospects. Materials include ███████ Brief discussion with LH re ███████ . Conduct ███ research using ███ . Receive/review ███████ . Review ███ Incorporate ███ | 1.30 | 208.00 |
| | LH | Investigation<br>Emails with J.Wilson to ███████ . Review ███ and make discussion notes. Participate in case overview discussion with J.Wilson, R.Kilorin, and K.Lenahan. Email and verbal communications with HL re ███████ Review ███ . Additional review of ███████ . Follow-up discussion re research and various findings. Prepare case assignment memo and forward to KK, JC and HL. Prepare and forward services agreement to J.Wilson (No Charge). | 1.70 | 425.00 |
| 06/27/20 | HL | Investigation<br>Receive list of ███████ Continue ███ research using ███████ . Communications with LH re research results. | 4.20 | 672.00 |
| | LH | Investigation<br>Receive and review ███████ . Follow-up communications re findings related to ███████ . Forward ███ to KK. | 0.30 | 75.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page   2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/28/20 | JC | Investigation<br>Conduct ████ research and ████████████<br>████████ and forward to KK. | 0.20 | 40.00 |
| 06/29/20 | KK | Investigation<br>Receive/review ████████████████████. Review<br>████████ Receive/review ████████████████<br>████████ Receive and begin review of<br>████████████████████████.<br>Communications with LH scheduling case discussion. | 2.30 | 575.00 |
| | LH | Investigation<br>Emails with KK re ████████████████████<br>████████████████. Follow-up email from<br>R.Killorin with executed agreement and ████████.<br>Briefly review same and forward to KK. | 0.40 | 100.00 |
| 06/30/20 | KK | Investigation<br>Continue reviewing case materials, including ████████<br>████████████. Discussion with LH re ████<br>████████████████████<br>████████████ Communications with client scheduling case<br>discussion. | 2.00 | 500.00 |
| | LH | Investigation<br>Email communications and follow-up review of ████████<br>████████████. Case overview discussion with KK re<br>various points made by clients during initial call. Review various<br>details/issues. Receive follow-on email from KK to client. | 0.60 | 150.00 |
| 07/01/20 | KK | Investigation<br>Communications with client confirming date/time for case discussion. | 0.10 | NO CHARGE |
| 07/02/20 | JC | Investigation<br>Preliminary ████ searches to ████████████<br>Receive/review search results. Begin process of ████████<br>████████████. Calls to ████████████████<br>Incorporate results into ████ and forward to KK. | 2.10 | 336.00 |
| | KK | Investigation<br>Begin drafting ████████████████████.<br>Participate in scheduled case conference call with litigation team,<br>████████████████████████████<br>████████████████████████████<br>Prepare ████ for forwarding to client and forward same.<br>Communications with JC re ████████████████<br>████████████. Prioritize subjects in ████ for ████████ and<br>forward same to JC for follow-on research. | 1.60 | 400.00 |
| 07/06/20 | KK | Investigation<br>Supplemental review of case materials in preparation for witness<br>outreach. Receive/review ████ and update from JC re status of | 1.50 | 375.00 |

L.R. Hodges & Associates, Ltd.                                                    Page    3
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ██████████. Calls in attempts to reach ████████████ ████████████ ██████ See witness contact log for details. Contacts with ██████████ ████ | | |
| 07/07/20 | KK | Investigation Calls in attempts to reach ██████████████ ██████████████████████████. See witness contact log for details. Continue and complete edits/annotations to ████ to reflect results of ongoing witness outreach. | 0.60 | 150.00 |
| 07/08/20 | JC | Investigation Conduct ████ research, download professional profile for ████ and forward to KK. | 0.10 | 16.00 |
| | KK | Investigation Calls in attempts to reach ██████████████ ██████████ See witness contact log for details. Conduct interview with ████. Begin drafting summary of interview with ████ ████ research identifying ████ ████████████ and begin reviewing ████████ for possible forwarding of same to client. | 4.20 | 1,050.00 |
| 07/09/20 | KK | Investigation Communications with client scheduling case discussion. Calls in attempts to reach ████████████████ ██████████. See witness contact log for details. Conduct telephone interview with ████. Contacts with ████ ████ Continue and complete drafting summary of interview with ████. Draft summary of interview with ████. Draft investigation update briefing re results of various witness contacts. Forward investigation update, including summaries for ████████, to client (cc LH). | 6.50 | 1,625.00 |
| | LH | Investigation Receive and review investigation status update from KK, along with attached interview summaries for ████████████, and other status updates. | 0.20 | 50.00 |
| 07/10/20 | KK | Investigation Participate in scheduled case discussion with client re ████████. Per client discussion, ██████████████████ and forward same to client. Receive return call from ████████████ ████████ | 0.30 | 75.00 |
| 07/13/20 | KK | Investigation Calls in attempts to reach ████████████████ ████████████████ See witness contact log for details. Preliminary discussion/case introduction with ████████████ | 0.40 | 100.00 |

L.R. Hodges & Associates, Ltd.                                                          Page    4
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/14/20 | KK | Investigation<br>Calls in attempt to reach ███████. Calls in attempts to reach ███████. See witness contact log for details. Conduct interview with ███. Make updates/edits/additions to ███ to reflect results of ███████. | 1.20 | 300.00 |
| 07/15/20 | HL | Investigation<br>Discussion with KK re ███████. Conduct ███ research using ███████. Receive/review ███████. Review ███ and ███. Receive ███ from KK. Incorporate ███. Preliminary ███. searches ███. Begin process of searches to ███. Calls to ███. Incorporate results into ███ and distribute to investigation team. | 3.10 | 496.00 |
| | KK | Investigation<br>Communications with HL re ███████. Receive/review results from HL re ███████. Forward ███ to HL for follow-on research. Receive/review ███. | 0.40 | 100.00 |
| 07/16/20 | KK | Investigation<br>Calls in attempts to reach ███████. See witness contact log for details. Conduct interviews with ███. Contacts with ███. Draft summaries of interviews with ███. Prepare investigation update and forward same, including summaries for ███, to client (cc LH). | 5.20 | 1,300.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summaries for ███. | 0.10 | 25.00 |
| 07/17/20 | KK | Investigation<br>Communications with client re ███████. | 0.10 | 25.00 |
| 07/21/20 | KK | Investigation<br>Calls in attempts to reach ███████. See witness contact log for details. Contact with ███. | 0.40 | 100.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page    5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | Communications with client re ██████████ ███████████████████ | | |
| 07/22/20 | KK | Investigation<br>Participate in scheduled case discussion with client re ████████ ███████████████████████████ | 0.40 | 100.00 |
| 07/23/20 | KK | Investigation<br>Communications with client scheduling discussion re ██████ Receive/review ████████ Follow-on discussion with LH re same.  Discussion with client re ██ ██████████████ | 1.00 | 250.00 |
| | LH | Investigation<br>Receive and review ██████████████ Discussion with KK re █████████ ahead of KK's call with J.Wilson.  Follow-up from KK post call. | 0.30 | 75.00 |
| 07/28/20 | KK | Investigation<br>Communications with client re ██████████ ████ Discussion with client re same, including ████ ██████████████████ Calls in attempts to reach ████ ███████████ See witness contact log for details.  Preliminary discussion/case introduction with ████████; arrange for follow-up call at later date/time. | 0.40 | 100.00 |
| | LH | Investigation<br>Communications from client and KK re specific areas of follow-up. | 0.10 | 25.00 |
| 07/29/20 | KK | Investigation<br>Conduct scheduled interview with ████████████ Begin drafting summary of interview with █████████. | 2.70 | 675.00 |
| 07/30/20 | HL | Investigation<br>Conduct ████ research using ████████████. Receive/review Review ████████████████ Forward ██████████ to KK for review.  Receive ████████ from KK. Incorporate ████████████. Preliminary ████ searches ████████. Begin process of confirming ████████. searches to ████████████ Incorporate results into ████ and distribute to | 3.80 | 608.00 |

L.R. Hodges & Associates, Ltd.
Mesa Air Group, Inc. Securities
Litigation

Page    6

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | investigation team.  Discussion with KK re adding additional names to ██. | | |
| 07/30/20 | KK | Investigation<br>Continue and complete drafting summary of interview with ██ ██ Calls in attempts to reach ██ ██ See witness contact log.  Make edits/annotations and updates to ██ ██ Follow-on communications with HL re next steps for ██ ██.  Receive/review results from HL of ██ ██.  Prepare investigation update and forward ██ summary to client. | 3.00 | 750.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ██. | 0.10 | 25.00 |
| 07/31/20 | KK | Investigation<br>Participate in scheduled case discussion with client, receiving feedback to ██ ██.  Also confirm August 14, 2020 deadline for CAC filing.  Provide status update on investigation to LH. | 0.20 | 50.00 |
| | | | 53.10 | $11,926.00 |

Additional Charges :

PAID 12/15/2020

Domestic Phone                                                                          151.20
Specialized Databases/Internet          Check #: 50517                      1,539.00

Subtotal of charges                                                                    $1,690.20
Total costs                                   Amount: $ 8,616.20                $1,690.20

Date: 12/15/2020

Total amount of this bill                                                            $13,616.20

Category _____

**Retainer Received ($5000.00) - Remaining Balance Due**                **$8,616.20**

### Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 34.40 | 250.00 | $8,600.00 |
| Lynne Hodges | 3.80 | 250.00 | $950.00 |
| Jackie Cahill | 0.20 | 200.00 | $40.00 |
| Jackie Cahill | 2.20 | 160.00 | $352.00 |
| Laura Hodges | 12.40 | 160.00 | $1,984.00 |

**L.R. Hodges & Associates, Ltd.**
5864 Owens Avenue
Suite 100
Carlsbad, CA 92008
760-448-1883
Tax ID ▮

PAID _9/17/2020_
Check #: _19293_
Amount: $ _5,515.65_
Date: _9/17/2020_
Category _____

September 12, 2020

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation          20-0626-35-FF
Invoice #          26365
Billing Period:   08/01/20 - 08/31/20

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/20 | KK | Investigation<br>Calls in attempts to reach ▮ ▮ See witness contact log for details. Conduct interview with ▮. | 1.00 | 250.00 |
| 08/04/20 | KK | Investigation<br>Calls in attempts to reach ▮ See witness contact log for details. Contact with ▮. Draft details of ▮ for consolidated investigation update. | 0.70 | 175.00 |
| 08/05/20 | KK | Investigation<br>Calls in attempts to reach ▮ See witness contact log for details. Make edits/updates and annotations to ▮ to reflect results of ▮. | 0.60 | 150.00 |
| 08/06/20 | KK | Investigation<br>Finalize investigation update and forward same to client, (cc LH). | 0.10 | 25.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK re ▮ | 0.10 | 25.00 |
| 08/07/20 | KK | Investigation<br>Participate in scheduled case conference call re ▮. | 0.30 | 75.00 |
| 08/10/20 | HL | Investigation<br>Discussions with KK re ▮. Conduct ▮ research using ▮ Receive/review ▮. Review ▮ | 2.80 | 448.00 |

L.R. Hodges & Associates, Ltd.　　　　　　　　　　　　　　　　　　　　　　　Page　2
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ▮ Forward relevant ▮ to KK for review. Receive ▮ from KK. Incorporate ▮ ▮ Preliminary ▮ searches to ▮ ▮ Begin process of ▮ | | |
| 08/10/20 | JC | Investigation<br>Discussions with KK re ▮ | 0.30 | 67.50 |
| | KK | Investigation<br>Discussion with JC re ▮ ▮ Also discuss ▮ Prepare estimate of costs to date update ($14,600), and confirm next steps for investigation. Retrieve/review ▮ forward to JC. Receive/review results from HL of ▮ Receive/review ▮ and update from HL re ▮. Calls in attempts to reach ▮ ▮ See witness contact log for details. Conduct interview with ▮. Contacts with ▮. Begin preparing details of witness contacts for investigation update. | 4.30 | 1,075.00 |
| 08/11/20 | KK | Investigation<br>Calls in attempts to reach ▮ ▮ See witness contact log for details. Conduct interview with ▮. Brief contact with ▮ Call to J.Wilson re ▮ Discussion with J.Wilson re ▮. Draft summary of interview with ▮ Finalize investigation update and forward same, including summary for ▮, to client, investigation team, and LH. | 3.90 | 975.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ▮ | 0.10 | 25.00 |
| 08/12/20 | KK | Investigation<br>Calls in attempts to reach the ▮ See witness contact log for details. Conduct interview with ▮ Preliminary discussions/case introductions with ▮ Draft summary of interview with ▮. Prepare investigation update and forward same, including summary of interview with ▮ to client, investigation team, and LH. | 2.80 | 700.00 |

L.R. Hodges & Associates, Ltd.                                      Page   3
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/12/20 | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ██████. | 0.10 | 25.00 |
| 08/13/20 | KK | Investigation<br>Conduct interview with ████████. Draft summary of interview with ███████████ Conduct scheduled interviews with ███████████ ███████ Prepare investigation update and forward same, including summary of interview with ███████, to client, investigation team, and LH. | 3.40 | 850.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ██████. | 0.10 | 25.00 |
| 08/14/20 | KK | Investigation<br>Retrieve/review ████████████████████. Participate in scheduled case discussion with client re ████████████████████ Calls in attempts to reach ████ ████████████████ See witness contact log for details. | 1.00 | 250.00 |
| 08/16/20 | KK | Investigation<br>Calls in attempts to reach ████████████████. See witness contact log for details. | 0.20 | 50.00 |

|  |  |  | 21.80 | $5,190.50 |

Additional Charges :

| | | |
|---|---|---|
| Domestic Phone | | 113.05 |
| Specialized Databases/Internet | | 211.50 |
| Subtotal of charges | | $324.55 |
| Total costs | | $324.55 |

| | | |
|---|---|---|
| Total amount of this bill | | $5,515.05 |

Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 18.30 | 250.00 | $4,575.00 |
| Lynne Hodges | 0.40 | 250.00 | $100.00 |
| Jackie Cahill | 0.30 | 225.00 | $67.50 |
| Laura Hodges | 2.80 | 160.00 | $448.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID** █████████

February 13, 2022

Invoice submitted to:

James Wilson, Esq.
Faruqi & Faruqi LLP
3975 Roswell Road, Suite A
Atlanta, GA 30342

In Reference To: Mesa Air Group, Inc. Securities Litigation            20-0626-35-FF
Invoice #        26761
Billing Period:    01/01/22 - 01/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | HL | Investigation<br>Discussion with KK re ███████████. Preliminary ████<br>searches ████████████ Begin process of ████████<br>███████████████████████████<br>███████████████████████████<br>Discussion with KK re ██████████ | 0.80 | 128.00 |
| | KK | Investigation<br>Receive/review client communications re ████████<br>███████████ Review ████ Review ████████<br>██████████████████ Retrieve/review<br>████████████████ Follow-on<br>communications with HL re ████████████████<br>████████ Discussion with R.Killorin re ████████████ and<br>scheduling discussion re same for 01/25/2022. | 1.20 | 300.00 |
| 01/25/22 | KK | Investigation<br>Discussion with R.Killorin ████████████████████<br>Calls to and follow-up contacts with ████████. Brief client re<br>███████████████████ Follow-on communications with<br>client re ███████████████ Prepare email<br>communications to ██████████████████<br>██████ | 0.70 | 175.00 |
| 01/26/22 | HL | Investigation<br>Discussion with KK re ██████████████ Prepare ████<br>████████████ and forward to KK. | 1.30 | 208.00 |
| | KK | Investigation<br>Receive inquiry from client re ████████████. Prepare and<br>forward reply. Follow-on communications with client re ████████<br>███████████████████<br>██████ Follow-on communications with K.Lenahan ████████<br>████████ Review ████████████ | 1.40 | 350.00 |

L.R. Hodges & Associates, Ltd.                                              Page    2
Mesa Air Group, Inc. Securities
Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ███████████████████████████ Follow-on communications with HL re ████████ ████████████ Receive/review HL results re same. Forward previously submitted investigation updates to K.Lenahan. Prepare overview re ████████████████████ Ongoing communications with K.Lenahan re ██████████████████ | | |
| | | | 5.40 | $1,161.00 |

Additional Charges :

Specialized Databases/Internet                                                    6.00
Total costs                                                                       $6.00

Total amount of this bill                                                     $1,167.00

Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 3.30 | 250.00 | $825.00 |
| Laura Hodges | 2.10 | 160.00 | $336.00 |