# EXHIBIT 4-F

# State Court Action Document Purchases

# Redacted

## Derek Behnke

| | |
|---|---|
| **From:** | DoNotReplyRMS@granicus.com |
| **Sent:** | Monday, August 3, 2020 1:18 PM |
| **To:** | Derek Behnke |
| **Subject:** | Web Purchase Confirmation - eAccess - Arizona Court Case Documents |



Payment Confirmation

Receipt Date: August 03, 2020
Customer Name: Derek Behnke
Name On Card: Na
Card Charged: NA

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BY3P2F321866) | | | | |
| 167692728 | MOT - Motion | Maricopa County Superior | NA | 13 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

**Instructions to view the purchased documents**:

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

\* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.

**Please do not reply to this automated email.**

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.


Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

**Receipt**

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Aug 20, 2020 9:43:28 AM
**Certified Document(s):** No
**Transaction Reference Number:** BG3P4AE4C58D
**Card Charged:** ***********
**Name on Card:** DEREK BEHNKE
**Site:** Arizona eAccess

Purchases

| Document Id | Document Type | Location | Page(s) | Comments | Fee |
|---|---|---|---|---|---|
| 167649096 - CV2020003927 | ORD - Order | Maricopa County Superior | 4 | | $10.00 |

Total Payment Amount:   $10.00

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Aug 20, 2020 9:55:13 AM
**Card Charged:** ******
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC (Transaction # BK3P7FF6F7BF) | | | | | | |
| 167022199 - CV2020003927 | ORD - Order | Maricopa County Superior | NA | 5 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Aug 21, 2020 8:22:43 AM
**Card Charged:** ******
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC (Transaction # BJ3P2FB71A5E) | | | | | | |
| 167865984 - CV2020003927 | RES - Response | Maricopa County Superior | NA | 16 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

## Derek Behnke

| | |
|---|---|
| **From:** | DoNotReplyRMS@granicus.com |
| **Sent:** | Friday, August 28, 2020 11:14 AM |
| **To:** | Derek Behnke |
| **Subject:** | Web Purchase Confirmation - eAccess - Arizona Court Case Documents |



Payment Confirmation

Receipt Date: August 28, 2020
Customer Name: Derek Behnke
Name On Card: Derek Behnke
Card Charged: ████

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BL3P6B8011D7) | | | | |
| 167937796 | NOT - Notice | Maricopa County Superior | NA | 12 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

**Instructions to view the purchased documents:**

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

\* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.

**Please do not reply to this automated email.**

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.


Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

## Derek Behnke

**From:**     DoNotReplyRMS@granicus.com
**Sent:**     Wednesday, September 2, 2020 10:55 AM
**To:**       Derek Behnke
**Subject:**  Web Purchase Confirmation - eAccess - Arizona Court Case Documents



Payment Confirmation

Receipt Date: September 02, 2020
Customer Name: Derek Behnke
Name On Card: Derek Behnke
Card Charged: ███

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BQ3P6B75EED3) | | | | |
| 167974241 | REL - Reply | Maricopa County Superior | NA | 77 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

**Instructions to view the purchased documents**:

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.

2

\*\*Please do not reply to this automated email.\*\*

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.


Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

2

## Derek Behnke

| | |
|---|---|
| **From:** | DoNotReplyRMS@granicus.com |
| **Sent:** | Friday, September 11, 2020 8:01 PM |
| **To:** | Derek Behnke |
| **Subject:** | Web Purchase Confirmation - eAccess - Arizona Court Case Documents |



Payment Confirmation

Receipt Date: September 11, 2020
Customer Name: Derek Behnke
Name On Card: Derek Behnke
Card Charged: █████

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BQ3P6B90C8C5) | | | | |
| 168019487 | 094 - ME: Oral Argument Set | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

**Instructions to view the purchased documents:**

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.

1

**Please do not reply to this automated email.**

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.


Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

## Derek Behnke

| | |
|---|---|
| **From:** | DoNotReplyRMS@granicus.com |
| **Sent:** | Friday, September 25, 2020 2:09 PM |
| **To:** | Derek Behnke |
| **Subject:** | Web Purchase Confirmation - eAccess - Arizona Court Case Documents |



Payment Confirmation

Receipt Date: September 25, 2020
Customer Name: Derek Behnke
Name On Card: Derek Behnke
Card Charged: ███

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BQ3P6BB67F68) | | | | |
| 168101444 | 095 - ME: Oral Argument Reset | Maricopa County Superior | NA | 1 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

**Instructions to view the purchased documents**:

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.

1

**Please do not reply to this automated email.**

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.


Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Oct 6, 2020 11:41:53 AM
**Card Charged:** ******
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC   (Transaction #   BI3P9E4845CF) | | | | | | |
| 168293401 - CV2020003927 | 020   ME Matter Under Advisement | Maricopa County Superior | NA | 2 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

# Payment Confirmation

Payment Confirmation

1/1

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Oct 6, 2020 11:38:46 AM
**Card Charged:** ******■■
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC   (Transaction #   BH3P3A2DEDB2) | | | | | | |
| 168293402 - CV2020003927 | 926   ME Under Advisement Ruling | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10 00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Aug 4, 2021 7:59:35 AM
**Card Charged:** \*\*\*\*\*\*
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC | (Transaction # | BR3P6FAADF5E) | | | | |
| 171123493 - CV2020003927 | NOT - Notice | Maricopa County Superior | NA | 30 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

## Derek Behnke

**From:** DoNotReplyRMS@granicus.com
**Sent:** Monday, November 1, 2021 11:55 AM
**To:** Derek Behnke
**Subject:** Web Purchase Confirmation - eAccess - Arizona Court Case Documents

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**



Payment Confirmation

Receipt Date: November 01, 2021
Customer Name: Derek Behnke
Name On Card: Derek Behnke
Card Charged: ███

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BN3P4A28906C) | | | | |
| 172004864 | APL - Application | Maricopa County Superior | NA | 4 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

### Instructions to view the purchased documents:

1. Login to your account and go to "Account Settings" using the link in the drop down menu under your email address at the top of the page.
2. Click on "View Payment History" at the bottom of the page.
3. Go to the "Pay as You Go Payment History" tab.
4. Find the transaction for the document you want to view.
5. Click the icon in the "View Receipt and Document" column on the right to view the transaction receipt.
6. When viewing the receipt, click the "Download Document" or the "View Document" icon in the "View or Download Document" column on the right*.

<span style="color:red">* You have full access to the purchased document(s) for 24 hours after the purchasing them. Once the time period has expired, you must purchase the document(s) again to get full access for another 24 hours.</span>

\*\*Please do not reply to this automated email.\*\*

Add DoNotReplyRMS@granicus.com to your address book to ensure that you receive account changes and payment confirmation emails in your inbox.

Arizona Administrative Office of Courts
Support Center
(602) 452 3519
1 (800) 720 7743
pasupport@courts.az.gov
M-F 7:00am - 6.00pm
Excluding State Holidays

www.azcourtdocs.gov

2

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Dec 16, 2021 9:29:31 AM
**Card Charged:** ******▇▇▇
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC (Transaction # BP3P6E38F77F) | | | | | | |
| 172415049 - CV2020003927 | 028 ME Status Conference Set | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10 00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Feb 7, 2022 9:04:09 AM
**Card Charged:** ****** ████
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC | (Transaction # | BM3P3FAF47BE) | | | | |
| 166624793 - CV2020003927 | COM - Complaint | Maricopa County Superior | NA | 48 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Mar 1, 2022 8:37:28 AM
**Card Charged:** ******
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC | (Transaction # BR3P7CB191EF) | | | | | |
| 173084672 - CV2020003927 | NOT - Notice | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total | $10 00 |
| | | | | | Total Amount Charged | $10.00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Jun 20, 2022 7:36:57 AM
**Card Charged:** ******█
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC   (Transaction #   BR3P7F33F62F) | | | | | | |
| 174160031 - CV2020003927 | 028   ME Status Conference Set | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10 00 |

# Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Sep 21, 2022 8:51:44 AM
**Card Charged:** ******████
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC - (Transaction # : BP3P7DA3C515) | | | | | | |
| 175093200 - CV2020003927 | 083 - ME: Conference Reset/Cont | Maricopa County Superior | NA | 2 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

## **Payment Confirmation**

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Dec 19, 2022 2:31:41 PM
**Card Charged:** ******█████
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| | | AOC - (Transaction # : BK3PA174AD39) | | | | |
| 175959412 - CV2020003927 | 028 - ME: Status Conference Set | Maricopa County Superior | NA | 4 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |

## Payment Confirmation

**Customer Name:** DEREK BEHNKE
**Receipt Date:** Dec 27, 2022 4:32:09 PM
**Card Charged:** ******▮▮▮
**Name on Card:** DEREK BEHNKE

| Document Id | Document Type | Location | Certified Document Number | Page(s) | Comments | Price |
|---|---|---|---|---|---|---|
| AOC - (Transaction # : BK3PA19618F6) | | | | | | |
| 176018683 - CV2020003927 | NAR - Notice Of Appearance | Maricopa County Superior | NA | 3 | | $10.00 |
| | | | | | Sub Total: | $10.00 |
| | | | | | Total Amount Charged | $10.00 |