**Redacted Exhibit 4-J**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**Travel Expenses (including hotels, meals, and transportation): $11,628.68**

| Date | Name | Purpose | Details | Total Amount |
|---|---|---|---|---|
| 7/13/2021 – 7/15/2021 | R.Killorin J.Wilson G.Urman | Hotel, flights, taxis, and meals for hearing on motion to dismiss in Phoenix, AZ, as well as Liaison Counsel's mileage and parking | Flights: $1,411.41 Hotels: $760.96 Cabs: $163.03 Meals: $246.10 Mileage & Parking: $146.40 | $2,727.60 |
| 9/08/2021- 9/09/2021 | R.Killorin C.Paneque | Hotel, flights, taxis, parking, and meals for scheduling conference in Phoenix, AZ | Flights: $1,034.40 Hotels: $495.46 Cabs/Parking: $273.07 Meals: $90.63 | $1,893.56 |
| 10/13/2021- 10/15/2021 | R.Killorin C.Paneque | Hotel, flights, taxis, parking, and meals for scheduling conference in Phoenix, AZ | Flights: $938.59 Hotels: $980.59 Cabs/Parking: $261.26 Meals: $31.00 | $2,211.44 |
| 10/27/2021- 10/29/2021 | R.Killorin K.Lenahan | Hotel, flights, taxis, and meals for preliminary approval hearing in Phoenix, AZ | Flights: $1,067.34[1] Hotels: $1,272.23 Cabs: $355.13 Meals: $101.08 | $2,795.78 |
| 4/05/2023- 4/07/2023 | R.Killorin | Hotel, flights, taxis, and meals for Settlement Hearing in Phoenix, AZ | TBD | Est. $2,000 |

---

[1]    R.Killorin traveled from Atlanta, GA to New York, NY on the way to Phoenix, AZ for the preliminary approval hearing. In New York, Mr. Killorin prepared for the preliminary approval hearing with others at the firm, but also spent time working on another case. As such, Lead Counsel is seeking reimbursement for only half of Mr. Killorin's $1,030.20 flight, and one-third of his $1,576.83 hotel stay in New York. In other words, the full amounts of the flight and hotel stay reflected in pages 46 and 49 of this exhibit are not being sought in this application.

```
SALES PERSON: EV        ITINERARY/INVOICE NO. 0024289        DATE: 06 JUL 2
                                         GHPZFX                PAGE: 01

        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: WILSON/JAMES M



13 JUL 21  -  TUESDAY
    AIR    DELTA AIR LINES INC  FLT:1606    ECONOMY
           LV NEW YORK JFK                  700P           EQP: BOEING 737-900
           DEPART: TERMINAL 4                              05HR 39MIN
           AR PHOENIX                       939P           NON-STOP
           ARRIVE: TERMINAL 3                              REF: GQ49YX
           WILSON/JAMES M     SEAT-25C

15 JUL 21  -  THURSDAY
    AIR    DELTA AIR LINES INC  FLT:3701    ECONOMY
           OPERATED BY /SKYWEST DBA DELTA CONNECTION
           LV PHOENIX                       226P           EQP: E7W
           DEPART: TERMINAL 3                              01HR 23MIN
           AR LOS ANGELES                   349P           NON-STOP
           ARRIVE: TERMINAL 2                              REF: GQ49YX
           WILSON/JAMES M     SEAT-12B
    AIR    DELTA AIR LINES INC  FLT:1131    ECONOMY
           LV LOS ANGELES                   435P           EQP: BOEING 767-300 W
           DEPART: TERMINAL 2                              05HR 37MIN

16 JUL 21  -  FRIDAY
           AR NEW YORK JFK                  112A           NON-STOP
           ARRIVE: TERMINAL 4                              REF: GQ49YX
           WILSON/JAMES M     SEAT-28E
SERVICE FEE    XD0801435274
                              BILLED TO AXXXXXXXXXXX█████         75.00

AIR TICKET    DL7567228279    WILSON JAMES M
ELEC TKT                      BILLED TO AXXXXXXXXXXX█████        612.61
                                                           ----------------
                              SUB TOTAL                          687.61
                              NET CC BILLING                     687.61
                                                           ----------------
                              TOTAL AMOUNT DUE                     0.00
```

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024287        DATE: 06 JUL 2
                                            IUWDTC                PAGE: 01


          TO: LIMELIGHT ASSOC
              45-09 104TH STREET
              CORONA, NY 11368



FOR: KILLORIN/ROBERT W



13 JUL 21  -  TUESDAY
   AIR   DELTA AIR LINES INC  FLT:871      PRM ECON
         LV ATLANTA                        502P          EQP: AIRBUS A321
         DEPART: SOUTH TERMINAL                          03HR 57MIN
         AR PHOENIX                        559P          NON-STOP
         ARRIVE: TERMINAL 3                              REF: GO8MNO
         KILLORIN/ROBERT   SEAT-14D   DL-2042343075

15 JUL 21  -  THURSDAY
   AIR   DELTA AIR LINES INC  FLT:1190     PRM ECON
         LV PHOENIX                        345P          EQP: AIRBUS A321
         DEPART: TERMINAL 3                              03HR 47MIN
         AR ATLANTA                        1032P         NON-STOP
         ARRIVE: SOUTH TERMINAL                          REF: GO8MNO
         KILLORIN/ROBERT   SEAT-14F   DL-2042343075
SERVICE FEE   XD0801435273
                              BILLED TO AXXXXXXXXXXXX         75.00

AIR TICKET   DL7567228278     KILLORIN ROBERT W
ELEC TKT                      BILLED TO AXXXXXXXXXXXX        648.80
                                                       ----------------
                              SUB TOTAL                      723.80
                              NET CC BILLING                 723.80
                                                       ----------------
                              TOTAL AMOUNT DUE                 0.00
```

Thanks.

**From:** German Rodriguez <limetrav1@aol.com>
**Sent:** Thursday, July 8, 2021 12:50 PM
**To:** James Wilson <jwilson@faruqilaw.com>
**Cc:** Olive Alston <oalston@faruqilaw.com>; limetravel@aol.com
**Subject:** Fwd: Reservation Confirmation #82043148 for Renaissance Phoenix Downtown Hotel

Hi Josh: Attached is your ticketed flight itinerary to Phoenix. Below is the hotel confirmation in Phoenix. Please review both. Let us know if you have any questions

German Rodriguez | Limelight Associates, Inc.
45-09 104th St. | Corona, NY 11368
T - (718) 592-2343 | F - (718) 760-5884
Toll-free - (800)495-LIME (5463) | limelightassoc.com
- Verify ID/passport validity and length-of-stay limits before travel
- Bag fees vary by airline & destination. Know before you go.
- Airline schedules, aircraft type and seating are not guaranteed
- Airlines may reassign seats for operational, safety or security reasons
- Quoted prices are subject to change until confirmed
- Only 'Cancel For ANY Reason' insurances allow hassle-free trip refunds

-----Original Message-----
**From:** Renaissance Hotels Reservations <reservations@res-marriott.com>
**To:** limetravel@aol.com
**Sent:** Thu, Jul 8, 2021 11:48 am
**Subject:** Reservation Confirmation #82043148 for Renaissance Phoenix Downtown Hotel

ReplyCode: MC|CNF|en_US
Your reservation details and tips to make the most of your trip.

ENHANCE YOUR STAY   |   SUMMARY OF CHARGES   |   CONTACT US

## Our Top Priority — Our Guests: COVID-19 update and cancellation policy.



**Renaissance Phoenix Downtown Hotel**
100 North 1st Street Phoenix Arizona 85004     +1-602-333-0000
USA

# Thank you for your booking, James Wilson.

2

# Discover This Way

Tue, Jul 13, 2021 – Thu, Jul 15, 2021

Confirmation Number: 82043148



**Check-In:    Tuesday, July 13, 2021**                                    04:00 PM

Check-Out:  Thursday, July 15, 2021                                    11:00 AM

## Important Information About Your Stay

In response to current travel advisories, this hotel may have modified hours or limitations on certain services and amenities. Learn More

Less Contact, More Convenience with the Marriott Bonvoy™ App ›

Number of rooms                                                    1 Room

3

Guests per room                                    1 Adult

Guarantee Method   Credit Card Guarantee, American Express

Total for Stay (all rooms)                    380.48 USD

Room 1

Room Type ›                              Guest room, 1 King

UPGRADE ROOM ›

Guaranteed Requests:

None

ALL REQUESTS ›

**Modify or Cancel Reservation**

⚠ Hotel Alert

Due to COVID-19, some hotel facilities or services may not be available during your stay.

4

| Total for Stay (all rooms) | 380.48 USD |
| --- | --- |

## Other Charges

Valet parking, fee: 30 USD daily

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, July 12, 2021 (1 day[s] before arrival).**

- Please note that we will assess a fee of 190.25 USD if you must cancel after this deadline.

- Travel agents: please note that this rate is commissionable.

- Please note that a change in the length or dates of your reservation may result in a rate change.

## Rate Guarantee Limitation(s)

- Changes in taxes or fees implemented after booking will affect the total room price.

## Additional Information

  

Members get free nights, room upgrades, free Wi-Fi, exclusive offers, Member Rates and more.

Join

# Summary Of Charges

Tuesday, July 13, 2021 – Thursday, July 15, 2021

2 Nights at 169.00 USD per night per room

Flexible Rate

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees            21.24 USD

Totals

RECEIPT                          curb                          July 13 at 8:24 AM

# $24.96

| | |
|---|---|
| Fare | $17.50 |
| Toll | $0.00 |
| Tax | $0.50 |
| Service Fee | $0.00 |
| Congestion Surcharge | $2.50 |
| Improvement Surcharge | $0.30 |
| Tip | $4.16 |
| Subtotal | $24.96 |
| Curb Credits | $0.00 |
| **Total** | **$24.96** |

Pickup ████████████████
████ at 8:24 AM

Dropoff   327 East 42nd Street, New York, NY
10017 at 8:37 AM

Serviced by

## CMT

Driver #: 500333 Vehicle #8F86

Trip #6

Need Help? http://support.gocurb.com/

James Wilson                          Confirmation #MUHI84

# Uber

July 13, 2021

## Thanks for tipping, James

We hope you enjoyed your ride this evening.

| Total | $84.68 |
|---|---|

| | |
|---|---|
| Trip Fare | $58.27 |

| | |
|---|---|
| Subtotal | $58.27 |
| NY Congestion Fee | $2.75 |
| State Sales Tax | $5.39 |
| NY Black Car Fund | $1.82 |
| Wait Time | $0.37 |
| Promotions | -$7.01 |
| Tolls, Surcharges, and Fees | $9.05 |
| Tip | $14.04 |

Amount Charged

 **···** ▮▮▮▮

$84.68

A temporary hold of $70.22 was placed on your payment method ···· 1720. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Affiliated with Sumit Negi

Dispatched by n/a ()

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

### You rode with Sumit

License Plate: 12483370
First License Number: 5772644
Driver – TLC License Number: 5364354

**UberX**   16.70 miles | 52
min

   3:35 PM | 685 3rd Ave, New York, NY 10017, US

    4:27 PM | Queens, NY 11430, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

2/6/23, 4:58 PM                                    American Express - Account Activity

https://gocurb.com/                    00250101205 718-756-1656

Jul 16, 2021    RENAISSANCE PHOENIX        RENAISSANCE PHOENIX PHOENIX AZ                                    $628.55
                DOWNTOWN HOTEL             Will appear on your Aug 6, 2021 statement as RENAISSANCE PHOENIX
                100 NORTH 1ST ST           PHOENIX AZ

                PHOENIX                    CARD
                AZ                         JAMES WILSON
                85004
                (602) 333-0000             ADDITIONAL INFORMATION
                http://www.renhotels.com/  20333 LODGING

Jul 15, 2021    DOWNTOWN TAXI CAB          THE BOSS TAXI Phoenix AZ                                          $30.00
                3201 EAST CAPTAIN DREYFUS  Will appear on your Aug 6, 2021 statement as THE BOSS TAXI Phoenix
                                           AZ

                PHOENIX
                AZ                         JAMES WILSON
                85032
                (602) 527-9758             ADDITIONAL INFORMATION
                                           leaxdfFto0B squareup.com/receipts

Jul 14, 2021    CMT PHOENIX                CMT PHOENIX 330016PHOENIX AZ                                      $23.39
                4525 EAST UNIVERSITY DR    Will appear on your Aug 6, 2021 statement as CMT PHOENIX
                                           330016PHOENIX AZ

# Matter Ledger Report
### 1/1/1970 to 5/2/2022

| | Code | Name | | | | | | Init Atty | GFU | GARY F. URMAN |
|---|---|---|---|---|---|---|---|---|---|---|
| Client | FARU01 | Faruqi & Faruqi LLP | | | | | | Bill Atty | GFU | GARY F. URMAN |
| Matter | 20200410 | Mesa Air Group Litigation | | | | | | Resp Atty | GFU | GARY F. URMAN |

## ──── Billed Expenses ────

| Code | Description | Date | Check # | Ck. Date | $ Value | Ref # | Text |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Vendor** |
| 5710 | Transportation | 07/26/21 | 995542 | 7/27/2021 | 134.40 | 1710366 | 1710350-Mileage to/from Phx for Hearing 7/15;Check#995542<br>Gary F Urman |
| 5730 | Other Travel Expense | 07/26/21 | 995542 | 7/27/2021 | 12.00 | 1710367 | 1710350-Parking for Phx Hearing 7/15;Check#995542<br>Gary F Urman |
| | Advanced | | | | 146.40 | | |
| | Non-Cash | | | | 0.00 | | |
| | **Total Billed Expenses** | | | | **146.40** | | |

## ──── Matter Ledger Summary ────

| | Total | Current | 31-60 | 61-90 | Over 90 | Trust Balance | Prepaid Balance | **Matter Value of WIP Carried Forward** | |
|---|---|---|---|---|---|---|---|---|---|
| **WIP:** | 17,800.00 | 75.00 | 150.00 | 187.50 | 17,387.50 | 0.00 | 0.00 | **Fees** | 17,800.00 |
| | | | | | | | | **Costs** | 0.00 |
| **A/R:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | **Total** | 17,800.00 |

| End of Report |
|---|

**Bryan Rodriguez**

| | |
|---|---|
| **From:** | Olive Alston |
| **Sent:** | Wednesday, July 21, 2021 11:53 AM |
| **To:** | Bryan Rodriguez |
| **Subject:** | FW: Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel |
| **Attachments:** | Travel Reservation July 13 for ROBERT W KILLORIN.pdf |

**From:** German Rodriguez <limetrav1@aol.com>
**Sent:** Thursday, July 8, 2021 12:50 PM
**To:** Robert W. Killorin <rkillorin@faruqilaw.com>
**Cc:** Olive Alston <oalston@faruqilaw.com>; limetravel@aol.com
**Subject:** Fwd: Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel

Hello Bob: Your ticketed flight itinerary for the Phoenix trip is attached. The hotel confirmation is below. Please review both and let us know if you have any questions. Thanks,

German Rodriguez | Limelight Associates, Inc.
45-09 104th St. | Corona, NY 11368
T - (718) 592-2343 | F - (718) 760-5884
Toll-free - (800)495-LIME (5463) | limelightassoc.com
- Verify ID/passport validity and length-of-stay limits before travel
- Bag fees vary by airline & destination. Know before you go.
- Airline schedules, aircraft type and seating are not guaranteed
- Airlines may reassign seats for operational, safety or security reasons
- Quoted prices are subject to change until confirmed
- Only 'Cancel For ANY Reason' insurances allow hassle-free trip refunds

-----Original Message-----
**From:** Renaissance Hotels Reservations <reservations@res-marriott.com>
**To:** limetravel@aol.com
**Sent:** Thu, Jul 8, 2021 11:46 am
**Subject:** Reservation Confirmation #82041317 for Renaissance Phoenix Downtown Hotel

ReplyCode: MC|CNF|en_US
Your reservation details and tips to make the most of your trip.

ENHANCE YOUR STAY  |  SUMMARY OF CHARGES  |  CONTACT US

Our Top Priority — Our Guests: COVID-19 update and cancellation policy.

1

# Renaissance Phoenix Downtown Hotel

📍 100 North 1st Street Phoenix Arizona 85004    📞 +1-602-333-0000
USA

Thank you for your booking, Robert Killorin.

# Discover This Way

Tue, Jul 13, 2021 – Thu, Jul 15, 2021
Confirmation Number: 82041317





| | | |
|---|---|---|
| **Check-In:** | **Tuesday, July 13, 2021** | 04:00 PM |
| Check-Out: | Thursday, July 15, 2021 | 11:00 AM |

## Important Information About Your Stay

In response to current travel advisories, this hotel may have modified hours or limitations on certain services and amenities. Learn More

 Less Contact, More Convenience with the Marriott Bonvoy™ App ›

2

| | |
|---|---|
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, American Express |
| Total for Stay (all rooms) | 380.48 USD |

**Room 1**

| | |
|---|---|
| Room Type › | Guest room, 1 King |

UPGRADE ROOM ›

Guaranteed Requests:

None

ALL REQUESTS ›

**Modify or Cancel Reservation**

⚠ Hotel Alert

Due to COVID-19, some hotel facilities or services may not be available during your stay.

3

⚠ Hotel Alert

Customers should review government guidance to confirm eligibility to travel & stay at hotel. See travelguidance.marriott.com. Reservations will not be honored where prohibited.

# Enhance your stay



## Get a $250 eGift card instantly

Get a $250 Marriott Bonvoy eGift Card instantly upon approval and use it on an upcoming stay. Then earn 50,000 bonus points after qualifying purchases.

**Learn More**



## Save on base rates

Plus earn up to 2,000 points.

**Learn More**

4



## Find Things to Do

View recommended activities and earn points

**Book Activities**



## Vacation Up To 70% OFF

4 days, 3 nights at Marriott's Cypress Harbour in Orlando, FL from $199 per stay! Conditions and participation requirements apply.

**Get Offer**



## Navigator by Renaissance

Discover hidden gems only a local would know with Renaissance's local navigator recommendations, personally curated weekly by our hotel's Navigator.

**Discover More**



## You're Invited

Join us for unique events and innovative entertainment.

**Discover More**



## Food and Drink

Delight in dining-In.

**Discover More**



## Uncover the Unexpected

At Renaissance, we believe every trip can be a tale, every turn contains a twist. And we are here to show you how to make the most of every step along the way.



## Get More from Your Stay

Robert Killorin

  

Members get free nights, room upgrades, free Wi-Fi, exclusive offers, Member Rates and more.

Join

## Summary Of Charges

Tuesday, July 13, 2021 – Thursday, July 15, 2021

2 Nights at 169.00 USD per night per room

Flexible Rate

| Taxes & Fees (per night per room) | |
|---|---|
| Estimated Government Taxes & Fees | 21.24 USD |
| Totals | |
| Total for Stay (all rooms) | 380.48 USD |

8

## Other Charges

Valet parking, fee: 30 USD daily

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Monday, July 12, 2021 (1 day[s] before arrival).**

- Please note that we will assess a fee of 190.25 USD if you must cancel after this deadline.

- Travel agents: please note that this rate is commissionable.

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit or debit card (where accepted) in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

9

# Contact Us

## Phone Numbers

Call 1-800-HOTELS1 (468-3571) in the US and Canada

**For everywhere else, call our Worldwide Telephone Numbers**

---

**FREQUENTLY ASKED QUESTIONS** ›

   

| Terms of Use | | Privacy Policy | | About Us | | Find a Hotel |
|---|---|---|---|---|---|---|

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note: should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2021 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION

```
SALES PERSON: EV        ITINERARY/INVOICE NO. 0024440        DATE: 01 SEP 2
                                            UDRPWD            PAGE: 01

        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368



FOR: PANEQUE/CRISTINA M



08 SEP 21  -  WEDNESDAY
    AIR    AMERICAN AIRLINES     FLT:1487    ECONOMY        REFRESHMENT
           LV NEW YORK JFK                   735A           EQP: BOEING 737-800
           DEPART: TERMINAL 8                               05HR 32MIN
           AR PHOENIX                        1007A          NON-STOP
           ARRIVE: TERMINAL 4                               REF: UDRPWD
           PANEQUE/CRISTIN    SEAT-25A    AA-9ALW884

09 SEP 21  -  THURSDAY
    AIR    AMERICAN AIRLINES     FLT:883     ECONOMY        REFRESHMENT
           LV PHOENIX                        210P           EQP: 32Q
           DEPART: TERMINAL 4                               03HR 39MIN
           AR CHICAGO OHARE                  749P           NON-STOP
           ARRIVE: TERMINAL 3                               REF: UDRPWD
           PANEQUE/CRISTIN    SEAT-16E    AA-9ALW884
    AIR    AMERICAN AIRLINES     FLT:357     ECONOMY
           LV CHICAGO OHARE                  830P           EQP: AIRBUS A319
           DEPART: TERMINAL 3                               02HR 07MIN
           AR NEW YORK LGA                   1137P          NON-STOP
           ARRIVE: TERMINAL B                               REF: UDRPWD
           PANEQUE/CRISTIN                AA-9ALW884
SERVICE FEE    XD0803048258
                                BILLED TO AXXXXXXXXXXXX         75.00

AIR TICKET    AA7660833517      PANEQUE CRISTINA M
ELEC TKT                        BILLED TO AXXXXXXXXXXXX        527.61
                                                          ----------------
                                SUB TOTAL                      602.61
                                NET CC BILLING                 602.61
                                                          ----------------
                                TOTAL AMOUNT DUE                 0.00
```

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024425         DATE: 30 AUG 2
                                              AVSXAZ             PAGE: 01

         TO: LIMELIGHT ASSOC
             45-09 104TH STREET
             CORONA, NY 11368



FOR: KILLORIN/ROBERT W



08 SEP 21  -  WEDNESDAY
    AIR   DELTA AIR LINES INC  FLT:1156    ECONOMY       REFRSHMNT/PUR
          LV ATLANTA                       1140A         EQP: BOEING 757
          DEPART: SOUTH TERMINAL                         03HR 47MIN
          AR PHOENIX                       1227P         NON-STOP
          ARRIVE: TERMINAL 3                             REF: HPUGG5
          KILLORIN/ROBERT   SEAT-42C   DL-2042343075

09 SEP 21  -  THURSDAY
    AIR   DELTA AIR LINES INC  FLT:1193    ECONOMY       REFRSHMNT/PUR
          LV PHOENIX                       200P          EQP: BOEING 757
          DEPART: TERMINAL 3                             03HR 35MIN
          AR ATLANTA                       835P          NON-STOP
          ARRIVE: SOUTH TERMINAL                         REF: HPUGG5
          KILLORIN/ROBERT   SEAT-28D   DL-2042343075
SERVICE FEE    XD0803048253
                                   BILLED TO AXXXXXXXXXXXX█████        75.00

AIR TICKET    DL7660833513          KILLORIN ROBERT W
ELEC TKT                            BILLED TO AXXXXXXXXXXXX█████       356.79
                                                             ------------------
                                   SUB TOTAL                          431.79
                                   NET CC BILLING                     431.79
                                                             ------------------
                                   TOTAL AMOUNT DUE                     0.00
```

LUBNA M FARUQI                          Account Ending [REDACTED]                          p. 30/35

**Detail Continued**                                         ♦ - denotes Pay Over Time activity

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

**ROBERT KILLORIN**
Card Ending [REDACTED]

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/08/21 | VTS ALL TAXI DISPATC VTS ALL TAXI DI 480-300-0808 | PHOENIX | AZ |  | $23.79 |
| 09/09/21 | BOSS TAXI squareup.com/receipts | PHOENIX | AZ |  | $25.69 |
| 09/09/21 | ABM ATLANTA AIPORT 0796 DON AMAN079680 4076810101 | ATLANTA | GA |  | $38.00 |
| 09/09/21 | BEST OF THE VALLEY MKT PH 000000001 8133963639 | PHOENIX | AZ |  | $18.96 |
| 09/10/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL 592618 85004 | PHOENIX | AZ | ... | $305.21 ♦ |

Continued on next page



**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 10/07/21

p. 31/35

Account Ending ███████

| Detail Continued | ♦ - denotes Pay Over Time activity |
|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

| 09/28/21 | LIME LIGHT ASSOCIATES INC | | CORONA | NY | $526.79 |
|---|---|---|---|---|---|
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | ATLANTA HARTSFIELD | PHOENIX SKY HARBOR | DL | L | |
| | | ATLANTA HARTSFIELD | DL | K | |
| | Ticket Number: 00676608335443 | | Date of Departure: 10/13 | | |
| | Passenger Name: KILLORIN/ROBERT W | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 09/29/21 | LIME LIGHT ASSOCIATES INC | | CORONA | NY | $75.00 |
| | TRAVEL AGENCY SERVICE | | | | |
| | Ticket Number: 89008037529073 | | | | |
| | Passenger Name: KILLORIN/ROBERT W | | | | |
| | Document Type: TRAVEL AGENCY FEE | | | | |

Capital One

## Posted Transactions Since Your Last Statement

Account Ending in ... ▮

| DATE | DESCRIPTION | CATEGORY | CARD | AMOUNT |
|---|---|---|---|---|
| Sep 11 | Renaissance Hotels | Lodging | Cristina P. .. ▮ | $190.25 |
| Sep 10 | BLANCO TACOS T4 N2 PHX | Dining | Cristina P. .. ▮ | $20.30 |
| Sep 10 | Renaissance Hotels | Lodging | Cristina P. .. ▮ | $15.86 |
| Sep 10 | Renaissance Hotels | Lodging | Cristina P. .. ▮ | $17.12 |
| Sep 09 | HUDSON-DUNKIN ST1299 | Grocery | Cristina P. .. ▮ | $11.24 |
| Sep 09 | HUDSON-DUNKIN ST1299 | Grocery | Cristina P. .. ▮ | $7.15 |

## CHECK REQUEST

DATE:       September 13, 2021

NAME:       Cristina Paneque

AMOUNT:     $185.59

RE:         Uber- round trip to airport in NY and Phoenix for Conference    (mesa air)

PAID _9/13/2021_

Check #: _20929_

Amount: $ _185.59_

Date: _9/13/2021_

Category _____

122 N 2nd St, Phoenix, AZ 85004, United States

**Drop-off 9:48 AM**

511 W Adams St, Phoenix, AZ 85003, United States

September 9, 2021 11:47 AM                    $7.00

Ride fare

**Pickup 11:47 AM**

404 W Washington St, Phoenix, AZ 85003, United States

**Drop-off 11:53 AM**

15 E Monroe St, Phoenix, AZ 85004, United States

September 9, 2021 12:03 PM                    $25.00

Ride fare

**Pickup 12:03 PM**

40 N 1st St, Phoenix, AZ 85004, United States

**Drop-off 12:14 PM**

3800 E Sky Harbor Blvd, Phoenix, AZ 85034, United States

VISA Visa * ███                    **$40.00**



# One day of rides in a single charge

You were charged $40.00 for all of
the rides you took on September 9.

Review 'Payment frequency' in the
'Payment' tab in your Lyft app.

2

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa, American Express, Apple Pay, or Discover.

Help Center

We never share your address with your driver after a ride
Learn more about our commitment to safety.

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

**Cristina Paneque, Esq.**
Juris Doctor 2016
Boston College Law School
Bachelor of Science in Journalism 2013
University of Florida

3

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:39 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your receipt for rides on September 9 |

Good morning,

There are a few of the Lyft charges I incurred in Phoenix. I will be sending two more separately via emails.

The hotel charged my card separately for food. Will that be reimbursed as well? Thank you.

Cristina

**From:** Cristina Paneque ████████████████
**Sent:** Monday, September 13, 2021 10:35 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your receipt for rides on September 9

CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---------- Forwarded message ----------
From: **Lyft Receipts** <no-reply@lyftmail.com>
Date: Fri, Sep 10, 2021 at 11:05 AM
Subject: Your receipt for rides on September 9
To: ████████████████

Your receipt for rides on September 9



# Your total charges for September 9

  September 9, 2021 9:44 AM                    $8.00

Ride fare

● **Pickup  9:44 AM**

1

 September 8, 2021 10:07 AM $19.00

Ride fare

**●Pickup 10:07 AM**

3800 E Sky Harbor Blvd, Phoenix, AZ 85034, United States

**●Drop-off 10:20 AM**

100 N 1st St, Phoenix, AZ 85004, United States

**VISA** Visa *█████ **$74.00**



# One day of rides in a single charge

You were charged $74.00 for all of
the rides you took on September 8.

Review 'Payment frequency' in the
'Payment' tab in your Lyft app.

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa,
American Express, Apple Pay, or Discover.

Help Center

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514

2

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:40 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your receipt for rides on September 8 |

Third email for reimbursement. Thank you!

**From:** Cristina Paneque ███████████████████
**Sent:** Monday, September 13, 2021 10:39 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your receipt for rides on September 8

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

---------- Forwarded message ---------
From: **Lyft Receipts** <no-reply@lyftmail.com>
Date: Thu, Sep 9, 2021 at 8:33 AM
Subject: Your receipt for rides on September 8
To: ███████████████████

Your receipt for rides on September 8



# Your total charges for September 8

September 8, 2021 4:55 AM                               $55.00
                                                        Ride fare

**Pickup  4:55 AM**
██████████████████████████████████████████

**Drop-off  5:16 AM**
Terminal 8 arrivals, Queens County, NY, US

1

# Total                           $71.59

> In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on Manhattan trips below 96th St. Learn more

| | |
|---|---|
| Trip Fare | $52.48 |
| Subtotal | $52.48 |
| NY Congestion Fee | $2.75 |
| NY Black Car Fund | $1.85 |
| State Sales Tax | $5.46 |
| Tolls, Surcharges, and Fees | $9.05 |

## Amount Charged

VISA  ....  █████   SWITCH                          $71.59

Affiliated with VIERZEHN-NY, LLC (B02876)

Dispatched by Vierzehn (B02876)

2

**Olive Alston**

| | |
|---|---|
| **From:** | Cristina M. Paneque |
| **Sent:** | Monday, September 13, 2021 10:39 AM |
| **To:** | Olive Alston |
| **Subject:** | FW: Your Thursday evening trip with Uber |

Second email for reimbursement.

**From:** Cristina Paneque ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, September 13, 2021 10:35 AM
**To:** Cristina M. Paneque <cpaneque@faruqilaw.com>
**Subject:** Fwd: Your Thursday evening trip with Uber

**CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---------- Forwarded message ----------
From: **Uber Receipts** <noreply@uber.com>
Date: Fri, Sep 10, 2021 at 10:48 AM
Subject: Your Thursday evening trip with Uber
To: ▮▮▮▮▮▮▮▮▮▮

# Uber

Total $71.59
September 9, 2021

# Thanks for riding, Cristina

We hope you enjoyed your ride
this evening.



1

To submit a complaint to the NYC TLC, please call 311.

Download PDF

# You rode with Saeed

License Plate: T737921C

FHV License Number: 5778180

Driver's TLC License Number: 5755603

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX   8.22 miles | 16 min

11:53 PM
Queens, NY 11371, US

12:09 AM

3



YELLOW CAB
COMPANY
PHOENIX
480-966-8377
------------------

VEHICLE:228/9001
DRIVER:    114717
DATE:    10/13/21
TIME:    17:47

TRIP:    269045
SEQ :

228330
AMEX
██████ *****  ██████

AUTH#    840437

FARE    $  19.38
TIP    $   3.88
------------------
TOTAL    $  23.26

APPROVED$  23.26

_____
APPROVED

IMPORTANT:
RETAIN A COPY
FOR YOUR RECORDS

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024514          DATE: 29 SEP 2
                                        IPKZZW                   PAGE: 01

           TO: LIMELIGHT ASSOC
               45-09 104TH STREET
               CORONA, NY 11368


FOR: KILLORIN/ROBERT W



13 OCT 21  -  WEDNESDAY
    AIR    DELTA AIR LINES INC  FLT:871     ECONOMY      REFRSHMNT/PUR
           LV ATLANTA                       346P        EQP: AIRBUS A321
           DEPART: SOUTH TERMINAL                       04HR 00MIN
           AR PHOENIX                       446P        NON-STOP
           ARRIVE: TERMINAL 3                           REF: G8GEXL
           KILLORIN/ROBERT              DL-2042343075

15 OCT 21  -  FRIDAY
    AIR    DELTA AIR LINES INC  FLT:727     ECONOMY      REFRSHMNT/PUR
           LV PHOENIX                       725A        EQP: AIRBUS A321
           DEPART: TERMINAL 3                           03HR 34MIN
           AR ATLANTA                       159P        NON-STOP
           ARRIVE: SOUTH TERMINAL                       REF: G8GEXL
           KILLORIN/ROBERT              DL-2042343075
SERVICE FEE    XD0803752907
                               BILLED TO AXXXXXXXXXXXX█████        75.00

AIR TICKET    DL7660833544     KILLORIN ROBERT W
ELEC TKT                       BILLED TO AXXXXXXXXXXXX█████       526.79
                                                          ------------------
                               SUB TOTAL                          601.79
                               NET CC BILLING                     601.79
                                                          ------------------
                               TOTAL AMOUNT DUE                     0.00
```



**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 11/05/21

p. 27/32

Account Ending ▮▮▮▮

---

**Detail Continued**

♦ - denotes Pay Over Time activity

---

**ROBERT KILLORIN**
Card Ending ▮▮▮▮

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/07/21 | LIME LIGHT ASSOCIATES INC<br>DELTA AIR LINES<br>From:  To:<br>ATLANTA HARTSFIELD  NEW YORK LA GUARDI<br>  ATLANTA HARTSFIELD<br>Carrier:  Class:<br>DL  S<br>DL  S<br>Date of Departure: 10/20<br>Ticket Number: 00676608335686<br>Passenger Name: KILLORIN/ROBERT W<br>Document Type: PASSENGER TICKET | CORONA | NY | | $396.79 ♦ |
| 10/07/21 | LIME LIGHT ASSOCIATES INC<br>TRAVEL AGENCY SERVICE<br>Ticket Number: 89008037529213<br>Passenger Name: KILLORIN/ROBERT W<br>Document Type: TRAVEL AGENCY FEE | CORONA | NY | | $50.00 |
| 10/14/21 | CMT PHOENIX  330016 09029330016<br>718-9374444 | PHOENIX | AZ | | $23.26 |
| 10/15/21 | ABM ATLANTA AIPORT 0796 DON AMAN079688<br>4076810101 | ATLANTA | GA | | $28.00 |
| 10/16/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL<br>1094531 85004 | PHOENIX | AZ | | $641.12 ♦ |

Mesa Air

| CRISTINA PANEQUE Card Ending ███ | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/15/21 | RENAISSANCE PHOENIX DOWNTOWN HOTEL 1088533 85004 | PHOENIX | AZ | | $339.47 ♦ |
| 10/15/21 | Blanco Block 23 16153547009 60022 85004 | Phoenix | AZ | | $31.00 |

## CHECK REQUEST

DATE:       October 18, 2021

NAME:       Cristina Paneque

AMOUNT:   $210.00

RE:         Uber ride re Mesa Air conference in Phoenix with Bob

PAID  10/18/21
Check #: 21087
Amount: $ 210.00
Date: 10/18/21
Category



**10/13/21, 15:42**
T749203C

**$101.93**
Add a tip

Terminal 2, John F. Kennedy
International Airport (JFK), New York
City, NY 11430, US

Receipt

Your trip with Shourove



After your trip, driver can't see your
pickup or dropoff address details

View what your driver sees



Help

10/15/21, 05:57

$69.73

T794559C

Add a tip

Terminal 4, John F. Kennedy
International Airport (JFK), New York,
NY 11430, US

Receipt

Your trip with David

★ ★ ★ ★ ★

After your trip, driver can't see your
pickup or dropoff address details

View what your driver sees



Help



**10/13/21, 23:58**

CSD2244

**$14.34**

Add a tip

Terminal 3, Phoenix Sky Harbor
International Airport (PHX), Phoenix,
AZ 85034, US

**Receipt**

50 E Adams St. Phoenix, AZ 85004,
US

## Your trip with John



## After your trip, driver can't see your pickup or dropoff address details

View what your driver sees



Help



## $8.00

### Thanks for riding with Qais

## Your Trip

| 100 N 1st St | Pickup |
| Phoenix | 14:41 |
| 621 W Washington St | Drop-off |
| Phoenix | 14:47 |



# $16.00

## Thanks for riding with Aaron





## Your Trip

| | | |
|---|---|---|
| **142 E Washington St** | | Pickup |
| Phoenix | | 19:37 |
| **3420 E Sky Harbor Blvd** | | Drop-off |
| Phoenix | | 19:59 |



**Date of Purchase: Oct 19, 2022**

# Flight Receipt for Atlanta, GA to New York-LaGuardia, NY

## PASSENGER INFORMATION

ROBERTW KILLORIN
SkyMiles Number: ███████

Confirmation Number: GRGAKS
Ticket Number: 0062344081666

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>LGA<br>Mon 24Oct2022 DL 549 | OPEN | H | 26C |
| JFK>PHX<br>Thu 27Oct2022 DL 829 | OPEN | L | 21C |
| PHX>ATL<br>Fri 28Oct2022 DL 2464 | OPEN | Q | 27B |

## DETAILED CHARGES

**Air Transportation Charges**
| | | |
|---|---|---|
| Base Fare: | $922.79 | USD |

**Taxes, Fees & Charges:**
| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 | USD |
| United States - Transportation Tax (US) | $69.21 | USD |
| United States - Passenger Facility Charge (XF) | $13.50 | USD |
| United States - Flight Segment Tax (ZP) | $13.50 | USD |

| **Total Price:** | **$1,030.20** | **USD** |
|---|---|---|

**Balance Information**
| | | |
|---|---|---|
| Total Ticket Price Difference: | USD892.20 | USD |
| Service Charge: | USD0.00 | USD |
| **Balance Paid:** | **USD892.20** | **USD** |

Paid with American Express **********███

| | |
|---|---|
| Applied ECredit (0060202635874) | $138.00 |
| Paid with American Express **********███ | $892.20 |

**KEY OF TERMS**

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's  check-in requirements  and  baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please  email  us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's  conditions of carriage.   They include terms governing for example:

-  Limits on our liability  for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
-  Claim restrictions  including time periods within which you must file a claim or bring action against us.
- Our right to  change terms  of the contract.
-  Check-in requirements  and other rules established when we may  refuse carriage.
- Our rights and limits of our liability for  delay of failure to perform service  , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.

- Our policy on  overbooking flights  , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2022 Delta Air Lines, Inc. All rights reserved.



**212-351-6800**
info@fitzpatrickhotels.com

**Killorin , Robert**

| | |
|---|---|
| **Confirmation Number:** | 63699222-1 |
| **Room Number:** | 819 |
| **Room Type:** | DQ |
| **No. of Guests:** | 1 |

| ARRIVAL | DEPARTURE | RATE PLAN | FOLIO NUMBER |
|---|---|---|---|
| 10/24/2022 | 10/27/2022 | FARUQI | 518316 |

| DATE | CODE | DESCRIPTION | AMOUNT (USD) |
|---|---|---|---|
| 10/24/2022 | RM | Room Charge | 455.00 |
| 10/24/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/24/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/24/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/24/2022 | TR | NYC Room Tax | 26.73 |
| 10/25/2022 | RM | Room Charge | 455.00 |
| 10/25/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/25/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/25/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/25/2022 | TR | NYC Room Tax | 26.73 |
| 10/26/2022 | RM | Room Charge | 455.00 |
| 10/26/2022 | TS | NYS Sales Tax - 8.875% | 40.38 |
| 10/26/2022 | TO | NYC Occupancy Tax - $2.00/Room | 2.00 |
| 10/26/2022 | TJ | NYS Hotel Unit Fee - $1.50 | 1.50 |
| 10/26/2022 | TR | NYC Room Tax | 26.73 |
| 10/27/2022 | AX | American Express ********** █ | (1,576.83) |
| | | **TOTAL DUE:** | 0.00 |

```
SALES PERSON: EV          ITINERARY/INVOICE NO. 0024529        DATE: 30 SEP 2
                                            LPRTYJ             PAGE: 01

        TO: LIMELIGHT ASSOC
            45-09 104TH STREET
            CORONA, NY 11368


FOR: PANEQUE/CRISTINA M


13 OCT 21  -  WEDNESDAY
    AIR    DELTA AIR LINES INC  FLT:829    ECONOMY        REFRSHMNT/PUR
           LV NEW YORK JFK                 625P          EQP: BOEING 737-800
           DEPART: TERMINAL 4                            05HR 28MIN
           AR PHOENIX                      853P          NON-STOP
           ARRIVE: TERMINAL 3                            REF: GEFS2U
           PANEQUE/CRISTIN   SEAT-20D   DL-9018622986

14 OCT 21  -  THURSDAY
    AIR    DELTA AIR LINES INC  FLT:1031   ECONOMY
           LV PHOENIX                      1020P         EQP: BOEING 737-800
           DEPART: TERMINAL 3                            04HR 43MIN

15 OCT 21  -  FRIDAY
           AR NEW YORK JFK                 603A          NON-STOP
           ARRIVE: TERMINAL 4                            REF: GEFS2U
           PANEQUE/CRISTIN   SEAT-23D   DL-9018622986
SERVICE FEE   XD0803752911
                                   BILLED TO AXXXXXXXXXXXX▉           50.00

AIR TICKET    DL7660833552        PANEQUE CRISTINA M
ELEC TKT                          BILLED TO AXXXXXXXXXXXX▉          286.80
                                                                  ------------
                                   SUB TOTAL                        336.80
                                   NET CC BILLING                   336.80
                                                                  ------------
                                   TOTAL AMOUNT DUE                   0.00
```

```
SALES PERSON: EV           ITINERARY/INVOICE NO. 0025620        DATE: 20 OCT 2
                                          KGYAMN                PAGE: 01


       TO: LIMELIGHT ASSOC
           45-09 104TH STREET
           CORONA, NY 11368



FOR: LENAHAN/KATHERINE



27 OCT 22  -  THURSDAY
    AIR   AMERICAN AIRLINES     FLT:2829    ECONOMY          FOOD FOR PURCHASE
          LV NEW YORK JFK                   129P            EQP: 7M8
          DEPART: TERMINAL 8                               05HR 38MIN
          AR PHOENIX                        407P            NON-STOP
          ARRIVE: TERMINAL 4                                REF: IVYAFE
          LENAHAN/KATHERI    SEAT-32D

28 OCT 22  -  FRIDAY
    AIR   AMERICAN AIRLINES     FLT:1388    ECONOMY          FOOD FOR PURCHASE
          LV PHOENIX                        313P            EQP: 7M8
          DEPART: TERMINAL 4                               04HR 46MIN
          AR NEW YORK JFK                   1059P           NON-STOP
          ARRIVE: TERMINAL 8                                REF: IVYAFE
          LENAHAN/KATHERI    SEAT-15B
SERVICE FEE    XD0828847300
                                 BILLED TO AXXXXXXXXXXXX██        75.00

AIR TICKET     AA7863367257      LENAHAN KATHERINE
ELEC TKT                         BILLED TO AXXXXXXXXXXXX██       477.20
                                                              ----------------
                                 SUB TOTAL                      552.20
                                 NET CC BILLING                 552.20
                                                              ----------------
                                 TOTAL AMOUNT DUE                 0.00
```

**Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 11/06/22

p. 29/35

Account Ending ▮▮▮▮



**ROBERT KILLORIN**
Card Ending ▮▮▮▮

Foreign
Spend

**Amount**

Continued on reverse

 **Business Centurion® Card**
FARUQI  FARUQI
LUBNA M FARUQI
Closing Date 11/06/22

p. 31/35

Account Ending ▇▇▇▇

---

**Detail Continued**

♦ - denotes Pay Over Time activity

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 10/28/22 | CALLMETAXICAB<br>squareup.com/receipts | TEMPE | AZ | $30.00 ♦ |
| 10/28/22 | HYATT REGENCY PHOENIX PHXR<br>Arrival Date 10/27/22   Departure Date 10/28/22<br>00000000<br>LODGING | PHOENIX | AZ | $370.36 ♦ |
| 10/28/22 | HYATT REG PHOENIX F&B PHXR<br>602-252-1234 | PHOENIX | AZ | $54.40 ♦ |
| 10/28/22 | HYATT REGENCY PHOENIX PHXR<br>Arrival Date 10/27/22   Departure Date 10/28/22<br>00000000<br>LODGING | PHOENIX | AZ | $5.90 ♦ |
| 10/28/22 | VTS ALL TAXI DISPATC VTS ALL TAXI DI<br>480-300-0808 | PHOENIX | AZ | $22.56 ♦ |
| 10/28/22 | PREFLIGHT ATLANTA ONLINE 6500000121398<br>4047678000 | COLLEGE PARK | GA | $65.00 ♦ |

**BOBBY VAN'S**
*Steakhouse*
EST. 1969

Bobby Van's Grill (718)553-2100
JFK International Airport TERMINAL 8
UNIT M16
Jamaica, NY 11430

Server: Shayla  M
Check #105                          Table 25
Guest Count: 1
Ordered:              10/27/22 11:16 AM

| | |
|---|---|
| 1 Coffee | $5.00 |
| 1 Turkey Club | $19.00 |
| French fries & Onion Strings | |
| No Aruoglia | |

| | |
|---|---|
| Subtotal | $24.00 |
| Tax | $2.13 |
| Total | $26.13 |

| | |
|---|---|
| Priority  pass | -$26.13 |
| Amount Due | $0.00 |

---

Suggested Tip:
20%: (Tip $4.80  Total $30.93)
22%: (Tip $5.28  Total $31.41)
25%: (Tip $6.00  Total $32.13)
Tip percentages are based on the check
price before taxes.

Powered by Toast


**HYATT REGENCY**

**Hyatt Regency Phoenix**
122 North Second Street
Phoenix, AZ 85004
Tel: 602-252-1234
Fax: 602-254-9472
phoenix.hyatt.com

INVOICE

MS Katherine Lenahan
685 Third Avenue
New York NY 10017
United States

| | |
|---|---|
| Room No. | 0865 |
| Arrival | 10-27-22 |
| Departure | 10-28-22 |
| Folio Window | 1 |
| Folio No. | 1089679 |

Confirmation No.   4762659701

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-27-22 | Accommodation | | 329.00 | |
| 10-27-22 | State Occupancy Tax | | 23.92 | |
| 10-27-22 | City Occupancy Tax 5.3% | | 17.44 | |
| 10-28-22 | American Express | XXXXXXXXXXX■ XX/XX | | 370.36 |

| | | |
|---|---|---|
| **Total** | 370.36 | 370.36 |

Guest Signature

**Balance**                                    0.00

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

### World of Hyatt Summary

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

Our goal is to provide every guest with an enjoyable stay. Please share any comments or suggestions by phone: 1-877-402-0555 or E-mail: qualityphxrp@hyatt.com

For inquiries concerning your bill please call 888-588-4384

Please remit payment to:
Hyatt Corporation as agent of H.E. Phoenix LLC d/b/a Hyatt Regency Phoenix
P.O. Box 840944
Dallas, TX 75284-0944



**Hudson**

John F. Kennedy International Airport
Terminal 8
Jamaica, NY 11430

### SALE TRANSACTION

| | | |
|---|---|---|
| 3568340 | GLACEAU SMRT WTR | $4.69 |
| CONTAINER DEPOSIT | | $0.05 |
| 1984620 | Clif Bar Peanut B | $3.99 |

| | | |
|---|---|---|
| SALES TAX | $4.69 @ 8.875% | $0.42 |
| Total CONTAINER DEPOSIT | | $0.05 |

Items in Transaction:2
Balance to pay                           $9.15
AMEX                                     $9.15
-------------------------------------------

TYPE: Sale
ACCT: AMEX                    INSERTED
      AMERICAN EXPRESS
-------------------------------------------
CARD # ***********          EXP **/**
DATE/TIME:      10/27/2022   12:21:33
REF #          AUTH #       RESP 00
016176         842456       ISO
AID: A000000025010801
TSI: F800 ARC:00  CUR:0840
TVR: 0800008000
APP: AMERICAN EXPRESS
IAD: 06460103A0A000

                         --------------
Total USD$                      9.15
                         --------------

SSP America
6321370 - FOUR PEAKS
PHX Int'l. Airport
Phoenix AZ 85034
602-238-9095

** TRANSACTION RECORD **
Tran. #: 14816
Workstation #: 0145
Check #: 3333
Employee #: 200511
Employee: Ababa A

American Express
Purchase
XXXXXXXXXXX ▮▮▮▮
AID: A000000025010801
App Name:
 AMERICAN EXPRESS

Amount    $22.78
Tip    $2.00
==========
TOTAL USD$24.78

APPROVED 804401
00-000 (000) 804401
S0001T0145/EPHXFPKC06
000127447048
10/28/2022    2:08:54 PM
Mode: Issuer
IAD: 06460103602002
TVR: 0000008000
TSI: F800

No signature required

Customer Copy

*DRIVER COPY
ENTRY METHOD:
CONTACT CHIP
AID: A000000025010801
APPL. NAME:
AMERICAN EXPRESS
ATC: 0040
TID: **412
Mode: Issuer

DRIVER 5437334
CAB 2L30
PASSENGERS 1
DATE 10/29/22
START 00:10:05
END 00:23:23
TRIP 4279
JFK-MANHATTAN 2
DISTANCE 5.29 mi
FARE R2 $52.00
RFK Bridge $6.55
SUB TOTAL $58.55
TIP $14.84
STATE SURCHARGE $0.50
IMP. SURCHARGE $0.30
AIRPORT FEE: $1.25
TOTAL $75.44
AMEX
AUTH 868875
NO SIGNATURE REQUIRED
*

Contact TLC Dial 3-1-1

Gmail - Your Friday afternoon trip with Uber

 Gmail                                    **Katherine L** < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >

---

**Your Friday afternoon trip with Uber**

---

**Uber Receipts** <noreply@uber.com>                        Fri, Oct 28, 2022 at 3:50 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Uber                                         Total $20.94
                                             October 28, 2022

# Thanks for tipping, Katherine

Here's your updated Friday
afternoon ride receipt.



# Total                                      # $20.94

| | |
|---|---|
| Trip fare | $8.74 |
| Subtotal | $8 74 |
| Booking Fee ? | $2.70 |
| Airport Pickup Surcharge | $4 50 |
| Tips | $5.00 |

Payments

**Visa ••••**▮▮                              $20 94

 10/28/22 12:50 PM

[Download PDF](#)

# You rode with John

4.97 ★ Rating       Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more ›](#)

UberX     5.24 miles | 13 min

■ 12:26 PM
[122 N 2nd St, Phoenix, AZ 85004, US](#)

■ 12:39 PM
Terminal 4, Phoenix Sky Harbor International Airport (PHX), Phoenix, AZ 85034, US



Report lost item ›      Contact support ›      My trips ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

PARADIES LAGARDERE
PHOENIX SKY HARBOR INTERNATIONAL AIRPORT
PHOENIX, AZ

SALESPERSON # 513977

PERRIER LMNSPRK500ML 074780439961
3.49 T

TOTAL                                    $3.49
AMEX                                     $3.49
*************** PURCHASE ***************
APPROVED

Total:                                   $3.49

Card Type:      AMEX
Card Entry:     CHIP
Acct #:         ***********
Approval Code: 845697

************* EMV PURCHASE *************
App Label:              AMERICAN EXPRESS
Mode:                            Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 06550103A0A002
TSI: E800
ARC: 00
AC: FA367906A2DAC552
CVM: 5E0300


CUSTOMER COPY

ITEMS 1
10/28/2022  02:12PM
001460 04 513977                         1369

THANK YOU FOR SHOPPING AT
PARADIES LAGARDERE
PHOENIX SKY HARBOR INTERNATIONAL AIRPORT
VISIT US ON THE WEB!
WWW.PARADIESLAGARDERE.COM



**HYATT**
REGENCY

Hyatt Regency Phoenix
Market
122 N 2nd st
Phoenix, Arizona 85004
(602)-252-1234

1426800 Selina

```
-------------------------------------
CHK  13118              GST  1
     10/28/2022 10:45 AM
-------------------------------------
```

1 Aquafina 20oz              3.00

   Food                    $3.00
   *Tax                    $0.26
**Total Paid**              **$3.26**
**Change Due**              **$0.00**
   Amex                    $3.26
   XXXXXXXXXXX

---------- Check Closed ----------
    10/28/2022 10:45 AM
Join World of Hyatt today
and start earning points for
stays, dining and more.
Visit worldofhyatt.com
*Not point earning eligible
#Not point redemption eligible

FARUQI AND FARUQI LLP
ATTN: LUBNA M. FARUQI
685 THIRD AVENUE
26TH FLOOR
NEW YORK, NY 10017

**Skyline Credit Services LLC**

*4124 38TH ST, Long Island City, NY 11101*
*phone: (718) 482-8585   fax: (718) 438-2930*
*www.executivecharge.com*

*Invoice*

**Account Number:** ▮▮▮▮▮▮
**Invoice Number:** 6011644
**Invoice Date:** 11/30/2022
**Invoice Total:** $206.19

*[handwritten: PAID 12/28/2022  22906  206.19]*

| Aged Balance | |
| --- | --- |
| Current: | $206.19 |
| 31-60 days: | $0.00 |
| 61-90 days: | $0.00 |
| 91+ days: | $0.00 |
| Total Amount Due: | $206.19 |

**TOTAL AMOUNT OF INVOICE IS DUE UPON RECEIPT OF THIS BILL.**

For proper credit when sending payments, please indicate Account and Invoice Number on your check.
Make check payable to Skyline Credit Services LLC .
Invoice Aging does not include any invoices dated after this invoice date

### Skyline Credit Services LLC

4124 38TH ST, Long Island City, NY 11101
phone: (718) 482-8585   fax: (718) 438-2930
www.executivecharge.com

Account Number: ▮▮▮▮
Invoice Number: 6011644
Invoice Date: 11/30/2022

## Invoice

| Voucher | Date | Car | Passenger | Pickup | Destination | Time | Flat | Tips | Tolls | Park | Misc | Svc Chg | Stops | Wait | Fuel | NYS Surchg | Sales Tax | CPS | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118178 | 10/27/22 | K0044 | Lenahan Katherine | ▮▮▮▮ - 111 | JFK - 11430 | 09:50 | 73.00 | 0.00 | 12.67 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 3.65 | 2.74 | 7.66 | 0.00 | 101.72 *mesa Air* | | |
| 141053 | 10/27/22 | K0532 | Killorin Robert | 685 3rd Avenue - 104 | JFK - 11430 | 14:48 | 73.00 | 0.00 | 12.67 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 3.65 | 2.74 | 7.66 | 2.75 | 104.47 | | |
| | | | | | Invoice Totals: | | 146.00 | 0.00 | 25.34 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 7.30 | 5.48 | 15.32 | 2.75 | 206.19 | | |

Total for the Current Invoice: $206.19
Prior Balance Due*: $0.00
Total Due: $206.19

**\* Payments received after 11/30/2022 are not reflected in the above statement**

## Voucher Print

| | | | | |
|---|---|---|---|---|
| Account Number: | ██████████ | | Print Job Number: | 2636430 |
| Invoice Number: | 6011644 | | Print Job Create Date: | DEC 07, 2022 08:21 pm |
| Invoice Date: | NOV 30, 2022 | | Voucher Images: | 2 |
| Invoice Total: | $206.19 | | Total Pages: | 3 |



| | Flat: | 73.00 |
|---|---|---|
| | Stops: | .00 |
| | CPS: | .00 |
| | SChg: | 2.00 |
| | Misc: | .00 |
| | Wait: | .00 |
| | Tolls: | 12.67 |
| | Tips: | 3.65 |
| NYS Surchg: | | 2.74 |
| Sales Tax: | | 7.66 |
| Total: | | $101.72 |

| | Flat: | 73.00 |
|---|---|---|
| | Stops: | .00 |
| | CPS: | 2.75 |
| | SChg: | 2.00 |
| | Misc: | .00 |
| | Wait: | .00 |
| | Tolls: | 12.67 |
| | Tips: | 3.65 |
| NYS Surchg: | | 2.74 |
| Sales Tax: | | 7.66 |
| Total: | | $104.47 |

Voucher: 118178
Pickup: ████████

Fare: Lenahan Katherine
Dest: JFK

Voucher: 141053
Pickup: 685 3rd Avenue

Fare: Killorin Robert
Dest: JFK

Account: K0000003341  NOV 30, 2022

2

# END OF
## Voucher Print

Wednesday, December 7, 2022 9:02 PM

| | |
|---|---|
| Account Number: | ████████ |
| Invoice Number: | 6011644 |
| Invoice Date: | NOV 30, 2022 |
| Invoice Total: | $206.19 |

| | |
|---|---|
| Print Job Number: | 2636430 |
| Print Job Create Date: | DEC 07, 2022 08:21 pm |
| Voucher Images: | 2 of 2 |
| Total Pages: | 3 |