**Redacted <u>Exhibit 4-K</u>**
*Lowthorp v. Mesa Air Group Inc., et al.*
No. CV-20-00648-PHX-MTL
Faruqi & Faruqi, LLP

**eDiscovery Database Hosting (Everlaw):  $1,431.92**

| Date | Purpose | Total Amount |
|---|---|---|
| 12/31/2021 | Storage of discovery and confirmatory discovery produced in this Action | $158.05 |
| 2/14/2022 | Storage of discovery and confirmatory discovery produced in this Action | $16.34 |
| 2/28/2022 | Storage of discovery and confirmatory discovery produced in this Action | $16.34 |
| 3/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $97.99 |
| 4/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 5/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 6/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 7/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 8/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 9/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 10/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 11/30/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 12/31/2022 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |
| 1/31/2023 | Storage of discovery and confirmatory discovery produced in this Action | $114.32 |


everlaw

| | |
|---|---|
| Invoice number | 51045 |
| Invoice date | Dec 31, 2021 |
| Payment terms | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $158.05

Due on Jan 30, 2022

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: Flat monthly fee (1.0 GB) in the Mesa Air Group - 2883 database for the month of December | 1 | $250.00 | $250.00 |
| **Subscription**<br>Due now: prorate the Mesa Air Group - 2883 database for 18/31 days in December ($250.00 * 18/31 days = $145.16) | 1 | ($104.84) | ($104.84) |

| | |
|---|---|
| Subtotal | $145.16 |
| Sales tax | $12.89 |
| Total | $158.05 |
| Paid/Credit | -$0.00 |
| **Amount due** | $158.05 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Account #: ████████
Account name: ████████
ABA/Routing: ████████
Domestic Wire Transfer: ████████
SWIFT code: ████████

PAID 1/13/2022
Check #: 21599
Amount: $ 158.05
Date: 1/13/2021



everlaw

| | |
|---|---|
| **Invoice number** | 53091 |
| **Invoice date** | Jan 31, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $16.34

Due on Mar 02, 2022

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 1.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of January | 1 | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $15.00 |
| Sales tax | $1.34 |
| Total | $16.34 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$16.34** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Account #:
Account name:
ABA/Routing:
Domestic Wire Transfer:
SWIFT code:

PAID _2/14/2022_
Check #: _21744_
Amount $ _16.34_
Date: _____
Category _____

Amount 16 11 8/7/2022
Date: 3/7/2022 (21841)
Category

**everlaw**

| | |
|---|---|
| Invoice number | 54627 |
| Invoice date | Feb 28, 2022 |
| Payment terms | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $16.34

**Due on Mar 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 1.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of February | 1 | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $15.00 |
| Sales tax | $1.34 |
| Total | $16.34 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$16.34** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

████████████

Account #: ███████
Account name: ███████
ABA/Routing: ███████
**Domestic Wire Transfer:** ███████
SWIFT code: ███████



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com





| | Invoice number | 56455 |
|---|---|---|
| | Invoice date | Mar 31, 2022 |
| | Payment terms | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $97.99

**Due on Apr 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 6.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of March | 6 | $15.00 | $90.00 |

| | | |
|---|---|---|
| Subtotal | | $90.00 |
| Sales tax | | $7.99 |
| Total | | $97.99 |
| Paid/Credit | | -$0.00 |
| **Amount due** | | $97.99 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

███████
███████
███████

**Account #:** ███████
**Account name:** ███████
**ABA/Routing:** ███████
**Domestic Wire Transfer:** ███████
**SWIFT code:** ███████






everlaw

| | |
|---|---|
| **Invoice number** | 58069 |
| **Invoice date** | Apr 30, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on May 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of April | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

████████
███████████
██████████████

**Account #:** ████████
**Account name:** █████████
**ABA/Routing:** ██████████
**Domestic Wire Transfer:** ████████
**SWIFT code:** █████████████



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com





| | Invoice number | 59602 |
|---|---|---|
| | **Invoice date** | May 31, 2022 |
| | **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jun 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of May | 7 | $15.00 | $105.00 |

| | | |
|---|---|---|
| Subtotal | | $105.00 |
| Sales tax | | $9.32 |
| Total | | $114.32 |
| Paid/Credit | | -$0.00 |
| **Amount due** | | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: █████████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Overnight Mail**

Lockbox Services 786166
Everlaw, Inc.
MAC Y1372-045
Philadelphia, PA 19106

**Pay by ACH / wire transfer**

████████
███████████████
██████████████████

**Account #:** ████████
**Account name:** █████████
**ABA/Routing:** ██████████
**Domestic Wire Transfer:** ████████
**SWIFT code:** ████████████████



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com




everlaw

| | |
|---|---|
| **Invoice number** | 61657 |
| **Invoice date** | Jun 30, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jul 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of June | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

---

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ████████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ████████
Bank name: ████████
Account number: ████████
Bank Address: ████████
████████
Routing number: ████████


We report to
dun & bradstreet
to better serve the credit community
www.dnb.com





| | |
|---|---|
| **Invoice number** | 63445 |
| **Invoice date** | Jul 31, 2022 |
| **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Aug 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of July | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▉▉▉▉▉▉▉

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▉▉▉▉▉▉
Bank name: ▉▉▉▉▉▉▉▉
Account number: ▉▉▉▉▉
Bank Address: ▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉
Routing number: ▉▉▉▉▉




We report to
**dun & bradstreet**
to better serve the credit community
www.dnb.com



| | Invoice number | 65191 |
|---|---|---|
| | **Invoice date** | Aug 31, 2022 |
| | **Payment terms** | Net 30 |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Sep 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>7.0 GB @ $15.0/GB in the Mesa Air Group - 2883 database for the month of August | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▮▮▮▮▮
Bank name: ▮▮▮▮▮▮▮
Account number: ▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
Routing number: ▮▮▮▮▮





 **Everlaw**

| | |
|---|---|
| **Invoice number** | 67149 |
| **Invoice date** | Sep 30, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Oct 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (September 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$114.32** |

---

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▮▮▮▮▮▮
Bank name: ▮▮▮▮▮▮▮▮
Account number: ▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
Routing number: ▮▮▮▮▮



We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



| | |
|---|---|
| **Invoice number** | 69318 |
| **Invoice date** | Oct 31, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |



**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Nov 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (October 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▮▮▮▮▮▮
Bank name: ▮▮▮▮▮▮▮▮
Account number: ▮▮▮▮▮
Bank Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Routing number: ▮▮▮▮▮





| | |
|---|---|
| **Invoice number** | 71428 |
| **Invoice date** | Nov 30, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |



**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Dec 30, 2022**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** Mesa Air Group - 2883 (November 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: █████████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ████████
Bank name: ████████████
Account number: ████████
Bank Address: ████████████████
████████████████
Routing number: ██████████

We report to
dun & bradstreet
to better serve the credit community
www.dnb.com



 **Everlaw**

| | |
|---|---|
| **Invoice number** | 73379 |
| **Invoice date** | Dec 31, 2022 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

# $114.32

**Due on Jan 30, 2023**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (December 2022) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | $114.32 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ███████

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ███████
Bank name: ███████
Account number: ███████
Bank Address: ███████
███████
Routing number: ███████


We report to
**dun & bradstreet**
to better serve the credit community
www.dnb.com



# ◈ Everlaw

| | |
|---|---|
| **Invoice number** | 75561 |
| **Invoice date** | Jan 31, 2023 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

Faruqi Faruqi
685 3rd Avenue, 26th Floor
New York NY 10017
United States

**Billing Reference**

AMOUNT DUE

## $114.32

**Due on Mar 02, 2023**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Mesa Air Group - 2883 (January 2023) | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales tax | $9.32 |
| Total | $114.32 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$114.32** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: ▮▮▮▮▮▮

**Pay by check**

**Regular US Mail**

Everlaw, Inc.
PO Box 124013
Dallas, TX 75312-4013

**Overnight Mail**

Everlaw, Inc.
894013
1501 North Plano Rd, Ste100
Richardson, TX 75081

**Pay by ACH / Wire Transfer**

Account name: ▮▮▮▮
Bank name: ▮▮▮▮
Account number: ▮▮▮▮
Bank Address: ▮▮▮▮

Routing number: ▮▮▮▮

We report to
dun & bradstreet
to better serve the credit community
www.dnb.com

PAID _____ 2/6/2023
Check#: _____ 23154
Amount: $ _____ 114.32
Date: _____ 2/6/2023
Category _____