**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
NINA F. LOCKER (*pro hac vice*)
nlocker@wsgr.com
CHARLES A. TALPAS (*pro hac vice*)
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

**COPPERSMITH BROCKELMAN PLC**
NATHAN J. KUNZ (AZ 024819)
nkunz@cblawyers.com
2800 N. Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5472

*Attorneys for Defendants Mesa Air Group, Inc., Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller and Don Skiados*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David G. Lowthorp, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mesa Air Group, Incorporated, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00648-MTL<br><br>**DECLARATION OF CHARLES A. TALPAS REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT NOTICE REQUIREMENTS** |

I, Charles A. Talpas, declare as follows:

1.     I am an attorney with Wilson Sonsini Goodrich & Rosati, P.C. and am admitted to practice law *pro hac vice* before this Court.  I am counsel for Defendants Mesa Air Group, Inc. ("Mesa"), Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, Harvey Schiller, and Don Skiados, in the above-captioned action.  I am admitted to practice law in the State of California and before this Court.  I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a thorough inquiry. If called upon to testify, I could and would testify competently thereto.

2.     I make this declaration regarding Mesa's compliance, on behalf of all Defendants, with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

3.     The Stipulation and Agreement of Settlement (the "Stipulation"), ECF No. 124, was filed with the Court on May 6, 2022.  Following the filing of the Stipulation, counsel for Mesa prepared a CAFA notice letter and assembled the documents and materials listed in 28 U.S.C. § 1715(b), as well as a list of contact information for the state and federal officials who were the intended recipients of the notice.

4.     On June 2, 2022, counsel for Mesa served the CAFA notice letter ("CAFA Notice") via U.S.P.S. Priority Mail to the United States Attorney General and the Attorney General for each State and Territory.  The CAFA Notice notified recipients of the proposed class action settlement in this matter ("Class Action Settlement") and included the information required by 28 U.S.C. § 1715(b).  The CAFA Notice (without its accompanying CD containing attachments) is attached hereto as Exhibit 1, and the distribution list of recipients is attached as Exhibit A to the CAFA Notice.

5.     As reflected in Exhibit 1, the CAFA Notice and accompanying CD (the contents of which is listed on pages 1 and 2 of the CAFA Notice) included the documents and information required by 28 U.S.C. § 1715(b), including, but not limited to:  (a) the complaint and amended complaint; (b) the Stipulation and accompanying exhibits,

including the forms of notice of settlement; and (c) the Unopposed Motion for Preliminary Approval of Class Action Settlement.  On October 28, 2022, the Court granted preliminary approval of the settlement.

6.      As of the date of this declaration, Mesa has not received any substantive communications regarding the CAFA Notice or proposed Class Action Settlement from any of the Attorneys General or any other recipient of the CAFA Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed March 30, 2023 in Palo Alto, California.

/s/ Charles A. Talpas
Charles A. Talpas

TALPAS DECLARATION REGARDING
CAFA NOTICE REQUIREMENTS
CASE NO. 2:20-CV-00648-MTL

-2-