# EXHIBIT 1



Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

June 2, 2022

***Via USPS Priority Mail***

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Applicable State and Territory Officials
(Identified on Exhibit A attached hereto)

>    Re:    ***Lowthorp v. Mesa Air Group, Inc. et al.,***
>    **District of Arizona, Case No. 2:20-cv-00648-MTL**

To Whom It May Concern:

We represent Defendants Mesa Air Group, Inc., ("Mesa"), Jonathan G. Ornstein, Michael J. Lotz, Daniel J. Altobello, Ellen N. Artist, Mitchell Gordon, Dana J. Lockhart, G. Grant Lyon, Giacomo Picco, and Harvey Schiller (collectively, the "Individual Defendants," and together with Mesa, the "Mesa Defendants").  We write on behalf of the Mesa Defendants and Defendants Raymond James & Associates Incorporated, Merrill Lynch Pierce Fenner & Smith Incorporated, Cowen & Company LLC, Stifel Nicolaus & Company Incorporated, and Imperial Capital LLC (collectively, the "Underwriter Defendants" and, together with the Mesa Defendants, "Defendants") in the above-referenced action (the "Class Action") to provide you with notice under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, *et seq.*, of a proposed class action settlement filed with the United States District Court for District of Arizona.  A Stipulation and Agreement of Settlement was filed with the Court on May 6, 2022.

Pursuant to 28 U.S.C. § 1715, the following documents associated with the above-referenced action and Stipulation and Agreement of Settlement are included in PDF format on the enclosed CD:

| No. | Document |
|:---:|---|
| 1 | Class Action Complaint for Violations of the Federal Securities Laws – *Lowthorp v. Mesa Air Group, Inc. et al.*, No. 2:20-cv-00648-MTL (ECF No. 1) |
| 2 | Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 52) |

AUSTIN    BEIJING    BOSTON    BOULDER    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

**WILSON
SONSINI**

Merrick B. Garland
Attorney General of the United States
June 2, 2022
Page 2

| No. | Document |
|---|---|
| 3 | Stipulation and Agreement of Settlement (ECF No. 124)<br>Attachments:<br>    1.  Exhibit A – [Proposed] Order Preliminarily Approving Settlement and Providing for Notice<br>        • Exhibit 1 to Exhibit A – Notice of Pendency and Proposed Settlement of Class Action<br>        • Exhibit 2 to Exhibit A – Proof of Claim and Release<br>        • Exhibit 3 to Exhibit A – Summary Notice of Pendency and Proposed Settlement of Class Action<br>    2.  Exhibit B – [Proposed] Final Order and Judgment |
| 4 | Class Representative's Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support (ECF No. 125)<br>Attachments:<br>    1.  Declaration of James M. Wilson, Jr.<br>    2.  Exhibit 1 – Firm Resume of Faruqi & Faruqi, LLP<br>    3.  Exhibit 2 – Firm Resume of DeConcini McDonald Yetwin & Lacy, P.C.<br>    4.  Exhibit 3 – *Hosey v. Costolo*, No. 16-CIV-02228 (Cal. Sup. Ct. San Mateo Cty. Aug. 16, 2018), J. & Order Granting Final Approval of Class Action Settlement<br>    5.  Exhibit 4 – *Hosey v. Costolo*, No. 16-CIV-02228 (Cal. Sup. Ct. San Mateo Cty. Aug. 16, 2018), Mem. of Points & Authorities in Supp. of Pl.'s Unopposed Mot. for Certification of Settlement Class and for Final Approval of Settlement<br>    6.  Exhibit 5 – *In re WorldSpace, Inc. Sec. Litig.*, No. 07 Civ 02252 (RMB) (S.D.N.Y. June 3, 2013), ECF No. 107<br>    7.  Exhibit 6 – *In re WorldSpace, Inc. Sec. Litig.*, No. 07 Civ 02252 (RMB) (S.D.N.Y. May 1, 2013), ECF No. 100<br>    8.  Exhibit 7 – *Oh v. Chan*, No. 07-04891 DDP (AJWx) (C.D. Cal. Sept. 24, 2009), ECF No. 100<br>    9.  Exhibit 8 – *Oh v. Chan*, No. 07-04891 DDP (AJWx) (C.D. Cal. July 20, 2009), ECF No. 91<br>    10. Exhibit 9 – Proposed Schedule of Settlement-Related Events |
| 5 | Reply in Support of Class Representative's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 126) |

As discussed in the Stipulation and Agreement of Settlement and Motion for Preliminary Approval, Defendants have entered into a Supplemental Agreement with Lead Plaintiff that has not been filed with the Court, which provides that Mesa shall have the option to terminate the proposed settlement if proposed class members representing a certain number of shares elect to be excluded from the proposed settlement class. Defendants will provide a copy of the Supplemental Agreement upon request.

**WILSON
SONSINI**

Merrick B. Garland
Attorney General of the United States
June 2, 2022
Page 3

All filings in the above-referenced action are available through the electronic filing system for the United States District Court for the District of Arizona, which can be found at the following web-address:  https://ecf.azd.uscourts.gov/.  Any future hearings and papers will be posted on that website as well.

Although it is not feasible for the Mesa Defendants to identify all class members who reside in each state, the Mesa Defendants note that the Class includes all individuals and entities that purchased or otherwise acquired Mesa's securities pursuant and/or traceable to Mesa's Registration Statement and Prospectus issued in connection with Mesa's August 9, 2018 initial public offering and were damaged thereby.  Excluded from the Class are: (1) all Defendants, which includes the Mesa Defendants and the Underwriter Defendants; (2) Mesa's past and current executive officers and directors, employees, affiliates, legal representatives, heirs, predecessors, successors, and assigns, and any entity in which Mesa has a controlling interest or of which the Company is a parent or subsidiary; and (3) any person who validly requests exclusion from the Settlement Class.

If you are unable to access any of the information on the enclosed CD or the electronic filing system for the United States District Court for the District of Arizona, or if you have other questions, please contact Nicki Locker at (650) 320-4888 or nlocker@wsgr.com.

Sincerely,

**WILSON SONSINI GOODRICH & ROSATI
Professional Corporation**

*/s/ Nina F. Locker*
    Nina F. Locker

Enclosures

## EXHIBIT A

| | |
|---|---|
| Alabama Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| American Samoa Attorney General<br>American Samoa Government<br>Executive Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814-2919 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | District of Columbia Attorney General<br>400 6th St., NW<br>Washington, DC 20001 |
| Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 706<br>Tamuning, Guam 96913 | Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |

| | |
|---|---|
| Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Michigan Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Minnesota Attorney General<br>75 Dr. Martin Luther King Jr. Blvd.<br>Suite 102, State Capital<br>Saint Paul, MN 55155 |
| Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 |
| Montana Attorney General<br>Justice Building<br>215 N. Sanders Street<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 | New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |

| | |
|---|---|
| New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | North Carolina Attorney General<br>Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0040 | Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street<br>Columbus, OH 43266-0410 | Oklahoma Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>Rembert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | South Dakota Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 | Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | |
|---|---|
| Utah Attorney General<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Virgin Islands Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virginia Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 |
| Wisconsin Attorney General<br>Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>State Capitol Building<br>109 State Capitol<br>Cheyenne, WY 82002 |