**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| David G. Lowthorp, Individually And On Behalf Of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>V.<br><br>Mesa Air Group, Inc.; Jonathan G. Ornstein; Michael J. Lotz; Daniel J. Altobello; Ellen N. Artist; Mitchell Gordon; Dana J. Lockhart; G. Grant Lyon; Giacomo Picco; Harvey Schiller; Don Skiados; Raymond James & Associates, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Cowen and Company, LLC; Stifel, Nicolaus & Company, Incorporated; and Imperial Capital, LLC,<br><br><br>Defendants. | No. 20-00648-PHX-MTL |

**SUPPLEMENTAL DECLARATION OF JACK EWASHKO REGARDING: (A) MAILING OF THE NOTICE PACKET; AND (B) REPORT ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS RECEIVED**

I, Jack Ewashko, declare as follows:

1.      I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data").  My business address is 600 A.B. Data Drive, Milwaukee, WI 53217. A.B. Data was authorized by the Court to act as the Claims Administrator in connection with the

settlement of the above-captioned action (the "Action").[1]  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this Declaration to supplement to my earlier declaration, the Declaration of Jack Ewashko Regarding: (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received, dated February 9, 2023 (ECF 139) (the "Initial Mailing Declaration"), which provided the Court with information regarding the implementation of the notice plan.

## CONTINUED MAILING OF THE NOTICE PACKET

3.    Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice Packet in response to additional requests from potential Class Members and nominees.  Through March 30, 2023, A.B. Data has mailed a total of 10,823 Notice Packets to potential Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

4.    A.B. Data continues to maintain the toll-free telephone number (1-877-354-3789) and interactive voice response system to accommodate any inquiries from potential Class Members with questions about the Action and the Settlement.  As of the date of this Declaration, 31 callers have called the toll-free number.

5.    A.B. Data also continues to maintain the settlement website www.mesasecuritiesclassaction.com and an email address info@mesasecuritiesclassaction.com

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated May 6, 2022 (ECF No. 124) (the "Stipulation").

in order to assist Class Members.  The website includes information regarding the Action and the proposed Settlement, including exclusion, objection, and claim filing deadlines, and the date, time and location of the Court's Settlement Hearing.  The website has been visited 66 times as of March 30, 2023.

6.      A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

### REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

7.      The Notice informed potential members of the Class that requests for exclusion from the Class were to be mailed to A.B. data such that they are received, not simply postmarked, no later than March 17, 2023.  As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

8.      The Notice Packet informed potential Class Members that objections to the proposed settlement were to be submitted to the Court, so as to be delivered by hand or sent by mail, postmarked no later than March 17, 2023.  Although not required to be sent to A.B. Data, in the course of our settlement administration work, A.B. Data sometimes also receives copies of objections from Class Members. For the sake of completeness here, I note that as of the date of this Declaration, A.B. Data has received no objections.

### UPDATE ON CLAIMS SUBMISSIONS

9.      To date, A.B. Data has received 3,292 Claims submissions, which amount to $9,019,335.83 of recognized losses under the Plan of Allocation.

10.      A.B. Data is still in the settlement administration process, including reviewing claims (for example, to exclude duplicate claims, claims submitted by persons that are excluded

under the settlement, and otherwise invalid claims) and will follow-up with claimants concerning any deficiencies in their claims. The final number of damaged shares, and amount of recognized loss will vary based on these standard quality control measures.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

       Executed this 30th day of March 2023 at New York, New York.


_____

Jack Ewashko