# EXHIBIT A

MESA SECURITIES CLASS ACTION
C/O A.B. DATA, LTD.
P.O. BOX 173087
MILWAUKEE, WI  53217

XXXXXXXXX
XXXXXXXXX
XXXXXXXXXX
XXXXXXXXXX
XXXXXXXXXX


**NOTICE OF REJECTION OF CLAIM**


**DATE:**              May 31, 2023

**RE:**                **MESA SECURITIES CLASS ACTION**

**CLAIM NUMBER:**      **XXXXXXXXXX**

**RESPONSE DEADLINE:**  June 20, 2023


Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim Form") that you submitted in connection with the Settlement achieved in the above-noted litigation.  Your Claim, based on our review, is ineligible for a recovery for the reason(s) listed below.  Please note that some reasons for ineligibility are curable.  To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible, the identified curable conditions of ineligibility must be resolved, and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation.  Please include a copy of this notice with your response.  If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note that this is the only notice you will receive with respect to this Claim.


**No Eligible Purchase During the Class Period**

This Claim does not include a purchase or acquisition of Mesa Air Group common stock pursuant and/or traceable to the Company's initial public offering during the period from August 9, 2018, through February 5, 2019, inclusive.  Therefore, the Claim is ineligible to participate in the distribution of the Net Settlement Fund. Please note that purchases or acquisitions of Mesa Air Group common stock from February 6, 2019, through November 18, 2022, are not eligible for participation in the distribution of the Net Settlement Fund.

This is NOT a curable deficiency unless you had a purchase of Mesa Air Group common stock during the relevant period that is not reflected in your Claim. If you purchased or acquired Mesa Air Group common stock during the relevant period, you must advise us in writing and provide the appropriate documentation to support your transactions.

**No "Recognized Claim" Pursuant to Court-Approved Plan of Allocation**

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which was previously provided to you and is available for review on the Settlement website), we have determined that this Claim calculates to a "Recognized Claim" of zero and therefore is not eligible to receive any distribution from the Net Settlement Fund.

This is NOT a curable deficiency unless you had additional transactions in Mesa Air Group common stock pursuant and/or traceable to the Company's initial public offering during the period from August 9, 2018 through February 5, 2019, inclusive, that are not reflected in your Claim. Please note, your Claim may also have other ineligible conditions listed in this notice. If the ineligible conditions listed in this notice are not cured, the Claim will not be recommended for approval and, therefore, will not be eligible to receive any recovery. If other ineligible conditions are resolved but the Claim still does not calculate to a Recognized Claim under the Plan of Allocation, the Claim will remain ineligible. Please note, as set forth in the Claim Form, purchases or acquisitions of Mesa Air Group common stock made during February 6, 2019 through November 18, 2022, are not eligible to be included in the calculation of the Recognized Claim.

**Out of Balance**

This Claim is deficient because the transactions provided in the Claim do not balance. This Claim is missing information regarding the transactions of Mesa Air Group common stock pursuant and/or traceable to the Company's initial public offering during the period from August 9, 2018 through February 5, 2019, inclusive. For this Claim to balance, the number of shares of Mesa Air Group common stock purchased or acquired from August 9, 2018 through November 18, 2022, must equal the number of shares of Mesa Air Group common stock sold from August 9, 2018, through November 18, 2022, plus the number of shares of Mesa Air Group common stock held at the close of trading of the last transaction date of this claim. The Balancing Report enclosed, which summarizes the information on this Claim Form, sets forth the discrepancy.

To resolve this deficiency, please provide the appropriate documentation for the missing purchase(s), acquisition(s), sale(s), or holdings of Mesa Air Group common stock.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that (a) states your reason(s) for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) include a copy of this notice, postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, you may request that your Claim be presented to the Court for review, which will include the public filing of your Claim and supporting documentation with the Court. If your Disputed Claim is presented to the Court, your Claim Form and supporting documentation will be partially redacted to protect your privacy. Court review should only be sought if you disagree with our determination regarding this Claim.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 877-354-3789 or email us at info@ MesaSecuritiesClassAction.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Allocation, you may do so by visiting www.MesaSecuritiesClassAction.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator

Claim Number:XXXXXX

**SHARE DISCREPANCY CHART**

| Transaction Type | Description of Shares | Total Shares |
|---|---|---|
| Purchase | Number of shares purchased or acquired of Oracle Securities from August 9, 2018 through Febuary 5, 2019. | 0.0000 |
| Sale | Number of shares sold of Mesa Air Group from August 9, 2018 through November 18, 2022. | 0.0000 |
| Closing | Number of Mesa Air Group held at the close of trading on November 18, 2022. | -XXXX.0000 |
| Free Delivery | Number of shares transferred out to another account from August 9, 2018 through November 18, 2022. | 0.0000 |
| Lookback | Number of shares purchased or acquired from Febuary 6, 2019 through November 18, 2022. | 0.0000 |
| Free Receipt | Number of shares transferred into account from August 9, 2018 through Febuary 5, 2019. | 0.0000 |
| | STOCK - Claim Discrepancy (# of Shares) | -XXXX0000 |

In order for the Claim to balance, the number of shares of Mesa Air Group, Inc. common stock purchased or acquired (including free receipts) during the period from August 9, 2018 through November 18, 2022, inclusive, ***must equal*** the number of shares sold or otherwise disposed of (including free deliveries) from August 9, 2018 through November 18, 2022, plus the number of shares held at the close of trading on November 18, 2022.

In other words, (Purchases & Free Receipts) – (Sales & Free Deliveries + End Holdings) = 0. If the number is not zero, there is a Claim Discrepancy.

If the Claim Discrepancy is a positive number of shares, the Claim does not include all sales or free deliveries or all shares owned as of the close of the filing of this claim. If the Claim Discrepancy is a negative number of shares, the Claim does not include all purchases and free receipts or all of the shares owned as of the filing of this claim.