# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | COUB, NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | 1919.334 | Full Rejection | DUPCL |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 462 | Accepted | |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 49931.8 | Partial Rejection | COUB |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 2900.73 | Accepted | |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 1527.68 | Accepted | |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR, TRNI, TRNO |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 27.72 | Accepted | |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 0 | Full Rejection | NOLOS, NOPUR |
| xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | xxxxxx | | 630.75 | Partial Rejection | TRNI, TRNO |