# EXHIBIT D

**EXHIBIT D - Timely Eligible Claims**

Exhibit Summary - Total Claims: 831; Total Recognized Claim:  $17,926,360.33

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77210386 | $147,148.54 | 77247459 | $1,170.40 | 77247705 | $141.68 | 77397739 | $35,013.44 |
| 77214244 | $33,833.77 | 77247460 | $15,883.56 | 77247706 | $1,124.20 | 77397740 | $173,570.32 |
| 77214330 | $3,465.54 | 77247461 | $3,871.56 | 77247707 | $258.72 | 77397741 | $631,400.00 |
| 77214411 | $57.06 | 77247462 | $3,046.12 | 77247708 | $5,380.76 | 77441486 | $64,342.29 |
| 77214428 | $464,422.97 | 77247463 | $338.80 | 77247709 | $569.80 | 77441487 | $14,286.20 |
| 77214539 | $304.92 | 77247464 | $1,102.64 | 77247710 | $314.16 | 77441488 | $189,719.26 |
| 77231747 | $3,817.92 | 77247465 | $308.00 | 77247711 | $942.48 | 77441489 | $42,910.28 |
| 77246541 | $280.28 | 77247466 | $483.56 | 77247713 | $388.08 | 77441490 | $52,194.39 |
| 77246548 | $42,824.32 | 77247467 | $489.72 | 77247714 | $511.28 | 77441493 | $30,152.08 |
| 77247176 | $55,024.62 | 77247468 | $194.04 | 77247716 | $517.44 | 77441494 | $115,721.67 |
| 77247180 | $689.92 | 77247470 | $1,179.64 | 77247718 | $625.24 | 77441514 | $6,730.89 |
| 77247181 | $1,619.97 | 77247471 | $1,690.92 | 77247719 | $1,943.48 | 77441518 | $4,045.96 |
| 77247182 | $218.68 | 77247472 | $2,310.00 | 77247720 | $1,586.20 | 77441519 | $41,953.82 |
| 77247184 | $1,338.60 | 77247473 | $338.80 | 77247721 | $2,297.68 | 77441520 | $3,157.75 |
| 77247185 | $18.48 | 77247474 | $129.36 | 77247722 | $1,016.40 | 77441524 | $62.59 |
| 77247193 | $573,489.84 | 77247475 | $1,124.20 | 77247723 | $1,466.08 | 77441535 | $5,494.72 |
| 77247197 | $18,088.84 | 77247476 | $674.52 | 77247724 | $1,244.32 | 77441536 | $8,691.76 |
| 77247233 | $3,701.45 | 77247477 | $231.00 | 77247725 | $917.84 | 77441537 | $15,979.04 |
| 77247236 | $412.72 | 77247478 | $406.56 | 77247726 | $5,008.08 | 77441541 | $38,182.75 |
| 77247237 | $1,848.00 | 77247479 | $1,170.40 | 77247727 | $203.28 | 77441542 | $9,246.16 |
| 77247238 | $859.32 | 77247480 | $2,716.56 | 77247728 | $234.08 | 77441543 | $6,757.52 |
| 77247239 | $421.96 | 77247481 | $12,320.00 | 77247730 | $1,028.72 | 77441544 | $1,863.40 |
| 77247241 | $591.36 | 77247482 | $6,939.24 | 77247732 | $498.96 | 77441545 | $52,680.32 |
| 77247242 | $671.44 | 77247483 | $785.40 | 77247733 | $686.84 | 77441546 | $501,325.52 |
| 77247243 | $304.92 | 77247484 | $770.00 | 77247734 | $440.44 | 77441547 | $139,508.60 |
| 77247244 | $477.40 | 77247485 | $1,244.32 | 77247735 | $197.12 | 77441563 | $10,472.00 |
| 77247245 | $686.84 | 77247487 | $190.96 | 77247736 | $1,253.56 | 77441584 | $7,265.72 |
| 77247246 | $212.52 | 77247488 | $766.92 | 77247737 | $689.92 | 77441813 | $35,589.01 |
| 77247247 | $612.92 | 77247489 | $2,346.96 | 77247738 | $431.20 | 77441849 | $8.17 |
| 77247248 | $403.48 | 77247490 | $323.40 | 77247739 | $770.00 | 77441856 | $346.09 |
| 77247249 | $10,237.92 | 77247491 | $1,081.08 | 77247741 | $234.08 | 77441858 | $585.20 |
| 77247250 | $1,496.88 | 77247492 | $58,883.44 | 77247742 | $231.00 | 77441891 | $37,760.80 |
| 77247251 | $1,096.48 | 77247493 | $14,611.52 | 77247743 | $1,549.24 | 77441893 | $43,295.56 |

**EXHIBIT D - Timely Eligible Claims**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77247252 | $234.08 | 77247494 | $7,401.24 | 77247744 | $354.20 | 77441901 | $147,218.60 |
| 77247253 | $2,984.52 | 77247496 | $59,949.12 | 77247745 | $154.00 | 77441907 | $31,098.41 |
| 77247254 | $286.44 | 77247498 | $338.80 | 77247746 | $2,855.16 | 77441928 | $5,072.76 |
| 77247255 | $221.76 | 77247499 | $194.04 | 77247747 | $1,361.36 | 77441933 | $23,460.36 |
| 77247256 | $1,339.80 | 77247500 | $554.40 | 77247748 | $505.12 | 77441934 | $4,462.92 |
| 77247257 | $2,793.56 | 77247502 | $326.48 | 77247749 | $2,399.32 | 77441935 | $42,707.28 |
| 77247258 | $366.52 | 77247503 | $2,322.32 | 77247750 | $409.64 | 77441936 | $7,416.64 |
| 77247259 | $366.52 | 77247504 | $28,548.52 | 77247751 | $240.24 | 77441937 | $2,473.24 |
| 77247260 | $2,085.16 | 77247505 | $557.48 | 77247752 | $289.52 | 77441938 | $91,941.08 |
| 77247261 | $1,626.24 | 77247506 | $2,516.36 | 77247753 | $258.72 | 77441939 | $56,330.12 |
| 77247262 | $2,799.72 | 77247507 | $529.76 | 77247754 | $120.12 | 77441940 | $15,279.88 |
| 77247263 | $6,957.72 | 77247508 | $1,878.80 | 77247755 | $640.64 | 77441941 | $440,654.55 |
| 77247266 | $178.64 | 77247509 | $2,534.84 | 77247756 | $1,774.08 | 77441942 | $442,763.74 |
| 77247267 | $184.80 | 77247510 | $2,306.92 | 77247757 | $372.68 | 77441951 | $1,971.20 |
| 77247268 | $184.80 | 77247511 | $3,886.96 | 77247758 | $206.36 | 77441953 | $443,296.44 |
| 77247269 | $3,545.08 | 77247514 | $4,188.80 | 77247760 | $1,025.64 | 77441954 | $649.91 |
| 77247270 | $2,577.96 | 77247515 | $11,596.20 | 77247761 | $160.16 | 77441958 | $42,078.96 |
| 77247271 | $579.04 | 77247516 | $10,281.04 | 77247762 | $723.80 | 77441970 | $1,521.46 |
| 77247273 | $625.24 | 77247517 | $10,518.20 | 77247763 | $462.00 | 77441971 | $41,657.72 |
| 77247274 | $4,050.20 | 77247520 | $218.68 | 77247765 | $1,065.68 | 77441975 | $4,493.72 |
| 77247275 | $261.80 | 77247521 | $1,158.08 | 77247766 | $378.84 | 77441978 | $108,371.48 |
| 77247276 | $267.96 | 77247522 | $3,545.08 | 77247767 | $221.76 | 77447776 | $15.35 |
| 77247278 | $267.96 | 77247523 | $6,665.12 | 77247768 | $2,485.56 | 77447777 | $375.76 |
| 77247279 | $7,462.84 | 77247524 | $7,253.40 | 77247769 | $187.88 | 77447800 | $375.76 |
| 77247280 | $2,614.92 | 77247525 | $163.24 | 77247770 | $572.88 | 77447841 | $298.76 |
| 77247281 | $1,647.80 | 77247526 | $157.08 | 77247771 | $135.52 | 77447854 | $4.79 |
| 77247282 | $255.64 | 77247528 | $1,182.72 | 77247773 | $237.16 | 77447855 | $14.57 |
| 77247283 | $224.84 | 77247529 | $594.44 | 77247774 | $144.76 | 77448098 | $2.30 |
| 77247284 | $4,133.36 | 77247530 | $594.44 | 77247775 | $874.72 | 77448099 | $68.90 |
| 77247285 | $585.20 | 77247531 | $1,232.00 | 77247777 | $227.92 | 77448100 | $7.84 |
| 77247286 | $7,649.11 | 77247532 | $874.72 | 77247778 | $317.24 | 77448104 | $3.84 |
| 77247287 | $421.96 | 77247533 | $3,095.40 | 77247779 | $385.00 | 77448110 | $68,879.14 |
| 77247288 | $320.32 | 77247534 | $914.76 | 77247780 | $1,309.00 | 77448119 | $1,108,800.00 |
| 77247289 | $375.76 | 77247536 | $33,876.92 | 77247781 | $757.68 | 77448136 | $46,200.00 |
| 77247290 | $3,095.40 | 77247537 | $38,096.52 | 77247782 | $659.12 | 77448139 | $1,028.72 |
| 77247291 | $4,770.92 | 77247538 | $1,974.28 | 77247783 | $141.68 | 77448155 | $1,912.68 |

**EXHIBIT D - Timely Eligible Claims**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77247293 | $2,602.60 | 77247539 | $1,370.60 | 77247784 | $129.36 | 77448156 | $847.00 |
| 77247294 | $304.92 | 77247540 | $4,111.80 | 77247785 | $169.40 | 77448204 | $3.08 |
| 77247295 | $52.36 | 77247541 | $203.28 | 77247786 | $911.68 | 77448206 | $924.00 |
| 77247296 | $255.64 | 77247542 | $351.12 | 77247787 | $289.52 | 77448218 | $308.00 |
| 77247297 | $160.16 | 77247546 | $859.32 | 77247788 | $169.40 | 77517888 | $1,050.28 |
| 77247298 | $1,777.16 | 77247547 | $582.12 | 77247789 | $406.56 | 77517889 | $242,195.80 |
| 77247299 | $2,627.24 | 77247548 | $129.36 | 77247790 | $351.12 | 77517894 | $621,282.35 |
| 77247300 | $9,480.24 | 77247550 | $227.92 | 77247791 | $166.32 | 77517896 | $143,155.32 |
| 77247301 | $508.20 | 77247551 | $1,684.76 | 77247792 | $141.68 | 77517898 | $17,556.00 |
| 77247302 | $465.08 | 77247552 | $2,987.60 | 77247793 | $539.00 | 77517899 | $338.80 |
| 77247303 | $154.00 | 77247554 | $3.08 | 77247794 | $3,366.44 | 77517901 | $96,712.00 |
| 77247305 | $150.92 | 77247555 | $4,345.88 | 77247795 | $200.20 | 77517902 | $420.80 |
| 77247306 | $2,112.88 | 77247556 | $5,494.72 | 77247796 | $15,436.96 | 77517904 | $7,700.00 |
| 77247307 | $711.48 | 77247557 | $1,533.84 | 77247797 | $5,993.68 | 77517905 | $308.00 |
| 77247308 | $5,728.80 | 77247558 | $132.44 | 77247798 | $659.12 | 77517906 | $3,696.00 |
| 77247309 | $415.80 | 77247561 | $1,700.16 | 77247799 | $123.20 | 77517908 | $115,373.72 |
| 77247310 | $3,689.84 | 77247562 | $13,496.56 | 77247800 | $397.32 | 77517911 | $8,017.24 |
| 77247311 | $104.72 | 77247563 | $1,290.52 | 77247801 | $612.92 | 77517912 | $83,643.56 |
| 77247312 | $3,557.40 | 77247565 | $548.24 | 77247802 | $9,788.24 | 77517913 | $4,381.33 |
| 77247313 | $144.76 | 77247566 | $1,592.36 | 77247803 | $110.88 | 77517914 | $924.00 |
| 77247314 | $1,592.36 | 77247568 | $366.52 | 77247804 | $147.84 | 77517918 | $1,737.12 |
| 77247315 | $594.44 | 77247569 | $1,724.80 | 77247805 | $172.48 | 77517919 | $9,920.63 |
| 77247316 | $1,712.48 | 77247570 | $2,310.00 | 77247806 | $7,961.80 | 77517920 | $1,901.62 |
| 77247317 | $5,029.64 | 77247571 | $2,873.64 | 77247807 | $2,608.76 | 77517921 | $742.92 |
| 77247318 | $283.36 | 77247572 | $825.44 | 77247808 | $431.20 | 77517922 | $2,207.96 |
| 77247319 | $859.32 | 77247573 | $5,371.52 | 77247809 | $237.16 | 77517923 | $2,356.36 |
| 77247321 | $39,587.24 | 77247574 | $1,278.20 | 77247810 | $665.28 | 77517932 | $1,920.95 |
| 77247322 | $100,737.56 | 77247575 | $258.72 | 77247813 | $1,207.36 | 77567363 | $30,137.80 |
| 77247324 | $6,853.00 | 77247577 | $1,034.88 | 77247814 | $92,914.36 | 77567364 | $2,186.80 |
| 77247325 | $9,452.52 | 77247578 | $1,515.36 | 77247815 | $274.12 | 77567367 | $1,724.80 |
| 77247326 | $6,748.28 | 77247579 | $606.76 | 77247818 | $231.00 | 77567368 | $2,467.08 |
| 77247327 | $1,195.04 | 77247580 | $1,487.64 | 77247819 | $8,753.36 | 77567370 | $66.00 |
| 77247328 | $2,987.60 | 77247581 | $34,015.52 | 77247820 | $1,093.40 | 77567384 | $11,341.33 |
| 77247329 | $843.92 | 77247583 | $7,219.52 | 77247821 | $4,059.44 | 77567385 | $661.36 |
| 77247330 | $237.16 | 77247584 | $1,349.04 | 77247822 | $2,310.00 | 77567395 | $41,867.26 |
| 77247331 | $4,213.44 | 77247587 | $19,117.56 | 77247823 | $70.84 | 77694385 | $4.14 |

**EXHIBIT D - Timely Eligible Claims**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77247332 | $5,186.72 | 77247588 | $847.00 | 77247824 | $2,568.72 | 77694386 | $12.32 |
| 77247333 | $1,860.32 | 77247589 | $14,479.08 | 77247825 | $1,878.80 | 77694387 | $5,929.00 |
| 77247334 | $2,716.56 | 77247590 | $4,059.44 | 77247826 | $2,103.64 | 77694389 | $57,965.63 |
| 77247335 | $1,361.36 | 77247591 | $837.76 | 77247827 | $197.12 | 77694401 | $49,580.04 |
| 77247336 | $939.40 | 77247592 | $1,678.60 | 77247828 | $172.48 | 77694418 | $77,290.52 |
| 77247337 | $113.96 | 77247594 | $760.76 | 77247830 | $1,721.72 | 77694449 | $21,880.32 |
| 77247338 | $486.64 | 77247595 | $4,795.56 | 77247831 | $178.64 | 77694450 | $42,762.72 |
| 77247339 | $465.08 | 77247596 | $3,800.72 | 77247832 | $158.37 | 77694451 | $1,309.00 |
| 77247341 | $412.72 | 77247597 | $1,986.60 | 77247833 | $401.55 | 77694452 | $760.76 |
| 77247342 | $532.84 | 77247600 | $9,357.04 | 77247834 | $233.45 | 77694453 | $138.60 |
| 77247343 | $95.48 | 77247602 | $3,455.76 | 77247835 | $277.35 | 77694454 | $6,758.33 |
| 77247346 | $1,099.56 | 77247603 | $911.68 | 77247836 | $576.64 | 77694457 | $21,560.00 |
| 77247347 | $40.04 | 77247604 | $2,236.08 | 77247837 | $387.09 | 77694461 | $4,903.36 |
| 77247349 | $545.16 | 77247605 | $893.20 | 77247838 | $486.64 | 77694467 | $13,421.72 |
| 77247350 | $591.36 | 77247606 | $1,737.12 | 77247839 | $558.68 | 77694468 | $71,960.60 |
| 77247352 | $243.32 | 77247607 | $1,281.28 | 77247840 | $801.56 | 77694469 | $47,764.64 |
| 77247354 | $609.84 | 77247608 | $4,161.08 | 77247841 | $186.65 | 77694476 | $126.28 |
| 77247358 | $585.20 | 77247609 | $1,826.44 | 77247842 | $3,070.76 | 77694479 | $776.31 |
| 77247359 | $12,708.08 | 77247610 | $495.88 | 77247843 | $186.65 | 77694504 | $5,580.81 |
| 77247360 | $2,075.92 | 77247611 | $1,653.96 | 77247844 | $186.65 | 77694506 | $199,045.00 |
| 77247361 | $15,615.60 | 77247612 | $2,488.64 | 77247845 | $186.65 | 77694511 | $924.00 |
| 77247364 | $25,388.44 | 77247613 | $1,715.56 | 77247854 | $8,624.00 | 77694518 | $251,580.56 |
| 77247365 | $1,635.48 | 77247614 | $295.68 | 77247888 | $1,222.76 | 77694521 | $72,210.01 |
| 77247366 | $14,161.84 | 77247615 | $249.48 | 77247893 | $519,904.00 | 77694522 | $34,924.12 |
| 77247367 | $400.40 | 77247616 | $1,869.56 | 77247894 | $32,648.00 | 77694523 | $33,718.24 |
| 77247368 | $1,355.20 | 77247617 | $1,065.68 | 77247959 | $8,701.00 | 77694524 | $3,438.84 |
| 77247369 | $4,284.28 | 77247618 | $1,632.40 | 77247971 | $22,363.07 | 77694525 | $412.72 |
| 77247370 | $535.92 | 77247619 | $486.64 | 77247981 | $616.72 | 77694527 | $220,727.64 |
| 77247371 | $2,460.92 | 77247620 | $5,639.48 | 77247982 | $12,292.28 | 77694529 | $146,387.33 |
| 77247372 | $1,499.96 | 77247621 | $360.36 | 77256829 | $643,301.12 | 77694531 | $10,641.40 |
| 77247373 | $939.40 | 77247623 | $3,039.96 | 77256836 | $54,286.14 | 77694543 | $103,118.40 |
| 77247374 | $7,382.76 | 77247624 | $625.24 | 77256839 | $4,980.36 | 77694549 | $25,908.96 |
| 77247375 | $9,615.76 | 77247625 | $258.72 | 77256845 | $307.91 | 77694551 | $12.32 |
| 77247376 | $10,524.36 | 77247626 | $1,912.68 | 77256860 | $252,406.00 | 77694570 | $32,435.52 |
| 77247378 | $3,132.36 | 77247627 | $3,190.88 | 77256870 | $64,027.90 | 77694573 | $30,800.00 |
| 77247379 | $6,089.16 | 77247628 | $200.20 | 77256873 | $4,906.44 | 77868371 | $1,811.04 |

**EXHIBIT D - Timely Eligible Claims**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77247380 | $1,878.80 | 77247629 | $2,186.80 | 77256887 | $5,682.60 | 77868400 | $1,455.00 |
| 77247381 | $4,712.40 | 77247631 | $117.04 | 77256889 | $616.00 | 77868430 | $3,080.00 |
| 77247382 | $415.80 | 77247632 | $113.96 | 77256900 | $260,896.60 | 77868516 | $3,080.00 |
| 77247383 | $50,573.60 | 77247633 | $960.96 | 77256914 | $26,103.00 | 77868518 | $616.00 |
| 77247384 | $51,411.36 | 77247634 | $643.72 | 77256917 | $825,926.64 | 77868528 | $2,433.20 |
| 77247385 | $5,426.96 | 77247635 | $126.28 | 77256937 | $492.80 | 77868593 | $1,232.00 |
| 77247386 | $200.20 | 77247636 | $3,024.56 | 77256948 | $2,462.94 | 77868603 | $3,080.00 |
| 77247387 | $18,557.00 | 77247638 | $511.28 | 77256986 | $462.00 | 77868605 | $770.00 |
| 77247388 | $4,179.56 | 77247639 | $850.08 | 77256991 | $134,005.55 | 77868606 | $4,774.00 |
| 77247389 | $7,536.76 | 77247640 | $1,232.00 | 77256995 | $717,511.39 | 77868614 | $634.48 |
| 77247390 | $311.08 | 77247641 | $9,301.60 | 77257011 | $8,381.60 | 77868622 | $924.00 |
| 77247391 | $4,539.92 | 77247642 | $3,049.20 | 77257012 | $49,931.80 | 77868624 | $1,811.04 |
| 77247393 | $3,070.76 | 77247643 | $308.00 | 77257022 | $2,900.73 | 77868657 | $1,247.40 |
| 77247395 | $3,307.92 | 77247644 | $840.84 | 77257023 | $1,527.68 | 77868702 | $2,682.68 |
| 77247396 | $6,431.04 | 77247645 | $209.44 | 77257030 | $27.72 | 77868713 | $1,540.00 |
| 77247397 | $12,424.72 | 77247648 | $14,448.28 | 77257032 | $630.75 | 77868749 | $3,388.00 |
| 77247398 | $8,941.24 | 77247649 | $539.00 | 77257039 | $4,235.00 | 77868779 | $6,160.00 |
| 77247400 | $218.68 | 77247650 | $1,389.08 | 77257042 | $32,411.13 | 77868796 | $2,464.00 |
| 77247401 | $3,923.92 | 77247651 | $1,084.16 | 77257058 | $91,491.70 | 77868801 | $1,540.00 |
| 77247402 | $295.68 | 77247652 | $81,105.64 | 77257069 | $29,143.04 | 77868841 | $3,696.00 |
| 77247403 | $847.00 | 77247653 | $520.52 | 77257086 | $49,096.12 | 77868881 | $6,338.64 |
| 77247404 | $15,390.76 | 77247654 | $646.80 | 77257092 | $25,634.40 | 77868892 | $1,540.00 |
| 77247405 | $5,762.68 | 77247655 | $7,986.44 | 77257093 | $4,774.00 | 77868965 | $588.28 |
| 77247406 | $277.20 | 77247656 | $129.36 | 77257094 | $9,486.40 | 77868984 | $4,004.00 |
| 77247407 | $56,921.48 | 77247657 | $11,214.28 | 77397465 | $17,402.16 | 77869040 | $3,080.00 |
| 77247409 | $4,188.80 | 77247658 | $117.04 | 77397467 | $2,885.55 | 77869061 | $2,970.00 |
| 77247410 | $6,304.76 | 77247660 | $2,245.32 | 77397472 | $28,501.00 | 77869160 | $2,772.00 |
| 77247412 | $625.24 | 77247661 | $689.92 | 77397473 | $6,564.92 | 77869226 | $2,433.20 |
| 77247413 | $2,038.96 | 77247662 | $945.56 | 77397474 | $1,053.36 | 77869267 | $616.00 |
| 77247414 | $899.36 | 77247663 | $3,631.32 | 77397475 | $3,508.12 | 77869288 | $3,080.00 |
| 77247415 | $628.32 | 77247664 | $649.88 | 77397479 | $1,657.04 | 77869395 | $4,774.00 |
| 77247417 | $3,717.56 | 77247665 | $880.88 | 77397481 | $8,646.33 | 77869491 | $1,010.24 |
| 77247419 | $3,240.16 | 77247666 | $1,010.24 | 77397485 | $3,320.24 | 77869564 | $770.00 |
| 77247420 | $9,600.36 | 77247667 | $665.28 | 77397486 | $871.75 | 77869571 | $1,540.00 |
| 77247421 | $9,658.88 | 77247668 | $95.48 | 77397487 | $3,853.08 | 77869578 | $2,433.20 |
| 77247422 | $9,455.60 | 77247669 | $847.00 | 77397504 | $5,297.60 | 77869637 | $3,080.00 |

Exhibit D: Page 5 of 6

**EXHIBIT D - Timely Eligible Claims**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 77247423 | $4,589.20 | 77247671 | $834.68 | 77397505 | $10,692.87 | 77869645 | $3,080.00 |
| 77247424 | $2,035.88 | 77247672 | $9,098.32 | 77397511 | $76,601.51 | 215129551 | $2,464.00 |
| 77247425 | $2,713.48 | 77247673 | $606.76 | 77397512 | $871.51 | 215129573 | $104,430.48 |
| 77247426 | $1,706.32 | 77247674 | $902.44 | 77397519 | $308.00 | 215129575 | $50,016.12 |
| 77247427 | $327,804.40 | 77247675 | $563.64 | 77397522 | $831.60 | 215129601 | $271.04 |
| 77247428 | $2,220.68 | 77247676 | $1,087.24 | 77397534 | $3,351.04 | 215130553 | $92.40 |
| 77247429 | $1,783.32 | 77247677 | $397.32 | 77397543 | $6,501.88 | 215130558 | $1,540.00 |
| 77247430 | $1,164.24 | 77247678 | $2,953.72 | 77397544 | $16,727.48 | 215130560 | $4,620.00 |
| 77247432 | $215.60 | 77247679 | $720.72 | 77397545 | $13,704.59 | 215130561 | $154.00 |
| 77247433 | $1,410.64 | 77247680 | $394.24 | 77397546 | $6,132.28 | 215130564 | $4,620.00 |
| 77247434 | $36,621.20 | 77247681 | $203.28 | 77397547 | $375.76 | 215130565 | $149.50 |
| 77247435 | $126.28 | 77247682 | $2,962.96 | 77397576 | $5,788.80 | 215130566 | $616.00 |
| 77247436 | $2,038.96 | 77247683 | $991.76 | 77397577 | $3,917.76 | 215130569 | $3,080.00 |
| 77247437 | $101.64 | 77247684 | $5,365.36 | 77397587 | $3,529.68 | 215130574 | $64.68 |
| 77247438 | $8,291.36 | 77247685 | $600.60 | 77397590 | $207,567.36 | 215130579 | $15.40 |
| 77247440 | $1,007.16 | 77247686 | $4,158.00 | 77397591 | $27,522.88 | 218827234 | $1,540.00 |
| 77247441 | $37,104.76 | 77247687 | $2,805.88 | 77397592 | $68,332.88 | 218827236 | $1,455.00 |
| 77247442 | $508.20 | 77247689 | $440.44 | 77397593 | $89,206.04 | 218827240 | $61.60 |
| 77247443 | $175.56 | 77247690 | $942.48 | 77397595 | $99.65 | 218827243 | $6,160.00 |
| 77247444 | $2,470.16 | 77247691 | $933.24 | 77397607 | $29,959.92 | 218827245 | $1,848.00 |
| 77247445 | $10,687.60 | 77247692 | $1,697.08 | 77397617 | $117,348.00 | 218827247 | $616.00 |
| 77247447 | $813.12 | 77247693 | $1,349.04 | 77397620 | $32,613.83 | 218827249 | $6,160.00 |
| 77247448 | $6,443.36 | 77247694 | $2,719.64 | 77397627 | $6,254.83 | 218827256 | $7,291.68 |
| 77247449 | $634.48 | 77247695 | $1,629.32 | 77397661 | $173,762.54 | 218827263 | $2,464.00 |
| 77247450 | $4,136.44 | 77247696 | $101.64 | 77397662 | $264.55 | 218827265 | $1,540.00 |
| 77247453 | $2,768.92 | 77247697 | $1,093.40 | 77397666 | $6,329.40 | 218827271 | $308.00 |
| 77247454 | $874.72 | 77247698 | $813.12 | 77397667 | $26,755.96 | 218827272 | $5,544.00 |
| 77247455 | $49,126.00 | 77247699 | $4,124.12 | 77397688 | $295.28 | 218827274 | $1,540.00 |
| 77247456 | $378.84 | 77247700 | $172.48 | 77397725 | $123,424.84 | 218827278 | $308.00 |
| 77247457 | $662.20 | 77247702 | $545.16 | 77397726 | $1,191.96 | 218827281 | $2,996.84 |
| 77247458 | $1,496.88 | 77247704 | $3,692.92 | 77397733 | $329,483.20 | | |