# EXHIBIT E

**EXHIBIT E - Late But Otherwise Eligible Claims**

Exhibit Summary - Total Claims: 2; Total Recognized Claim:  $8,946.20

| Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|
| 78283530 | $6,560.40 | 78283531 | $2,385.80 |