# EXHIBIT G



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

FARUQI & FARUGI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **REVISED INVOICE** INV000303675 | |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2022 |
| **CLIENT** | 249788 |

## INVOICE

**JOB      54589          Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Project/Database Setup (One-Time Fee) | 1 | 4,500.00 | $4,500.00 |
| Website Setup and Design (One-Time Fee) | 1 | 3,000.00 | $3,000.00 |
| Toll-Free Telephone Line Setup (One-Time Fee) | 1 | 1,000.00 | $1,000.00 |
| Claim Processing, Validation and Audits (Hourly) | 5.00 | 55.00 | $275.00 |
| Project Management (Hourly) | 7.25 | 165.00 | $1,196.25 |
| System Support (Hourly) | 1.00 | 175.00 | $175.00 |
| Quality Assurance (Hourly) | 6.75 | 150.00 | $1,012.50 |
| Staff (Hourly) | 9.75 | 95.00 | $926.25 |
| Printing and Mailing of Notices | 10,000 | 1.3515 | $13,515.00 |
| Postage | 1 | 2,210.9100 | $2,210.91 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| CSRs/Live Operators (Per Hour) | 2.25 | 55.00 | $123.75 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Post Office Box Rental/Renewal | 1 | 1,410.00 | $1,410.00 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 130.25 | $130.25 |
| Receipt,Processing Bank, Broker, Nominee Lists for Mailing | 7 | 175.00 | $1,225.00 |

**TOTAL          $31,169.91**

**MAIL CHECKS TO**

**SEND WIRES TO**





**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | | |
|---|---|---|
| **REVISED INVOICE** | INV000303726 | |
| **PAGE** | | 1/1 |
| **DATE** | | 12/31/2022 |
| **CLIENT** | | 249788 |

## INVOICE

**JOB**    **54589**        **Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 617 | 0.75 | $462.75 |
| Remailing of Notice Packets to Updated Addresses | 386 | 0.95 | $366.70 |
| Claim Processing, Validation and Audits (Hourly) | 2.75 | 55.00 | $151.25 |
| Executive Project Management | 10.50 | 225.00 | $2,362.50 |
| Project Management (Hourly) | 0.25 | 165.00 | $41.25 |
| Staff (Hourly) | 17.25 | 95.00 | $1,638.75 |
| Postage | 1 | 464.8500 | $464.85 |
| Media Notice - Investor's Business Daily | 1 | 5,181.25 | $5,181.25 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 9 | 0.48 | $4.32 |
| 800 Number Charges (Per Minute) | 14 | 0.14 | $1.96 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 377 | 1.10 | $414.70 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 148.60 | $148.60 |
| Receipt,Processing Bank, Broker, Nominee Lists for Mailing | 3 | 175.00 | $525.00 |
| QSF Income Tax Reporting 2022 (Per Year) | 1 | 2,500.00 | $2,500.00 |

**TOTAL**        **$14,733.88**

**MAIL CHECKS TO**                                  **SEND WIRES TO**



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | |
|---|---|
| **INVOICE** | INV000303931 |
| **PAGE** | 1/1 |
| **DATE** | 1/31/2023 |
| **CLIENT** | 249788 |

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

# INVOICE

**JOB      54589      Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 34 | 0.75 | $25.50 |
| Remailing of Notice Packets to Updated Addresses | 24 | 0.95 | $22.80 |
| Receipt and Preparation of Paper Claim Forms | 2 | 2.50 | $5.00 |
| Claim Processing, Validation and Audits (Hourly) | 3.75 | 55.00 | $206.25 |
| Executive Project Management (Hourly) | 8.50 | 225.00 | $1,912.50 |
| Project Management (Hourly) | 29.00 | 165.00 | $4,785.00 |
| System Support (Hourly) | 2.50 | 175.00 | $437.50 |
| Staff (Hourly) | 7.25 | 95.00 | $688.75 |
| Postage | 1 | 597.4900 | $597.49 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 10 | 0.48 | $4.80 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 2.00 | 55.00 | $110.00 |
| 800 Number Charges (Per Minute) | 9 | 0.14 | $1.26 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 238 | 1.10 | $261.80 |
| Document Imaging | 126 | 0.20 | $25.20 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 1,695 96 | $1,695.96 |
| Electronic Storage (Per Page/Per Month) | 1 | 76.92 | $76.92 |

|  |  |
|---|---|
| **TOTAL** | **$11,326.73** |

**MAIL CHECKS TO**

**SEND WIRES TO**



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **INVOICE** | INV000304126 |
| **PAGE** | 1/1 |
| **DATE** | 2/28/2023 |
| **CLIENT** | 249788 |

# INVOICE

**JOB    54589    Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 13 | 0.75 | $9.75 |
| Remailing of Notice Packets to Updated Addresses | 1 | 0.95 | $0.95 |
| Receipt and Preparation of Paper Claim Forms | 42 | 2.50 | $105.00 |
| Claim Processing, Validation and Audits (Hourly) | 13.25 | 55.00 | $728.75 |
| Loading of Electronic Claims Data | 1.25 | 160.00 | $200.00 |
| Upload and Import of Online Claim Forms | 24 | 0.95 | $22.80 |
| Executive Project Management (Hourly) | 5.00 | 225.00 | $1,125.00 |
| Project Management (Hourly) | 9.75 | 165.00 | $1,608.75 |
| System Support (Hourly) | 8.50 | 175.00 | $1,487.50 |
| Quality Assurance (Hourly) | 0.25 | 150.00 | $37.50 |
| Staff (Hourly) | 16.25 | 95.00 | $1,543.75 |
| Printing and Mailing of Notices | 3,000 | 2.7124 | $8,137.20 |
| Postage | 1 | 11.7600 | $11.76 |
| Media Notice - Globe Newswire | 1 | 1,668.75 | $1,668.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 5 | 0.48 | $2.40 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 1.25 | 55.00 | $68.75 |
| 800 Number Charges (Per Minute) | 38 | 0.14 | $5.32 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 56 | 1.10 | $61.60 |
| Document Imaging | 903 | 0.20 | $180.60 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 3,994.35 | $3,994.35 |
| Electronic Storage | 1 | 92.73 | $92.73 |

| | |
|---|---|
| **TOTAL** | **$21,563.21** |

**MAIL CHECKS TO**



**SEND WIRES TO**



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **INVOICE** | INV000304635 |
| **PAGE** | 1/1 |
| **DATE** | 3/31/2023 |
| **CLIENT** | 249788 |

## INVOICE

**JOB**    **54589**    **Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 1 | 0.75 | $0.75 |
| Receipt and Preparation of Paper Claim Forms | 65 | 2.50 | $162.50 |
| Claim Processing, Validation and Audits (Hourly) | 40.25 | 55.00 | $2,213.75 |
| Loading of Electronic Claims Data | 11.75 | 160.00 | $1,880.00 |
| Upload and Import of Online Claim Forms | 11 | 0.95 | $10.45 |
| Executive Project Management (Hourly) | 4.50 | 225.00 | $1,012.50 |
| Project Management (Hourly) | 20.25 | 165.00 | $3,341.25 |
| System Support (Hourly) | 3.25 | 175.00 | $568.75 |
| Quality Assurance (Hourly) | 2.25 | 150.00 | $337.50 |
| Staff (Hourly) | 40.75 | 95.00 | $3,871.25 |
| Postage | 1 | 21.0000 | $21.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 6 | 0.48 | $2.88 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 6.00 | 55.00 | $330.00 |
| 800 Number Charges (Per Minute) | 31 | 0.14 | $4.34 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 15 | 1.10 | $16.50 |
| Document Imaging | 5 | 0.20 | $1.00 |
| Electronic Storage | 1 | 101.44 | $101.44 |

**TOTAL**    **$14,345.86**

**MAIL CHECKS TO**



**SEND WIRES TO**

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **INVOICE** | INV000304737 |
| **PAGE** | 1/1 |
| **DATE** | 4/30/2023 |
| **CLIENT** | 249788 |

## INVOICE

**JOB      54589           Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 2 | 0.75 | $1.50 |
| Receipt and Preparation of Paper Claim Forms | 8 | 2.50 | $20.00 |
| Claim Processing, Validation and Audits (Hourly) | 27.75 | 55.00 | $1,526.25 |
| Loading of Electronic Claims Data | 4.50 | 160.00 | $720.00 |
| Executive Project Management (Hourly) | 10.00 | 225.00 | $2,250.00 |
| Project Management (Hourly) | 15.00 | 165.00 | $2,475.00 |
| System Support (Hourly) | 14.50 | 175.00 | $2,537.50 |
| Quality Assurance (Hourly) | 2.25 | 150.00 | $337.50 |
| Staff (Hourly) | 39.50 | 95.00 | $3,752.50 |
| Printing and Mailing of Confirmation Postcards | 125 | 0.973 | $121.63 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 1 | 0.48 | $0.48 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 1.50 | 55.00 | $82.50 |
| 800 Number Charges (Per Minute) | 31 | 0.14 | $4.34 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging | 5 | 0.20 | $1.00 |
| Electronic Storage | 1 | 110.99 | $110.99 |

|  | **TOTAL** | **$14,411.19** |
|---|---|---|

**MAIL CHECKS TO**

**SEND WIRES TO**

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **INVOICE** | INV000304931 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2023 |
| **CLIENT** | 249788 |

# INVOICE

**JOB**     **54589**          **Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 2 | 0.75 | $1.50 |
| Claim Processing, Validation and Audits (Hourly) | 0.25 | 55.00 | $13.75 |
| Loading of Electronic Claims Data | 6.75 | 160.00 | $1,080.00 |
| Executive Project Management (Hourly) | 10.00 | 225.00 | $2,250.00 |
| Project Management (Hourly) | 16.75 | 165.00 | $2,763.75 |
| System Support (Hourly) | 3.00 | 175.00 | $525.00 |
| Quality Assurance (Hourly) | 2.25 | 150.00 | $337.50 |
| Staff (Hourly) | 9.75 | 95.00 | $926.25 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2 | 0.48 | $0.96 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 0.25 | 55.00 | $13.75 |
| 800 Number Charges (Per Minute) | 14 | 0.14 | $1.96 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging | 40 | 0.20 | $8.00 |
| Electronic Storage | 1 | 108.12 | $108.12 |

**TOTAL**     **$8,500.54**

**MAIL CHECKS TO**                    **SEND WIRES TO**

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | | INV000305060 |
| **PAGE** | | 1/1 |
| **DATE** | | 6/30/2023 |
| **CLIENT** | | 249788 |

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

## INVOICE

**JOB        54589          Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 2 | 0.75 | $1.50 |
| Claim Processing, Validation and Audits (Hourly) | 3.25 | 55.00 | $178.75 |
| Executive Project Management (Hourly) | 10.50 | 225.00 | $2,362.50 |
| Project Management (Hourly) | 12.25 | 165.00 | $2,021.25 |
| System Support (Hourly) | 1.50 | 175.00 | $262.50 |
| Quality Assurance (Hourly) | 2.75 | 150.00 | $412.50 |
| Staff (Hourly) | 7.25 | 95.00 | $688.75 |
| Postage | 1 | 47.9500 | $47.95 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2 | 0.48 | $0.96 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 0.25 | 55.00 | $13.75 |
| 800 Number Charges (Per Minute) | 11 | 0.14 | $1.54 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging | 9 | 0.20 | $1.80 |
| Electronic Storage | 1 | 111.18 | $111.18 |

| | |
|---|---|
| **TOTAL** | **$6,574.93** |

**MAIL CHECKS TO**

**SEND WIRES TO**

A.B. DATA, LTD.
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | INV000305168 |
| **PAGE** | 1/1 |
| **DATE** | 7/30/2023 |
| **CLIENT** | 249788 |

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

## INVOICE

**JOB      54589      Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claim Processing, Validation and Audits (Hourly) | 0.75 | 55.00 | $41.25 |
| Loading of Electronic Claims Data | 5.00 | 160.00 | $800.00 |
| Executive Project Management (Hourly) | 4.00 | 225.00 | $900.00 |
| Project Management (Hourly) | 10.75 | 165.00 | $1,773.75 |
| System Support (Hourly) | 3.25 | 175.00 | $568.75 |
| Staff (Hourly) | 11.00 | 95.00 | $1,045.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 0.50 | 55.00 | $27.50 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging | 3 | 0.20 | $0.60 |
| Electronic Storage | 1 | 108.36 | $108.36 |

**TOTAL          $5,735.21**

**MAIL CHECKS TO**

**SEND WIRES TO**



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **INVOICE** | INV000305292 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2023 |
| **CLIENT** | 249788 |

## INVOICE

**JOB    54589        Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claim Processing, Validation and Audits (Hourly) | 1.00 | 55.00 | $55.00 |
| Upload and Import of Online Claim Forms | 1 | 0.95 | $0.95 |
| Executive Project Management (Hourly) | 2.50 | 225.00 | $562.50 |
| Project Management (Hourly) | 15.00 | 165.00 | $2,475.00 |
| System Support (Hourly) | 2.75 | 175.00 | $481.25 |
| Staff (Hourly) | 6.50 | 95.00 | $617.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 0.25 | 55.00 | $13.75 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Electronic Storage | 1 | 181.23 | $181.23 |

**TOTAL        $4,857.18**

**MAIL CHECKS TO**

**SEND WIRES TO**



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **CASE** | 54589 |
| **PAGE** | 1/1 |
| **DATE** | 9/28/2023 |
| **CLIENT** | 249788 |

### Mesa Air Group Inc.

**JOB        54589**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claim Processing, Validation and Audits (Hourly) | 1.50 | 55.00 | $82.50 |
| Executive Project Management (Hourly) | 4.00 | 225.00 | $900.00 |
| Project Management (Hourly) | 2.00 | 165.00 | $330.00 |
| Staff (Hourly) | 3.25 | 95.00 | $308.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| CSRs/Live Operators/Correspondence Processing (Hourly) | 0.25 | 55.00 | $13.75 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Electronic Storage | 1 | 111.25 | $111.25 |

| | | |
|---|---|---|
| | **TOTAL** | **$2,216.25** |

**MAIL CHECKS TO**

██████████████████████
████████████████████████

**SEND WIRES TO**

███████████
█████████████████████████████
███████████████████████
████████████████████████████████
████████████████████

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



FARUQI & FARUQI, LLP
685 3RD AVE 26TH FLOOR
NEW YORK, NY, 10017

| | |
|---|---|
| **CASE** | 54589 |
| **PAGE** | 1/1 |
| **DATE** | 10/30/2023 |
| **CLIENT** | 249788 |

## INVOICE PREVIEW

**JOB     54589          Mesa Air Group Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Project Management (Hourly) | 2.00 | 165.00 | $330.00 |
| System Support (Hourly) | 0.25 | 175.00 | $43.75 |
| Quality Assurance (Hourly) | 15.00 | 150.00 | $2,250.00 |
| Staff (Hourly) | 2.25 | 95.00 | $213.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 275 | $275.00 |
| Interactive Voice Response (IVR) (Per Minute) | 1 | 0.48 | $0.48 |
| 800 Number Charges (Per Minute) | 1 | 0.14 | $0.14 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Post Office Box Rental/Renewal | 1 | 1,580.00 | $1,580.00 |
| Electronic Storage | 1 | 108.36 | $108.36 |

| | |
|---|---|
| **TOTAL** | **$4,996.48** |

**MAIL CHECKS TO**

**SEND WIRES TO**



**A.B. Data, Ltd.**
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:      September 29, 2023
Project:   Mesa Air Group

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Distribution Fees** | | | |
| Printing & Mailing Checks | 750 | 1.50 | 1,125.00 |
| Reissuance of Checks to Updated Addresses | 150 | 4.50 | 675.00 |
| Check-Processing Fee | 750 | 0.18 | 135.00 |
| Postage-Checks | 750 | 0.57 | 427.50 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 275 | 3,300.00 |
| Interactive Voice Response (IVR) *(per minute)* | 700 | 0.44 | 308.00 |
| CSRs/Live Operators *(per hour)* | 10 | 55 | 550.00 |
| 800 Number Charges *(per minute)* | 1,000 | 0.12 | 120.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 195 | 2,340.00 |
| | | | |
| **Project Management and Reporting** | | | |
| Project Management (hourly) | 12 | 95 | 1,140.00 |
| Quality Assurance (hourly) | 3 | 150 | 450.00 |
| Staff  (hourly) | 12 | 95 | 1,140.00 |
| | | | |
| **Miscellaneous Expenses** | | | |
| 2023 Tax Reporting | 2,500 | 1.00 | 2,500.00 |
| Advanced Address Updates | 250 | 1.10 | 275.00 |
| Document Storage ($1.50 per month) | 12 | 1.50 | 18.00 |
| Electronic Storage | 12 | 181.23 | 2,174.76 |
| | | | |
| | | | |
| Total Estimated Cost | $ | | 14,503.50 |